1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    GEORGE JARVIS AUSTIN,                        Case No. 24-cv-00260-DMR

8              Plaintiff,

9         v.                                      **ORDER TO SHOW CAUSE**

10   GEORGETOWN UNIVERSITY, et al.,

11             Defendants.

12        Self-represented Plaintiff George Jarvis Austin filed a complaint against Defendant

13   Georgetown University in January 2024.  He filed an amended complaint on March 13, 2024 that

14   adds District Judge Yvonne Gonzalez Rogers as a defendant.  [Docket No. 14 (Am. Compl.).]

15   Plaintiff alleges that Defendant Georgetown University is acting "in concert with" Judge Gonzalez

16   Rogers to violate his rights under the Fourteenth Amendment, Title VI, 42 U.S.C. § 1981, and 42

17   U.S.C. § 1985.  *Id*. at 2.  Austin further alleges that he "adds [Judge Gonzalez Rogers] as a

18   Defendant not for liability in the damages portion of the Demand, but simply as the Supreme

19   Court, Ninth Circuit, and California Supreme Court explicitly provides for injunctive relief to

20   prevent her *ongoing* negative, administrative, & discriminatory interference with Mr. Austin's

21   exercise of his Constitutional Rights to Due Process, Equal Protection, & other fundamental

22   rights, creating both conspiratorial criminal, & civil injunctive, liability for Ms. [Gonzalez

23   Rogers]."  *Id*. at 46 (emphasis in original).

24        The amended complaint does not allege any specific actions by Judge Gonzalez Rogers

25   and the basis for Plaintiff's claim(s) against Judge Gonzalez Rogers is not clear.  However,

26   "[j]udges are absolutely immune from civil liability for damages for their judicial acts." *Mullis v.*

27   *U.S. Bankr. Court for Dist. of Nev*., 828 F.2d 1385, 1388 (9th Cir. 1987).  Moreover, a federal

28   judge's immunity is not limited to immunity from damages, but extends to actions for declaratory,

United States District Court
Northern District of California

1   injunctive, and other equitable relief. *Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996). To

2   the extent this action challenges acts performed by Judge Gonzalez Rogers in her judicial capacity,

3   it is completely barred by judicial immunity. Accordingly, **by no later than April 3, 2024**,

4   Plaintiff shall explain in writing why his claim(s) against Judge Gonzalez Rogers should not be

5   dismissed based on judicial immunity. If Plaintiff does not respond by **April 3, 2024**, the court

6   will recommend that Judge Gonzalez Rogers be dismissed from this action.

7

8          **IT IS SO ORDERED.**

9   Dated: March 20, 2024



Donna M. Ryu
Chief Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2