UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGETOWN UNIVERSITY, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00260-DMR<br><br>**ORDER RE: PLAINTIFF'S COMMUNICATIONS** |

Plaintiff George Jarvis Austin has been sending many inappropriate emails to multiple court-related email addresses. Any communications with the court about this case must be made through a court filing. In light of Mr. Austin's abuse of court email, all future emails to court email addresses about this case will be deleted without reading.

**IT IS SO ORDERED.**

Dated: April 3, 2024



Donna M. Ryu
Chief Magistrate Judge