IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br>    Plaintiff,<br>  v.<br>GEORGETOWN UNIVERSITY, et al.,<br>    Defendants. | Case No. 24-cv-00260-CRB<br><br>**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT** |

Plaintiff George Austin has filed a motion to alter or amend the Court's November 13, 2024 judgment (dkt. 85) against him. Mot. to Alter or Amend Judgment (dkt. 86). The Court has already considered and rejected Plaintiff's arguments, though, which he raised in a prior motion asking the Court to reconsider its order declaring him a vexatious litigant. See Mot. to Reconsider (dkt. 82); Order Denying Mot. for Reconsideration (dkt. 84). The Court therefore **DENIES** Plaintiff's motion to alter or amend the judgment.

**IT IS SO ORDERED.**

Dated: February 6, 2025

CHARLES R. BREYER
United States District Judge