UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN, Plaintiff (*Admitted Student* ), | DECLARATION UNDER PENALTY OF PERJURY:  Department of Education verifies Substance, and seriousness of Georgetown's Underlying Violations against Mr. Austin ;  In Honor of the [Civil Rights Act of 1964,Title VI,](#) (full filing fee paid on site); Hyperlinked with Affidavits, Supplements, & Direct Evidence. |
| v. | |
| GEORGETOWN UNIVERSITY, et. al. Defendants. (*Federal Tax Identification Number: **53-0196603***) | |

Case No. **[4;24-cv-00260-CRB (DMR)](#)**

**George Jarvis Austin, Plaintiff (Self-represented)**
**2107 Montauban Ct., Stockton, CA**
**209.915.6304,**
**gaustin07@berkeley.edu**

Note:  Mr. George Jarvis Austin is an *admitted* Georgetown student, filing complaint(s) about Georgetown's *ongoing* **1. [Equal Protection](#) 2. [42 USC 1981](#) 3. Deceit, False Promises, Misrepresentations, Omissions and Actual Fraud (with Malice) 4. Negligence and 5. Bad Faith violations of his rights (including fundamental violations of privacy, contract, and publicity rights as well as those enumerated above) as witnessed by over 50+ separate persons.  As a Pro Se Litigant, and individual person, Mr. Austin upholds, and reminds of, his as well as Georgetown's ongoing duty to privacy (*and other enumerated duties*) throughout the litigation, or settlement, phases of this legal process with *$10 - $15* million *minimum* Demand depending on structure, context and timing).**

**Mr. Austin is a [whistleblower](#); As part of providing 'notice' of documented formal complaints to Georgetown [ideaa@georgetown.edu](#),  [generalcounsel@georgetown.edu](#), [presidentsoffice@georgetown.edu](#), [media@georgetown.edu](#), [privacy@georgetown.edu](#), [visualidentity@georgetown.edu](#), [lawdeanofstudents@georgetown.edu](#), (showing *"deliberate indifference; discriminatory animus*)" included 50+ outside expert 'witnesses' including  [ocr@ed.gov](#), [privacyTA@ed.gov](#), [studentaid@ed.gov](#), and [whistleblowercoordinator.oig@ed.gov](#), in real time.  See [Supplement-Affidavit](#)**

NOTE: Mr. Austin's (Plaintiff's, self-represented with limited resources) technology is not currently allowing the showing of line numbering although he has repeatedly attempted to correct the technological issue (it is unintentional, and *shall be corrected as soon as able*)  Erickson v. Pardus, 551 U.S. 89, 94 (2007)) "a pro se complaint, .. must be held to less stringent standards than formal pleadings drafted by lawyers.")

## Department of Education Independently Confirms & Verifies the Substance & Seriousness of Georgetown's violations as of January 2025.

1.      I, Mr. Austin, declare under penalty of perjury that the United States Department of Education was made aware of Georgetown's initially known violations on or before 2022 and contacted Mr. Austin in January 2025.  I, Mr. Austin, declare under penalty of perjury that based on just those underlying violations as shared with the Department of Education at that time, alone (let alone the ongoing violations included here) ***the Department of Education has determined Georgetown's conduct is so egregious that anything owed them by Mr. Austin, the student, is no longer owed as of January 2025*** per their official communication(s).  The Department of Education not only affirms the substance, seriousness, and illegality of Georgetown's conduct but further shows through the cancellation of any debts owed by Mr. Austin, the student, the level of violations they, Georgetown, engaged in.



# GEORGETOWN LAW

Combining a world-renowned faculty, a dedication to intellectual stimulation and community, and a location in the heart of the nation's capital, Georgetown is a **unique** place to study law.

### Legal Education in Its Fullest Sense

Georgetown Law seeks not only to impart the tools of the lawyer's trade, but also to foster reflection and inquiry into the nature of law and the role and responsibility of lawyers in a global society. The goal is education in its fullest sense — not only mastery of "black letter law," but a sense of the philosophical, political, social and ethical dimensions of law, the awakening of an abiding curiosity about its nature and purposes, and the instilling of a sense of responsibility for its development and direction.

### A Dynamic Intellectual Community

Georgetown nurtures the very highest standards of scholarly inquiry, intellectual rigor and ethical behavior in a way that respects each student's individuality and fosters his or her particular interests and career goals. The result is a dynamic intellectual community, in which students have an unprecedented range of academic opportunities both inside and outside the classroom.

### An Unparalleled Vantage Point

Located in Washington, D.C., within blocks of the U.S. Congress that enacts laws, the Supreme Court that interprets them, and the administrative agencies that enforce them, Georgetown provides an unparalleled vantage point from which its faculty and students explore the dynamic legal processes of our nation and world.

"What law school in the country is better positioned to deal with the way the profession is going than Georgetown? We have connections to the corporate bar and criminal justice, and we have extensive clinics. We have been oriented to government and politics for decades. Wherever the legal market is going, what law school has more beachheads there than we do? This is a good place to be."

*Daniel R. Ernst, Professor of Law*

**3 ; Signed DECLARATION (direct evidence) in Accord with Judge Breyer's Order**



4 ; Signed DECLARATION (direct evidence) in Accord with Judge Breyer's Order

## Signed, Under Penalty of Perjury.

*"I, Mr. George Jarvis Austin, declare, certify, verify, or state, under penalty of perjury under the laws of the United States of America, and California, that the foregoing specific, numbered , declarations of precise facts, cross referenced with filings-documents on the record, are true and correct (and as I Mr. Austin personally experienced)."*

**s/ George Jarvis Austin         1.31.25**

**5 ; Signed DECLARATION (direct evidence) in Accord with Judge Breyer's Order**