**38. Mr. Austin exercised diligence prior to filing this action & tried every available out of court remedy to solve the problem, thoroughly researched what controlling law provides for based on facts-Article III legal harms he is experiencing. Mr. Austin only filed new action, based solely on what controlling law provides after disposition of previous case on 7.14.21.**

38a.    Per the FAC (Dckt.# 14), Mr. Austin details the extent of his communications

from July 14, 2021 (disposition of previous case) to present with over 100+ attempts,

in front of over 400+ virtual (and direct) witnesses 1. to obtain this materially

omitted information, 2. to formally complain to correct *ongoing* discriminatory

conduct, and 3. to provide Georgetown every opportunity possible to self-correct

outside of litigation.  This is the definition of diligence.  Mr. Austin is a zealous, and

principle based, advocate, but conscientiously respects others as human beings, &

their boundaries, irregardless of their position or power.  Mr. Austin worked, and

excelled, for over 10 years, professionally, in business environments where customer

service (*being emotionally intelligent, friendly, but firm, people person with great

communication skills*) is essential for success.   This is relevant in that although he

was, and is being treated poorly, and in an inferior manner, by those with owed

duties to him (i.e. Defendant), he has not returned the disrespect (and tried to

approach in a proactive manner).  He instead called out the errant, illegal,

sometime mean spirited, behavior, or conduct, including relevant witnesses

proactively in the conversation (to help eliminate potential misunderstandings -so

they can read themselves; and available mechanisms to help expedite the process

"*to secure the just, speedy, and inexpensive determination of every action." Fed. Rule

Civ. Proc. 1*").

**94 ; Corporate Disclosures as of February 2025.**

Mr. Austin's causes of action, or claims, have not been heard on the merits, (at all)

- Has Defendant Georgetown's equal protection violations of Mr. Austin's rights between 7.15.21 to present been heard, *at all,* or on the merits? **NO**
- Has Defendant Georgetown's Title VI facially discriminatory exclusionary tactics, discrete, adverse acts which violate the face of the statutes per 2023 Supreme Court ruling, based on well settled anti-discriminatory law against anti-Black conduct between 7.15.21 to present been heard, *at all,* or on the merits? **NO**
- Has Defedant Georgetown's 42 USC 1981 facially discriminatory violations of Mr. Austin's rights, coextensive with Equal Protection per 2023, post disposition of previous case, between 7.15.21 to present been heard, *at all,* or on the merits? **NO**
- Have any of the other causes of action between 7.15.21 to present been heard, *at all,* or on the merits?  **NO**

38b.    Provided none of the causes of action have been heard: *Is a 64 page*

*Complaint, that is intelligible, numbered, topically organized and cross referenced*

*with table of contents for ease of reference in honor of both the Civil Rights Act of*

*1964, Title VI, based on the early work of the First Black, non-White, Supreme Court*

*Justice (nicknamed 'Mr. Civil Rights') by the issues tackled, parties, subject matter,*

*and approach, relying on well-settled Supreme Court, California Supreme Court,*

*Ninth Circuit, controlling precedents, a substantive pleading, not frivolous, and in*

*good faith?*

**Yes, Of course this is a substantive pleading;** this is the opposite of frivolous,

shows an abundance of "good faith," & is foundational to the entire United States

according to the current Supreme Court.  On its face Mr. Austin's complaint, and

early argument (undergirding the complaint based on well settled precedent) is

beyond a plausible argument, but more importantly it has never been heard.

38c.    In the abundance of caution Mr. Austin voluntary offered a cooling off period,

likely at least a year year, if at all, before he'd even consider bringing a new, still

unheard, case similar to *Brown II.*  Mr. Austin believes cooler heads prevail.  It is

wise not to allow someone, defendant counsel, to *willfully and purposefully* take

dishonest cheap shots to control the narrative, or tone, of the conversation and path

to solution going forward.  In the abundance of caution Mr. Austin offered to go through a series of precise steps outside of the litigation process, and volunteered to engage in a cooling off period before even allowing the consideration of another case. It will likely be at least a year before Mr. Austin would even consider filing a new case to provide Defendant Georgetown, like Defendant Board of Education in Brown I, a year after Brown II, an opportunity to self correct.

**39. Ironically, It is actually the Defendant Georgetown (and its counsel) who should be sanctioned, for 1. failure to produce woefully late mandatory material evidence to prejudice a trial, 2. Misuse or abuse of pre-trial procedures to *evade* a trial on the merits of never before heard, and ongoing, issues, and 3. misuse or abuse of this motion to intimidate, and suppress a Black male citizen, and admitted student's Constitutionally protected speech, and conduct.  However, Mr. Austin  has not yet motioned to sanction defendants as even that would be premature without further procedural pre-steps, and warnings, opportunities for correction, prior to making the motion.**

39a.   If anyone were to be sanctioned it should be Defendant Georgetown (and its counsel), however in the abundance of restraint, and caution, Mr. Austin has not yet made that motion.  Instead, Mr. Austin has exercised extreme discipline, and restraint despite Defendant's total disregard and disrespect of Mr. Austin's rights and duties still owed him as an admitted Black male student.  Because Georgetown went out of its way to cause the initial legal harms, and is going out of its way to break normal protocols and its own self described mandates to *continue* its discriminatory, negligent deceitful, etc.  harms *after* 7.14.21, it has an ongoing duty render aid for legal harms it caused it own admitted student, and an ongoing duty to correct discriminatory conduct, as well as omitted material information.  39a.

39b.   Dismissal itself is a severe sanction, even when voluntary (due to cited reasons).  Showing good faith, Mr. Austin has already voluntarily endured the

**96 ; Corporate Disclosures as of February 2025.**

sanction of dismissal (without prejudice). Especially under these circumstances, and facts, this motion nor *any* sanctions should be even considered See e.g. Fjelstad

v. American Honda Motor Co.762 F.2d 1334 (9th Cir. 1985)  Cited 317 times:

(682 F.2d 802 (9th Cir. 1982). Due process limits the imposition of the severe sanctions of dismissal or default to "extreme circumstances" in which "the deception relates to the matters in controversy" and prevents their imposition "merely for punishment of an infraction that did not threaten to interfere with the rightful decision of the case." Wyle, 709 F.2d at 589, 591.)

See e.g. Haeger v. Goodyear Tire & Rubber Co., 793 F.3d 1122, 1133 (9th Cir. 2015):

("Leon, 464 F.3d at 961 (plaintiff demonstrated bad faith by going to extraordinary measures to destroy evidence). Actions constituting a fraud upon the court or actions that cause "the very temple of justice [to be] defiled" are also sufficient to support a bad faith finding. Chambers, 501 U.S. at 46, 111 S.Ct. 2123. For example, in Pumphrey v. K.W. Thompson Tool Company, the decedent's family brought a wrongful death action against a gun manufacturer after the decedent dropped the manufacturer's gun with the safety devices engaged and it fired, killing the decedent. 62 F.3d 1128, 1130 (9th Cir.1995). During trial, the manufacturer introduced tests showing that when the gun was dropped, the safeties performed as designed and the gun never fired. Id. After the trial concluded, Plaintiffs' attorney learned that in a subsequent, unrelated lawsuit, the manufacturer had produced tests during which the gun had fired when dropped. Id. These tests had not been produced during Plaintiffs' litigation even though they were available two months before trial, and despite the manufacturer's assurance that gun tests would be made available upon their discovery. Id. at 1131. The manufacturer also affirmatively mischaracterized the nature of these tests during later discovery, and introduced testimony during trial that it had never seen the gun fire when dropped. Id. at 1132. Plaintiffs moved to set aside the trial verdict, pursuant to Federal Rule of Civil Procedure 60(b). Id. at 1130. We upheld the district court's grant of a new trial finding that the manufacturer had "engaged in a scheme to defraud the jury, the court, and [the Plaintiffs], through the use of misleading, inaccurate, and incomplete responses to discovery requests, the presentation of fraudulent evidence, and the failure to correct the false impressions created...." Id. at 1132. We further held that the "end result of the scheme was to undermine the judicial process, which amounts to fraud upon the court." Id. (citing Hazel–Atlas Glass Co. v. Hartford–Empire Co., 322 U.S. 238, 245–46, 250, 64 S.Ct. 997, 88 L.Ed. 1250 (1944) (deliberately planned scheme to present fraudulent evidence constitutes fraud upon the court); Abatti v. C.I.R., 859 F.2d 115, 118 (9th Cir.1988) (fraud upon the court involves unconscionable plan or scheme to influence the court improperly)). While the procedural posture of Pumphrey differs from the one in this case, the similarities with this case support the conclusion that the district court did not abuse its discretion in concluding that Sanctionees engaged in fraud upon the court in their scheme to avoid their discovery obligations.")

39c. Dismissal with prejudice is an extreme, rarely used, sanction that should not even be in consideration under the circumstances (it is Defendant's underhanded moves that created this situation). Plaintiff sought a straightforward hearing of the issues, on the merits of the case. Defendant has relied on underhanded ad hominem attacks, and deceptive procedural maneuvers to avoid the substantive issues of the case. Defendant appears not to want the issues heard on the merits, because they know they are wrong. Despite defendant knowing these are two separate, and distinct, cases with completely separate causes of action, and temporal time frames for legal harms on Mr. Austin by Defendant Georgetown, Georgetown immediately sought to undercut the process. Defendant has completely ignored the pleadings saying they were somehow identical when even a cursory glance would show the distinct pleadings, facts, circumstances, and Supreme Court down legal basis for the precise causes of action beginning 7.14.21 to present.

**97 ; Corporate Disclosures as of February 2025.**

Under no circumstances do these set of facts lead to *any* sanction, especially not "extreme" sanction of dismissal with prejudice.  See e.g. Hamilton Copper Steel v. Primary Steel 898 F.2d 1428 (9th Cir. 1990)   Cited 161 times (Explaining that, … dismissal with prejudice is "extreme" and rarely deployed).

39d.    *United States v. Sumitomo Marine Fire Ins.* provides a concrete example (in a discovery context), of the proper 'tempered' use of sanctions, with 'restraint.'  This example shows why Defendant's motion, or sanctions, is baseless, wholly without merit, premature, and designed to curb, intimidate, and retaliate against 1st Amendment, and rightful constitutional exercise of right, *illegally*.  See e.g. United States v. Sumitomo Marine Fire Ins. Co.617 F.2d 1365 (9th Cir. 1980) Cited 163 times:

> "In the case before us the district judge imposed the preclusion sanction (tantamount to dismissal) on the government **only after 18 months of delays and failures to comply** with court-ordered discovery. The court considered that the government counsel's failure to provide timely answers to interrogatories or to provide at any point prior to trial a final tabulation of the government's damages, may have been more the result of serious understaffing than of bad faith. Yet the prejudice to Pearl and the cargo interests was unmistakable: two weeks before trial, the government had yet to supply firm damage figures. A series of warnings from the district court, including the assessment of $500 in sanctions against the government counsel in March 1976, failed to convince the government that discovery orders were to be strictly followed in this case. Thus, only by severe sanctions could the court further the first two purposes of Rule 37(b).
>
> A district court's use of sanctions in order to achieve these objectives is tempered by the requirements of due process. For example, "when it has been established that failure to comply [with court discovery orders] has been due to inability, and not to willfulness, bad faith, or any fault of [the disobedient party]," the harshest sanction of dismissal is improper. Societe Internationale Pour Participations Industrielles et Commerciales v. Rogers, 357 U.S. 197, 212, 78 S.Ct. 1087, 1096, 2 L.Ed.2d 1255 (1958)"

39e.  How much more ridiculous for the Defendant Georgetown who is doing the *ongoing* violations, and would be subject of the motion to produce (for withholding material evidence under *Haeger v. Goodyear Tire & Rubber Co)* to propose an extreme, drastic type (i.e. like a metaphorical atom bomb) of sanctions with no warnings, no desire or effort at ADR, & extremely poor communication patterns. Defendant says explicitly he does not want to communicate although it is his duty to communicate on behalf of Defendant.  Even worse, none of the prerequisite steps were pondered, attempted, or actually done before a reasonable party would even

**98 ; Corporate Disclosures as of February 2025.**

consider a motion for a far less drastic sanction (let alone an extreme one like this). <u>When did law schools get in the business of sabotaging their own admitted students future</u>?

39f.    It is actually the Defendant Georgetown (and its counsel) who should be sanctioned, for 1.  failure to produce woefully tardy mandatory material evidence to prejudice a trial, 2. misuse of pre-trial procedures to evade a trial on the merits of never before heard, and ongoing issues, and 3. misuse or abuse of motion to intimidate, and suppress a Black male citizen, and admitted student's Constitutionally protected speech, and conduct.  However, Mr. Austin didn't yet motion to sanction defendants as even that would be premature without further procedural pre-steps, and warnings, prior to making the motion.  Defendant has illegally, willfully, knowingly, and maliciously avoided producing materially omitted owed information for quickly approaching 3 years (both *after* admitting its Federal (and State) violations, *and* after disposition of the previous case on 7.14.21).  See

e.g. Haeger v. Goodyear Tire & Rubber Co., 793 F.3d 1122, 1132 n.3 (9th Cir. 2015)
("Rule 37 provides that "[o]n notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." If the party fails to comply with a court order, Rule 37 provides the following remedies: Rule 37(b)(2)(A) "If a party ... fails to obey an order to provide or permit discovery ... the court where the action is pending may issue further just orders. They may include the following: (i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims; (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence; ... (vi) rendering a default judgment against the disobedient party;")

39g.    Under Supreme Court's *Hazel–Atlas Glass Co. v. Hartford–Empire,* and *Chambers,* as well as various Ninth Circuit rulings including *Haeger v. Goodyear Tire* (cited here) Georgetown's discriminatory pattern, policy and practice toward Mr. Austin of purposefully withholding "material" information disclosures (after already violating his Federal rights) directly related to all causes of action (and admitted to owing this information to Mr. Austin publicly, and privately, via their

own multiple written admissions of fact) is "bad faith," "fraud on the court," and

involves an "unconscionable plan or scheme to improperly influence" and

"undermine the judicial process" all seemingly to purposefully avoid "discovery

obligations."  See e.g. Haeger v. Goodyear Tire & Rubber Co., 793 F.3d 1122, 1133

(9th Cir. 2015):

> "Leon, 464 F.3d at 961 (plaintiff demonstrated bad faith by going to extraordinary measures to destroy evidence). Actions constituting a fraud upon the court or actions that cause "the very temple of justice [to be] defiled" are also sufficient to support a bad faith finding. Chambers, 501 U.S. at 46, 111 S.Ct. 2123. For example, in Pumphrey v. K.W. Thompson Tool Company, the decedent's family brought a wrongful death action against a gun manufacturer after the decedent dropped the manufacturer's gun with the safety devices engaged and it fired, killing the decedent. 62 F.3d 1128, 1130 (9th Cir.1995). During trial, the manufacturer introduced tests showing that when the gun was dropped, the safeties performed as designed and the gun never fired. Id. After the trial concluded, Plaintiffs' attorney learned that in a subsequent, unrelated lawsuit, the manufacturer had produced tests during which the gun had fired when dropped. Id. These tests had not been produced during Plaintiffs' litigation even though they were available two months before trial, and despite the manufacturer's assurance that gun tests would be made available upon their discovery. Id. at 1131. The manufacturer also affirmatively mischaracterized the nature of these tests during later discovery, and introduced testimony during trial that it had never seen the gun fire when dropped. Id. at 1132. Plaintiffs moved to set aside the trial verdict, pursuant to Federal Rule of Civil Procedure 60(b). Id. at 1130. We upheld the district court's grant of a new trial finding that the manufacturer had "engaged in a scheme to defraud the jury, the court, and [the Plaintiffs], through the use of misleading, inaccurate, and incomplete responses to discovery requests, the presentation of fraudulent evidence, and the failure to correct the false impressions created...." Id. at 1132. We further held that the "end result of the scheme was to undermine the judicial process, which amounts to fraud upon the court." Id. (citing Hazel–Atlas Glass Co. v. Hartford–Empire Co., 322 U.S. 238, 245–46, 250, 64 S.Ct. 997, 88 L.Ed. 1250 (1944) (deliberately planned scheme to present fraudulent evidence constitutes fraud upon the court); Abatti v. C.I.R., 859 F.2d 115, 118 (9th Cir.1988) (fraud upon the court involves unconscionable plan or scheme to influence the court improperly)). While the procedural posture of Pumphrey differs from the one in this case, the similarities with this case support the conclusion that the district court did not abuse its discretion in concluding that Sanctionees engaged in fraud upon the court in their scheme to avoid their discovery obligations."

39h.    Defendant's baseless motion to provoke, distract, and deter from Justice

(seeking to evade a trial on the merits) is no different.  Defendant's Motion was not

only baseless, and unfounded on any substantive precedent, or current law, but is

actually mean spirited, and violative of the principle underlying the entire canon of

FRCP (per Rule 1) especially for a pro se litigant, whistleblower, Black male student

making formal complaints about facially discriminatory conduct.  Defendant not

only attempted the most extreme sanction without any attempts to resolve outside

of litigation, nor any attempts to correct, or warn prior, nor any good faith attempts

to render aid after Defendant acknowledges that they themselves caused harm to

their own admitted student shows the level of low blows, and underhanded

maneuvering willing to be engaged in by Defendant.

**100 ; Corporate Disclosures as of February 2025.**

**40. Ironically, Mr. Austin Appealed this 'blatant'-ly racist, & wrong, ruling after Breyer, presiding judge, made ruling, after Ryu later recused, months later.**

40a.   Mr. Austin provided Notice of Appeal to the Ninth Circuit, within the 30 day timeframe for that order, regarding Judge Breyer's 3 stunning errors in his order (*dckt. 85-86*) on the Rule 59 Motion under the Supreme Court's *Banister v. Davis 140 S. Ct. 1698, 1703 (2020),* a. Mr. Austin *only pleads conduct from 7.15.21 to present* which has never had the opportunity to be heard on the merits, and began after termination of the first case ending 7.14.21 b. Per the Supreme Courts *Lawlor v. Nat'l Screen Serv*, The Ninth Circuits *Eichman v. Fotomat Corp.*, & *Clark v. Yosemite Community College Dist.*, ongoing, future, conduct cannot be preemptively assumed, nor litigated, and is *not barred by Res Judiciata* ergo Mr. Austin *could not have failed to plead something that had not yet happened* c. Mr. Austin sought to prevent administrative, non-judicial, illegal interference from pre-determining outcome of cases (which is not allowable for judges (per se illegal), and not vexatious for litigants, either).   See Fed. R. App. P. 4 ("*(a) APPEAL IN A CIVIL CASE.(1)Time for Filing a Notice of Appeal.(A) …. must be filed with the district clerk within 30 days after entry of the judgment or order appealed from.*")

40b.  Per the Supreme Court, and Ninth Circuit, there are at least 9 exceptions to judicial immunity (some of which create criminal liability as well as injunctive civil liability) 1. Non-judicial acts, generally 2.  Where a judge connives with one of the parties to predetermine the outcome of a judicial proceeding 3. Where a judge makes a vexatious litigant prefiling order 4. Where anyone including a judge engages in criminal activity like obstruction of justice, or accepting bribes 5. Where

anyone including a judge violates a Citizen's, particularly a Black Citizen's ("whom

are the targets of the amendments per *Brown v. Board*"), 14th (and 5th)

Amendment rights to Due Process and Equal Protection which at minimum

provides "a guarantee of fair procedure" and "equal protection of the laws." U.S.

Const. amend. XIV, § 1 6. Where a Judge attempts to declare a Black person

enslaved in violation of the thirteenth Amend- ment (or any of the rights enshrined

therein) 7. Where a judge rapes a litigant (or other like harms) in violation of penal

or civil code (and the Constitution) 8. Where a judge tortures, attempts to murder,

or actually murders a litigant alone or in conspiracy with the Klu Klux Klan or

other like domestic White Supremacist terrorist in violation of civil or penal code, 18

USC 241, 242, 245, etc. (and the Constitution) 9. Where a judge chooses to disregard

the Constitution and become unfaithful to the oath and trust provided to them by

the Citizenry._Per the US Supreme Court's *Pierson v. Ray 386 U.S. 547 (1967) "a*

*judge who excluded*" Black People, or African Americans from Juries (and

subsequently Due Process or Equal Protection of the laws) can be held liable under

the Civil Rights Law meant to protect from that very behavior.   Typically judicial

liability ensues only when the act is outside of what the Ninth Circuit's *Beard v.*

*Udall* calls "a judicial act" (i.e. an administrative act) however (as noted above), the

US Supreme Court's *Pierson v. Ray* cautions:

> "a judge who excluded Negroes from juries [or like offenses to the Constitution] …. would be liable under the statute
> even if his actions were judicial." Importantly, the Ninth Circuit's *Beard v. Udall 648 F.2d 1264 (9th Cir. 1981)*
> makes clear "[I]f a judge connives with one of the parties to predetermine the outcome of a judicial proceeding, the
> other parties' expectations are frustrated. Id. Moreover, the court noted, an agreement by a judge to predetermine the
> outcome of a proceeding is "not a function normally performed by a judge."

40c.    Per the Supreme Court's *Cooter Gell v. Hartmarx Corp. 496 U.S. 384 (1990)  Cited*

*4,115 times*  Mr. Austin should not be sanctioned, *at all*, as he properly withdrew, or

voluntarily dismissed the underlying substantive, complaint and

> "when a plaintiff has voluntarily dismissed a complaint pursuant to Rule 41(a)(1), a collateral proceeding to examine
> whether the complaint is well grounded will stretch out the matter long beyond the time in which either the plaintiff
> or the defendant would otherwise want to litigate the merits of the claim.  An interpretation that can only have the

**102 ; Corporate Disclosures as of February 2025.**

*unfortunate consequences of encouraging the filing of sanction motions and discouraging voluntary dismissals cannot be a sensible interpretation of Rules that are designed "to secure the just, speedy, and inexpensive determination of every action." Fed. Rule Civ. Proc. 1"*

See also e.g.Wolfe v. Strankman, 392 F.3d 358, 367 (9th Cir. 2004) ("*complete relief is available in an action against Chief Justice George in his administrative capacity and Ms. Silva. We reverse the dismissal of Chief Justice George in his administrative capacity and Ms. Silva, and we remand to the district court for further proceedings.*")

40d.   Mr. Austin acts in good faith, follows well settled and 2023 Supreme Court's precedent, and Georgetown school policy with this complaint as Georgetown continues to violate the Equal Protection Clause, Title VI of the Civil Rights Act of 1964, 42 USC 1981, Federal Privacy Laws, and other law from 7.15.21 to present.

Per *Brown v. Board of Education, 347 U.S. 483, 494 (1954),* Georgetown's, use of the precise *"less worthy"* or *"inferior"* derogatory racist stereotypes, against Mr. Austin, *"implying inferiority in civil society"* originate from anti-Black propaganda of the vilest Enslavers, Klu Klux Klan members, and the staunchest Jim Crow segregationist who inspired the Nazi's Third Reich (*How the Nazis Were Inspired by Jim Crow | HISTORY; How American Racism Influenced Hitler | The New Yorker ; What America Taught the Nazis in the 1930s - The Atlantic; The Impact Of Racist Ideologies: Jim Crow And The Nuremberg Laws - Holocaust Museum)*

for  which Georgetown admits it took active part as an institution: Slavery archive. georgetown.edu/ (...*Sale of Maryland Jesuit's enslaved community to Louisiana in 1838.  These archival materials relate to the sale of 272 men, women, and children by Rev. Thomas Mulledy in 1838.*).  See attached.  Georgetown's precise derogatory stereotype usage is similar to defendant *Board of Education's* usage against plaintiff Oliver *Brown* in *Brown v. Board of Education, 347 U.S. 483, 494 (1954)* whereas Mr. Austin seeks to exercise & enforce his Federal rights to make contracts (expressly promulgated as mandatory under Georgetown's policies), and not be

treated in an inferior manner in civil society (creating Stigma) while doing so, in the context of higher education, whereas Georgetown violates *"....The words of the amendment,.[that].. <u>contain ...the right to exemption..from legal discriminations, implying inferiority in civil society....</u>"* (referring to Civil Rights Amendments 13th, 14th, 15th Amend.).

40e.    Per the 2023 US Supreme Court's Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., No. 20-1199, 38 (U.S. Jun. 29,2023) use of derogatory stereotypes is <u>per se illegal</u> in a. business, b. the entire contractual relationship (*i.e. "to make or enforce a contract"*), c. education (& d. other areas of society), because it *"furthers "stereotypes that treat individuals as the product of their race, evaluating their thoughts and efforts -their very worth as Citizens- according to a criterion barred to the Government by history and the Constitution." Id., at 912 ....Such stereotyping can only "cause[] continued hurt and injury," Edmonson, 500 U.S... contrary as it is to the "core purpose" of the Equal Protection Clause [<u>co-extensive with sec. 1981</u>]."* Georgetown's admission of a. Using race in the "negative" via both its 1. media contract making and 2. complaint procedures b. Considering Blacks 'inferior' or 'less worthy' in their 1. complaint procedures and 2. media contract offer process and c. providing Whites unfair advantage by alternatively considering them 'superior' or 'more worthy' constitutes this type of derogatory use of stereotypes, and is per se illegal.

40f.    Georgetown's, *ongoing,* well documented, conduct Highlights exactly how defendants engage in use of derogatory racial *""stereotypes that treat individuals [Mr. Austin] as the product of their race [or derogatory anti-Black racist presumptions], evaluating their thoughts and efforts -their very worth as citizens-*

*according to a criterion barred to the Government by history and the Constitution."*

*.... only "caus[ing] continued hurt and injury"* to harm Mr. Austin, because he is Black [i.e. race] or Georgetown's use of derogatory racist stereotypes of Black people [i.e. *Georgetown's conduct admits use of derogatory anti-Black stereotypes: a. Georgetown operates on the premise Black men are inferior to Whites and thus Georgetown does not need to respect either their 1. 1981 rights to mandatory written media contract and 2. Their Civil Rights Act of 1964 Title VI rights to not be excluded from Campus Activity, or core programs like Campus Complaint Procedures-Policy-Programs via IDEAA, b. Georgetown discovered Mr. Austin is Black during the admissions process (i.e. Georgetown student ID, and usage of Mr. Austin's image and likeness for commercial gain, marketing exploitation in Georgetown advertisement, etc.) "ergo" c. Georgetown assumes anti-Black derogatory stereotype applies to Mr. Austin's mandatory written media contract (and thus does not make contract offer on same basis as Whites) and based on that flawed logic, non-sequitur illogic, & per se illegal racist presumption, thus Georgetown willfully ignores documentation-direct evidence, and continues to 1. refuse to make a mandatory written media contract (per its own policy-terms) with Mr. Austin, and 2 illegally exclude Mr. Ausitn from IDEAA complaint process to resolve, investigate, correct Georgetown's per se illegal conduct, because he is Black, on the same basis as Whites (whereas their rights in both areas are respected, and exercised)*].

40g.    Per the 2023 US Supreme Court's *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., No. 20-1199, 7 (U.S. Jun. 29, 2023):* "Georgetown's structures] are infirm for a second reason as well: They require[d] stereotyping [Mr. Austin by the way they operate .. assuming " ess worthy", and "Inferiority"] *].. the very thing Grutter foreswore....it engages in … offensive …*

**105 ; Corporate Disclosures as of February 2025.**

*demeaning [and derogatory] assumption[s]."* Georgetown's facially discriminatory anti-Black conduct reflects the pattern of behavior highlighted in Judge Weigel's ruling in *Johnson v. San Francisco Unified School Dist.*, 339 F. Supp. 1315, 1317 (N.D. Cal. 1971) cited to by Judge Orrick II in *San Francisco NAACP v. San Francisco Unified School Dist., 59 F. Supp. 2d 1021, 1023 (N.D. Cal. 1999),* with NAACP represented by Judge Breyer's colleague Judge Haywood Gilliam (although the order cited above spelled his name wrong) clerked for the Legendary Judge Thelton Henderson,; .Gilliam Responses 9-17-14.pdf. The highlighted pattern in *Johnson v. San Francisco Unified School Dist.*, 339 F. Supp. 1315, 1317 (N.D. Cal. 1971) demonstrates willful racist conduct similar to Georgetown's toward Mr. Austin whereas a school district chooses to still engage in facially discriminatory, Dejure or Defacto Segregationist conduct (to isolate, confine, or refuse to equally serve or contract with Black students, Black Teachers, or Black Administrators in violation of Equal Protection Clause), despite knowing

> *"More than seventeen years ago [in 1971], a unanimous decision of the United States Supreme Court made it clear that racial discrimination in public education violates the [US]Constitution. Today it is understood beyond all question that any law, ordinance or regulation of any governmental agency .. furthering such discrimination violates the Constitution of the United States. The cases so holding are legion. They have been handed down, not only by the Supreme Court of the United States, but, … throughout the nation."*

40h. Per Judge Weigel's wisdom in *Johnson v. San Francisco Unified School Dist.* Georgetown's *"Opposition to desegregation [in serving or making contracts with Mr. Austin] fosters false concepts of racial [White] superiority and of racial [Black] inferiority….[and reflects Georgetown's] … Racial hatred [which] is an adult rather than a childhood disease."* This *"adult rather than a childhood disease"* demonstrated by the *"infirm"* Georgetown pattern of conduct toward Mr. Austin is clear per the US Supreme Court's 1. *Runyon v. McCrary* 2. *General Building Contractors Assn., Inc. v. Pennsylvania,* and 3. *Comcast Corp. v. Nat'l Ass'n of African Am.-Owned Media, 140 S. Ct. 1009, 1016 (2020),* prohibits the *"blatant*

<u>deprivation of Civil Rights</u> such as where a private offeror [in this case Georgetown]

refuses to extend to [an African- American, in this case Mr. Austin], because he is an

[African-American], the same opportunity to enter into contracts he extends to White

offerees [in this case non-Black, or White  Georgetown students]."

## Signed, Under Penalty of Perjury.

"I, Mr. George Jarvis Austin, declare, certify, verify, or state, under penalty of perjury under the laws of the United States of America, and California, that the foregoing specific, numbered , declarations of precise facts, cross referenced with filings-documents on the record, are true and correct (and as I Mr. Austin personally experienced)."

**s/ George Jarvis Austin          2.23.25**

**107 ; Corporate Disclosures as of February 2025.**

# African-American Troops Fought to Fight in World War I

Feb. 1, 2018  |  By Army Col. Richard Goldenberg, New York National Guard

You have accessed part of a historical collection on defense.gov. Some of the information contained within may be outdated and links may not function. Please contact the DOD Webmaster with any questions.

During World War I, when African-American National Guard soldiers of New York's 15th Infantry Regiment arrived in France in December 1917, they expected to conduct combat training and enter the trenches of the western front right away to fight the enemy.

However, at first, the African-American troops were ordered to unload supply ships at the docks for their first months in France, joining the mass of supply troops known as stevedores, working long hours in the port at St. Nazaire.

More than 380,000 African-Americans served in the Army during World War I, according to the National Archives. About 200,000 were sent to Europe. But more than half of those who deployed were assigned to labor and stevedore battalions. These troops performed essential duties for the American Expeditionary Force, building roads, bridges and trenches in support of the front-line battles.

**Preparing Docks, Railway Lines**

In St. Nazaire, the New York National Guard soldiers learned they would work to prepare the docks and railway lines to be a major port of entry for the hundreds of thousands of forces yet to arrive in France. The African-American regiment was a quick and easy source of labor, according to author Stephen Harris in his 2003 book "Harlem's Hell Fighters."



A military poster promoting the work of stevedores at the St. Nazaire port of debarkation for American Expeditionary Forces during World War I in France in 1918. The African-American 369th Infantry Regiment arrived at St. Nazaire in December 1917 and performed labor duties before their onward integration and training for combat under French command in March 1918. Photo courtesy of the National World War I Museum and Memorial

"First, [Army Gen. John J.] Pershing would have a source of cheap labor," Harris wrote. "Second, he wouldn't have to worry about what to do with black soldiers, particularly when he might have to mix them in with white troops."

But the 15th Regiment's soldiers had not signed up for labor. They were committed to fighting the Germans and winning the war.

"They had no place to put the regiment," said infantry Capt. Hamilton Fish, according to the Harris book. "They weren't going to put us in a white division, not in 1917, anyway; so our troops were sent in to the supply and services as laborers to lay railroad tracks. This naturally upset our men tremendously."

**Regimental Commander Fights for Troops**

The regiment's best advocate to get into the fight was their commander, Col. William Hayward.

"It was time for us to try to do something towards extricating ourselves from the dirty mess of pick-swinging and wheel barrel trundling that we were in," Hayward had said to Capt. Arthur Little, commander of the regimental band, according to Jeffrey Sammons in his 2014 book "Harlem's Rattlers and the Great War."

"We had come to France as combat troops, and, apparently, we were in danger of becoming labor troops," Hayward said.

Hayward argued his case in a letter to Pershing, outlining the regiment's mobilization and training, and followed up immediately with a personal visit to Pershing's headquarters.

**Band Helps Sway Opinion**

He would bring with him the regiment's most formidable weapon in swaying opinion: the regimental band, lauded as one of the finest in the entire Expeditionary Force.

While the regiment literally laid the tracks for the arrival of the 2 million troops deploying to France, the regimental band toured the region, performing for French and American audiences at rest centers and hospitals. The 369th Band was unlike any other performance audiences had seen or heard before, Harris noted. The regimental band is credited with introducing jazz music to France during the war.

The military band would frequently perform a French march, followed by traditional band scores such as John Philip Sousa's "Stars and Stripes Forever."

"And then came the fireworks," said Sgt. Noble Sissle, band vocalist and organizer, in the Harris account, as the 369th Band would play as if they were in a jazz club back in Harlem.

After some three months of labor constructing nearby railways to move supplies forward, the regiment's soldiers learned that they had orders to join the French 16th Division for three weeks of combat training.

**Heading for the Front**

They also learned they had a new regimental number as the now-renamed 369th Infantry Regiment. Not that it mattered much to the soldiers; they still carried their nickname from New York, the Black Rattlers, and carried their regimental flag of the 15th New York Infantry everywhere they went in France.

While the 369th Infantry would become part of the U.S. Army's 92nd Infantry Division, it would be assigned to fight with French forces. This solved the dilemma for Pershing and the American Expeditionary Forces of what to do with the African-American troops.

The black troops would see combat, but alongside French forces, who were already accustomed to the many races and ethnicities already serving in the ranks of their colonial troops.

"The French army instructors literally welcomed their African-American trainees as comrades in arms," Sammons wrote. "To the pragmatic French army instructors, the soldiers were Americans, black Americans, to be trained for combat within their ranks. The trainees clearly excelled at their tasks."

After learning valuable lessons in trench warfare from their French partners, the soldiers of the 369th finally had their chance to prove their worth as combat troops when they entered the front lines, holding their line against the last German spring offensive near Chateau-Thierry.

**Acclaimed Fighters**

Their value was not lost on the French, and the regiment continued to fight alongside French forces, participating in the Aisne-Marne counteroffensive in the summer of 1918 alongside the French 162st Infantry Division.

The Hell Fighters from Harlem had come into their own, in spite of their difficult start.

The regiment would go on to prove itself in combat operations throughout the rest of the war, receiving France's highest military honor, the Croix de Guerre, for its unit actions alongside some 171 individual decorations for heroism.

During the World War I centennial observance, the New York National Guard and New York State Division of Military and Naval Affairs will issue press releases noting key dates that affected New Yorkers, based on information and artifacts provided by the New York State Military Museum here.

More than 400,000 New Yorkers served in the military during World War I, more than any other state.

Hosted by Defense Media Activity - WEB.mil

EoR - 1115 of 2347

NBCBLK

# Fighting Germans and Jim Crow: Role of black troops on D-Day

While portrayals of D-Day often depict an all-white host of invaders, African Americans fought both segregation and Nazi Germans.



— World War II veteran Johnnie Jones, Sr. poses for a portrait at his home in Baton Rouge, Louisiana on May 28, 2019. Jones, who joined the military in 1943 out of Southern University in Baton Rouge, was a warrant officer in a unit responsible for unloading equipment and supplies onto Normandy.  Gerald Herbert / AP

June 4, 2019, 9:59 AM PDT

**By The Associated Press**

It was the most massive amphibious invasion the world has ever seen, with tens of thousands of Allied troops spread out across the air and sea aiming to get a toehold in Normandy for the final assault on Nazi Germany. And while portrayals of D-Day often depict an all-white host of invaders, in fact it also included many African Americans.

Roughly 2,000 African American troops are believed to have hit the shores of Normandy in various capacities on June 6, 1944. Serving in a U.S. military still-segregated by race, they encountered discrimination both in the service and when they came home.

ADVERTISING



But on Normandy, they faced the same danger as everyone else.

The only African American combat unit that day was the 320th Barrage Balloon Battalion, whose job was to set up explosive-rigged balloons to deter German planes. Waverly Woodson Jr. was a corporal and a medic with the battalion. Although Woodson did not live to see this week's 75th anniversary – he died in 2005 – he told The Associated Press in 1994 about how his landing craft hit a mine on the way to Omaha Beach.

"The tide brought us in, and that's when the 88s hit us," he said of the German 88mm guns. "They were murder. Of our 26 Navy personnel there was only one left. They raked the whole top of the ship and killed all the crew. Then they started with the mortar shells."

Woodson was wounded in the back and groin while on the landing craft but went on to spend 30 hours on the beach tending to other wounded men before eventually collapsing, according to a letter from then-Rep. Chris Van Hollen of Maryland. Van Hollen, now a U.S. senator, is heading an effort to have Woodson posthumously awarded the Medal of Honor for his actions on D-Day. But a lack of documentation – in part because of a 1973 fire that destroyed millions of military personnel files – has stymied the effort.

Another member of the unit, William Dabney described what they encountered on D-Day in a 2009 Associated Press interview during the invasion's 65th anniversary.

"The firing was furious on the beach. I was picking up dead bodies and I was looking at the mines blowing up soldiers. … I didn't know if I was going to make it or not," said Dabney, then 84, who passed away last year.

Linda Hervieux detailed the exploits of the 320th in her book "Forgotten: The Untold Story of D-Day's Black Heroes, at Home and at War." She said the military resisted efforts to desegregate as it ramped up for World War II. Instead they kept separate units and separate facilities for black and white troops.

"This was a very expensive and inefficient way to run an army. The Army … could have ordered its men to integrate and to treat black soldiers as fully equal partners in this war. The Army declined to do so," she said. The Army wanted to focus on the war and didn't want to become a social experiment, Hervieux said, but she notes that when African American soldiers were called on to fight side by side with whites, they did so without problems.

By the end of World War II, more than a million African Americans were in uniform including the famed Tuskegee Airmen and the 761st Tank Battalion. The Double V campaign launched by the Pittsburgh Courier, a prominent African American newspaper, called for a victory in the war as well as a victory at home over segregation, including in the military.

During World War II, it was unheard of for African American officers to lead white soldiers and they faced discrimination even while in the service. Black troops were often put in support units responsible for transporting supplies. But during the Normandy invasion that didn't mean they were immune from danger.

Ninety-nine-year-old Johnnie Jones Sr., who joined the military in 1943 out of Southern University in Baton Rouge, was a warrant officer in a unit responsible for unloading equipment and supplies onto Normandy. He remembers wading ashore and coming under fire from a German sniper. He grabbed his weapon and returned fire along with the other soldiers. It's something that still haunts his memories.

"I still see him, I see him every night," he told the AP recently. In another incident, he remembers a soldier charging a pillbox, a selfless act that likely ended the soldier's life. "I know he didn't come back home. He didn't come back home but he saved me and he saved many others."

After defending their country in Europe, many African American troops were met with discrimination yet again at home. Jones remembers coming back the U.S. after the war's end and having to move to the back of a bus as it crossed the Mason-Dixon line separating North from South. He recalls being harassed by police officers after returning to Louisiana.

"I couldn't sit with the soldiers I had been on the battlefield with. I had to go to the back of the bus," said Jones, who went on to become a lawyer and civil rights activist in Baton Rouge. "Those are the things that come back and haunt you."

---

**AP**  The Associated Press

The Associated Press

---



Home / Topics / World War II / The Original Black Panthers Fought in the 761st Tank Battalion During WWII

# The Original Black Panthers Fought in the 761st Tank Battalion During WWII

These African American heroes battled the Nazis, but were still treated as second-class citizens in their home country.

**BY: RYAN MATTIMORE**

**UPDATED: AUGUST 15, 2023** | ORIGINAL: APRIL 11, 2018

In October of 1944, the 761st tank battalion became the first African American tank squad to see combat in World War II. And, by the end of the war, the Black Panthers had fought their way further east than nearly every other unit from the United States, receiving 391 decorations for heroism. They fought in France and Belgium, and were one of the first American battalions to meet the Russian Army in Austria. They also broke through Nazi Germany's Siegfried line, allowing General George S. Patton's troops to enter Germany.

During the war, the 761st participated in four major Allied campaigns including the Battle of the Bulge, the last major German World War II campaign on the Western Front. Germany's defeat in this battle is widely credited with turning the tide of the war towards an Allied victory.

## 761st Tank Battalion: The Original Black Panthers

The new special, **761st Tank Battalion: The Original Black Panthers**, premieres Sunday, August 20, at 8/7c and streams the next day.

FIND OUT MORE

Although the U.S. military would remain heavily segregated until 1948, men of all races around the country volunteered for service when Pearl Harbor was attacked in 1941. Black enlistees were generally diverted to segregated units and divisions, mostly in combat support roles. However, there were units of African American soldiers—like World War II's Tuskegee Airmen and the 761st Tank Battalion—that played significant roles in military operations.

The 761st commanding officer, Lt. Colonel Paul L. Bates, was well aware of the prevalent racist attitudes towards Black soldiers, and so he pushed the battalion to achieve excellence. The 761st Tank Battalion was formed in the spring of 1942 and according to Army historical records, included 30 Black officers, six white officers, and 676 enlisted men. One of those 36 officers was baseball star Jackie Robinson, who never saw the European theater due to his refusal to give up his seat on a military bus and subsequent court battle.

This majority-Black military unit was known by the nickname "Black Panthers" in reference to the the panther patches they wore on their uniforms. Whether the name or the patch—which sported the slogan "Come Out Fighting"—came first is anyone's guess. (Some have speculated they received the moniker because they were using German Panzer-kampf-wagens, aka Panther tanks. However records indicate that the 761st used Sherman and Stuart tanks).

In 1944, the 761st was assigned to General George S. Patton's Third Army in France. Patton was well known for his colorful personality and upon meeting the troops, exclaimed:

"Men, you're the first Negro tankers to ever fight in the American Army. I would never have asked for you if you weren't good. I have nothing but the best in my Army. I don't care what color you are as long as you go up there and kill those Kraut sons of bitches. Everyone has their eyes on you and is expecting great things from you… Don't let them down and damn you, don't let me down!"

In May 1945, the Black Panthers were part of the Allied forces who liberated Gunskirchen, a subcamp of the Mauthausen concentration camp. One woman liberated by the unit, 17-year old Sonia Schreiber Weitz, described the soldier who saved her in the poem, "The Black Messiah":

*A Black GI stood by the door*
*(I never saw a Black before)*
*He'll set me free before I die,*
*I thought, he must be the Messiah*

After the war the Army awarded the unit with four campaign ribbons. In addition, the men of the 761st received a total of 11 Silver Stars, 69 Bronze Stars and about 300 Purple Hearts. Back at home, though, the surviving members of the 761st returned from Europe to a still-segregated nation. Texas native Staff Sgt. Floyd Dade Jr. described the contradictions for Black soldiers coming back to the United States in an oral history, saying "we didn't have equal rights…democracy was against us. I was just fighting for my country."

By all accounts, they didn't. Starting on November 7, 1944, the 761st Battalion served for over 183 consecutive days under General Patton. By comparison, most analogous units at the front line only served one or two weeks. During the Battle of the Bulge, the 761st was up against the troops of the 13th SS Panzer Division, but by January 1945, the German forces had retreated and abandoned the road, which had been a supply corridor for the Nazi army. By the end of the Battle of The Bulge, three officers and 31 enlisted men of the 761st had been killed in action.

When Staff Sgt. Johnnie Stevens attempted to catch a bus home to New Jersey from Georgia's Fort Benning, the bus driver refused to let him board. Jackie Robinson, whose charges for refusing to give up his seat on the military bus were eventually dropped, later noted that men of the 761st had died fighting for a country where they didn't have equal rights.

As the years passed, the achievements of the Black Panthers began to receive more recognition. In 1978, the 761st received a Presidential Unit Citation, which recognizes units that "display such gallantry, determination, and esprit de corps in accomplishing [their] mission under extremely difficult and hazardous conditions as to set [them] apart from and above other units in the same campaign."

In 1997, President Bill Clinton posthumously presented the Medal of Honor to seven men who had served in the battalion. "No African American who deserved the Medal of Honor for his service in World War II received it," Clinton noted.

"Today we fill the gap in that picture and give a group of heroes, who also love peace but adapted themselves to war, the tribute that has always been their due," Clinton continued. "Now and forever, the truth will be known about these African Americans who gave so much that the rest of us might be free."

**BY: RYAN MATTIMORE**

## Citation Information

**Article Title**  The Original Black Panthers Fought in the 761st Tank Battalion During WWII

**Author**  Ryan Mattimore

**Website Name**  HISTORY

**URL**  https://www.history.com/news/761st-tank-battalion-black-panthers-liberators-battle-of-the-bulge

**Date Accessed**  March 1, 2025

**Publisher**  A&E Television Networks

**Last Updated**  August 15, 2023

**Original Published Date**  April 11, 2018

## Fact Check

We strive for accuracy and fairness. But if you see something that doesn't look right, click here to contact us! HISTORY reviews and updates its content regularly to ensure it is complete and accurate.

Contact Us     Copyright Policy     Privacy Policy     Terms of Use     Ad Choices     Accessibility Support

Your Privacy Choices

© 2025, A&E Television Networks, LLC. All Rights Reserved.

*boston*.com

Local Search Site Search

[_____] GO

Home Delivery     The Boston Globe

- Home
- Today's Globe
- News
- Your Town
- Business
- Sports
- Lifestyle
- A&E
- Things to do
- Travel
- Cars
- Jobs
- Real Estate

- Metro
- Nation
- World
- Globe Business
- Globe Sports
- G
- Opinion
- Obituaries
- Regional editions
- Ideas
- Magazine
- Photography
- Classifieds
- Shop

*boston*.com THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING

- Home /
- Globe /
- Obituaries

# Sonia Weitz, 81; Holocaust survivor kept history alive

The Boston Globe



Sonia Weitz with veteran John Meagher, who helped liberate Buchenwald. (Mark Wilson/Globe Staff/File 2005)

By [Bryan Marquard](#)
Globe Staff / June 25, 2010



# E-mail this article

To:
Invalid E-mail address

| Separate multiple addresses | Add a personal message:*(80 character limit)* | | Your E-mail:
Invalid E-mail address



| Send |

**Sending your article**

**Your article has been sent.**



- [E-mail](#)|
- [Print](#)|
- [Reprints](#)|

Text size – +

Sonia Weitz was 13 when Nazis took her mother from the Krakow ghetto in Poland and sent her to a death camp, where she became one of more than 80 members of the extended family to perish in the Holocaust. Only Sonia and her older sister survived.

"Her last words were, 'Promise that you will tell; promise me you won't forget,' " Mrs. Weitz told the Globe in 2002, though she knew the task of remembering was almost unbearable. In an interview years earlier, she mused, "How does one bear witness to the unspeakable?"

Finding a voice to recount the horrors she and others endured, Mrs. Weitz stood in front of students and organizations thousands of times since the 1970s, keeping alive the history she lived and encouraging all she met to never stand idly by when evil surfaces.

As a teenager, she lived through five Nazi death camps and came to the United States, where she later cofounded the Holocaust Center Boston North, in Peabody, and joined Elie Wiesel as the second death camp survivor named to the council advising the US Holocaust Memorial Museum in Washington.

Mrs. Weitz, who memorized poems she composed during World War II and later published them as part of a memoir, "I Promised I Would Tell," died Wednesday in her Peabody home. She was 81 and was being treated for brain and lung cancer.

After her mother was taken, Mrs. Weitz wrote the words that would become her poem, "In Memory of My Mother," which includes the lines:

*I still can hear*

*The words you spoke: "You tell the world, my child."*

A few verses later she added:

*I promised I would*

*Tell the world . . . But where to find the words To speak of Innocence and love, And tell how much it hurts . . . About those faces Weak and pale, Those dizzy eyes around, Six million lips That whispered "help" But never made a sound.*

"As a survivor, she has inspired and moved countless audiences in Massachusetts with her memories and lessons drawn from her personal experiences," Wiesel, a Nobel Peace Prize laureate, said in 2002 when President George W. Bush appointed Mrs. Weitz to the council.

When Mrs. Weitz was honored earlier this month as a "woman of courage" at Temple Ner Tamid in Peabody, her longtime friend Harriet Wacks, who cofounded the Holocaust Center Boston North, praised her deep devotion to living in the face of so much death and suffering.

"In 1945, in the aftermath of the unthinkable, at the age of 16, Sonia chose life," Wacks said, adding that her friend "is a shining example of the survival of the human spirit."

Sonia Schreiber Weitz was born in Krakow, where her father, Janek Schreiber, owned a small shop for leather goods and her mother, Adela Finder Schreiber, kept house.

Only 11 when the Nazis invaded Poland in 1939, she was forced with her family to live in a ghetto the Nazis set up for Jews. Because the Nazis were killing children under age 14, her mother falsified papers to say Sonia was older, and she dyed the girl's hair blond "to make me look less Jewish," she told the Globe in 1989.

Years later, when she was among those accompanying Cardinal Bernard F. Law in 1986 to Auschwitz, one of the five death camps she survived, Mrs. Weitz told the Globe that she took time to find the Krakow street where she and her older sisters and their friends spent Sabbath afternoons, talking and giggling. Nearby was the courtyard of her family's home, "now so dark and sad that I knew it was the graveyard of my childhood."

Not long after her mother was taken to the death camps, Mrs. Weitz was sent away to the Plaszow concentration camp and later to Auschwitz, Bergen-Belsen, Venusberg, and Mauthausen. At 16, weighing only 60 pounds and too weak from typhus to move, Mrs. Weitz was lying on her bunk in Mauthausen when an American soldier gathered her in his arms and brought her outside to freedom.

With her sister, Blanca, she spent three years in displaced-persons camps in Austria, hoping in vain that other relatives would appear. Mrs. Weitz moved to Peabody in 1948 with her sister and brother-in-law.

In 1950, a friend's mother suggested that Dr. Mark Weitz, a physician, might make a fitting beau. They met when he made a house call at a friend's house and married six months later, in September.

The Weitzes had three children, Don, who lives in Dallas, and twin girls, Sandy, who lived less than a mile away in Peabody, and Andi Vilnai, who lives with her husband and Mrs. Weitz's three grandchildren on Kibbutz Givat Brenner in Israel.

"The first thing she taught us, and she taught us this every single day, is that everybody is the same; it doesn't matter what they look like on the outside, where they work, where they live — everybody's equal," Sandy said.

"Besides everything that she's known for, she was very funny, very sweet, very humorous always about all subjects," her daughter Andi said. "We had a lot of fun together."

Mrs. Weitz's husband died in 1999. Her sister died last year.

With others at the Holocaust Center Boston North, she created the Holocaust Legacy Partner program, pairing survivors with those who promise to keep telling their stories, once they are gone. They recorded DVDs to make permanent records of each survivor's testimony.

"This is one way we think that will really preserve the memory and the legacy, and it will come as close as possible to the eyewitness," said Mrs. Weitz.

She can be viewed in videos by going to the center's website, www.holocaustcenterbn.org, clicking on survivors and then her name.

"I talk about the victims, the victimizers, and the bystanders," Mrs. Weitz told the Globe in 2007 as she described the presentations she made to students and organizations. "I tell them that not everyone can be a hero, but everyone can make a difference. And I tell them that when they speak up and show they care, it really, really makes a difference."

"She was a person who changed lives through sharing her testimony," her son said. "She really touched the hearts and minds of those she spoke to. It didn't matter if she was speaking to 20 people or an auditorium of 500. She was able to teach them not to be a bystander, to stand up and say something, and if possible, to do something."

The family plans to hold a memorial service at 11 a.m. Sunday in Temple Ner Tamid in Peabody. Burial will follow in Sharon Memorial Park.

After the burial, family members will sit shivah on Sunday. All may join the family on Monday and Tuesday from 2 to 8 p.m. at Mrs. Weitz's house in Peabody.

By speaking tirelessly about her experiences, Mrs. Weitz became one of the most prominent Holocaust survivors in Greater Boston, but she often would say that her own survival was due to "dumb luck, pure and simple."

"There were so many 'could have beens,' so many 'what ifs,' " she once wrote. "These tricks of fate haunt all Holocaust survivors."■

© Copyright 2010 Globe Newspaper Company.

- Single Page
- 1
- 2
- 
-

- [Tweet](#)
-
- [Yahoo! Buzz](#) [ShareThis](#)

Advertisement

# MOST E-MAILED »

1. [Report: Warrant Issued for Roggie's Bar Owner](#)
2. [Map of Greater Boston Farmers Markets](#)
3. [Boston Pops Concert Move Keeps the Beach Boys, Ditches Joey McIntyre](#)
4. [We Tried Out Those New Solar Benches](#)
5. [New England's top outdoor water parks](#)
6. [Drink of the Week: Mojito Italiano](#)
7. [Lawmakers pass compounding pharmacy oversight bill](#)

[Follow this list on Twitter: @BostonPopular](#)

- [Home](#)
- |
- [Today's Globe](#)
- |
- [News](#)
- |
- [Business](#)
- |
- [Sports](#)
- |
- [Lifestyle](#)
- |
- [A&E](#)
- |
- [Things to Do](#)
- |
- [Travel](#)
- |
- [Cars](#)
- |
- [Jobs](#)
- |
- [Real Estate](#)
- |
- [Local Search](#)

- [Contact Boston.com](#)
- |

EoR - 1129 of 2347

- Help
- |
- Advertise
- |
- Work here
- |
- Privacy Policy
- |
- Your Ad Choices
- |
- Terms of Service
- |
- Newsletters
- |
- Mobile
- |
- RSS feeds
- |
- Sitemap

- Contact The Boston Globe
- |
- Subscribe
- |
- Manage your subscription
- |
- Advertise
- |
- Boston Globe Insiders
- |
- The Boston Globe Gallery
- |
- © 2025 Boston Globe Media Partners, LLC

# TIME

SUBSCRIBE

**HISTORY    CIVIL RIGHTS**

## 'Are We Not American Soldiers?' When the U.S. Military Treated German POWs Better Than Black Troops

**6 MINUTE READ**



German prisoners at Camp Carson in Colorado sing as they march to the camp laundry in 1943    Bettmann Archive/Getty Images

BY **MATTHEW TAUB**

JULY 28, 2020 9:30 AM EDT

F or Corporal Rupert Trimmingham, it came as no surprise that he'd have to eat inside the lunchroom's kitchen, invisible to the diners enjoying table service. This was 1944, and the Deep South. Trimmingham and eight other Black soldiers were en route from Louisiana's Camp Claiborne to Arizona's Fort Huachuca and, as he later wrote, he knew the only boss was "Old Man Jim Crow..."

But what Trimmingham and his companions saw as they looked out at the lunchroom from inside that kitchen defied even their weary expectations. About two dozen German prisoners of war who entered with their American guards "sat at the tables, had their meals served, talked, smoked, in fact had quite a swell time." In an April 1944 letter to *Yank*, a weekly Army magazine, Trimmingham asked the obvious: "Are these men"— Nazi troops who'd been captured while fighting on Hitler's behalf—"sworn enemies of this country? Are we not American soldiers, sworn to fight for and die if need be for this our country? Then why are they treated better than we are?"

Though this is perhaps the best-known incident of its kind—it inspired a fictionalized short story in the June 17, 1944 *New Yorker*—it was common during World War II for the U.S. Army to treat German Prisoners of War better than Black American soldiers. Segregation was official military policy until 1948, when President Truman signed an Executive Order banning the practice in the Armed Forces. Black American soldiers, including the 1 million who served during World War II, were often relegated to less desirable roles and excluded from promises of patriotic camaraderie. This particular brand of discrimination, however—the preferential treatment of imprisoned Nazi combatants—was especially offensive to many Black troops. It told them, loud and clear, that they were fighting for a country even as that country fought against them. For many white military personnel, there was no point in even pretending otherwise.

In February 1944, a Black soldier named Bert Babero wrote in a letter that a POW camp in Texas segregated "a section of the latrine for Negro soldiers, the other being used by the German prisoners and the white soldiers," thereby placing "the tyrant...over the liberator." At least two camps in Mississippi

treated POWs to "white" latrines and water fountains as well. More than 50 years later, in his 1997 book *A-Train: Memoirs of a Tuskegee Airman*, Charles W. Dryden recalled a visit to a base in South Carolina, where German POWs could go "into the 'White' side of the post exchange cafeteria and WE COULD NOT!"



**PAID CONTENT**

### This Game is So Beautiful. If You Have a Computer it's a Must-Have. ⬈

BY RAID: SHADOW LEGENDS

This preferential treatment of German POWs seemed, at times, specifically designed to humiliate Black soldiers. In 2004, the historian Matthias Reiss published a study of letters by Black soldiers that document this reality. At Camp Gordon Johnston, in the Florida Panhandle, Black servicemen reported that they were assigned to "dispose of the human waste of the whole camp," including that of the POWs. A soldier named Private Joseph said that, when he was put in charge of a job detail in Utah, German POWs refused to work for him due to his race. The white officers, meanwhile, responded that "colored BOYS are not allowed to detail or work prisoners of war"; another soldier in Florida reported a similar hierarchy on base, where Black men "were constantly guarded by armed guards" even if their offenses were minor, "while the Nazis arrogantly walk around this field free and scoff at us."

*Get your history fix in one place: sign up for the weekly TIME History newsletter*

That added element—the Germans' smug sideline voyeurism—stung Black soldiers in its own way. In a 1995 interview, John Hope Franklin described a segregated train, where he and scores of Black soldiers packed a coach section. To the German POWs, in a more spacious compartment with their white guards, "this was the funniest thing. They were laughing and looking up there at us, standing on top of each other practically," Franklin remembered. Similarly, in a

1944 letter to the NAACP, Private Harold Hardy wrote that it was "tragic" that the Germans could "laugh at columns of our troops walking separately from the white soldiers. I know what is in thier ayrian minds. Ha, ha, thier saying, 'the black yank is only good as a work horse'" [sic]. The POWs' observations undermined America's claims to a moral high ground, gave Nazis a sense of undue relief, and were just plain humiliating.

Vermell Jackson, who worked at the all-Black USO in Hattiesburg, Miss., during the war, says she remembers hearing soldiers talk about German POWs receiving better treatment. Jackson, 92, says she never witnessed that for herself, and—to a degree—she even sympathized with the POWs she saw around Hattiesburg. They were "in the same position our troops were in in their country," she says. She understood that "they had been drafted into it, they didn't just go walk out and join" the German army.

She retains that sympathy even now, after seeing how her husband was treated when he returned to Mississippi from the Pacific theater. Once, two white men stood outside a bank to prevent him from depositing his service check. The men said they'd have to keep Black veterans "in their place," lest their service had convinced the troops they deserved civil rights.

As the Harlem Renaissance poet Countee Cullen knew, the Army would be anything but an equalizer for most Black Americans. In the 1944 poem "Mad Song," Cullen imagined the racist Mississippi Congressman John E. Rankin, and those of like mind, pledging loyalty to the Nazis over Black Americans. "I'd raise my hand in Holy Heil," goes the poem, "March with the Nazi knee to knee..." All that matters, in this twisted anthem, is that "Hitler's white like me."

## MORE MUST-READS FROM TIME

- Inside **Elon Musk's War** on Washington
- Meet the **2025 Women of the Year**
- The Harsh Truth About **Disability Inclusion**
- Why Do More **Young Adults Have Cancer?**
- **Colman Domingo** Leads With Radical Love

- How to Get Better at **Doing Things Alone**
- **Cecily Strong** on Goober the Clown
- Column: The Rise of **America's Broligarchy**

**CONTACT US AT** LETTERS@TIME.COM

Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack

**Online Shopping Tools** | Sponsored

ENT Specialists Amazed: This Spray Improves Your Hearing Faster Than Expected

**Hear Clearly Again** | Sponsored                    **Learn More**

Denmark's PM Opens Up About Fiery Trump Call Over Greenland

In an exclusive interview, Mette Frederiksen discusses the incident and new transatlantic tensions over NATO and Ukraine.

**TIME**

Amazon's Worst Nightmare: Clever Trick Causing Many to Cancel Prime in 2025

**Online Shopping Tools** | Sponsored

Japanese Endocrinologists Warn Reason Behind High Glucose Levels in US

**Sugar Reverse** | Sponsored                    **Learn More**

Forget Furosemide, Use This Household Item To Help Drain Edema Fluid

**WellnessGuide** | Sponsored                    **Learn more**

Flight Attendant Reveals How To Fly Business Class For The Price of Economy

**Airlines | Search Ads** | Sponsored

**Learn More**

10 "Ridiculous" Veteran Perks (See Full List)

**Proud Veteran Savings** | Sponsored

**Learn More**

People in Stockton are Loving Martha Stewart's Meal Kit

**Martha Stewart & Marley Spoon** | Sponsored

Anti-Trump Summit's Main Message: The Backlash Is Coming

The sold-out Principles First Summit, which received a bomb threat, drew those hoping to combat Trump and Musk's federal government takeover

**TIME**

7 Things Trump Plans To Do for Seniors On SS In 2025

**Super Saving Online** | Sponsored

Seniors Can Now Fly Business Class For the Price Of Economy

**Airlines | Search Ads** | Sponsored

New Electric Cars Come With Tiny Price Tags (Take A Look)

**FrequentSearches | Search Ads** | Sponsored

AG Pam Bondi Blames FBI for Incomplete Release of 'Epstein Files'

A review of the released documents found that they included heavy redactions and mostly information that had been previously reported.

**TIME**

Simple Spray Improves Hearing Naturally

**Hear Clearly Again** | Sponsored

Learn More

# TIME

   

| | |
|---|---|
| Home | Entertainment |
| U.S. | Ideas |
| Politics | Science |
| World | History |
| Health | Sports |
| Business | Magazine |
| Tech | The TIME Vault |
| Personal Finance by TIME Stamped | TIME For Kids |
| Shopping by TIME Stamped | TIMECO2 |
| Future of Work by Charter | Coupons |
| | |
| TIME Edge | Press Room |
| Video | TIME Studios |
| Masthead | U.S. & Canada Customer Care |
| Newsletters | Global Help Center |
| Subscribe | Contact the Editors |
| Digital Magazine | Reprints and Permissions |
| Give a Gift | Site Map |
| Shop the TIME Store | Media Kit |
| Careers | Supplied Partner Content |

Modern Slavery Statement                              About Us

---

© 2024 TIME USA, LLC. All Rights Reserved. Use of this site constitutes acceptance of our Terms of Service, Privacy Policy (Your Privacy Rights) and Do Not Sell or Share My Personal Information.

TIME may receive compensation for some links to products and services on this website. Offers may be subject to change without notice.





PLAYLIST

npr

DONATE



HISTORY   LISTEN & FOLLOW ⌄

# 'Half American' explores how Black WWII servicemen were treated better abroad

UPDATED NOVEMBER 8, 2022 · 10:56 AM ET



HEARD ON FRESH AIR

By Dave Davies

**36-Minute Listen**                    PLAYLIST     TRANSCRIPT



Members of the all-Black aviation squadron known as the Tuskegee Airmen line up Jan. 23, 1942.

*U.S. Army Signal Corps/Associated Press*

Films and stories about World War II create a narrative of Americans united against a common enemy, but historian Matthew Delmont says the truth of the U.S. war effort is more complicated.

Though more than one million Black Americans served in WWII, their military uniforms couldn't protect them from systematic racism. Military segregation was maintained throughout the war, which meant separate barracks and recreation facilities, both at home and abroad.

"There was no strategic or tactical reason to do it," Delmont says. "The only reason the military maintained this racial segregation during the war was to appease white racial prejudice."

**Sponsor Message**

Black servicemen traveling to the Jim Crow South for training would pull down the shades on their train cars so that white townspeople wouldn't throw rocks at the windows. Racial epithets and threats of violence were part of daily life on Southern military bases, and off base, African Americans were restricted to the "Black" sections of town.

"If they stepped even a foot outside of that, they were threatened or attacked by white police or sheriffs," Delmont says.

Delmont says that Black troops sent to Europe during the war often found that they were treated better there than they were at home. After the war, Black

veterans were largely left out of the benefits created by the G.I. Bill of 1944.

 **CONSIDER THIS FROM NPR**
**Black Vets Were Excluded From G.I. Bill Benefits. Congress Could Fix That.**

Delmont's new book, *Half American,* chronicles Black Americans' quest to serve in World War II — and how their experiences in the war ultimately fueled the civil rights movement.

"Black veterans ... fought for the country and many of them identified as being deeply, deeply patriotic," Delmont says. "But for them, that meant that you also had to demand that America be a country worth fighting and dying for."

**Interview highlights**



"INDISPENSABLE." —CLINT SMITH, BESTSELLING AUTHOR OF HOW THE WORD IS PASSED

# HALF AMERICAN

## THE EPIC STORY OF AFRICAN AMERICANS FIGHTING WORLD WAR II AT HOME AND ABROAD

### MATTHEW F. DELMONT

*Penguin Random House*

**On Nazi prisoners of war being treated better than Black American soldiers**

It's one of the most common stories that Black veterans would tell. ... These white Americans were treating the Germans infinitely better than they ever treated their fellow Black troops. They're allowing them to eat in the same dining facilities, go to the same movie theaters, sit in the same parts of the train cars. And for Black Americans, it it reveals that in many ways Nazi racial policies and American racial policies were just two sides of the same coin. And that really leads them to question the sincerity of what their fellow white soldiers have been fighting for. That if they were going to be this chummy and this friendly with actual Nazis who had been at war with them just months earlier, it really led them to question real commitments to freedom and democracy at home.

**On draft boards being controlled at the local level — which meant that many Black Americans were prevented from joining the military, even after the bombing of Pearl Harbor**



There were dozens of stories of Black Americans going to their local recruiting branches and being turned away. They got in line with hundreds of other Americans because they wanted to join the military to help defend the country ... and they were just left dumbstruck ... asking, 'What's wrong with our service? What's wrong with our our patriotism that we can't defend our country?'

Matthew Delmont

When you turn things over to the local level, it meant you were relying on the the local prejudices that existed in all parts of the country, not only in the South, but in different parts of the Northeast, Midwest and West. When Black volunteers or draftees went into these draft boards, they were often turned away and told that there was no place for them in the military. That was true both before Pearl Harbor and, even more troublingly, after the bombing of Pearl Harbor. There were dozens of stories of Black Americans going to their local recruiting branches and being turned away. They got in line with hundreds of other Americans because they wanted to join the military to help defend the country ... and they were just left dumbstruck ... asking, "What's wrong with our service? What's wrong with our our patriotism that we can't defend our country?"

**On the Navy's mistreatment of Black servicemen**

Among all the branches, the treatment of Black men in the Navy was among the worst. ... They were assigned to these roles as attendants, where they essentially waited on and served white officers within the culture of the Navy. These were seen as extraordinarily subservient roles, and that's how the mess attendants were typically treated aboard ships. ...



WORLD WAR II SECRET MUSTARD GAS TESTING

**Secret World War II Chemical Experiments Tested Troops By Race**

Part of the rationale that the Navy had for assigning Black troops these roles was that they thought this was the only way to make sure that the ship's racial politics

did not become upset, and that they didn't think these Black men had what it took to be in combat roles on these Navy ships. But, of course, when you're on a ship or a submarine and you're at war, and Japanese or German submarines start firing torpedoes at your ship, you're in combat even if you're a mess attendant. And so some of the most inspiring stories that come out of this are that Black men who were in these mess attendant roles actually take on really important roles in combat. ... And so it's a strange paradox within the Navy that the Navy insists that Black "mess men" don't have the ability to perform in combat. Yet consistently there are evidence and records in Black newspapers and elsewhere that describe Black mess men doing exactly that — performing heroically when given the opportunity.

**On the challenges faced by the Tuskegee Airmen, a unit of Black military pilots**



NATIONAL

**Tuskegee Airmen: 'Rock Stars' Of American History**

They had to train for nearly two years before they had a chance to deploy to the Mediterranean in the spring of 1943. So whereas white pilots are training for six weeks, eight weeks before they deploy, it's nearly two years of consistent training in Alabama before the Tuskegee pilots have the same opportunity. Part of what

takes them so long is first they need to build up enough numbers to have a full fighter squadron. But then they still face resistance from white commanders within the Army Air Corps who are not convinced that Black pilots can do the job. ... When you follow the story of the Tuskegee Airmen on a month-by-month basis, it's amazing what they had to overcome just to get the opportunity to serve in combat. ...

---



NATIONAL

**Pentagon Identifies Remains Of Missing Tuskegee Airman**

When the Tuskegee Airmen or the [all Black] 92nd Infantry, for example, encountered any setbacks, the media — the white media — was all too ready to criticize them in print, in ways that you just didn't see for white servicemen. But eventually, by proving it in performance, Tuskegee Airmen are finally able to swing both the military and the media to their side.

**On the important roles Black troops played in D-Day**

In the weeks and months after [D-Day], the Allies had to transport huge numbers of men and huge amounts of material across the channel and then through France to keep up with the armies as they were pushing into Germany. By and large, it was Black troops that did that work to move those supplies. There were Black port troops across the channel who loaded the ships that move the goods across the channel into Normandy and other ports in France. And then it was Black units like the one [civil rights leader] Medgar Evers was in that unloaded those ships and then loaded them onto trucks. The truck drivers who move those goods were part of a truck convoy called the Red Ball Express, 75% of whom were Black truck drivers. These truck drivers were absolutely crucial to the war effort because they moved 400,000 tons of ammunition, food and other supplies all across France in the European theater. Without that effort, it would have been impossible for Allied troops to move, shoot or eat.

"

When you take a step back and think about D-Day, not just as a single day, but as the much larger invasion that took months. And think not just about

the troops that stormed the beaches, but what it took to supply those troops. Almost everything they got moved in European theater, passed through the hands of at least one Black American.

Matthew Delmont

And so when you take a step back and think about D-Day, not just as a single day, but as the much larger invasion that took months. And think not just about the troops that stormed the beaches, but what it took to supply those troops. Almost everything they got moved in European theater, passed through the hands of at least one Black American. And when you take that perspective, it's really clear that Black Americans played a vital role in helping American allies win the war.

**On the mistreatment of Black veterans returning from WWII**

One of the hardest parts about writing this book was reading these accounts of Black veterans and the kind of disrespect they were shown when they returned to the country. They frequently described getting off ships and ... as soon as they left the ship, the white troops were pointed one way and Negro troops are going the other way. And often [officials] would use racial epithets to point Black troops in that direction. They described having no parades to greet them when they got back and being routed through only the Black section of town, being almost treated as though they were convicts when they returned to the country.

And then there were numerous examples of violence against Black veterans. At least a dozen Black veterans were killed or attacked, some while still wearing their military uniforms, in part because the white communities they often returned to were were threatened by Black veterans in their service. They recognized that these veterans were going to come back and be leaders in the civil rights movement. In that context, the military uniform and the service of Black veterans was viewed as extremely dangerous, and it led to extremely hostile treatment for a lot of veterans when they returned home.

*Sam Briger and Seth Kelley produced and edited the audio of this interview. Bridget Bentz, Molly Seavy-Nesper and Beth Novey adapted it for the web.*

world war ii     u.s. military     tuskegee airmen     systemic racism

## It takes all of us.

Whether uncovering local matters, analyzing national affairs or amplifying global issues, we do it for you. And, we do it with you.

Your voluntary financial support is an essential part of the NPR Network.

Today is the perfect time for you to become a part of the community that ensures the NPR Network has what we need to tell stories that need to be heard.

Won't you join us in creating a more informed public?

 **YES, I'LL DONATE**

## More Stories From NPR



**IT'S BEEN A MINUTE**
**The WWE vs. the American education system**



**THROUGHLINE**
**Health Insurance in America**



**BOOK REVIEWS**

## 'Last Seen': After slavery, family members placed ads looking for loved ones



**FINE ART**

## A new art exhibit examines 50 years since the Vietnam War and looks forward with hope



CONSIDER THIS FROM NPR
**Are Trump's military picks based on merit or loyalty?**



BOOKS
**First known cookbook by a Black American woman gets new edition 160 years later**

**Popular on NPR.org**



UKRAINE INVASION — EXPLAINED

**European leaders renew support for Ukraine after Zelenskyy's stormy meeting with Trump**



**UKRAINE INVASION — EXPLAINED**

## Zelenskyy leaves the White House early after Trump meeting gets heated



**SHOTS - HEALTH NEWS**

## Legendary former NIH director retires from embattled agency



POLITICS
**Trump signs executive order making English the official language of the U.S.**



THE 'WASHINGTON POST' IN CRISIS
**Bezos' changes at 'Washington Post' lead to mass subscription cancellations — again**



NATIONAL
**ICE is making more arrests, but critics say some claims don't add up**

**NPR Editors' Picks**



WORLD
**Kurdish militant group PKK declares ceasefire after decades of conflict with Turkey**



OBITUARIES
**David Johansen, who fronted the New York Dolls, dies at 75**



NATIONAL

**Up to 3,000 more U.S. troops are ordered to the border with Mexico**



NATIONAL
**Alabama governor commutes a death row inmate's sentence to life in prison**



SIMON SAYS
**Opinion: Remembering Gene Hackman**



LAW

## These National Park workers say a Trump agency fired them illegally. A judge agrees

READ & LISTEN

**Home**

**News**

**Culture**

**Music**

**Podcasts & Shows**

CONNECT

**Newsletters**

**Facebook**

**Instagram**

**Press**

**Public Editor**

**Corrections**

**Contact & Help**

ABOUT NPR

**Overview**

**Diversity**

**NPR Network**

GET INVOLVED

**Support Public Radio**

**Sponsor NPR**

**NPR Careers**

**Accessibility**

**Ethics**

**Finances**

**NPR Shop**

**NPR Events**

**NPR Extra**

---

terms of use

privacy

your privacy choices

text only

© 2025 npr



Soldiers with the 452nd Antiaircraft Artillery Battalion stand by and check their equipment during convoy in Belgium, November 4, 1944 (U.S. Army Signal Corps/Library of Congress)

# Absent From the Front
## What the Case of the Missing World War II Black Combat Soldier Can Teach Us About Diversity and Inclusion

### By Bryon Greenwald

The prevailing view of the U.S. Army's White civilian and military leadership during World War II was that Black Soldiers were ineffective—that is, they "couldn't fight."

Although this assessment was obviously inaccurate, leadership wanted to maintain segregation and, despite a Presidential order to the contrary, took several administrative actions to prevent the organization and deployment of African-American combat units. While this article highlights the value of inclusion in changing perceptions and overcoming bias in the Army during World War II, its example points the way for today's larger defense establishment as it struggles to recruit enough young men and women into its ranks annually. These recruits will be more diverse in race,

Bryon Greenwald was the Deputy Provost of the National Defense University (NDU) and previously a Professor of History in the Joint Advanced Warfighting School, Joint Forces Staff College, at NDU. He is currently on sabbatical.

ethnicity, religion, and sexual orientation than their World War II predecessors. Many, however, will face similar prejudicial attitudes about their value to the force simply because they are seen to be in some way different. Appreciating the value of inclusion and how the mixing of racially different groups of Soldiers in World War II changed the attitudes of those White and Black troops encourages us to provide the same opportunity today.

Over 12 million Americans, including 900,000 African Americans, served in the World War II Army. While hundreds of thousands of Blacks deployed in over a thousand units to North Africa, Italy, Europe, and the Pacific, very few—only 3 percent of African-American units—were combat outfits, and even fewer engaged in combat. Why was there such a lack of proportional representation when even President Franklin Delano Roosevelt directed that 10 percent of all Army units would be Black?[1]

Immediately, the answer seems obvious. First, African Americans made up approximately 10 percent of the American population, but in 1940, 75 years after the Civil War and constitutional amendments abolishing slavery and establishing equality and the right to vote, the White American majority still did not consider Blacks as their equals in fighting spirit (or anything else).[2]

Second, while great strides had been made in the education of the Black population since the Civil War, and especially since World War I, the lingering effects of segregation, economic and social marginalization, and access to quality schools meant that Black intelligence, as measured by the Army General Classification Test, lagged behind that of Whites and reinforced U.S. military leaders' belief that Blacks were not smart enough to fight a modern war.[3]

Third, these beliefs dovetailed with conflicted attitudes and tensions of racial subordination and superordination within the disequilibrated system of race relations present in American society at the time. And because the World War II Army consisted of mostly White men with decades of socially sanctioned prejudice ingrained in their psyche, the World War II Army systematically discriminated against African Americans and established an apartheid-like segregation of Black Servicemembers despite Presidential directives to do otherwise. While publicly the national attitude toward Blacks and other minorities may have been "separate but equal" as decided in Plessy v. Ferguson (1896), the Army treated Black men and Black units as "unequal and keep separate."

In short, as far as the U.S. military was concerned, World War II was a White man's war; others need not apply.

## Eye Opening

To understand this situation, however, requires some historical perspective. Despite African Americans having served with distinction in every war since the Revolution, when Congress passed the Selective Training and Service Act of 1940, there were 4,435 Black enlisted men, 5 commissioned officers, and 11 warrant officers in an Army of 269,023.[4] Shortly thereafter, more than 2.5 million African Americans registered for the draft in 1940, and about half were inducted, 75 percent of whom went into the Army.[5] During the war, the Army referred to the over 901,896 African Americans that served as "Negro personnel" and segregated them into "colored" outfits, which were delineated in some Army records by the parenthetical (Colored) or the abbreviation (Cld), as in 452nd Antiaircraft Artillery (Automatic Weapons) Battalion (Colored) or 452nd AAA (AW) Bn (Cld).[6] By modern standards, this policy seems extremely outdated, but it reflected the societal attitudes and norms of the time toward anyone but White people.

While not to the same degree, the Army treated women and other minorities similarly.[7] The prevailing attitude was that White men made the best Soldiers and should provide the preponderance of combat forces. To the extent that Blacks—or Hispanics, Filipinos, or women—entered the force, it was both the result of political pressure and to relieve White men of less meaningful tasks, so they could fight at the front.

The Army had no issue with enlisting Blacks, Filipinos, or Puerto Ricans if they were in separate units. In fact, in 1940–1941, with the Japanese occupying northern Indochina (today Vietnam) and preparing for a likely war with the United States, the Army went so far as to refuse to allow Filipinos to enlist except in the Philippine Scouts or in units stationed in the Philippines that would accept them.[8] *Los Borinqueños* were sent to units in Puerto Rico, such as the 123rd Antiaircraft Artillery (Gun) Battalion, which the Army formed out of a Puerto Rican National Guard Coast Artillery Regiment and moved between Puerto Rico and Trinidad during the war.[9] The largest and most politically active group, however, was African Americans.

At its peak in June 1945, the Army totaled 8,266,373 men, of which 694,818 (9.33 percent) were Black.[10] During the war years, African Americans represented about 10 percent of the U.S. population. At a Cabinet meeting on September 13, 1940, President Roosevelt stated his desire to have Black Soldiers proportionally represented in all Army unit types. The next day, Army Chief of Staff General George C. Marshall dutifully directed Brigadier General William E. Shedd III, the Army G1, to prepare a summary of the Service's ability to comply with the President's directive.[11]

Two weeks later, at a meeting with Black political leaders including A. Philip Randolph, head of the Brotherhood of Sleeping Car Porters, which Roosevelt unintentionally recorded, the President reiterated his position: "We are not, as you saw so much in the World War, confining the Negro into the non-combat services. We're putting 'em right in, proportionally, into the combat services." To the question of African Americans having "their own divisions and regiments, and the opportunity to prove their value," Roosevelt suggested that White and Black regiments "in the same division" and artillery batteries working near each other would coalesce organically. "After a while, in case of war, those people got shifted from one to the other. The thing gets sort of backed into. You have one battery out of a regiment of artillery . . . that would be

EoR - 1161 of 2347

a Negro battery, with a White battery at the end, maybe a nearby battery . . . and, gradually working in the field together, you may back into it [integrated units]."[12]

Roosevelt's desire for proportional representation notwithstanding, lower education levels, the lack of Black leaders to serve as noncommissioned officers and officers, and prejudicial attitudes about the worthiness of Black units prevented the Army from reaching this goal until December 1945, 4 months after the Japanese surrender.[13] These factors—education, leadership, and prejudicial attitudes—also influenced the distribution of Black Servicemen among the Army's various branches, driving the allocation of African Americans out of combat units (armor, cavalry, coast/antiaircraft artillery, field artillery, and infantry) and into service branches. For the reasons mentioned, there were few Black combat units. Historians, however, tend to understate the extent to which the Army purposely assigned African Americans to noncombat and support units. Even the most authoritative sources, including the National World War II Museum and Matthew Delmont's Guggenheim and National Endowment for the Humanities–supported study, *Half American: The Epic Story of African Americans Fighting World War II at Home and Abroad*, note that "most" African Americans served in noncombat units.[14] As the following demonstrates, those estimates do not come close to recognizing how few African-American combat troops there really were.

## History Revised
The discovery of the Army's July 1945 station list of all Colored units demolishes any claim by the Army of meeting Roosevelt's 10 percent distribution of Blacks across combat, combat support, and Service units.[15] A station list is a list of units by location. The Army kept monthly records, generally by theater. In June 1945, 73.4 percent of African Americans serving in the Army were overseas, compared with 63.4 percent of the Army's total strength.[16] An analysis of the 150-page station list confirms that not "the bulk" or "a majority" but

virtually all African Americans ended the war in service units. First, theater commanders converted some units—infantry regiments of the 92nd and 93rd Infantry Divisions, antiaircraft battalions, and others—to noncombat duties. Second, 95 percent of all Black units deployed overseas were service units.[17]

Third, when one looks beyond infantry, armor, and artillery outfits to units often assumed to be combat units by their nomenclature—for example, engineers and aviators—and examines those units by their table of organization and equipment, only a few Black engineer units (15 of 325) were combat engineers or bridging units, and only 4 of 43 Black aviation units flew airplanes. Most Black Soldiers drove trucks that moved the unit's aviation support equipment. Indeed, page after page of this station list documents African-American truck companies, salvage battalions, laundry and bath detachments, stevedores, and supply units. And while their contribution in service and support tasks was critical to the war effort, digging ditches, unloading ships, or driving supply trucks (even the famed Red Ball Express) do not make for rousing historical narratives, nor did it change the view of most White Soldiers about the value of Black Soldiers.

## Combat Brings Opportunities for Inclusion
Given the influence of segregation on their Army experience, Black Soldiers, unlike their White counterparts, focused more on equality than on winning the war. In March 1943, when asked, "Do you think this war is as much your affair as it is anybody else's?" 86 percent White and 66 percent Black Soldiers matched by education, region of origin, and branch of Service responded yes. When asked if they were "fighting to protect free speech for everyone," White Soldiers responded very positively (90 percent), Blacks less so (70 percent). When polled about what they might ask the President, 50 percent of African-American Soldiers stated they would ask about racial discrimination; less than 0.5 percent of White Soldiers responded similarly. Finally, and most

important, to the question, "Do you think that most Negroes are being given a fair chance to do as much as they want to do to help win the war?" a majority of Blacks answered no (54 percent), 35 percent answered yes, and 11 percent were undecided. White Soldiers saw things differently, responding overwhelmingly yes (76 percent), with 12 percent answering no and 12 percent undecided.[18] This vast difference in perception seen in the last question clearly stemmed from preconceived ideas about the worthiness of Black Soldiers, their purposeful segregation, and the task or duty separation that limited the ability of Black and White Soldiers to interact in a meaningful manner. This perspective carried over to how African Americans thought about serving in the same outfit or unit as Whites. Of 3,000 Blacks surveyed in March 1943, 37 percent indicated that "they should be in separate outfits," while 36 percent opted to "be together in the same outfits." Of that latter group, 15 percent voiced statements about democracy and equality and 5 percent believed that closer association would bring improved understanding between the races. Similarly, of those Blacks opting for separate outfits, 13 percent indicated it was due to the existence of prejudice that drove their choice. In other words, if the prejudice did not exist, they might have chosen "same outfit" instead.[19]

When researchers asked that same question of 4,800 White enlisted men, 84 percent responded that they wanted to be in separate outfits; only 12 percent stated that Blacks and Whites should serve in mixed units together. Some (14 percent), however, qualified their "separate" vote by including statements suggesting that expediency during wartime drove their belief; 7 percent were concerned that intermingling would lead to friction and trouble.[20]

Researchers conducted these surveys of men who were out of combat and in some cases had not yet deployed overseas. After being in close combat, fighting for their very lives side by side with Black Soldiers, White opinions changed significantly. Using a framework developed



Soldiers of 92nd Infantry Division operate mortar near Massa, Italy, November 1944 (U.S. Army/National Archives and Records Administration)

by the author, three examples from the campaign against Germany show how White Soldiers went from *admiring* Black Soldiers in the performance of their duties to *desiring* their assistance to *requiring* their help to stay alive and win the war.[21]

*Admiring.* Take, for example, the experience of White infantrymen and others watching the Black men of the 320th Anti-Aircraft Barrage Balloon Battalion, VLA (Very Low Altitude), operating on Omaha and Utah beaches. The 320th Battalion was one of four Black barrage balloon battalions and the only battalion of its type (White or Black) to deploy to combat not once, but twice: first to Normandy on D-Day, June 6, 1944, within four hours of the assault, and then to the Pacific. The men of this battalion were the first Black Soldiers and the first Black combat unit to set foot in France. Their mission was

to float several 35-foot-long balloons or "silver sausages" to an altitude of 2,000 feet and create an aerial hazard to either snare unsuspecting enemy aircraft or force them to higher altitudes where Army antiaircraft units or pursuit planes could engage them. Despite being under continuous artillery and machine gun fire, the battalion got its balloons aloft, sometimes grabbing the wire tether and maneuvering them by hand.

Along with the other Black balloon battalions, the 320th Battalion was a "source of tremendous pride for black America" and received frequent coverage in both the African-American and the White press. When it left France after 140 days, the 320th had destroyed one Junker JU-88 and possibly two other German aircraft and received a commendation from General Dwight Eisenhower for its service at Omaha Beach. Moreover,

the 320th captured the attention of Servicemembers across Europe and changed some, if not all, minds about the ability of African-American Soldiers. As Bill Richardson, a military correspondent on Eisenhower's staff, noted, "It seems the whole front knows the story of the Negro barrage balloon battalion outfit which was one of the first ashore on D-day. [They] have gotten the reputation of hard workers and good Soldiers. Their simple earnestness and pride . . . [are] obvious to some of the most Jim Crow–conscious southerners."[22]

One Black Soldier, however, beat even the first Black balloon crew to Normandy. Corporal Waverly Woodson, Jr., a medic from Philadelphia, was temporarily detached from his battalion and assigned to an early arriving landing craft, tank (LCT), with the 29th Infantry Division to treat wounded Soldiers regardless of

EoR - 1163 of 2347



Soldier with 12th Armored Division stands guard over group of Nazi prisoners, April 1945 (National Archives and Records Administration)

color. As Woodson's LCT approached Omaha Beach around 9:00 a.m., it struck a mine that disabled the motor and hit another mine that tore into the hull. An artillery round then landed in the jeep on deck, killing several men. Woodson suffered shrapnel wounds to the leg, his first of two, and soon found himself struggling to get out of the frigid water and ashore. Once on the fire-swept beach, he quickly set up an aid station and treated 200 wounded and dying Soldiers. Even after being relieved at 4:00 p.m. on June 7, after 30 hours of continuous action, Woodson gave artificial respiration to three White Soldiers who had gone underwater during their attempt to land their LCT before he collapsed from his wounds and sheer exhaustion.[23]

Woodson's battalion commander, a White officer, recommended him for the Distinguished Service Cross,

the Nation's second highest award. Lieutenant General John C.H. Lee, the deputy commander of U.S. Forces in Europe, believed Woodson deserved the Congressional Medal of Honor and ordered the recommendation revised. Records indicate that the award even reached the White House, but it is lost to history whether the recommendation ever crossed President Roosevelt's desk. Woodson's personnel records burned in a 1973 fire at the National Personnel Records Center in St. Louis.

In recent years, some Black men have been belatedly honored, but during World War II Black men did not receive the Medal of Honor. Of the 433 Medals of Honor awarded during the war, none went to African-American Soldiers. In the end, Woodson received the Bronze Star, the Nation's fourth-highest award for valor. Years later, when talking about

racial relations and his service on Omaha Beach, Woodson remarked that when men needed aid, "They didn't care what color my skin was."[24]

The same feeling may have existed among other White combat units. White infantrymen and tankers appreciated the labor of Black (and White) men culled from across the force to serve as truck drivers in the Red Ball Express, which provided desperately needed fuel, ammunition, and supplies to forward combat forces as they chased German units across the Seine River following the breakout from Normandy. This situation was another case where White combat troops in the forward areas could appreciate and admire the work done by Blacks and others but did not necessarily need to interact with them in a meaningful way.

**Desiring.** The strict segregation of African-American Soldiers and units

began to change as combat extended beyond Normandy and approached the German border in the latter part of 1944. Combat conditions in December 1944 in the Ardennes gave rise to the need for greater integration of units but not necessarily individual personnel. Indeed, the exigencies of close combat against the German attack that started on December 16 drove Black and White artillery units closer together than ever before.

In spring 1945, there were 238 separate field artillery battalions in the European theater of operations out of a total of 307 deployed worldwide; 9 of those battalions were Black, and all were in theater.[25] Outside the underutilized 92nd (Italy) and 93rd (Southwest Pacific Area) Infantry Divisions (Colored), those nine African-American artillery battalions, less than 3 percent of those in Europe and less than 4 percent of the total, represented the largest concentration of African-American combat power in a single theater of war. Their mere existence and inclusion in combat operations underscored the American preference for overwhelming firepower. For when it came to the desire to pummel the Germans with devastating artillery fire, the Army set aside its prewar concern about having Black battalions and batteries provide artillery fire support for White troops and prioritized its tactical ethos.

Army artillery provided support at several levels. The first and most direct support came from the artillery battalions assigned permanently to an Army division. The next most proximate support came from a battalion or often several battalions attached to an Army division. The third level of support occurred when one or more battalions, often under the command of an artillery group, reinforced the fires of a division's organic artillery battalions. Given the prewar Army's taboo against integrating Black and White units within the division, all nine African-American artillery battalions were assigned to corps artillery commands and organized as part of field artillery groups to reinforce the fires of assigned or attached artillery battalions.

In most cases, Black artillery battalions fought as part of White artillery groups commanded by and consisting of White men. However, several times in the war, White artillery battalions worked under the command of a Black artillery group led by Black officers.[26] And while this mixture of Black and White battalions occurred episodically in Europe, nowhere was this level of unit integration more necessary or the ability of Black and White units to cooperate more critical than during the Battle of the Bulge at the siege of Bastogne.

The European winter of 1944 was one of the coldest in nearly 40 years. Ice-cold rain turned dirt roads into rivers of mud that stopped vehicles in their tracks and then froze them in place when the temperature dropped. As the Allied armies approached Germany, the Ardennes forest, covered in a thick blanket of snow held in place by sub-zero temperatures, was one of the worst places to fight. In May 1940, the Germans attacked through what the French believed was the impenetrable Ardennes forest, overwhelmed a surprised French force, and reached the English Channel in weeks. In December 1944, Hitler intended to repeat the feat, slice through a weakly defended area of the Allied line, destroy the U.S. First and Ninth Armies and the British 21st Army Group, and recapture the port of Antwerp.

At 5:30 a.m. on December 16, the first of up to 27 German armor and infantry divisions—200,000 men in total—attacked across a 60-mile front, catching 83,000 men in six untested or refitting American divisions, most belonging to the VIII U.S. Corps, completely by surprise.[27] Over the next 3 days, American divisions managed to hold the northern and southern shoulders and delay the German main thrust in the center. While bitter combat occurred throughout the salient, the battle devolved into an all-out fight in the very compartmented terrain to hold bridges and major road junctions—in particular, the junction of several major roads at Bastogne.

In December 1944, VIII Corps divisions received reinforcing artillery fires from several organizations, including the 333rd Field Artillery (FA) Group (Colored). The 333rd FA Group consisted of two Black artillery battalions—the 333rd FA Battalion and the 969th FA Battalion, both equipped with 12 155mm howitzers—and the 771st FA Battalion, a White battalion armed with 4.5-inch guns. Over December 16–17, the German onslaught overran elements of the 106th Infantry Division and portions of the supporting 333rd FA Battalion and drove them to the west. In the process of retreating, the 333rd FA Battalion lost seven of its guns and most of its Soldiers, including 11 Soldiers massacred in Wereth, Belgium, by men from the German 1st SS Panzer Division.[28]

Meanwhile, Eisenhower sent one of his two theater reserve divisions, the 101st Airborne Division—3 months removed from the failed attempt to bounce the Rhine in Operation *Market Garden* and only 3 weeks removed from leaving the British line after an additional 65 days in combat—to Bastogne to hold the vital road junction and slow, if not stop, the German attack in the center of the Bulge. To reinforce the division's own artillery, VIII Corps placed the 333rd FA Group headquarters and the 969th FA and 771st FA battalions under the command of the 101st Division Artillery led by Brigadier General Anthony McAuliffe, who by happenstance was also the acting division commander as Major General Maxwell Taylor was out of the area.[29]

As the 101st Airborne Division moved by truck to Bastogne, the Germans attacked from the east, north, and south, forcing U.S. units to retreat toward the town. By December 20, the 333rd FA Battalion, having suffered a direct attack by German panzers, had lost 2 additional howitzers, for a 4-day total of 9 guns, 34 trucks, 12 weapons carriers, and 6 officers and 222 men, either as casualties or prisoners. The remnants of the battalion folded into the 969th FA Battalion, the other Black artillery battalion, now in the vicinity of Bastogne. Concurrently, direct German pressure on the White cannoneers of the 771st FA Battalion drove most of the Soldiers off, leaving just 6 officers and 14 Soldiers to man two of their 4.5-inch guns. The 969th FA Battalion took control of these guns, creating a composite

EoR - 1165 of 2347

battalion, and the 20 remaining men of the 771st FA Battalion joined the 333rd Field Artillery Group headquarters. By the afternoon of December 21, with Bastogne now surrounded, the 969th FA Battalion was the only medium artillery to back up the division's light 105mm howitzers inside the half-mile-wide defensive perimeter.[30]

From December 21 to 26, the Germans surrounded Bastogne. Some of the artillerymen were within 500 yards of the frontlines. Artillery rounds, however, were in such short supply that the 969th FA Battalion only fired on targets called in by observers. The infantrymen defending the town did not stop to ask what color the cannoneers were when asking for artillery protection—they just asked for help.

Despite the shortages and the constant German artillery, armor, and infantry attacks, cooperation between men and units was superb. Soldiers from the 969th FA Battalion recovered abandoned vehicles, carried messages under fire, and evacuated wounded individuals to aid stations. Several Black men received the Bronze Star for their actions. Some men, identifying with the way Airborne Soldiers wore their uniforms, began tucking their pant legs into their boots. One enterprising 969th Battalion cook, Technician 4 Broman Williams, even set up an improvised mess and fed a thousand men, White and Black, daily. Like the men Waverly Woodson treated at Omaha Beach, the tired, cold, and hungry men of Bastogne did not care who prepared the food, if it was hot.[31]

Just before Christmas, C-47 aircraft began dropping precious supplies and ammunition. At 4:50 p.m. on December 26, the first tank from the 4th Armored Division, attacking from the south, pierced the German lines and entered Bastogne. Before dawn on December 27, American forces had sufficiently cleared both sides of the road leading to town that they now had a relatively secure path to resupply and succor the 101st Airborne Division in the tough fighting that followed.[32]

On January 3, 1945, Major General Taylor arrived with lead elements of the 4th Armored Division and resumed command of the 101st Airborne Division. Taylor wrote to Lieutenant Colonel Hubert D. Barnes, commander of the 969th FA Battalion, thanking them for their "gallant support" in defense of Bastogne, attributing the success to the "shoulder-to-shoulder cooperation of all units involved." He closed by noting that he was recommending the battalion for the Distinguished Unit Citation.[33] On January 11, Major General Troy Middleton, commander of VIII Corps, wrote, "Your contribution to the great success of our arms at Bastogne will take its place among the epic achievements of our Army."[34]

The 969th FA Battalion would leave Bastogne on January 16 to support French and American divisions in the Seventh U.S. Army in the reduction of the Colmar pocket in the Vosges Mountains. In February, along with units of the 101st Division, the battalion received the Distinguished Unit Citation. It was the second Black unit to receive the award.[35] In its 10 months in combat, the 969th FA Battalion fired 42,289 rounds in support of units in all four American Armies and the French army. On May 3, 1945, the battalion was reunited with the 101st Airborne Division, this time supporting the infantrymen by trucking German prisoners to the 101st Division's prisoner of war stockades.[36]

*Requiring.* Since the relatively light losses during the Normandy landings (2,499 killed in action), U.S. casualties had increased dramatically. Hedgerow fighting had decimated infantry divisions, in some cases resulting in almost 100 percent loss of infantry rifle company strength. By December 8, 1944, General George S. Patton's Third U.S. Army was short 11,000 infantrymen, the equivalent of 55 rifle companies or enough riflemen to fill 2 infantry divisions; Eisenhower's manpower specialists predicted the two major American forces, General Omar Bradley's 12th Army Group and General Jacob Devers's 6th Army Group, would need over 29,000 infantry replacements by the end of the month. The German attack in the Ardennes made a mockery of those estimates.[37]

Hitler's desperate gamble to knock the Allies out of the war in the west failed miserably but caused over 79,000 American casualties and drove the Army to rush replacements from the States and rear area White units. In a bit of inspired leadership, Lieutenant General John C.H. Lee, the commander of American Service troops in England who had earlier recommended Waverly Woodson for the Medal of Honor, approached Eisenhower with the idea to take volunteer Black support troops into the infantry. Already planning to release up to 20,000 White men to undertake infantry and armor training, Lee now wanted to tap his reserves of Black manpower. He had coordinated with Brigadier General Benjamin O. Davis, then special advisor and coordinator to the Theater Commander on Negro Troops, and Brigadier General Henry Marchett, commander of the Ground Force Reinforcement Command, who supported the idea. Lee had even drafted a message to be read to African Americans throughout his command asking them to volunteer and take reductions in rank to private and private first class to fight as individual infantry replacements on the frontlines.

His initial proposal for Black support troops to integrate into White units on an individual basis, however, ran afoul of Eisenhower's chief of staff, Lieutenant General Walter Bedell Smith. He argued that to follow Lee's suggestion would not only violate Army policy but also encourage Blacks and their patrons to push for an end to segregation in the Army. Eisenhower, as was his way, found a middle ground, rewrote Lee's message personally, and issued a request "to all soldiers without regard to color or race" to volunteer for combat assignments.[38]

While originally limited to 2,500 African Americans, 4,562 men came forward, eventually forming 37 overstrength Black rifle platoons, led by White officers and platoon sergeants. At the 16th Reinforcement Depot at Compiegne, France, these men received the same training White men had been undertaking since November 1944. The training staff noted that Black units had lower

EoR - 1166 of 2347

absenteeism and fewer disciplinary problems than nonvolunteer White Soldiers. After the modest infantry training concluded, Eisenhower's headquarters sent 25 platoons to General Bradley's 12th Army Group, which detailed them to the First and Ninth Armies and further down through corps to Army divisions, where they fought side by side with White platoons in integrated infantry companies. The other 12 platoons went to 6th Army Group and down to the Seventh Army, where they formed into Black companies and fought in White battalions. A bit later, a second group of 16 platoons arrived, with 12 going to the 12th Army Group and 4 to the 6th Army Group. These units remained infantry outfits until the war ended, whereupon

the Army either returned them to their Service unit headquarters or discharged them. The platoons and companies, particularly in the 12th Army Group, won praise from their commanders and from White men in their units.[39]

In the 12th Army Group, which had faced the brunt of the recent German attack, their gaining organizations did their best to welcome the arrival of the Black platoons. Division and assistant division commanders personally greeted them upon arrival, and in some instances, platoons received the division patch and a brief history of the division and regiment they were joining. As for their distribution, the platoons joined both veteran units (1st and 9th Infantry Divisions) and newer units like the

12th and 14th Armored Divisions and the 69th, 78th, 99th, and 104th Infantry Divisions. At least one division not immediately on the offensive put their platoons through additional training. As the assistant division commander of the 104th Division noted, "We wanted to make sure they knew all the tricks of infantry fighting. We assigned our best combat leaders as instructors. I watched those lads training and if ever men were in dead earnest, they were."[40]

The 104th Division was rewarded for the efforts. A divisional report noted, "Their combat record has been outstanding. They have, without exception, proven themselves to be good soldiers." The division G-1 told Brigadier General Davis during an inspection trip:



Combat Soldiers on patrol near bombed buildings, somewhere in Europe, 1944 (Everett Collection/Alamy)

EoR - 1167 of 2347



Soldiers surround farmhouse as they prepare to eliminate German sniper, near Vierville-sur-Mer, France, June 10, 1944 (U.S. Army/National Archives and Records Administration)

*Morale: Excellent. Manner of performance: Superb. Men are very eager to close with the enemy and to destroy him. Strict attention to duty, aggressiveness, common sense, and judgment under fire has won the admiration of all the men in the company. . . . The men of Company F all agree that the colored platoon has a caliber of men equal to any veteran platoon.*[41]

Black platoons assigned to the 9th and 1st Infantry Divisions were just as effective. One Soldier, Private First Class Jack Thomas, received the Distinguished Service Cross for his actions with the 60th Infantry Regiment, 9th Infantry Division. In the 1st Infantry Division, the most bloodied and experienced division in the Army, the platoons joined the regiments that landed in North Africa and stormed the beach on D-Day. As they fought side by side, the platoons' proficiency climbed dramatically from 30 percent to 80 percent in 2 weeks. When casualties

dropped one platoon's strength too low for it to continue as a separate unit, the remaining men joined a White platoon as an infantry squad. In another platoon, when the White platoon sergeant was wounded, a Black infantryman stepped forward, worked closely with the other White platoon sergeants and leaders, and performed "all duties . . . in a superior manner." More directly, a White platoon sergeant from South Carolina stated, "When I heard about it, I said I'd be damned if I'd wear the same shoulder patch they did. After that first day when we saw how they fought, I changed my mind. They are just like any of the other boys to us." In so integrating at all but the individual Soldier level, these men began to reverse centuries of discrimination, bigotry, and racism.[42]

In June 1945, a month after the war in Europe ended, the Army surveyed 255 White company officers, platoon sergeants, and other enlisted men to

determine their reaction to fighting in integrated units. The officers, sergeants, and men noted that African-American Soldiers performed well, with 84 percent of the White officers and 81 percent of the sergeants and enlisted men responding "very well" and 16 percent and 17 percent responding "fairly well," respectively. Stated another way, 100 percent of the officers and 98 percent of the enlisted men responded positively that Blacks, fighting side by side with Whites, had performed well. When asked if "with the same Army training and experience, how do you think colored troops would compare with White troops as Infantry Soldiers?" 86 percent of White officers and 92 percent of White platoon sergeants and men stated "just the same" or "better than White troops." Still, almost all officers and men felt that if the Army continued to use Black Soldiers as infantrymen, it should do so in separate platoons, companies, or even battalions.[43]

EoR - 1168 of 2347

In a way, while touting the fighting ability of Black Soldiers, these responses confirmed the "equal and separate" policies espoused by the Army and American society at the time. While an emergency action during war, the integration of Black platoons into White infantry units nonetheless represented a small, if belated, step forward for actual equality. From *admiring* to *desiring* to *requiring* the support of Black Soldiers to win the war, White infantrymen and others in these vignettes gradually came to accept integration when their lives depended on it. And as Roosevelt predicted in 1940, they "backed into it."

With Executive Order 9981 in 1948, President Harry Truman ordered the military to integrate, but it would take the Korean War to force the Army to eliminate separate African-American units and the Vietnam War before it became a cultural reality.[44] Even then, changing attitudes and perceptions was exceedingly difficult. It would take a few more decades before the Army truly integrated Blacks into all levels of the force, from individual squad members to three- and four-star commanders, and longer still before the Defense Department promoted them to positions such as the Chairman of the Joint Chiefs of Staff and Secretary of Defense.

## Conclusion

So what does "the Case of the Missing World War II Black Combat Soldier" teach us about diversity, equity, and inclusion?

Warfare has always been and will remain a human affair. Despite ever-present improvements in technology and their influence on the conduct of war, the last two decades of conflict in Afghanistan, Iraq, Syria, and now Ukraine only reaffirm this conclusion.

The problem at the onset of World War II and the problem now is that the United States faces a shortage of qualified personnel to populate its Armed Forces. Recent reports highlight the dearth of American youth (18 to 24 years old) capable of meeting the Defense Department's intellectual, physical, and moral standards for service. In



Lieutenant General George S. Patton, U.S. Third Army commander, pins Silver Star on Private Ernest A. Jenkins, of New York City, for his conspicuous gallantry in liberation of Châteaudun, France, October 13, 1944 (U.S. Army Signal Corps/National Archives and Records Administration)

 | **npr**

Donate

# 'Half American' explores how Black WWII servicemen were treated better abroad

**Fresh Air | By Dave Davies**

Published November 10, 2023 at 12:20 PM CST



LISTEN • 17:57

TONYA MOSLEY, HOST:

This is FRESH AIR. I'm Tonya Mosley. When you see movies about World War II and photos of the Allied campaigns against the Axis powers, the military depictions are almost always white. But more than a million Black men and women served in World War II, fighting at Normandy, Iwo Jima, and the battle of the bulge and served in support roles that were critical to the Allies' success. Historian Matthew F. Delmont is the author of a book about the Black American experience in World War II, which isn't limited to their contributions to the war effort. Delmont describes the discrimination Black Americans faced in the military and in civilian defense industries, and the brutality many Black American servicemen suffered when stationed near white communities that resented their presence. But Delmont writes that many Black Americans were energized and enlightened by their experiences in the war, and later became active in the Civil Rights Movement. Matthew Delmont spoke with Dave Davies last year. His book is titled "Half American: The Epic Story Of African Americans Fighting World War II At Home And Abroad." It comes out in paperback in January.

(SOUNDBITE OF ARCHIVED NPR BROADCAST)

DAVE DAVIES: Matthew Demont, welcome to FRESH AIR.

MATTHEW DELMONT: Thanks for having me.

DAVIES: So if we go to 1940, I mean, the United States is not in the war yet, but, you know, France, Germany are engaged in the conflict after the Germans invaded Poland. And Roosevelt really wants to get the United States to support the European allies here. And they - Congress organized the Selective Service System, a draft. And it's interesting that it included anti-discrimination provisions, but they didn't exactly work. I mean, what was the status of Black Americans who wanted to serve in the military in practice? How did it work out?

DELMONT: In practice, the Selective Service draft didn't work to the benefit of Black Americans because the military didn't have enough units in which to place Black draftees or Black volunteers. And so it was important to understand in the lead up to the U.S. entering World War II, Black newspaper editors, Civil Rights activists, have to actively fight just to make sure Black Americans have a chance to serve their country. It seems almost crazy to imagine that as America is preparing to join the Allies in fighting this massive global war that Black Americans actually had to push their way into military service. The entire military is segregated at this point. At the start of the war, the Marine Corps doesn't allow any Black Americans to serve, and both the Army and Navy are segregated. And so the first battle that Black Americans have to fight is really just getting their foot in the door to even have a chance to take on meaningful roles in the military. And it's these quotas that the military has that keeps a lot of Black Americans out.

DAVIES: Right. And because draft boards were actually run by local officials, no matter what the national law passed by Congress said, they could make their own decisions about who got to serve and who didn't, right?

DELMONT: Exactly. And what that meant when you turned things over to the local level, it meant you were relying on the local prejudices that existed in all parts of the country. So not only in the South, but in different parts of the Northeast, Midwest and West, when Black volunteers or draftees went into these draft boards, they were often turned away and told that there was no place for them in the military. That was true both before Pearl Harbor and even more troublingly, after the bombing of Pearl Harbor, that there were dozens of stories of Black Americans going to their local recruiting branches

and being turned away, that they got in line with hundreds of other Americans because they wanted to join the military to help defend the country now that the United States had officially entered the war. But these Black Americans were turned away because at the time, the military didn't have enough units to accommodate them, and they were just left dumbstruck 'cause they're asking what's wrong with our service? What's wrong with our patriotism that we can't defend our country?

DAVIES: And they didn't have enough units to accommodate them, because then you had to have an all-Black unit to bring them into because the military was segregated. Did it remain the policy throughout the war that - you know, that there were white divisions and Black divisions?

DELMONT: It did. With very, very few exceptions, military segregation was maintained throughout the war, and it wasn't until 1948, when Truman signs an executive order that the military finally takes steps towards desegregation. And the thing that's kind of crazy making as a historian to look back at this is that there was no good military reason to have racial segregation. In fact, it was the exact opposite that it made a huge amount of logistical work for all branches of the military to have to do essentially everything in duplicate. They had to create separate units. They had to do separate barracks, separate eating facilities, separate recreation facilities. The only reason the military maintained this racial segregation during the war was to appease white racial prejudice. There was no strategic or tactical reason to do it.

DAVIES: You know, African Americans wanted to get into combat roles much sooner than they were able to. There was tremendous resistance in the military, but hundreds of thousands served in support roles in engineering units, in support and logistical units. You make the point that this was really critical stuff. Tell us about this.

DELMONT: So I think often when we think about World War II, we think only about the frontline fighting troops. But in reality, that was only about 10% of the entire military. Particularly for Black Americans, the lion's share of their service was in supply and logistical roles. And it actually turns out that's really important to trying to fight and win a global war. And so one of the arguments I try to make in the book was that World War II wasn't just a battle of strategy in will, it was a battle of supply. And I think the best way to understand that is thinking about something like D-Day. D-Day just stood for day of the invasion. There was D-Day: Plus One, D-Day: Plus Two. And in the weeks and months after, the Allies had to transport huge numbers of men and huge amounts of

material across the channel and then through France to keep up with the armies as they were pushing into Germany.

By and large, it was Black troops that did that work to move those supplies. There were Black port troops across the channel who loaded the ships that moved the goods across the channel into Normandy and other ports in France. And then it was Black units like the one Medgar Evers was in that unloaded those ships and then loaded them onto trucks. The truck drivers who moved those goods were part of a truck convoy called the Red Ball Express, 75% of whom were Black truck drivers. These truck drivers were absolutely crucial to the war effort because they moved 400,000 tons of ammunition, food and other supplies all across France and the European theatre. Without that effort, it would have been impossible for Allied troops to move, shoot or eat.

DAVIES: Well, let's talk about African American combat units. I mean, probably the most famous is the Tuskegee Airmen. These were people who were trained military pilots. They overcame a lot to get access to the training. And eventually, the 99th Fighter Squadron was trained and ready in 1942, but it took a while for them to get missions. Why?

DELMONT: The Tuskegee Airmen - the - an experiment of training Black pilots at Tuskegee starts in 1941. That first cohort arrives there, but they have to train for nearly two years before they have a chance to deploy to the Mediterranean in the spring of 1943. So whereas white units - white pilots are training for six weeks, eight weeks before they deploy, it's nearly two years of consistent training in Alabama before the Tuskegee pilots have the same opportunity. Part of what takes them so long is first, they need to build up enough numbers to have a full fighter squadron, but then they still face resistance from white commanders within the Army Air Corps who are not convinced that Black pilots can do the job. And so they're reluctant to actually deploy this Black unit even though they've been trained and they've had, at that time, more training than most white pilots have. And so the - when you follow the story of the Tuskegee Airmen on a month-by-month basis, it's amazing what they had to overcome just to get the opportunity to serve in combat.

DAVIES: And when they got in the air, how did they do?

DELMONT: They did extremely well. They first had a chance to fight in the Mediterranean in 1943. And even though they perform well, they're initially tasked with accompanying bombers on runs to hit key Axis targets in the Mediterranean. Even though they perform well in those missions, then they have to deal with their primary white commander, who tries to undercut them in his after-action report. So in his report, he says that they weren't aggressive in combat, that they didn't have what it takes to be fighter pilots. And he tries to get them assigned to shore patrol rather than to combat. This ends up exploding in the media. Time and Newsweek pick up the story and really reprint the claims of the white commander. And then the Black press - they come to the defense of the Tuskegee Airmen and say that these pilots have trained and they need to have an opportunity to continue to prove themselves.

There's a series of back-and-forths over the summer of '43, and then eventually the Tuskegee Airmen have another opportunity to be in combat later that summer. And there, after finally having a chance to shoot down Nazi planes, it becomes clear to all members of the Air Corps that the Tuskegee Airmen do have what it takes, and they are able to push open that door to Black service in the Air Corps.

DAVIES: We're speaking with Matthew Delmont. He's a historian, and his new book is "Half American: The Epic Story Of African Americans Fighting World War II At Home And Abroad." We'll be back after this short break. This is FRESH AIR.

(SOUNDBITE OF JOHN COLTRANE'S "OUT OF THIS WORLD")

DAVIES: This is FRESH AIR, and we're speaking with historian Matthew Delmont. His new book describes the experience of Black Americans in World War II. It's titled "Half American: The Epic Story Of African Americans Fighting World War II At Home And Abroad."

Well, when the war was over, how were returning Black veterans treated when they came home?

DELMONT: One of the hardest parts about writing this book was reading these accounts of Black veterans and the kind of disrespect they were shown when they returned to the country. They frequently described getting off ships and being directed, being immediately segregated as soon as they left the ship. The white troops were pointed one way, and Negro troops were pointing the other way, and often they would

use racial epithets to point Black troops in that direction. They described having no parades to greet them when they got back and being routed through only the Black section of town, being almost treated as though they were convicts when they return to the country.

And then there were numerous examples of violence against Black veterans that - at least a dozen Black veterans were killed or attacked, some while still wearing their military uniforms, in part because the white communities they often return to were threatened by Black veterans in the service. They recognized that these veterans were going to come back and be leaders in the Civil Rights Movement. In that context, the military uniform and the service of Black veterans was viewed as extremely dangerous, and it led to extremely hostile treatment for a lot of veterans when they returned home.

DAVIES: Yeah, there's one point where you list by name 15 separate cases of Black veterans who were murdered by white men, in many cases police officers. And there were some cases where - I think you said relatives advised returning Black servicemen, don't wear your uniform. Put on some overalls, right?

DELMONT: The treatment was terrible. And trying to recount those stories is - it's harrowing even today to think about that. These men had fought for their country. They were wearing the uniform of their country. They came home, and what you described - they had to change out of that uniform to work clothes, into overalls, so that white townspeople wouldn't attack them while they were wearing their uniform. It's almost mind-boggling to think about, but that's the threat that a lot of white Americans saw when they looked at a Black veteran in uniform. They saw this as something that was almost like a red flag waved in front of a bull that was going to engender such feelings of animosity and anger. I think it reveals how deeply divided America was at the end of the war.

DAVIES: Most people can't name many pieces of congressional legislation, but the GI Bill that was enacted by Congress after World War II is widely remembered as an enormously influential act that helped build America's middle class by providing funding for college and vocational training and low-interest home mortgages. The bill prohibited outright discrimination, right? But Black veterans ended up being treated differently.

DELMONT: They did. And if you were to look at the language of the GI Bill, it never explicitly says Black veterans are going to be discriminated against. But everyone at the

time understands that when this legislation is crafted, Southern segregationist Democrats have a really key role in determining how it's going to be deployed. And so they make sure that states are controlled - that states control how these GI Bill benefits are going to be distributed. And it's clear to everyone that that means that discrimination is going to be baked into the GI Bill. And that's what happens in practice. So whereas white veterans are able to use this access to home loans, business loans and college tuition benefits to become part of the middle class and then be able to pass on those benefits to their family, by and large, Black veterans are excluded from that.

To cite just a couple of examples from it, in Mississippi, only two of more than 3,200 VA-guaranteed home loans issued in 1947 went to Black borrowers. And things weren't much better up North. Of 67,000 mortgages that were insured by the VA in New York and northern new Jersey suburbs in 1947, fewer than a hundred went to Black people. Nationally, by 1950, white veterans had received nearly 98% of these VA-guaranteed loans. And so it had this extraordinarily detrimental impact on the ability of Black veterans to move into the middle class and to accumulate wealth.

DAVIES: You know, this might be a point to talk about the connection between the sociological changes that came with the war and building up the war effort and the Civil Rights Movement that would come in the years after the war. This experience had an impact; didn't it?

DELMONT: Absolutely. The Civil Rights Movement - the groundwork for it had been laid in the decades before World War II. But World War II was really an accelerant. It forced Black Americans to recognize that the kind of discrimination they encountered was something that they could and should organize to fight against. The infrastructure for that fight was really laid during the war. So the NAACP at the start of the war is a relatively small organization. But by the end of World War II, it has more than 450,000 members and a thousand branches all over the country.

Much of that work is credited to Ella Baker, who's a pioneering grassroots activist. Her methods of organizing were to get picked up by the Student Nonviolent Coordinating Committee, SNCC, in the 1960s, and then even later by Black Lives Matter activists in the past years. But what she does is she tours all across the country talking to local Black communities, talking to everyday people about the importance of working together and organizing to fight for the issues that matter to them in their communities.

And so that's where you see some of the most important initial steps to fight for voting rights and fight against school segregation, fight against job discrimination.

Speaking even more largely, the kind of things that the war is about, freedom and democracy, help to fuel demands of Black veterans and citizens after the war. And so that whole generation of Black veterans who fought in the war, they come back and start fighting for civil rights. As one veteran put it, they went from fighting in the European theater of operations to fighting in the Southern theater of operations.

DAVIES: And I'm sure they'd had experiences where, you know, if they might have grown up in a rural area of the South, where whites were all of one mindset about race relations, they'd had broader experiences that made them realize

it doesn't have to be this way.

DELMONT: Exactly. So one of the consistent stories that Black troops describe is when they went to Europe, their treatment and experience talking to white people in Great Britain and in France was entirely different than their experience with white Americans in places like Mississippi and Alabama. They felt like they were treated as equals for the first time.

So Medgar Evers, the famous civil rights activist, he's only 19 when he ends up in Normandy, just days after the D-Day invasion. As his unit is pushing through France, he has a chance to spend some time with a French family. And he says it's the first time he's ever been treated as a full human being by a white person. And it opens his eyes to what's possible. And so when he goes back to Mississippi, he believes that a different kind of world is possible, a different way of interacting across racial lines is possible. And that was true for thousands of Black troops who served in the European theater.

DAVIES: You know, you write that the story that you tell in this book matters not just because it's important to set the record straight, but because it will help us to understand and navigate the present and future. You want to explain what you mean?

DELMONT: The thing I tell my students all the time is that the stories we tell about the past matter. And I think if we only tell very simplistic stories about World War II, if we only talk about it as a good war and only talk about this idea that America was unified in some way, that doesn't do justice to the reality of what the country was actually like at that time period. If we can reckon honestly with this history of World War II, the fact that

the military was segregated, the fact that Black Americans experienced intense racism both in the military and at home across the country and that they organized the fight for civil rights, I think we'd be better positioned to understand why we're still fighting some of these battles today. Some of these issues regarding voting rights and regarding police brutality, these are things that were front-page issues in the 1940s during the war. And we have to remember that as part of the history of World War II.

And the other piece that's important is that the experience of Black veterans is - makes clear that patriotism and dissent have always been intertwined. And I think sometimes it's easy today to think about those as being entirely separate beliefs - that either one is patriotic, or they're dissenting. That's never been true for a lot of Black Americans. And it certainly wasn't true for Black veterans. Black veterans fought for the country, and many of them identified as being deeply, deeply patriotic. But for them, that meant that you also had to demand that America be a country worth fighting and dying for. And so the sense that patriotism and dissent need to be seen together is a really important one that I don't think comes across clearly enough in our contemporary political discourse.

DAVIES: Well, Matthew Delmont, thank you so much for speaking with us.

DELMONT: Yeah. Thanks so much for having me.

MOSLEY: Historian Matthew Delmont speaking with Dave Davies last year. His book "Half American" will be published in paperback in January. Coming up, a review of the film "The Killer." This is FRESH AIR.

(SOUNDBITE OF MUSIC) Transcript provided by NPR, Copyright NPR.

*NPR transcripts are created on a rush deadline by an NPR contractor. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*

History

✉

## Dave Davies

Dave Davies is a guest host for NPR's Fresh Air with Terry Gross.

See stories by Dave Davies

## The Latest From KOSU

 Budget cuts, layoff rumors and more create chaos for federal workers in Oklahoma

 Headlines: Texas measles outbreak, federal layoffs in Oklahoma & OKC book fair

 Bills on plugging abandoned wells, increasing oil and gas bonds pass Oklahoma legislative committee

## Sign up for The KOSU Daily newsletter!

Get the latest Oklahoma news in your inbox every weekday morning.

* indicates required

Email Address*

Subscribe

# Donate Your Car to KOSU!

Get Started Here



### You make KOSU possible.

KOSU is nonprofit and independent. We rely on readers like you to support the local, national, and international coverage on this website. Your support makes this news available to everyone.

Give today. A monthly donation of $5 makes a real difference.

Donate Now



Stay Connected

© 2025 KOSU

About KOSU

Contact Us

Public Documents

The KOSU Daily

How to Listen

Ticket Giveaways

Newsletters

Become a Member

    



Home / Topics / World War II / Black Americans Who Served in WWII Faced Segregation Abroad and at Home

# Black Americans Who Served in WWII Faced Segregation Abroad and at Home

Some 1.2 million Black men served in the U.S. military during the war, but they were often treated as second-class citizens.

**BY: ALEXIS CLARK**
**UPDATED: AUGUST 3, 2023** | ORIGINAL: AUGUST 5, 2020

When the Selective Training and Service Act became the nation's first peacetime draft law in September 1940, civil rights leaders pressured President Franklin D. Roosevelt to allow Black men the opportunity to register and serve in integrated regiments.

Although African Americans had participated in every conflict since the Revolutionary War, they had done so segregated, and FDR appointee Henry Stimson, the Secretary of War, was not interested in changing the status quo. With a need to shore up the U.S. Armed Forces as war intensified in Europe, FDR decided that Black men could register for the draft, but they would remain segregated and the military would determine the proportion of Blacks inducted into the service.

The compromise represented the paradoxical experience that befell the 1.2 million African American men who served in World War II: They fought for democracy overseas while being treated like second-class citizens by their own country.

# Discrimination in the Military

Despite African American soldiers' eagerness to fight in World War II, the same Jim Crow discrimination in society was practiced in every branch of the armed forces. Many of the bases and training facilities were located in the South, in addition to the largest military installation for Black soldiers, Fort Huachuca, located in Arizona. Regardless of the region, at all the bases there were separate blood banks, hospitals or wards, medical staff, barracks and recreational facilities for Black soldiers. And white soldiers and local white residents routinely slurred and harassed them.

"The experience was very dispiriting for a lot of Black soldiers," says Matthew Delmont, a history professor at Dartmouth College and author of *Black Quotidian: Everyday History in African American Newspapers*. "The kind of treatment they received by white officers in army bases in the United States was horrendous. They described being in slave-like conditions and being treated like animals. They were called racial epithets quite regularly and just not afforded respect either as soldiers or human beings."

Because the military didn't think African Americans were fit for combat or leadership positions, they were mostly relegated to labor and service units. Working as cooks and mechanics, building roads and ditches, and unloading supplies from trucks and airplanes were common tasks for Black soldiers. And for the few who did make officer rank, they could only lead other Black men.

As Christopher Paul Moore wrote in his book, *Fighting for America: Black Soldiers—The Unsung Heroes of World War II*, "Black Americans carrying weapons, either as infantry, tank corps, or as pilots, was simply an unthinkable notion...More acceptable to southern politicians and much of the military command was the use of black soldiers in support positions, as noncombatants or laborers."

# Fighting War on Two Fronts

African American soldiers regularly reported their mistreatment to the Black press and to the NAACP, pleading for the right to fight on the front lines alongside white soldiers.

"The Black press was quite successful in terms of advocating for Blacks soldiers in World War II," says Delmont. "They point out the hypocrisy of fighting a war that was theoretically about democracy, at the same time having a racially segregated army."

In 1942, the Black newspaper, the *Pittsburgh Courier*—in response to a letter to the editor by James G. Thompson, a 26-year-old Black soldier, in which he wrote, "Should I sacrifice my life to live half American?"—launched the Double V Campaign. The slogan, which stood for a victory for democracy overseas and a victory against racism in America, was touted by Black journalists and activists to rally support for equality for African Americans. The campaign highlighted the contributions the soldiers made in the war effort and exposed the discrimination that Black soldiers endured while fighting for liberties that African Americans themselves didn't have.

# The 761st Tank Battalion and the Tuskegee Airmen

As casualties mounted among white soldiers toward the final year of the war, the military had to utilize African Americans as infantrymen, officers, tankers and pilots, in addition to remaining invaluable in supply divisions.

From August 1944 to November 1944, the Red Ball Express, a unit of mostly Black drivers delivered gasoline, ammunition, food, mechanical parts and medical supplies to General George Patton's Third Army in France, driving up to 400 miles on narrow roads in the dead of night without headlights to avoid detection by the Germans.

The 761 Tank Battalion, became the first Black division to see ground combat in Europe, joining Patton's Third Army in France in November 1944. The men helped liberate 30 towns under Nazi control and spent 183 days in combat, including in the Battle of the Bulge. The Tuskegee Airmen, the all-Black fighter pilot group trained at Tuskegee Institute in Alabama, escorted bombers over Italy and Sicily, flying 1600 combat missions and destroying 237 German aircraft on ground and 37 in air.

"Without these crucial roles that Blacks soldiers were playing, the American military wouldn't have been the same fighting force it was," says Delmont. "That was a perspective you didn't see much in the white press."

# After the War, a Continued Fight for Civil Rights

After World War II [officially ended](#) on September 2, 1945, Black soldiers returned home to the United States facing violent white mobs of those who resented African Americans in uniform and perceived them as a threat to the social order of Jim Crow.

In addition to racial violence, Black soldiers [were often denied benefits](#) guaranteed under the [G.I. Bill](#), the sweeping legislation that provided tuition assistance, job placement, and home and business loans to veterans.

As civil rights activists continued to emphasize America's hypocrisy as a democratic nation with a Jim Crow army, and Southern politicians stood firmly against full racial equality for Blacks, President [Harry Truman](#) signed [Executive Order 9981](#) that desegregated the U.S. Armed Forces in July 1948. Full integration, however, would not occur until the [Korean War](#).

**BY: [ALEXIS CLARK](#)**

[Alexis Clark](#) writes about race, culture and politics during major events and eras in American history. She has written for *The New York Times*, *Smithsonian, Preservation* and other publications. She is the author of *[Enemies in Love: A German POW, A Black Nurse, and an Unlikely Romance,](#)* and an assistant professor at Columbia Journalism School.

## Citation Information

**Article Title**  Black Americans Who Served in WWII Faced Segregation Abroad and at Home

**Author**  [Alexis Clark](#)

**Website Name**  HISTORY

**URL**  [https://www.history.com/news/black-soldiers-world-war-ii-discrimination](https://www.history.com/news/black-soldiers-world-war-ii-discrimination)

**Date Accessed**  March 1, 2025

**Publisher**  A&E Television Networks

**Last Updated**  August 3, 2023

**Original Published Date**  August 5, 2020

---

## Fact Check

We strive for accuracy and fairness. But if you see something that doesn't look right, [click here](#) to contact us! HISTORY reviews and updates its content regularly to ensure it is complete and accurate.

---

Contact Us     Copyright Policy     Privacy Policy     Terms of Use     Ad Choices     Accessibility Support

Your Privacy Choices 

© 2025, A&E Television Networks, LLC. All Rights Reserved.

An official website of the United States government Here's how you know

# African American Service and Racial Integration in the U.S. Military

By Dr. Paul-Thomas Ferguson, Joint Munitions Command     February 23, 2021



[https://api.army.mil/e2/c/images/2021/02/23/97641ed7/original.jpg]

SHOW CAPTION +                                                    1 / 8

Though full integration of the U.S. military was not established until the middle of the 20th century, African Americans have served in American conflicts since before the United States was a free nation. Over time, the presence of black soldiers, sailors, regiments, and squadrons would grow until the value and

importance of African American servicemen and women could no longer be ignored by leaders bent on resisting change.

Formal African American service in the American military dates from the Revolutionary War. Many freemen and some slaves already served in Northern colonial militias to protect their homes during conflicts with indigenous tribes. The service numbers rose in 1770 in response to the death of Crispus Attucks, an African American believed to be the first casualty at the Boston Massacre. While George Washington was initially reluctant to recruit black soldiers, military necessity later made him relent.

The most prominent African American soldiers in the American Revolution served in the 1st Rhode Island Regiment, which recruited enough black and Native American soldiers to form more than half of its 225-man total. It was the only regiment in the Continental Army to have segregated units. The 1st Rhode Island Regiment had its most noteworthy action protecting the Colonial withdrawal from Aquidneck Island during the Battle of Rhode Island (August 1778).

Southern colonies, fearing that arming slaves would lead to revolts, opposed the use of slaves in Patriot militia, though some would serve in isolated instances. The British, however, recruited heavily from the South, promising freedom to any slave who fought for the Loyalist cause. Consequently, while an estimated 9,000 black soldiers and sailors fought for the Continental Army, nearly 20,000 fought for the British.

After the Revolutionary War, African Americans were pushed out of military service. The Federal Militia Acts of 1792 specifically prohibited black service in the U.S. Army. As a result, few African Americans participated on the side of the United States during the War of 1812. Only Louisiana was allowed to have separate black militia units in that conflict. Due to a manpower shortage, the U.S. Navy accepted free black recruits in that conflict, making up 15% to 20% of Navy manpower. Many slaves also served in the British Navy in anticipation of gaining their freedom.

During the Civil War, the Union formally established and maintained regiments of black soldiers. This became possible in 1862 through passage of the Confiscation Act, which freed the slaves of rebellious slaveholders, and the Militia Act, which authorized the president to use former slaves as soldiers. President Lincoln was initially reluctant to recruit black soldiers. This changed in January 1863, with the Emancipation Proclamation, declaring freedom for all slaves in Confederate states.

The first black regiments to serve in the Civil War were volunteer units made up of free black men. In May 1863, the War Department established the Bureau of Colored Troops for the purpose of recruiting from the African-American population. Existing volunteer units were converted into United States Colored Troops (USCT) regiments. By the end of the conflict, there were 175 USCT regiments, containing 178,000 enlisted soldiers, approximately 10% of the Union Army. Sixteen USCT soldiers earned the Medal of Honor for their Civil War service. More than 18,000 African American men and three women served in the U.S. Navy, making up 20% of sailors.

Black regiments were formed in every Union state. While mostly made up of African American soldiers, other minorities served, including Native Americans and Asians, while white Union officers served as commanders. USCT regiments participated in all aspects of the war effort as infantry, cavalry, artillery, and engineers, but often served as rear action garrison troops. USCT regiments served heroically at the Battle of the Crater (Virginia), the Battle of Chaffin's Farm (Virginia), The Battle of Fort Wagner (South Carolina), and the Battle of Nashville (Tennessee), and were present when the Army of Northern Virginia surrendered at Appomattox. Seven African American sailors and eighteen soldiers received the Medal of Honor for their efforts in the Civil War.

After the war, Congress reorganized the U.S. Army into ten cavalry regiments and forty- five infantry regiments. When the Army pared back to twenty-five regiments of infantry in 1869, the four black infantry regiments were consolidated into two. These regiments, the 24th and 25th, which came to be known as "Buffalo

Soldiers," were posted in the West and Southwest, mainly to battle Native Americans. Buffalo Soldiers would serve in the United States military for the next fifty years, primarily in the Indian Wars of the 1890s, for which thirteen enlisted men and six officers received the Medal of Honor.

In April 1898, following a period of rising tension over Spanish treatment of native Cubans, the United States declared war on Spain. While the Navy had enough manpower, the Army had only 28,000 men in uniform. Enlistees, volunteers, and National Guard units soon added 220,000 soldiers, including 5,000 African American men, but the only black troops who fought in the Spanish-American War were the Buffalo Soldiers. The bloodiest and most well-known battle in Cuba was the Battle of San Juan Hill, during which, the most difficult fighting fell to the Buffalo Soldiers, five of whom received the Medal of Honor. These regiments would go on to fight with distinction in the Philippine-American War (1899-1903), Mexico and World War I (1916- 1918), and World War II (1944-1945).

Many African Americans joined the U.S. military after American entry into World War I, but most would not see combat. Of the 200,000 African Americans who served in the regular Army, most did so in support roles within segregated units, while 170,000 never left the United States. There were notable exceptions. The 369th Infantry Regiment ("Harlem Hellfighters") fought alongside the French Army for six months, for which 171 members of the regiment earned the Legion of Merit. One member of the 369th also received the Medal of Honor, one of only two African American recipients of the award from World War I.

During World War I, African American service in the Navy was restricted to support duties, though ships remained integrated. After the war, the Navy banned black recruitment until 1932. By 1940, the Navy had 4,000 African American sailors, just 2.3% of its total manpower. This number increased to more than 5,000 in early 1942, but black sailors were still relegated to service as stewards, waiters, cooks, and cleaning crew. Black women were not allowed in the Navy until 1945. Even then, only four African American women served in the U.S. Navy during

World War II. These were among a maximum quota of 48 African American nurses allowed in all of the U.S. military during the war.

The Marine Corps allowed recruitment of African Americans beginning in June 1942. At first, they received segregated training and served in all-black units, though battalions would integrate by the end of World War II. Nearly 8,000 black Marines served in the Pacific Theater, performing particularly well at the Battle of Saipan (September 1944). After the war, the Marine Corps scaled back, resulting in 2,000 remaining African Americans in the service.

During World War II, over 2.5 million African Americans registered for the draft and many volunteered, serving prominently in segregated units within the Army and Army Air Corps. Notable among these were the Buffalo Soldiers, 93rd Infantry Division, 761st Tank Battalion, 452nd Anti-Aircraft Battalion, and 332nd Fighter Group (Tuskegee Airmen). In addition, the 6888th Central Postal Directory Battalion became the first entirely African-American female unit deployed overseas.

By the end of World War II, 992 black pilots had been trained for duty and more than one million African Americans had served in the U.S. Army and Women's Army Corps. None would receive the Medal of Honor until 1992, when President Bill Clinton honored seven men with the award, all but one of them posthumously.

In late 1945, in response to a study of race policies in the Army, the federal government's Gillem Board made eighteen recommendations for improving the treatment of black soldiers. Although both the Army and the Navy announced policies of integration and equal rights in early 1946, and the War Department directed the services to adopt such policies in May, elements within every service resisted integration, leading to a sharp decline in African-American enlistment.

In response to racial unrest erupting across the country in 1946, President Harry S. Truman formed a committee to study the problem. In 1947, the Army replaced segregated training programs with integrated courses. The next year, Lt. John E. Rudder became the first African American commissioned officer in the U.S.

Marine Corps. When Congress received the final directive from the President's Committee on Civil Rights, it refused to act on recommendations to integrate the military. In response, Truman issued Executive Order 9981, directing equal treatment for black service members.

Despite Truman's Executive Order, military leaders largely refused to adopt the new policies. It was not until April 1949, that the services made progress toward integration and equal rights within the military. The impetus came from Defense Secretary Louis Johnson, who directed the services to adopt Truman's order as official military policy. In response, the Air Force issued a "bill of rights" for black servicemen, the Navy moved to integrate and expand recruitment of African American sailors, and the Marine Corps ended segregation in training.

While the transition from segregation in the military proceeded gradually, integrated units in the Army, Air Force, and Marines were present and fought valiantly during the Korean conflict, with two African American soldiers receiving the Medal of Honor. As a result of rising acceptance and active recruitment, the number of black Marines grew from 1,525 in 1949 to 17,000 in 1953. In 1954, the Army became the last service to fully integrate upon deactivation of the 94th Engineer Battalion.

Though discrimination certainly persisted within the services, the Vietnam War was the first conflict in which white and black soldiers were fully integrated. In addition, the selective use of conscription during the conflict led to a significant rise in African American draftees. In 1967, African Americans made up 11% of the population, but were more than 16% of those who served. This was in spite of the fact that only 29% of Black conscripts were approved for service, compared to 63% of white conscripts. In all, 300,000 African Americans served in Vietnam.

Today, the proportion of African American servicemen and women in the Air Force (15%), Army (21%), and Navy (17%) eclipse that of the general population (13.4%), with only the Marine Corps (10%) falling below the average. Among these, more than 13% are commissioned officers who graduated from a service academy, and nearly 17% hold doctorates, speaking to the tremendous progress

made over the course of the two- century journey toward racial integration in the U.S. military.

America is disconnected from veterans and military families. Be part of the solution.
DONATE





# Black Veterans Have Always Fought Two Wars Back and

Enemy Abroad and ...

Ho...

JUNE 19, 2023 |

 [/#x]     [/#linkedin]     [/#facebook]

**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

America is disconnected from veterans and military families. Be part of the solution.

DONATE



On July 25, just 10 months after Dorsey came home, a mob of white men swarmed a car that contained Dorsey and Mae, as well as Dorsey's sister and brother-in-law. Enraged by a report [https://www.npr.org/2006/07/25/5579862/fbi-re-examines-1946-lynching-case] that Dorsey's brother-in-law, Roger Malcom, had stabbed a white man, the mob eventually pulled both couples from the car, beat them, and shot them more than 60 times. Although people witnessed the lynching, and although the men in the mob didn't hide their faces, the police made no arrests. The crime is still officially unsolved today.

In the years following World War II, in which well over a million Black Americans joined the fight against fascists, troops returned home to a nation that, in many ways, was still decidedly antidemocratic. Jim Crow laws and discrimination, both sanctioned and unofficial, shaped the reality of post-war life for many Black veterans. Just as had happened upon their return home from World War I, American servic



*Black soldiers Battalion, stu Guinea, on N Archives.*

**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

America is disconnected from veterans and military families. Be part of the solution.

DONATE



professor at Dartmouth who has written about Black Americans in World War II. "This is true during the war and after the war—just the sight of a Black person in a military uniform was upsetting to a lot of white Americans."

Although Black Americans have fought in every conflict since the Revolutionary War, the breadth and dedication of their service, and their distinct experiences in uniform and upon returning home, are often omitted from or minimized in historical narratives of military service—part of a legacy of discrimination that continues today.

"We have to start with the fact that when America thinks about a veteran, they often think about a white man," says Richard Brookshire [https://www.blackveteransproject.org/team], the co-founder of the Black Veterans Project, which works to elevate the stories of Black veterans and servicemembers. "There is an erasure, an erasure to the historical harms and the present-day harms that continue for Black people who serve."



**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

America is disconnected from veterans and military families. Be part of the solution.

DONATE



Dorothy Malcom—often known as the Moore's Ford lynchings for the place where they died—as the last mass lynching in American history. The Moore's Ford lynchings were not the last lynchings in the country, nor were they the last lynchings of a veteran. But their extraordinary brutality, the lack of accountability even after multiple investigations, and that they involved a veteran so recently returned from war ignited a national backlash against the racial violence so many Black Americans faced. This ultimately helped to pave the way to the civil rights movement—a movement that Black veterans, shaped by their experiences in uniform, pushed forward.

"Black Americans have served in every military conflict the United States has ever been a part of, going back to the American Revolution, Civil War, World War I, World War II," Delmont says. "But that service has always meant a different thing than it's meant to most white servicemembers.

"Theirs was a critical form of patriotism. They wanted to really fight to make America a country that was worth fighting for."

## We Knew That Not to B

In his 1917 speech to Congress asking th
President Woodrow Wilson argued that "
democracy."

"We are but one of the champions of the
shall be satisfied when those rights have b
freedom of nations can make them."

**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

America is disconnected from veterans and military families. Be part of the solution.
DONATE



'military-veterans-more-vulnerable-to-scams-than-

But in war—as on the homefront, where Wilson's administration aggressively pursued segregation [https://woodrowwilsonhouse.org/wilson-topics/wilson-and-race/] in the federal government, as well as the removal of Black government officials—the rights of mankind were not equally extended. More than 350,000 Black sailors and soldiers signed up or were drafted to serve in World War I. But they faced discrimination in the ranks: pushed into jobs white soldiers didn't want and issued inferior gear and equipment. White service members sometimes refused to salute Black officers, who were often barred from officers' clubs and dining halls, and at times Black soldiers had to eat and sleep outside. Some Black soldiers were even issued decades-old Civil War uniforms.

Still, within the Black community, many saw benefit in joining. Intellectual leaders like W.E.B. Du Bois [https://naacp.org/find-resources/history-explained/civil-rights-leaders/web-du-bois] initially encouraged Black citizens to join the war effort, both out of a sense of patriotism and in hopes

**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

America is disconnected from veterans and military families. Be part of the solution.

DONATE



citizenship," Brookshire says. "When folks got back from World War I, we knew that not to be true."

In the summer of 1919, following the end of the war the previous fall, the country was swept up in a spasm of horrific nation-wide racial violence, which came to be known as the Red Summer. Race riots broke out in Chicago, Washington, and many other cities. White mobs lynched dozens of Black Americans. At the end of September, in an anti-Black massacre in rural Arkansas, where Black sharecroppers had attempted to negotiate pay and cotton prices, roaming mobs of armed white men killed more than 100 Black citizens.

Returning veterans were not immune from this violence. Rather, mobs often targeted Black soldiers and sailors who had served in World War I because they had served.

In 1917, Sen. James Vardaman [https://www.pbs.org/wgbh/americanexperience/features/flood-vardaman/] of Mississippi warned against allowing Black Americans to join the military, arguing that it would inflame the fight for equal rights.

Award-Winning Jour

Email Address

SUBSCRIBE

**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

America is disconnected from veterans and military families. Be part of the solution.

DONATE



white citizens felt compelled to prove those rights would not be respected. In Kentucky, just a month after the end of the war, a recently discharged Army private named Charles Lewis was arrested while wearing his uniform after a white sheriff accused him, without evidence, of robbery. Upon hearing of his arrest, a crowd of nearly 100 men broke into the jail where Lewis was held and murdered him by hanging him from a tree.

Likewise, in Texas, another recently returned veteran, Ely Green, was beaten by four white police officers for wearing his uniform in public. During the summer of 1919, Lucius McCarty, a Black veteran in Louisiana, was shot more than 1,000 times after he was accused of trying to assault a white woman. In Arkansas, a Black veteran named Frank Livingston was burned alive after a white mob tortured him into confessing to murdering a white couple.

Active duty sailors and soldiers were also targeted. In 1917, the Black 3rd Battalion, 24th Infantry Regiment was sent to Houston, where police officers and local citizens harassed them. The abuse eventually led to an armed riot

## Stories that you won't find anywhere else.

**Subscribe to our free weekly newsletter**

America is disconnected from veterans and military families. Be part of the solution.

DONATE



[https://www.military.com/history/how-race-riot-involving-army-unit-led-largest-murder-trial-us-history.html] in which four Black soldiers and 16 white civilians died. Nineteen Black soldiers were later sentenced to death and executed.

In May 1919, hundreds of white Navy sailors stormed into a hotel in New London, Connecticut, where Black sailors from the nearby naval base often congregated, pulling their fellow sailors outside and beating them.

"What does that say to African Americans, let alone any other group, that on one hand, you desperately need us—you tell us it's our responsibility, that we are American citizens. We need to step up to the plate," says Charissa Threat [https://teachingamericanhistory.org/faculty-staff/charissa-threat/] , a history professor at Chapman University who writes about gender and race in veterans' history. "We want to step up to the plate. But we are met with both discrimination while serving, violence while serving, and certainly [when] coming home."

## They Will Not Send Their Sons to War Again

In the years between World War I and Wo[...]
Black activists expanded as anger grew ov[...]
racial violence. Membership in the NAA[...]
9,000 in 1917 to more than 90,000 just t[...]
Black activists pursued legal cases challen[...]
worked to document the extent of the vio[...]
Professional organizations for Black work[...]
also grew and fought for more equal wor[...]

### Stories that you won't find anywhere else.

**Subscribe to our free weekly newsletter**

America is disconnected from veterans and military families. Be part of the solution.

DONATE



their sons or their grandsons, in some cases, to war again, if something doesn't change," Threat says.

Black leaders pushed for greater equality and better treatment on the homefront and in the military. Walter White [https://time.com/3936146/walter-white-naacp/], the executive secretary of the NAACP, and A. Philip Randolph [https://aflcio.org/about/history/labor-history-people/asa-philip-randolph], the president of the Brotherhood of Sleeping Car Porters, pressured the Roosevelt administration to end segregation and discrimination in the military branches—Black citizens were not allowed to join the Marine Corps until 1942—and the defense industry. Activist organizations sought, again, to connect a willingness to fight with the need for equal rights.

"They were not just talking about access to military service or improvements for Black servicemembers," Threat says. "They were also talking about—how do we use military service to then leverage political change or social change as well?"

Ultimately around 1.2 million Black soldiers, sailors, and airmen served in World War II. While some

**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

America is disconnected from veterans and military families. Be part of the solution.

DONATE



military lore, African

Americans' service during the war—much of which was in service, logistical, and construction positions—has largely been sidelined.

But the positions in which many African Americans served were critical to the Allied victory, Delmont says.

"If you think of something like the Red Ball Express truck drivers, that were primarily Black truck drivers, they fueled the logistical effort in the weeks and months after D-Day," Delmont says. "They moved 400,000 tons of ammunition, food, and fuel that really made it possible for America's troops to push across France and eventually into Germany."

"Those aren't usually the stories we tell about World War II," he says. "They're not glamorous or not sexy stories, but it's the reality of how a war was won at that scale."

## The Military Chose to Default to Local Prejudices

In January 1942, a Black veteran named J
Pittsburgh Courier, one of the most resp
in the country.

**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

"Like all true Americans, my greatest des
history, is a desire for a complete victory
our existence today," he wrote of the war

America is disconnected from veterans and military families. Be part of the solution.

DONATE



over racism at home.

"They saw their military service as part of a larger battle," Delmont says. "They absolutely wanted to defeat the Nazis and Axis forces. But they knew that wasn't enough. They knew that they also had to defeat racism and white supremacy in the United States."

The movement built on interwar organizing efforts, but Black service members continued experiencing extraordinary racism. Many of the military's bases were in the South, where Jim Crow was still the law of the land. And Black soldiers from Northern states often encountered the legal racism of the South firsthand at the same moment they had stepped up to serve their country.

"This was federal property —whether these bases were in Mississippi, Alabama, Georgia, Massachusetts, wherever they were—this was federal property," Delmont says.  "And yet, the military chose to default to whatever the local situation was, the local prejudices were, with regards to race."

At the same time, Black GIs sent to other Allied countries found cultures

**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

*Pvt. William*
*caliber mach.*

America is disconnected from veterans and military families. Be part of the solution.

DONATE



"You have military officers often from the South, who have every expectation that they could transport Jim Crow to England or to Australia, and that it would be accepted by the local communities," Threat says. "Sometimes it was, but oftentimes it was not. And then you have Black service members who are in that space, who are allowed to do things or are welcomed in different ways. And so that is also creating tension between white service members and Black."

The same tension greeted service members upon their return home, just as it had after World War I. In 1946, a Black veteran named James Stephenson, who had worn his Navy uniform with his mother to a store at home in Tennessee, pushed a store worker after the worker slapped his mother. In the aftermath, an infuriated white mob [https://www.washingtonpost.com/history/2021/02/25/columbia-race-riot-wwii-thurgood-marshall/] attacked local Black businesses. Stephenson and his mother managed to escape, but more than 100 Black people were arrested.

Hosea Williams [https://kinginstitute.stanford.edu/encyclopedia/williams-hosea] , who had been captured by the German army and was later awarded a Purple Heart for an injury gained in Europe, wa~~s~~ ~~~~ ~~~~. On a trip home, he tried to drink from a white-only water fo~~~~ beat him so severely they assumed he wa~~s~~ come to pick up his body.

"The war had just ended, and I was still i~~~~ said. "But on my way home, to the brink dog. The very same people whose freedo~~~~ suffered to secure in the horrors of war ...

**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

America is disconnected from veterans and military families. Be part of the solution.

DONATE

the
WAR H⊙RSE

armed with tear gas and nightsticks, along with private citizens, deputized just that morning, waited on the other side. Williams attempted to speak with the commander in charge of the Alabama state troopers, but the commander refused to speak with him, and police began to brutally attack the protestors, beating them with billy clubs and whips, in a day that would come to be known as Bloody Sunday.

"I had fought in World War II, and I once was captured by the German army, and I want to tell you the Germans never were as inhumane as the state troopers of Alabama," Williams later said.

Williams was far from the only civil rights leader who had served in the military and been shaped by his experiences. Medgar Evers was a World War II Army veteran. James Meredith, the first Black student to enroll at the University of Mississippi, had served in the Air Force. Ralph Abernathy, who helped create the Montgomery Bus Boycott, had been a platoon sergeant in the Army. Jackie Robinson, before his baseball career, was court-martialed during his Army days for refusing to sit in the back of a bus.

"It was a small victory," Robinson later w... of his efforts during an... "... I had learned that I was in two wars, one ... against prejudice at home."

**Stories that you won't find anywhere else.**

**Subscribe to our free weekly newsletter**

The civil rights movement ushered in a fa... the fight for equal rights continues and th... Black soldiers still echoes today. Widespre... like housing loans and education stipend... regularly denied the benefits [https://ww... veterans-benefits] that many white vetera...

America is disconnected from veterans and military families. Be part of the solution.
DONATE



than money for higher education. Banks regularly denied VA loans for Black veterans. This systematic discrimination still bears consequences for the children and grandchildren of those veterans today.

"The results of service don't always lead to increased or full benefit rights," Threat says.

*A kitchen was set up along the beach at Massacre Bay, Attu, Aleutian Islands, for a battalion as they unloaded the boats. Here, the men enjoy a hot meal on May 20, 1943. Photo courtesy of the National Archives.*

Even today, internal VA documents obtained by the Black Veterans Project show that Black veterans are less likely to be approved for benefits for [https://www.npr.org/2023/03/24/1165977590/black-veterans-are-less-likely-to-be-approved-for-benefits-according-to-va-docum] post-traumatic stress, according to an ongoing lawsuit against V

## Our Journalism Depe

HELP US

### Stories that you won't find anywhere else.

**Subscribe to our free weekly newsletter**

"There's been such an emphasis on the p
we have a responsibility as a society to ho

America is disconnected from veterans and military families. Be part of the solution.
DONATE



*This War Horse feature was reported by Sonner Kehrt, edited by Kelly Kennedy, fact-checked by Jess Rohan, and copy-edited by Mitchell Hansen-Dewar. Headlines are by Abbie Bennett.*



[/#x]    [/#linkedin]    [/#facebook]    [/#email]



### Sonner Kehrt

Sonner Kehrt is an investigative reporter at The War Horse, where she covers the military and climate change, misinformation, and gender. Her work has been featured in The New York Times, WIRED magazine, Inside Climate News, The Verge, and other publications. She studied government at the U.S. Coast Guard Academy and served for five years as Coast Guard officer before earning a masters in democracy and governance studies from Georgetown University and a masters of journalism from UC Berkeley. She has also worked as a lecturer at UC Berkeley, teaching classes in writing, reporting, and ethics. In her free time, she is trying to learn to windsurf. She can be reached at sonner.kehrt@thewarhorse.org and occasionally on Twitter @etskehrt.



REPUBLISH

*Do you value compassionate, compelling stories*
*in on stories that matter, and let us keep our re*

## Stories that you won't find anywhere else.

**Subscribe to our free weekly newsletter**

You migh

America is disconnected from veterans and military families. Be part of the solution.

DONATE



| Reliving Military Sexual Trauma on Her Last Day of Active Duty | How Being "In on the [Racist] Joke" Silences Service Members |
| US Military Pledges Principled, Responsible Approach to Artificial Intelligence | 'I Decided to Become the Safe Place that I so Desperately Needed' |

© Copyright - The War Horse News, Inc. | Site design by Soundview Creative

## Stories that you won't find anywhere else.

**Subscribe to our free weekly newsletter**

# MotherJones

**POLITICS**



## How a Hostile America Undermined Its Black World War II Veterans

*Servicemembers were attacked, discredited, and shortchanged on GI benefits—with lasting implications.*

MATTHEW DELMONT   NOVEMBER + DECEMBER 2022 ISSUE

Staff Sergeant Herbert Ellison explains the GI Bill to a crew of Army truck drivers in 1945. **Johnnie Filecia/Library of Congress**

*Fight disinformation: Sign up for the free* Mother Jones Daily *newsletter and follow the news that matters.*

**In August 1944,** just two months after President Franklin D. Roosevelt signed the Servicemen's Readjustment Act (a.k.a. the GI Bill of Rights), Harry McAlpin, Washington correspondent for the National Negro Publishers Association, warned that the new law, though race-neutral on its face, would exclude Black veterans. The GI Bill included funding for housing, college, and job training, along with business loans and unemployment insurance, which fueled social mobility for millions of veterans and their descendants. It also included "innumerable loopholes for states to 'rob' returning Negro veterans of the rights and privileges they have earned by risking their lives and limbs for the preservation (?) of democracy," McAlpin wrote.



This piece is adapted from **Half American: The Epic Story of African Americans Fighting World War II at Home and Abroad** (Out October 18 from Viking, an imprint of Penguin Publishing Group, a division of Penguin Random House, LLC, all rights reserved).  **Author photo by Eli Burakian**

This discrimination was by design. Southern Democrats including House Veterans Committee Chairman John Rankin—who a quarter century earlier had penned an editorial ridiculing the notion that military service might somehow elevate a Black man to become the "peer of the white man"—took pains to ensure that the bill's benefits would be administered at the state level, where white officials served as gatekeepers.

Sure enough, at their local United States Employment Service job centers, Black veterans encountered white counselors who routinely shunted them into unskilled jobs, even if they had military training as carpenters, electricians, mechanics, or welders. In Mississippi, white veterans received 86 percent of the skilled and semiskilled positions, while Black vets filled 92 percent of unskilled and service-oriented jobs. In Birmingham, Alabama, a USES counselor told Willie May, who had maintained communication lines in the Army Signal Corps, that there were no suitable positions available, even though the counselors had placed several white Signal Corps vets with the Birmingham Power Company. May settled for work as a Pullman porter, which paid far less.



This gun crew was given the Navy Cross for maintaining their posts after their ship was damaged by enemy fire.
**Department of Defense/National Archives**

This was an extension of the second-class treatment Black Americans endured as servicemembers, confirming the dreadful suspicion that the freedoms they labored to protect overseas would not be forthcoming at home. As I document in my new book, *Half American: The Epic Story of AfricanAmericans Fighting World War II at Home and Abroad*, from which this essay is adapted, Black volunteers and draftees formed the backbone of a supply effort critical to the Allied victory, and fought courageously in combat when given the opportunity—but were often assigned positions of grunt labor and servitude, building roads and infrastructure or cooking and cleaning for white officers and enlisted men. Black troops nevertheless risked their lives for a segregated military that regarded them with such contempt that, after the Nazis surrendered, US officers let released German POWs socialize and dine alongside white soldiers in areas still off-limits to Blacks.



T-5 William E. Thomas and Pfc. Joseph Jackson, photographed on an Easter morning during the war.   **Department of Defense/National Archives**



The 41st Engineers perform a color guard ceremony at Ft. Bragg, NC. **Office for Emergency Management/National Archives**

Adding insult to injury, Black veterans returned to a nation less than thankful for their service. White officers and publications belittled or simply ignored Black contributions to the war effort. In the South, Black vets were targeted—and sometimes lynched—by white mobs eager to remind them of their place in the pecking order. Black newspapers printed weekly accounts of violence against vets, many of whom were attacked while in uniform.

Yet perhaps even more pernicious were the discriminatory policies of the state, whose ill effects on the Black community spanned generations. Black veterans, like their white comrades, sought out low-interest mortgages and loans, guaranteed by the Veterans Administration, to buy homes and start businesses. Some succeeded, but the vast majority were turned away by the nation's banks, whose racist lending practices were unfettered by the GI Bill. "Loans to Negro veterans are almost out of the question," the National Urban League observed.

*Of 67,000 mortgages insured by the Veterans Administration in the New York and northern New Jersey suburbs in 1947, fewer than 100 went to nonwhites.*

The law, in other words, exacerbated the segregation created and maintained by federal mortgage redlining and white housing covenants. In Mississippi, only *two* of the more than 3,200 VA-guaranteed home loans issued in 1947 went to Black borrowers.

Things weren't much better up north. Of 67,000 mortgages insured by the VA in the New York and northern New Jersey suburbs that year, fewer than 100 went to nonwhites. Nationally, by 1950, white veterans had received nearly 98 percent of the VA-guaranteed loans.

Black veterans who managed to get a loan, moreover, faced organized resistance and violence from white homeowners. Just south of San Francisco, white neighbors threatened Army veteran John T. Walker before burning down his newly built home. Across the country, returning servicemembers encountered racial covenants that explicitly blocked them from owning or renting in white areas. A subdivision built for veterans in Albuquerque, New Mexico, was designated whites-only. In Seattle, a covenant restricted the sale of property to "persons of the Aryan race"—that was in 1946, one year after the Allies defeated the Nazis with the help of more than 1 million Black servicemembers.



The 6888th Central Postal Directory Battalion in France.  **Department of Defense/National Archives**



An American MP stands ready in Columbus, Georgia.  **Department of Defense/National Archives**

The upshot: Black veterans were almost completely locked out of the postwar housing boom and the ability to accrue property equity—the primary conduit by which American families generate wealth and pass it to future generations.

The GI Bill also enabled millions to attend college, but here again the opportunities differed dramatically along racial lines. Colleges in the North and West admitted only a token few Black students, and Black vets faced interference from racist VA counselors, whose signoff was required to use GI Bill funds for tuition, room, and board.

### *Most white colleges wouldn't accept Black students, and Black colleges didn't have capacity to handle the post-war demand—by 1947, as many as 50,000 qualified Black veterans had been turned away.*

When Tuskegee Airman Monte Posey went to a Chicago VA office for approval to attend the University of Illinois, his counselor insisted there were no professional opportunities for college-educated Black people. Rather than waste time at a university, Posey should sign up for vocational training. (Posey persisted and attended college for two years before leaving to seek full-time work, ultimately as a police officer.)

In the South, higher education was legally segregated and white colleges outnumbered Black ones by more than five to one, even though a quarter of the region's population was Black. The Black colleges, though dedicated, were

chronically underfunded and unequipped to deal with unprecedented demand from servicemembers hungry for a degree. By 1947, as many as 50,000 qualified Black veterans had been turned away.

All told, 28 percent of white veterans went to college on the GI Bill vs. just 12 percent of Black veterans. So while the legislation did help thousands of Black families take their rightful place in the rising postwar middle class, its discriminatory application significantly widened the overall educational and economic gaps between Black and white Americans. "The veterans' program," concluded the *Pittsburgh Courier*, a Black newspaper, "completely failed veterans of minority races."



Maintaining the air cleaner of an Army truck in Fort Knox, Kentucky.   **Alfred T. Palmer/Library of Congress**



In 1945, during Operation Fire Fly, the Black paratroopers of the 555th Parachute Infantry Battalion made more than 8,000 individual jumps to fight wildfires in the Pacific Northwest. Here they are preparing to jump from a Douglas C-47 on a wildfire in Wallowa Forest, Oregon. **Department of Defense/National Archives**

Making matters worse, the military doled out so-called blue discharges—after the colored paper on which they were printed—to more than 10,000 Black servicemembers, rendering them ineligible for benefits. A blue discharge had many of the practical effects of a dishonorable discharge, but could be issued by officers without a court-martial or legal proceeding, and soldiers who were deemed "troublemakers," rightly or wrongly, were pressured into accepting a blue ticket.

The *Pittsburgh Courier* called the policy a "vicious instrument," and warned of "a widespread conspiracy to give blue discharges to as many colored soldiers and sailors as possible." Black servicemembers made up less than 7 percent of armed forces personnel, but received 22 percent of the blue discharges from December 1941 through June 1945. That fall, the *Pittsburgh Courier* advised Black servicemen to reject the blue tickets, and published instructions on how to appeal them.

Researchers from the Institute for Economic and Racial Equity at Brandeis University recently calculated that the GI benefits secured by Black individuals were worth, on average, 40 percent of those whites received. This produced long-term disparities, the study found. By the time WWII veterans hit the age range at which wealth typically peaks, the median net worth of Black veteran households was $100,000 less than that of white ones.



Black Marines aboard a Coast Guard transport in the Pacific.  **Department of Transportation/National Archives**

Revisited through the lens of race, the GI Bill, long hailed as a powerful engine of class mobility for the Greatest Generation, loses some of its luster. Like the Homestead Acts of the late 1800s, also nominally race-neutral, the legislation harnessed immense public resources to bolster the private wealth of a favored group.

WWII veterans received more than $50 billion under the GI Bill, all told, and the exclusion of Black Americans from the spoils helps explain the vastness of the racial wealth gap today. As of 2019, the median wealth of Black families in the United States was less than 15 percent that of white families—$24,100 vs. $188,200. Black homeownership stood at about 45 percent vs. 75 percent for white Americans. And white families were nearly three times as likely as Black families to have received an inheritance.

The other way the GI Bill fundamentally shortchanged the nation involves opportunity cost. Black Americans who could take full advantage of the GI Bill often went on to do amazing things. Women's Army Auxiliary Corps veteran Dovey Johnson Roundtree attended Howard University law school, established a law firm in Washington, DC, and then, in a landmark 1955 civil rights case, *Sarah Keys v. Carolina Coach Company*, helped secure a ban on racial segregation in interstate bus travel. Robert P. Madison was in the 92nd Infantry Division and earned a Purple Heart in combat in Italy. After the war he leveraged the GI Bill to earn architectural degrees from Case Western and Harvard before establishing a trailblazing firm in Cleveland, where he helped design the Rock and Roll Hall of Fame.



Members of the 332nd Fighter Group at a briefing in Ramitelli, Italy, March 1945.  **Toni Frissell/Library of Congress**

These examples only hint at the tremendous cost of excluding Black families from GI benefits. Had all the men and women who dedicated their labor, skills, and courage to the war effort gotten their due, America might today have

tens of thousands more Black doctors, lawyers, engineers, professors, economists, scientists, software designers, etc.

Last Veterans Day, in light of this history, Reps. Seth Moulton of Massachusetts and James Clyburn of South Carolina, and Sen. Reverend Raphael Warnock of Georgia introduced the GI Bill Restoration Act, which directs the Secretary of Veterans Affairs to extend further housing and education assistance to the surviving spouses and direct descendants of Black WWII vets.



Members of the Headquarters Company, 480th Port Battalion, at the ancient Greek Temple of Neptune.
**Department of Defense/National Archives**

The legislation remains mired in the House and Senate Veterans' Affairs committees, where it has yet to receive a hearing. Republican lawmakers view it as partisan because it asks them and their constituents to grapple with the legacy of structural racism in America, a subject most would prefer to ignore. Indeed, key committee members have been on the front lines of the culture war against critical race theory, among them Rep. Jim Banks (R-Ind.), who last year urged colleagues to ban the discussion of racism in public school classrooms.

The Senate Veterans' Affairs committee includes Marsha Blackburn (R-Tenn.), John Boozman (R-Ariz.), Thom Tillis (R-N.C.), and Tommy Tuberville (R-Ala.), co-sponsors of the Saving American History Act, which would abolish federal funding for schools that teach the *1619 Project* or critical race theory.

"Enacting meaningful legislation is often a marathon, not a sprint," Clyburn told me in a statement provided by his staff. The GI Bill Restoration Act is competing with other priorities, but "I am committed to working as hard as I can, for as long as I can, to see that the survivors and/or direct descendants of Black World War II veterans realize the promise of the GI Bill denied to their families due to institutionalized discrimination."



Women's Army Corps officers inspect the 6888th Central Postal Director Battalion.  **Department of Defense/National Archives**



Tuskegee airmen at Ramitelli, Italy, March 1945.  **Toni Frissell/Library of Congress**

"Black WWII veterans were robbed of what should have been life-changing opportunities," Moulton added in his own statement. "Not enough Americans realize this—or that surviving veterans and millions of their descendants continue to feel the repercussions today. We introduced this bill not because we knew it would be politically or logistically easy to get passed, but because this is a national conversation that is painfully overdue. We're under no illusions that moving this bill forward will happen overnight."

The act is officially named in honor of Sergeant Joseph Maddox, whom the VA denied benefits for a master's degree program at Harvard University to "avoid setting a precedent"—only after the NAACP went to bat for him did the agency relent—and Sergeant Isaac Woodard Jr., a Pacific theater veteran who was still wearing his Army uniform en

route to rejoin his family when he was brutally beaten by white police in Batesburg, South Carolina. His eyes were gouged out by a sheriff's nightstick, blinding him for life.

"Negro veterans that fought in this war don't realize that the real battle has just begun in America," Woodard told the *Chicago Defender* soon after the attack. "They went overseas and did their duty and now they're home and have to fight another struggle that I think outweighs the war."

---

*If you buy a book using our Bookshop link, a small share of the proceeds supports our journalism.*

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Do Not Sell or Share My Personal Information

Copyright © 2025 Mother Jones and the Center for Investigative Reporting. All Rights Reserved.

# AFRICAN AMERICANS IN NAZI GERMANY

African Americans encountered the Nazis before and during World War II. Before the war, some African Americans visited Nazi Germany as tourists, Olympic athletes, or for other reasons. Many compared and contrasted racism in Nazi Germany with their experiences at home in the United States where discrimination was pervasive. During World War II, African Americans fought against the Nazis as members of the US military. Some even liberated and witnessed concentration camps.

## KEY FACTS

①

Before the Nazis came to power, some African Americans lived and worked in Germany.

②

African Americans experienced racial prejudice and discrimination at home in the United States and as part of the American military. They also experienced racial prejudice abroad in Nazi Germany.

③

African American soldiers fought in the US Army during World War II. Some were taken prisoner by the German military and treated with extreme

brutality. Others were members of military units that liberated and witnessed concentration camps.

# Introduction



PHOTO

## Sergeant Leon Bass

Portrait of Sergeant Leon Bass during World War II. As an 18-year-old, he volunteered to join the US Army in 1943. Leon and other members of the all African-American 183rd unit witnessed Buchenwald several days after liberation. After the war, he became a teacher and was active in the civil rights movement.

*US Holocaust Memorial Museum, courtesy of Leon Bass*

African Americans encountered the Nazis before and during World War II.

Prior to the war, these interactions primarily took place in Germany, where some African Americans lived and where others traveled to visit or work. One of the most visible prewar encounters between African Americans and the Nazi regime was the participation of African American athletes in the Olympic Games in Berlin in 1936.

During World War II, African Americans fought against the Nazis as members of the US military. They fought and died on the battlefields of Europe. They were taken prisoner and interned in prisoner-of-war camps alongside white American soldiers. African Americans were members of units that liberated and witnessed concentration camps. After the defeat of Nazi Germany in May 1945, African American soldiers remained in Germany as members of American occupation forces.

# African Americans in Germany Before the Nazis

African Americans traveled to Germany in the 1920s and early 1930s. While some African Americans had come in the late 19th century, the new cultural and social atmosphere in Weimar Germany (1918–1933) was particularly appealing. People traveled from all over to attend cabarets in Berlin and study Bauhaus architecture. These visitors included African Americans.

In the 1920s, African Americans suffered discrimination in most areas of American life. In the American South, so-called "Jim Crow" laws were designed to keep Black people powerless and segregated. These laws barred African Americans from many jobs. They also prohibited African Americans from patronizing businesses that were racially segregated, including restaurants, hotels, and other facilities. In the North, discriminatory policies such as redlining were common.

There were no such laws in Weimar Germany. Thus, life was less restrictive for African Americans in Germany than at home in the United States. African Americans who could afford to travel to Germany could freely eat in restaurants, stay in hotels, and attend theatrical performances alongside white Germans.

Robert S. Abbott, the African American founder of the newspaper *The Chicago Defender*, visited Germany in 1929. Like most tourists, he visited museums and cafés and walked along major streets. But, he also paid close attention to race relations. He wrote about his travels in Germany on the pages of his newspaper, which was read mostly by African Americans. He also wrote about the Black people he met while there, including Black people born in Germany, Africans, and African Americans. Among the last group were an African American boxer, a jazz musician, a music student, a child artist, and an employee of the American consulate.

# African American Performers in Weimar Culture

In the Weimar Republic's atmosphere of cultural experimentation, African Americans and other Black performers found new German audiences. Jazz had spread to Germany in the aftermath of World War I. Many Germans were intrigued by new musical and dance styles originating in the United States.

In the mid- and late-1920s, numerous African American performance groups toured Europe, including Germany. One of the most famous of these tours was the Chocolate Kiddies revue, which traveled throughout Europe in 1925. It included performances by an eleven person jazz orchestra led by bandleader Sam Wooding. They performed at the large Admiralspalast theater in the center of Berlin in May 1925. Their successful advertising campaign and recorded music made a lasting impression in the city. In January 1926, singer and dancer Josephine Baker performed in La Revue nègre in Berlin.

Other African American performers regularly performed in Berlin's venues. Among them was jazz dancer Louis Douglas. Douglas became a Berlin sensation and also appeared in two German films. He played a black soldier in the 1931 German anti-war film *Niemandsland* (known in English as *Hell on Earth*).

# African Americans in Germany during the Early Years of the Nazi Regime

After the Nazis came to power in 1933, Germany was no longer as safe or appealing for African Americans. According to Nazi ideology, Black people were racially inferior. Nazi racial laws limited social and economic opportunities for all Black people in Germany, including African Americans.

Furthermore, the Nazi German regime abolished freedom of speech, press, and assembly. This affected many of the institutions and venues that had hosted African American visitors and performers. Some were even forced to close their doors permanently. Restrictions in Nazi Germany prevented African Americans from appearing in venues that continued to operate.

However, a small number of African Americans did visit Nazi Germany in the mid-1930s. In 1934, the Baptist World Alliance held its congress in Berlin. African American Baptist leaders attended, as did Black Baptist leaders from other parts of

the world. Among the African Americans in attendance was a pastor who would later change his name to Martin Luther King, Sr.

In 1936, W. E. B. Du Bois, an African American scholar and civil rights activist, visited Nazi Germany. He wrote an article about his experiences, which appeared in a December 1936 issue of the *Pittsburgh Courier* newspaper. The article gives an eyewitness account of German antisemitism in the Nazi era. It also provides commentary on the differences between racism in the United States and the kind of racial prejudice he encountered as a Black man in Nazi Germany. In general, he wrote about the ways life was less restrictive for him as a Black visitor in Nazi Germany than it was for him in many parts of the United States.

## African Americans at the Berlin Olympics, 1936

A small number of African American athletes traveled to Nazi Germany to compete in the 1936 Summer Olympics in Berlin. The Games were controversial because of the Nazi regime's antisemitic and authoritarian policies. In fact, there had been movements in the United States and other countries to boycott the Games in Nazi Germany. During the boycott debate, African American athletes faced pressure to take a moral stand against Nazism. Having successfully trained to become Olympians, some African American athletes resented being asked not to participate.

In the end, 18 African Americans (16 men and 2 women) competed in the 1936 Olympic Games in Berlin. The most famous among them was track star Jesse Owens. The African American athletes on the team brought home 14 medals: 8 gold; 4 silver; and 2 bronze.

Jesse Owens became a role model for many African Americans. He was also a role model for Theodor Wonja Michael, an eleven-year-old Black German boy living in Berlin. Michael remembered, "The black American athlete Owens … was the star at the 1936 Berlin Olympic Games. I was lucky enough to be able to go to the stadium with my class to watch him run. He became my idol and I wanted to be like him."



0:00 / 2:03

ORAL HISTORY

## John Woodruff describes winning an Olympic medal

In 1936, John Woodruff was one of 18 <u>African Americans</u> on the US <u>Olympic</u> team competing in Berlin. He won the gold medal for the men's <u>800-meter race</u>. In this clip he describes his feelings upon winning the medal.

Interview date: May 15, 1996

*US Holocaust Memorial Museum Collection*

# African Americans Interned as American Citizens during World War II

Nazi Germany declared war on the United States in December 1941. Afterwards, many American citizens were interned throughout Germany and German-occupied Europe as enemy aliens, since they were citizens of a country that was at war with Germany. This included some African Americans.

Among them was African American jazz musician Freddy Johnson. Johnson was detained in the <u>German-occupied Netherlands</u> in December 1941. He spent the war in Tittmoning internment camp before his release in a prisoner exchange in 1944. His wife Ida and his teenage daughters Marilyn and Jacqueline were separately detained. They were held in another camp in Liebenau between 1942 and 1944. In interviews after their release, Ida Johnson told reporters that she had witnessed Nazi brutality, but that she and her daughters had not been subjected to harsh treatment or violence.

In 1942, the portrait artist <u>Josef Nassy</u> was arrested in German-occupied Belgium as an enemy alien. Nassy was a Surinamese expatriate of Jewish descent who had managed to obtain a US passport. He was interned and held for seven months in the Beverloo transit camp in German-occupied Belgium. He was later transferred to Germany, where he spent the rest of the war in the Laufen internment camp and its subcamp, Tittmoning, both in Upper Bavaria. Conditions in these camps were



PHOTO

# Freddy Johnson

From the start, jazz music was often associated with race all over the world. Begging the question, could the spirit of jazz stand against racial oppression?

Jazz was described as "musical dictatorship over the masses," "utterly impoverished," and "culturally repulsive." In the early 1920s, African American jazz artists could not break through the racial divide in the US, so they took to Europe where they could perform with ever-growing popularity. The cultural movement of this music threatened the expansion of Nazi ideology, which deemed this music to be immoral. By the mid-1930s Nazi authorities banned all foreign, non-Aryan music in Germany.

The campaign to rid the country of jazz did not stop American artists from going abroad to share their art. For African American horn and piano player Freddy Johnson, who was on tour, the threat became real. In December

much better than in concentration camps. Nassy painted and taught painting lessons. By early 1945, 850 men holding American and British passports, including a dozen Black men, were interned at Laufen and Tittmoning.

# African American Soldiers during World War II

The US military was racially segregated during World War II. More than one million African Americans fought for the US Armed Forces on the homefront, in Europe, and in the Pacific. In many cases, African Americans were put into support roles, rather than in direct combat. Most American military units were racially segregated, but a few had integrated combat companies.

In Europe, African American soldiers helped defeat Nazi Germany and guarantee an Allied victory. They served in engineering, medical, and combat units, as well as support staff. A select few served as pilots, who became known as the Tuskegee Airmen. Some African American

1941, he was arrested in German-occupied Amsterdam and interned at the Tittmoning prisoner-of-war camp.

Once in awhile, despite the oppression of prisoners in the camps across German-occupied Europe, the sounds of jazz could be heard. For many, musical talents helped them survive another day.

In February 1944, Johnson was released from the camp in a prisoner exchange.

soldiers were captured and became German prisoners of war. Others were summarily executed.

0:00 / 1:04

ORAL HISTORY

## Leon Bass describes his wartime experiences

Leon Bass was born in Philadelphia, PA in 1925. He joined the US Army in 1943 and served as a member of the all-Black 183rd Engineer Combat Battalion attached to General Patton's Third Army. Leon's unit was involved in the Battle of the Bulge as well as the liberation of Buchenwald. After the war, Leon went on to receive his doctorate, teach, and speak about the Holocaust and racism.

In this interview, Leon describes his first experiences with the realities of war and death. He reflects upon his decision to join the US Army and fight for his country, even though he experienced discrimination and racism in the United States.

*US Holocaust Memorial Museum Collection, gift of the Holocaust Resource Center at Kean University*

# Liberating and Witnessing Concentration Camps

Some African American members of the US armed forces were liberators and witnesses to Nazi atrocities. One of the liberating units was the 761st Tank Battalion (an all-African American tank unit), attached to the 71st Infantry Division, US Third Army, under the command of General George Patton. This unit participated in the liberation of Gunskirchen, a subcamp of the Mauthausen concentration camp, in May 1945. Other African American soldiers, including Leon Bass, witnessed the horrors of the concentration camps.

After battling for freedoms and defending democracy worldwide, African American soldiers returned home in 1945 only to find themselves faced with existing and pervasive prejudice and "Jim Crow" laws.

*Last Edited: Feb 8, 2023*

Page:Resources LibraryCurriculum:Life, Liberty, and the Pursuit of HappinessUnit:Chapter 12: 1932-1945

# Double V for Victory: The Effort to Integrate the U.S. Military

**Written by: Glenda Gilmore, Yale University**

**By the end of this section, you will:**

Explain the causes and effects of the victory of the United States and its allies over the Axis Powers

## Suggested Sequencing

Use this narrative with the A. Philip Randolph, The Call to Negro America to March on Washington, 1941 Primary Source to explore African American experiences during WWII both at home and abroad.

It was a hot day in 1944 – two days after the Fourth of July and exactly one month after D-Day – when a white bus driver in Texas noticed the young black lieutenant sitting beside a light-skinned woman in the middle of the bus. She was the wife of a fellow black officer, but in Jim Crow Texas, the law required African Americans to sit at the back, filling the seats from back to front toward an imaginary line in the middle. When the driver barked, "Move back," the black officer suggested the driver stick to driving.

During World War II, crowded public transportation became a battleground, and black riders, many of them military men and women, were thrown off buses and even killed for breaking "the color line." After arguing with the lieutenant, the bus driver called the military police, who ran up asking where the "nigger lieutenant" was. The officer replied that he would "break in two" anyone who said that word. Then he faced a general court-martial.

Lieutenant Jack Roosevelt Robinson was already a well-known University of California, Los Angeles (UCLA), football star, and his case became a symbol of the African American fight for equality at home and abroad. At war with a fascist country that persecuted Jews and other groups, African Americans realized that they fought for "victory against our enemies at home and victory over our enemies on the battlefields abroad. We Have a Stake in This Fight . . . . We Are Americans, Too!" The "Double V" campaign inspired resistance to segregation among civilians and military stateside and reminded black soldiers abroad of the stakes of their mission. By the time Lieutenant Robinson was tried, the military justice panel simply wished the case would disappear. The verdict was not guilty. Three years later, former lieutenant Jackie Robinson desegregated major league baseball.

African Americans who fought in World War II carried the burden of proving the capabilities of their race. During World War I, pressure had forced the Army to train black officers, but all units were segregated. As the United States entered World War II, President Franklin Roosevelt refused black activist Asa Philip Randolph's demands to desegregate the military. Some two-thirds of black soldiers were in "service units," working in "supply, maintenance, and transportation." They were generally denied the "right to prove themselves in combat," but service units proved crucial to winning the war. Others served in anti-aircraft battalions, worked with radar, and in tank battalions. The Tuskegee Airmen formed six flying squadrons. In all, 1.2 million African American men served in World War II. The public saw the battlefield as the place "where manhood and citizenship were defined" and "toward the end of the war, many [African Americans] saw action." The Woman's Army Auxiliary Corps (WACS) accepted black women volunteers in 1942, but the Navy did not accept black women in the Women Accepted for Volunteer Emergency Service (WAVES) until 1944. Some 6,500 black women served in the armed forces.

About 2,000 African Americans landed in France on D-Day, June 6, 1944, including the 320th Barrage Balloon Battalion and 1,200 truck drivers and quartermasters. One of them remembered, "The consensus of whites was they didn't want blacks to get any glory, especially on that day." However, three groups of black soldiers abroad – the Tuskegee Airmen, the Red Ball Express, and the 92nd Regiment Buffalo Soldiers – proved their heroism. Their victory against fascism abroad ultimately opened a path for the civil rights movement against their "enemies at home."

In the seven weeks necessary to secure France's Cotentin Peninsula, on which the Allied forces had landed before beginning to cross France toward Germany, black transport servicemen massed supply, gasoline, dump, and ammunition trucks. The Germans had destroyed all the railroads, so on August 21, 1944, they began driving to the front every night, securing "long lines of communications" to supply troops at the front with "beans, bullets, and fuel." Called the Red Ball Express, the motor transport division was 73% African American. One black soldier recalled that "all of this driving was done at night with black-out lights," and they "drove every night, 30 to 40 miles an hour" on roads cleared of traffic. Ultimately, they delivered 412,000 tons of supplies to the front as it moved east.



*African American soldiers load Red Ball Express trucks bound for the front lines in France during World War II.*

As American troops encountered massive battles in the push toward Germany, combat rules broke down. The African American 761st Tank Battalion landed on Omaha Beach in October 1944 and fought all the way to Germany by May 1945. General George Patton told them, "Men, you are the first Negro tankers to ever fight in the American Army. I would never have asked for you if you weren't good." General Dwight D. Eisenhower integrated individual platoons of African American infantrymen on front lines in March 1945, where exhausted white soldiers welcomed them.

The historic 92nd Infantry Division of African Americans, called the Buffalo Soldiers, landed in North Africa in the summer of 1943. In September, they invaded Italy along with other Allied forces. As the Germans retreated, the Italian resistance fought alongside the 92nd. The Italian campaign often devolved into street fighting in small towns, and it took two years to oust the Germans. Black soldier Donald Lee fought furiously in the Serchio River Valley campaign at the walled town of Lucca alongside British and Nisei soldiers; the latter were second-generation, American-born Japanese.

In the same campaign, Buffalo Soldier and 1st Lieutenant John R. Fox, a 29-year-old officer from Cincinnati, found his platoon surrounded after hours of street fighting on the day after Christmas 1944. As he realized they would be overrun, he called in defensive artillery to fire on his own position. The soldier he reached by radio said, "You won't survive." Fox replied, "Fire it." Fox and his men sacrificed themselves, but the artillery barrage delayed the enemy advance, and other units arrived to stop the Germans.



*First Lieutenant John Fox, pictured in his 366th Infantry Regiment 1941*

*yearbook photo, was posthumously awarded the Congressional Medal of*

*Honor in 1997 for his bravery during World War II.*

Alexander Jefferson was born in Detroit in 1921, the son of a schoolteacher mother from Georgia and a father who had first migrated from South Carolina to Atlanta. The black couple moved to Detroit in 1920, where the father found industrial work. As a teenager, Jefferson read all about World War I airplanes, hung out at an airfield, serviced planes, and took his first flight. When he tried to join the Army Reserve in his senior year at Clark University in Atlanta, the recruiter told him he was "too skinny" at 115 lbs. and sent him downstairs to drink water and eat bananas, which brought him to the required 116 lbs.

In 1943, Jefferson joined what the War Department called "the Tuskegee Experiment." The name came from the fact that whites believed African Americans lacked the ability to be pilots. As Jefferson recalled, whites thought we "were uncoordinated and couldn't see in the dark." The hand-picked black flyers – all college graduates – trained at Tuskegee Institute and formed four P-51 squadrons: the 99th, 100th, 301st, and 302nd. Together, these squadrons formed the 332nd Fighter Group, nicknamed the "Red Tails" for air identification. Jefferson flew as a member of the 332nd.



*1st Lieutenant Colonel Alexander Jefferson was a member of the Tuskegee Airmen in the 301st Fighter Squadron. He was eventually shot down and held as a German prisoner of war for nine months during World War II. (credit: courtesy of Lieutenant Colonel Alexander Jefferson)*

The Tuskegee Airmen had to prove the "experiment" a success. Colonel Benjamin O. Davis, Jr., an African American, commanded Jefferson's 332nd fighter group, which landed in Italy in September 1942. The Red Tails flew as B-17 and B-24 bomber escorts over southern France, Germany, and Italy, fighting off German fighters. Jefferson remembered flying into "big black clouds" of anti-aircraft flack. It sounded like "pebbles on a tin roof" at 24,000 feet. The Red Tails also strafed German defense posts on the ground. On August 12, 1944, in his nineteenth mission over Germany, Jefferson strafed "across a target at tree-top height" when a shell went through his plane. Although he had practiced tree-top runs at Tuskegee, he had "never had one minute of training on how to get out of an airplane." He pulled his parachute as the plane exploded around him. Astonishingly, the Germans who captured him had a complete dossier on all the Red Tail pilots, from their high school grades to their families' tax records.

Jefferson was only 80 miles from Berlin. After a few weeks, the Russians approached from the east. Jefferson's captors "put them out on the road" and marched the captives to another German prison, where they stayed for four months until General George Patton's Third Army liberated them. Then Jefferson heard about a place a few miles away "where there's a whole lot of dead people," and went over with friends. The place was Dachau concentration camp. Jefferson later recalled that the ovens were still warm, and there was a "30 ft. long table with gold teeth."

It was back in New York, as he walked down a ship's gangplank toward military processing tables where a white sergeant informed him that the races were to be separated with whites going to the right and blacks going to the left. It broke his heart.

---

## Review Questions

1. The name of the Double V campaign during World War II stood for

   a.  Allied victory over Japan and Germany

   b.  American victory over the Axis powers and over segregation and discrimination at home

   c.  Allied victory over fascism and communism

   d.  American victory over Jim Crow and communism

2. During World War II, the Tuskegee Airmen, the Red Ball Express, and the 92nd Regiment Buffalo Soldiers were noteworthy for

   a.  the heroism of their segregated military units

   b.  their deployment exclusively in the Pacific Theater of Operations

   c.  being fully integrated combat units

   d.  being the "service units" that provided and supplied food and maintenance to white combat troops

3. The 1.2 million African Americans who served in the armed forces during World War II did so in

   a.  fully integrated combat units

   b.  support service units that saw no active combat

   c.  segregated units

   d.  segregated army units but integrated Air Force units

4. The purpose of the Tuskegee Experiment during the 1940s was to

a. train African American fighter pilots

b. use integrated combat infantry troops

c. train African American aircraft mechanics

d. allow the first African American officers to lead integrated combat units

5. African American soldiers returning home from World War II encountered

a. federal government policy officially ending Jim Crow laws

b. racial discrimination only in the southern states

c. full integration into the American military

d. the beginnings of the modern civil rights movement

6.



"An MP on motorcycle stands ready to answer all calls around his area.

Columbus, Georgia." April 13, 1942.

*Refer to the image provided.*

Situations such as the one depicted in the photograph led to

a. creation of the Double V campaign

b. formation of the WAVES (Women Accepted for Volunteer Emergency Service) and WACS (Women's Army Auxiliary Corps)

c.  a fully integrated United States military by the end of World War II

d.  a ban on African American combat troops in World War II

**Free Response Questions**

a.  Explain the role African Americans served in the armed forces during World War II.

b.  Explain why World War II could be considered the launch of the modern civil rights movement.

## AP Practice Questions

"WHEREAS it is essential that there be maintained in the armed services of the United States the highest standards of democracy, with equality of treatment and opportunity for all those who serve in our country's defense: NOW, THEREFORE, by virtue of the authority vested in me as President of the United States, by the Constitution and the statutes of the United States, and as Commander in Chief of the armed services, it is hereby ordered as follows: 1. It is hereby declared to be the policy of the President that there shall be equality of treatment and opportunity for all persons in the armed services without regard to race, color, religion or national origin. This policy shall be put into effect as rapidly as possible, having due regard to the time required to effectuate any necessary changes without impairing efficiency or morale."

Harry S. Truman, Executive Order, July 26, 1948

*Refer to the excerpt provided.*

1. The position outlined in this excerpt was most directly shaped by

a.  a constitutional amendment

b.  a Supreme Court decision banning segregation

c.  overwhelming Congressional support

d.  the needs of a nation facing the beginnings of the Cold War

2. This excerpt is an example of a

a.  law passed by Congress and signed by the president

b.  policy enacted by the president on his own authority

c.  majority opinion of the Supreme Court

d.  dissenting opinion of the Supreme Court