Case No. **24-6943**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————————————————————

GEORGE JARVIS AUSTIN,

Plaintiff/Appellant (*Admitted Student*)

v.

GEORGETOWN UNIVERSITY, et. al. Defendants.

(*Federal Tax Identification Number: 53-0196603*)

———————————————————————

On Appeal from the United States District Court for the

Northern District of California: Case No. **4:24-cv-00260-CRB (DMR)**
Charles R. Bryer, Judge,(Donna M. Ryu, recused Magistrate Judge)

———————————————————————

## **MR. AUSTIN'S (APPELLANT'S) EXCERPTS OF RECORD VOLUME 6 of 9**

———————————————————————

Mr. George Jarvis Austin,

Plaintiff-Appellant (Self-represented)

2107 Montauban Ct., Stockton, CA

209.915.6304,

gaustin07@berkeley.edu

3. This excerpt most directly reflected a growing belief that

a.  the goals of Reconstruction remained unfulfilled

b.  Progressive Era reforms benefited American cities

c.  the challenges of the Cold War could be met with conventional weapons

d.  internal migration resulting from World War II necessitated desegregation

## Primary Sources

"Experiencing War. Executive Order 9981." Oral interviews with black World War II veterans: https://www.loc.gov/vets/stories/ex-war-desegregation.html

Oral interviews with black World War II veterans: http://www.ww2online.org/?_ga=2.8693875.772915507.1531066548-1213507130.1531066548

Thompson, James G. "Should I Sacrifice to Live 'Half-American'? [Letter to the Editor]"*Pittsburgh Courier*, January 21, 1932, 12-13. https://righttofightexhibit.org/home/pdfs/FFRTF-MiddleSchoolClassroomGuide.pdf

Truman, Harry. Executive Order 9981, desegregating the military, July 26, 1948. https://www.ourdocuments.gov/doc.php?flash=false&doc=84&page=transcript

## Suggested Resources

Dalfiume, Richard. *Desegregating the U.S. Armed Forces: Fighting on Two Fronts, 1939-1953*. Columbia, MO: University of Missouri Press, 1969.

Estes, Steve. *I Am a Man: Race, Manhood, and the Civil Rights Movement*. Chapel Hill, NC: University of North Carolina Press, 2005.

"First Lieutenant John R. Fox." http://www.myblackhistory.net/John_Fox.htm

Gilmore, Glenda, Elizabeth Gilmore, and Thomas Sugrue. *These United States: A Nation in the Making, 1890 to the Present*. New York: W. W. Norton & Company, 2015.

Hodges, Robert Jr. "How the 'Buffalo Soldiers' Helped Break Through the Gothic Line." 1999. http://www.historynet.com/how-the-buffalo-soldiers-helped-turn-the-tide-in-italy-during-world-war-ii.htm

Hui, Francis. "Tuskegee Airmen and Lt. Col. Alexander Jefferson: Alexander Jefferson."
http://libraryguides.laspositascollege.edu/TuskegeeAirmen

Jefferson, Alexander. "A Tuskegee Airman's Harrowing WWII Tale." 2006.
https://www.npr.org/templates/story/story.php?storyId=6467779

Jefferson, Alexander, and Lewis H. Carlson. *Red Tail Captured, Red Tail Free: Memoirs of a Tuskegee Airman and POW*. New York: Fordham University Press, 2005.

Knauer, Christine. *Let Us Fight as Free Men: Black Soldiers and Civil Rights*. Philadelphia: University of Pennsylvania, 2014.

Kruse, Kevin M. and Stephen Tuck, eds. *Fog of War: The Second World War and the Civil Rights Movement*. Oxford, UK: Oxford University Press, 2012.

McDonald, Dwight, and Nancy MacDonald. *The War's Greatest Scandal: The Story of Jim Crow in Uniform*. New York: March on Washington Movement, 1943.

McGuire, Phillip. *Taps for a Jim Crow Army: Letters from Black Soldiers in World War II*. Lexington, KY: University Press of Kentucky, 1983.

Morrows, John H. Jr. "Fighting Against the Odds: Black Soldiers in the Second World War."
https://new.gilderlehrman.org/history-by-era/world-war-ii/essays/fighting-against-odds-black-soldiers-second-world-war

Nalty, Bernard. *Strength for the Fight: A History of Black Americans in the Military*. New York: Simon and Schuster, 1989.

"Red Ball Express." http://www.historynet.com/red-ball-express

Salter, Krewasky A. *Combat Multipliers: African-American Soldiers in Four Wars*. Fort Leavenworth, KS: Combat Studies Institute Press, 2003.

Sitkoff, Harvard. "Racial Militancy and Interracial Violence in the Second World War." *Journal of American History* 58 no. 3 (1971):662.

"The Courier's Double 'V' for a Double Victory Campaign Gains Country-Wide Support." *Pittsburgh Courier*, February 12, 1942, 1.

Vernon, John. " Jim Crow, Meet Lieutenant Robinson." *Prologue Magazine*. 40 no. 1 (2008). https://www.army.mil/article/1792/the_761st_tank_battalion_fighting_the_enemy_beating_stereotypes

Williams, Rudi. "African Americans Gain Fame as World War II Red Ball Express Drivers." U. S. Department of Defense. http://archive.defense.gov/News/NewsArticle.aspx?ID=43934

Download

| | |
|---|---|
| **Duration** | 30 min |
| **Standards** | Topic: 7.13 World War II: Military Theme: WOR America in the World Learning Objective: Unit **Show more** |
| **Grade Level** | 9, 10, 11, 12 |
| **Period Era** | 1940s, World War II |
| **Topic** | African American History, Military, War |

## Related Content

Lifestyles & Social Issues  ›  Sociology & Society

# propaganda

[ Ask the Chatbot a Question ]    [ ⋮ More Actions ]

Written by Bruce Lannes Smith
Fact-checked by The Editors of Encyclopaedia Britannica
Last Updated: Feb 21, 2025 • Article History

[ ≡ **Table of Contents** ]

**Top Questions**

What is propaganda?  ⌄

When was propaganda first used?  ⌄

Where is propaganda used?  ⌄

⌄ Show more

**Key People:** Kim Yo-Jong • Adolf Hitler • Germaine de Staël • Joseph Goebbels • Alfred Charles V...*(Show more)*

**Related Topics:** sportswashing • agitprop • canard • big lie • reactor

See all related content

**propaganda**, dissemination of information—facts, arguments, rumours, half-truths, or lies—to influence public opinion. It is often conveyed through mass media.

Propaganda is the more or less systematic effort to manipulate other people's beliefs, attitudes, or actions by means of symbols (words, gestures, banners, monuments, music, clothing, insignia, hairstyles, designs on coins and postage stamps, and so forth).



**Know about fake news propaganda and how to sort fake news from the real** Fake news: learn what it is and how to cope...*(more)*

See all videos for this article

Deliberateness and a relatively heavy emphasis on manipulation distinguish propaganda from casual conversation or the free and easy exchange of ideas. Propagandists have a specified goal or set of goals. To achieve these, they deliberately select facts, arguments, and displays of symbols and present them in ways they think will have the most effect. To maximize effect, they may omit or distort pertinent facts

or simply lie, and they may try to divert the attention of the reactors (the people they are trying to sway) from everything but their own propaganda.

Comparatively deliberate selectivity and manipulation also distinguish propaganda from education. Educators try to present various sides of an issue—the grounds for doubting as well as the grounds for believing the statements they make, and the disadvantages as well as the advantages of every conceivable course of action. Education aims to induce reactors to collect and evaluate evidence for themselves and assists them in learning the techniques for doing so. It must be noted, however, that some propagandists may look upon themselves as educators and may believe that they are uttering the purest truth, that they are emphasizing or distorting certain aspects of the truth only to make a valid message more persuasive, or that the courses of action that they recommend are in fact the best actions that the reactor could take. By the same token, the reactor who regards the propagandist's message as self-evident truth may think of it as educational; this often seems to be the case with "true believers"—dogmatic reactors to dogmatic religious, social, or political propaganda. "Education" for one person may be "propaganda" for another.

## Propaganda and related concepts

### Connotations of the term *propaganda*

The word *propaganda* itself, as used in recent centuries, apparently derives from the title and work of the Congregatio de Propaganda Fide (Congregation for Propagation of the Faith), an organization of Roman Catholic cardinals founded in 1622 to carry on missionary work. To many Roman Catholics the word may therefore have, at least in missionary or ecclesiastical terms, a highly respectable connotation. But even to these persons, and certainly to many others, the term is often a pejorative one tending to connote such things as the discredited atrocity stories and deceptively stated war aims of World Wars I and II, the operations of the Nazis' Ministry of Public Enlightenment and Propaganda, and the broken campaign promises of a thousand politicians. Also, it is reminiscent of countless instances of false and misleading advertising (especially in countries using Latin languages, in which *propagande commerciale* or some equivalent is a common term for commercial advertising).

To informed students of the history of communism, the term *propaganda* has yet another connotation, associated with the term *agitation*. The two terms were first used by the Russian theorist of Marxism Georgy Plekhanov and later elaborated upon by Vladimir Ilich Lenin in a pamphlet *What Is to Be Done?* (1902), in which he defined "propaganda" as the reasoned use of historical and scientific arguments to indoctrinate the educated and enlightened (the attentive and informed publics, in the language of today's social sciences); he defined "agitation" as the use of slogans, parables, and half-truths to exploit the grievances of the uneducated and the unreasonable. Since he regarded both



**Vladimir Lenin** Vladimir Lenin, 1918.

strategies as absolutely essential to political victory, he combined them in the term *agitprop*. Every unit of historical communist parties had an agitprop section, and to the communist the use of propaganda in Lenin's sense was commendable and honest. Thus, a standard Soviet manual for teachers of social sciences was entitled *Propagandistu politekonomii* (*For the Propagandist of Political Economy*), and a pocket-sized booklet issued weekly to suggest timely slogans and brief arguments to be used in speeches and conversations among the masses was called *Bloknot agitatora* (*The Agitator's Notebook*).

## Related terms

Related to the general sense of propaganda is the concept of "propaganda of the deed." This denotes taking nonsymbolic action (such as economic or coercive action), not for its direct effects but for its possible propagandistic effects. Examples of propaganda of the deed would include staging an atomic "test" or the public torture of a criminal for its presumable deterrent effect on others, or giving foreign "economic aid" primarily to influence the recipient's opinions or actions and without much intention of building up the recipient's economy.

Distinctions are sometimes made between overt propaganda, in which the propagandists and perhaps their backers are made known to the reactors, and covert propaganda, in which the sources are secret or disguised. Covert propaganda might include such things as political advertisements that are unsigned or signed with false names, clandestine radio stations using false names, and statements by editors, politicians who have been secretly bribed by governments, political backers, or business firms. Sophisticated diplomatic negotiation, legal argument, collective bargaining, commercial advertising, and political campaigns are of course quite likely to include considerable amounts of both overt and covert propaganda, accompanied by propaganda of the deed.



**Are you a student?**

Get a special academic rate on Britannica Premium.

Subscribe

Another term related to propaganda is *psychological warfare* (sometimes abbreviated to *psychwar*), which is the prewar or wartime use of propaganda directed primarily at confusing or demoralizing enemy populations or troops, putting them off guard in the face of coming attacks, or inducing them to surrender. The related concept of political warfare encompasses the use of propaganda, among many other techniques, during peacetime to intensify social and political divisions and to sow confusion within the societies of adversary states.

Still another related concept is that of brainwashing. The term usually means intensive political indoctrination. It may involve long political lectures or discussions, long compulsory reading assignments, and so forth, sometimes in conjunction with efforts to reduce the reactor's resistance by exhausting him either physically through torture, overwork, or denial of sleep or psychologically through solitary confinement, threats, emotionally disturbing confrontations with interrogators or defected comrades, humiliation in front of fellow citizens, and the like. The term *brainwashing* was widely used in sensational journalism to refer to such activities (and to many other activities) as they were allegedly conducted by Maoists in China and elsewhere.

Another related word, _advertising_, has mainly commercial connotations, though it need not be restricted to this; political candidates, party programs, and positions on political issues may be "packaged" and "marketed" by advertising firms. The words _promotion_ and _public relations_ have wider, vaguer connotations and are often used to avoid the implications of "advertising" or "propaganda." "Publicity" and "publicism" often imply merely making a subject known to a public, without educational, propagandistic, or commercial intent.

## Signs, symbols, and media used in contemporary propaganda

Contemporary propagandists with money and imagination can use a very wide range of signs, symbols, and media to convey their messages. Signs are simply stimuli —"information bits" capable of stimulating, in some way, the human organism. These include sounds, such as words, music, or a 21-gun salvo; gestures (a military salute, a thumbed nose); postures (a weary slump, folded arms, a sit-down, an aristocratic bearing); structures (a monument, a building); items of clothing (a uniform, a civilian suit); visual signs (a poster, a flag, a picket sign, a badge, a printed page, a commemorative postage stamp, a swastika scrawled on a wall); and so on and on.

A symbol is a sign having a particular meaning for a given reactor. Two or more reactors may of course attach quite different meanings to the same symbol. Thus, to Nazis the swastika was a symbol of racial superiority and the crushing military might of the German _Volk_; to some Asiatic and North American peoples it is a symbol of universal peace and happiness. Some Christians who find a cross reassuring may find a hammer and sickle displeasing and may derive no religious satisfaction at all from a Muslim crescent, a Hindu cow, or a Buddhist lotus.

The contemporary propagandist can employ elaborate social-scientific research facilities, unknown in previous epochs, to conduct opinion surveys and psychological interviews in efforts to learn the symbolic meanings of given signs for given reactors around the world and to discover what signs leave given reactors indifferent because, to them, these signs are without meaning.

Media are the means—the channels—used to convey signs and symbols to the intended reactor or reactors. A comprehensive inventory of media used in 20th- and

21st-century propaganda could cover many pages. Electronic media include e-mail, blogs, Web- or application (app)-based social networking platforms such as Facebook and Twitter, and electronic versions of originally printed media such as newspapers, magazines, and books. Printed media include, in addition to those just mentioned, letters, handbills, posters, billboards, and handwriting on walls and streets. Among audiovisual media, the Internet and television may be the most powerful for many purposes. Both can convey a great many types of signs simultaneously; they can gain heavy impact from mutually reinforcing gestures, words, postures, and sounds and a background of symbolically significant leaders, celebrities, historic settings, architectures, flags, music, placards, maps, uniforms, insignia, cheering or jeering mobs or studio audiences, and staged assemblies of prestigious or powerful people. Other audiovisual media include public speakers, movies, theatrical productions, marching bands, mass demonstrations, picketing, face-to-face conversations between individuals, and "talking" exhibits at fairs, expositions, and art shows.

The larger the propaganda enterprise, the more important are such mass media as the Internet and television and also the organizational media—that is, pressure groups set up under leaders and technicians who are skilled in using many sorts of signs and media to convey messages to particular reactors. Vast systems of diverse organizations can be established in the hope of reaching leaders and followers of all groups (organized and unorganized) in a given area, such as a city, region, nation or coalition of nations, or the entire world. Pressure organizations are especially necessary, for example, in closely fought sales campaigns or political elections, especially in socially heterogeneous areas that have extremely divergent regional traditions, ethnic and linguistic backgrounds, and educational levels and very unequal income distributions. Diversities of these sorts make it necessary for products to be marketed in local terms and for political candidates to appear to be friends of each of perhaps a dozen or more mutually hostile ethnic groups, of the educated and the uneducated, and of the very wealthy as well as the poverty-stricken.

# Evolution of the theory of propaganda

## Early commentators and theories

The archaeological remains of ancient civilizations indicate that dazzling clothing and palaces, impressive statues and temples, magic tokens and insignia, and elaborate legal and religious arguments have been used for thousands of years, presumably to convince the common people of the purported greatness and supernatural prowess of kings and priests. Instructive legends and parables, easily memorized proverbs and lists of commandments—such as the Ten Commandments of Judaism and Christianity and the Hindu *Manu-smriti* (*Laws of Manu*)—and highly selective chronicles of rulers' achievements have been used to enlist mass support for particular social and religious systems. Very probably, much of what was said in antiquity was sincere, in the sense that the underlying religious and social assumptions were so fully accepted that the warlords' spokespersons, the pharaohs' priests, and their audiences believed all or most of what was communicated and hence did not deliberate or theorize very much about alternative arguments or means of persuasion.

The systematic, detached, and deliberate analysis of propaganda—in the West, at least—may have begun in Athens about 500 BCE, as the study of rhetoric (Greek: "the technique of orators"). The tricks of using sonorous and solemn language, carefully gauged humour, artful congeniality, appropriate mixtures of logical and illogical argument, and flattery of a jury or a mob were formulated from the actual practices of successful lawyers, demagogues, and politicians. Relatively ethical teachers such as Isocrates, Plato, and Aristotle compiled rules of rhetoric (1) to make their own arguments and those of their students more persuasive and (2) to design counterpropaganda against opponents and also (3) to teach their students how to detect the logical fallacies and emotional appeals of demagogues.

Early students of rhetoric also examined what contemporary analysts would call the problem of source credibility—what speakers can say or do to convince their hearers that they are telling the truth, are well-intentioned, are public-spirited, and so forth. For example, an Athenian lawyer defending an undersized man on trial for murder might instruct him to say to a jury: "Is it likely that an undersized man like me, so often ridiculed for being clumsy with a sword, would have attacked and killed this very tall war veteran who is famous everywhere for his swordsmanship?" But a tall and strong defendant might be told to invert the plea: "Would any man of my unusual

height, who is rather well known to have slain 300 Persians in sword fights, have allowed himself to be drawn into a quarrel with this puny man—knowing full well that a jury of reasonable Athenians would be inclined from the start to hold me guilty if someone killed him?" So well did Greek rhetoricians analyze the arts of legal sophistry and political demagoguery that their efforts were imitated and further developed in Rome by such figures as Cicero and Quintilian. Aristotle's *Rhetoric* and similar works by others have, indeed, served as model texts for Western scholars and students from antiquity to the present day.

There have been similar lines of thought in other major civilizations. The Buddha in ancient India and Confucius in ancient China, both advocated, much as Plato had, the use of truthfulness, "good" rhetoric, and "proper" forms of speech and writing as means of persuading people, by both precept and example, to live the good life. In the 4th century BCE in India, Kautilya, a Brahman believed to have been chief minister to the emperor Chandragupta, reputedly wrote the *Artha-shastra* ("The Science of Material Gain"), a book of advice for rulers that has often been compared with Plato's *Republic* and Niccolò Machiavelli's much later work *The Prince* (1513). Kautilya discussed, in some detail, the use of psychological warfare, both overt and clandestine, in efforts to disrupt an enemy's army and capture his capital. Overtly, he said, the propagandists of a king should proclaim that he can do magic, that God and the wisest men are on his side, and that all who support his war aims will reap benefits. Covertly, his agents should infiltrate his enemies' and potential enemies' kingdoms, spreading defeatism and misleading news among their people, especially in capital cities, among leaders, and among the armed forces. In particular, a king should employ only Brahmans, unquestionably the holiest and wisest of men, as propagandists and diplomatic negotiators. These morally irreproachable experts should cultivate the goodwill of their king's friends, and of friends of his friends, and also should woo the enemies of his enemies. A king should not hesitate, however, to break any friendships or alliances that are later found to be disadvantageous.

Similar advice is found in *Bingfa* (*The Art of War*) by the Chinese theorist Sunzi, who wrote at about the same time. "All warfare," he said, "is based on deception. Hence, when able to attack, we must seem unable; when using our forces, we must seem inactive; when we are near, we must make the enemy believe that we are far away;

when far away, we must make him believe we are near. Hold out baits to entice the enemy. Feign disorder, and crush him."

The spread of all complex political systems and religions probably has been very largely due to a combination of earnest conviction and the deliberate use of propaganda. This mixture can be detected in the recasting in various times and places of the legends of the messiah in Christianity and Judaism, of heroes of the Hindu *Mahabharata*, of the Buddha, of the ancestral Japanese sun goddess, of the lives of Muhammad and his relatives, of the Christian saints, of such Marxist heroes as Karl Marx, Friedrich Engels, Vladimir Ilich Lenin, and Joseph Stalin, and even in the story of George Washington and the cherry tree.

Scattered and sometimes enlightening comment on political and religious propaganda has occurred in all major civilizations. In ancient Greece and Rome there was much writing on election tactics. In 16th-century Italy, Machiavelli discussed, very much like Kautilya and Sunzi, the uses of calculated piety and duplicity in peace and war. In Shakespeare's plays, Mark Antony (in *Julius Caesar*) and the Duke of Buckingham (*Richard III*) display the principles of propaganda and discuss them in words and concepts that anticipate 20th-century behavioral scientists. They refer to such propaganda stratagems as the seizure and monopolization of propaganda initiatives, the displacement of guilt onto others (scapegoating), the presentation of oneself as morally superior, and the coordination of propaganda with violence and bribery.



# LYNCHING IN AMERICA: CONFRONTING THE LEGACY OF RACIAL TERROR

**THIRD EDITION**

# INTRODUCTION

## CONTENTS

**INTRODUCTION**

**I.** SECESSION AND EMANCIPATION, 1861 - 1865

**II.** BACK TO BRUTALITY: RESTORING RACIAL HIERARCHY THROUGH TERROR AND VIOLENCE

**III.** LYNCHING IN AMERICA: FROM "POPULAR JUSTICE" TO RACIAL TERROR

**IV.** ENABLING AN ERA OF LYNCHING: RETREAT, RESISTANCE, AND REFUGE

**V.** CONFRONTING LYNCHING

**VI.** TRAUMA AND THE LEGACY OF LYNCHING

# INTRODUCTION

Men and boys pose beneath the body of Lige Daniels, a Black man, shortly after he was lynched on August 3, 1920, in Center, Texas. James Allen, ed., et al., Without Sanctuary: Lynching Photography in America (Santa Fe, NM: Twin Palms Publishers, 2000), 117-118.

*History, despite its wrenching pain,*
*Cannot be unlived, but if faced*
*With courage, need not be lived*
*again.*

## INTRODUCTION

During the period between the Civil War and World War II, thousands of African Americans were lynched in the United States. Lynchings were violent and public acts of torture that traumatized Black people throughout the country and were largely tolerated by state and federal officials. These lynchings were terrorism. "Terror lynchings" peaked between 1880 and 1940 and claimed the lives of African American men, women, and children who were forced to endure the fear, humiliation, and barbarity of this widespread phenomenon unaided.

Lynching profoundly impacted race relations in this country and shaped the geographic, political, social, and economic conditions of African Americans in ways that are still evident today. Terror lynchings fueled the mass migration of millions of Black people from the South into urban ghettos in the North and West throughout the first half of the twentieth century. Lynching created a fearful environment where racial subordination and segregation was maintained with limited resistance for decades. Most critically, lynching reinforced a legacy of racial inequality that has never been

## INTRODUCTION

contaminate the integrity and fairness of the justice system.

**This report begins a necessary conversation to confront the injustice, inequality, anguish, and suffering that racial terror and violence created.** The history of terror lynching complicates contemporary issues of race, punishment, crime, and justice. Mass incarceration, excessive penal punishment, disproportionate sentencing of racial minorities, and police abuse of people of color reveal problems in American society that were framed in the terror era. The narrative of racial difference that lynching dramatized continues to haunt us. **Avoiding honest conversation about this history has undermined our ability to build a nation where racial justice can be achieved.**

In America, there is a legacy of racial inequality shaped by the enslavement of millions of Black people. The era of slavery was followed by decades of terrorism and racial subordination most dramatically evidenced by lynching. The civil rights movement of the 1950s and 1960s challenged the legality of many of the most racist practices and structures that sustained racial subordination but the movement was not followed by a continued commitment to truth and reconciliation. Consequently, this legacy of racial inequality has persisted, leaving us vulnerable to a range of problems that continue to reveal racial disparities and injustice. EJI believes it is essential that we begin to discuss our history of racial injustice more soberly and to understand the implications of our past in addressing the challenges of the present.

**Lynching in America** is the second in a series of reports that examines the trajectory of American history from slavery to mass incarceration. In 2013, EJI published Slavery in America, which documents the slavery era and its continuing legacy, and erected three public markers in Montgomery, Alabama, to change the visual landscape

## INTRODUCTION

Over the past six years, EJI staff have spent thousands of hours researching and documenting terror lynchings in the twelve most active lynching states in America: **Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, Texas, and Virginia.** We have more recently supplemented our research by documenting terror lynchings in other states, and found these acts of violence were most common in eight states: **Illinois, Indiana, Kansas, Maryland, Missouri, Ohio, Oklahoma, and West Virginia.**

We distinguish racial terror lynchings—the subject of this report—from hangings and mob violence that followed some criminal trial process or that were committed against non-minorities without the threat of terror. Those lynchings were a crude form of punishment that did not have the features of terror lynchings directed at racial minorities who were being threatened and menaced in multiple ways.

We also distinguish *terror lynchings* from racial violence and hate crimes that were prosecuted as criminal acts. Although criminal prosecution for hate crimes was rare during the period we examine, such prosecutions ameliorated those acts of violence and racial animus. The lynchings we document were acts of terrorism because these murders were carried out with impunity, sometimes in broad daylight, often "on the courthouse lawn."[i] These lynchings were not "frontier justice," because they generally took place in communities where there was a functioning criminal justice system that was deemed too good for African Americans. **Terror lynchings were horrific acts of violence whose perpetrators were never held accountable. Indeed, some *public spectacle lynchings* were attended by the entire white community and conducted as celebratory acts of racial control and domination.**

## INTRODUCTION

1. Racial terror lynching was much more prevalent than previously reported. EJI researchers have documented several hundred more lynchings than the number identified in the most comprehensive work done on lynching to date. The extraordinary work of E.M. Beck and Stewart E. Tolnay provided an invaluable resource, as did the research collected at Tuskegee University in Tuskegee, Alabama. These sources are widely viewed asthe most comprehensive collection of research data on the subject of lynching in America. EJI conducted extensive analysis of these data as well as supplemental research and investigation of lynchings in each of the subject states. We reviewed local newspapers, historical archives, and court records; conducted interviews with local historians, survivors, and victims' descendants; and exhaustively examined contemporaneously published reports in African American newspapers. **EJI has documented 4084 racial terror lynchings in twelve Southern states between the end of Reconstruction in 1877 and 1950, which is at least 800 more lynchings in these states than previously reported. EJI has also documented more than 300 racial terror lynchings in other states during this time period.**

2. Some states and counties were particularly terrifying places for African Americans and had dramatically higher rates of lynching than other states and counties we reviewed. Mississippi, Florida, Arkansas, and Louisiana had the highest statewide rates of lynching in the United States. Mississippi, Georgia, and Louisiana had the highest number of lynchings. Lafayette, Hernando, Taylor, and Baker counties in Florida; Early County, Georgia; Fulton County, Kentucky; and Lake and Moore Counties in Tennessee had the highest rates of terror lynchings in America. Phillips County, Arkansas; Lafourche and Tensas parishes in Louisiana; Leflore and Carroll counties in Mississippi; and New Hanover County, North Carolina, were sites of mass killings of African Americans in single-incident violence that mark them as notorious places in the history of racial terror violence. **The largest numbers of lynchings were found in Jefferson County, Alabama; Orange, Columbia, and Polk counties in Florida; Fulton, Early, and Brooks counties in Georgia; Caddo, Ouachita, Bossier, Iberia, and Tangipahoa parishes**

# INTRODUCTION

3. **Racial terror lynching was a tool used to enforce Jim Crow laws and racial segregation—a tactic for maintaining racial control by victimizing the entire African American community, not merely punishment of an alleged perpetrator for a crime.** Our research confirms that many victims of terror lynchings were murdered without being accused of any crime; they were killed for minor social transgressions or for demanding basic rights and fair treatment.

4. Our conversations with survivors of lynchings show that terror lynching played a key role in the forced migration of millions of Black Americans out of the South. Thousands of people fled to the North and West out of fear of being lynched. **Parents and spouses sent away loved ones who suddenly found themselves at risk of being lynched for a minor social transgression; they characterized these frantic, desperate escapes as surviving *near-lynchings.***

5. In all of the subject states, we observed that there is an astonishing absence of any effort to acknowledge, discuss, or address lynching. Many of the communities where lynchings took place have gone to great lengths to erect markers and monuments that memorialize the Civil War, the Confederacy, and historical events during which local power was violently reclaimed by white Southerners. These communities celebrate and honor the architects of racial subordination and political leaders known for their belief in white supremacy. **There are very few monuments or memorials that address the history and legacy of lynching in particular or the struggle for racial equality more generally. Most communities do not actively or visibly recognize how their race relations were shaped by terror lynching.**

## INTRODUCTION

interracial sex; (2) lynchings in response to casual social transgressions; (3) lynchings based on allegations of serious violent crime; (4) public spectacle lynchings; (5) lynchings that escalated into large-scale violence targeting the entire African American community; and (6) lynchings of sharecroppers, ministers, and community leaders who resisted mistreatment, which were most common between 1915 and 1940.

7. **The decline of lynching in the studied states relied heavily on the increased use of capital punishment imposed by court order following an often accelerated trial.** That the death penalty's roots are sunk deep in the legacy of lynching is evidenced by the fact that public executions to mollify the mob continued after the practice was legally banned.

The Equal Justice Initiative believes that our nation must fully address our history of racial terror and the legacy of racial inequality it has created. This report explores the power of truth and reconciliation or transitional justice to address oppressive histories by urging communities to honestly and soberly recognize the pain of the past. As has been powerfully detailed in Sherrilyn A. Ifill's extraordinary work on lynching [i], there is an urgent need to challenge the absence of recognition in the public space on the subject of lynching. Only when we concretize the experience through discourse, memorials, monuments, and other acts of reconciliation can we overcome the shadows cast by these grievous events. **We hope you will join our effort to help towns, cities, and states confront and recover from tragic histories of racial violence and terrorism and to improve the health of our communities by creating an environment where there can truly be equal justice for all.**

**BRYAN STEVENSON, DIRECTOR**

**INTRODUCTION**



Enslaved people who have just escaped from a Virginia plantation in 1862 (Library of Congress)

I

# SECESSION AND EMANCIPATION, 1861 - 1865

When eleven Southern states seceded from the
Union to form the Confederate States of America,

## INTRODUCTION

institution of slavery. As Confederate Vice President Alexander H. Stephens explained, the ideological "cornerstone" of the new nation they sought to form was that "the negro is not equal to the white man" and "slavery subordination to the superior race is his natural and moral condition."[1]

Slavery had been an increasingly divisive political issue for generations, and though United States President Abraham Lincoln personally opposed slavery, he had rejected abolitionists' calls for immediate emancipation. Instead, Lincoln favored a gradual process of compensated emancipation and voluntary colonization, which would encourage freed Black people to emigrate to Africa.[2] Once the nation was in the throes of civil war, Lincoln feared any federal move toward emancipation would alienate border states that permitted slavery but had not seceded. Lincoln's cabinet and other federal officials largely agreed, and shortly after the war's start, the House of Representatives passed a resolution emphasizing that the purpose of the war was to preserve the Union, not to eliminate slavery.[3]

As the Civil War dragged on, however, increasing numbers of enslaved African Americans fled slavery to relocate behind Union lines, and the cause of emancipation became more militarily and politically expedient. On January 1, 1863, President Lincoln issued the Emancipation Proclamation,[4] which declared enslaved people residing in the rebelling Confederate states to be "then, thenceforward, and forever free."[5]

**Tennessee, Delaware, Kentucky, Missouri, and Maryland—states that had not seceded or were occupied by Union forces.**

In most Confederate states where the proclamation did apply, resistance to emancipation was inevitable and there was almost no federal effort to enforce the grant of freedom.[6] Southern planters attempted to hide news about Lincoln's proclamation from enslaved people, and in many areas where federal troops were not present, slavery remained the status quo well after 1863.[7] Even as the Confederacy faced increasingly certain defeat in the war, Southern whites insisted that Lincoln's wartime executive order was illegal and that slavery could be formally banned only by a legislature or court. Many used deception and violence to keep enslaved people from leaving plantations.[8]

Formal nationwide codification of emancipation came in December 1865 with ratification of the Thirteenth Amendment, which prohibited slavery throughout the United States "except as punishment for crime." Several states continued to symbolically resist into the twentieth century: Delaware did not ratify the Thirteenth Amendment until 1901; Kentucky ratified in 1976; and Mississippi ratified in 1995.[9]

The legal instruments that led to the formal end of racialized chattel slavery in America did nothing to address the myth of racial hierarchy that sustained slavery, nor did they establish a national commitment to the alternative ideology of racial equality. Black people might be free from involuntary labor under the law, but that did not mean Southern whites recognized them as fully human.

**African Americans; following the war, whites reacted violently to the notion that they would now have to treat their former human property as equals and pay for their labor. In numerous recorded incidents, plantation owners attacked Black people simply for claiming their freedom.[10]**

At the Civil War's end, Black autonomy expanded but white supremacy remained deeply rooted. The failure to unearth those roots would leave Black Americans exposed to terrorism and racial subordination for more than a century.



Formerly enslaved people were beaten and murdered for asserting they were free after the Civil War. Without federal troops, freed Black men and women remained subject to violence and intimidation for any act or gesture that showed independence or freedom. (Library of Congress.)

## PRESIDENTIAL RECONSTRUCTION

The federal government's lackluster commitment to Black civil rights and security following the Civil War was a disappointing failure that undermined the promise of freedom. Congress established the Freedmen's Bureau in March 1865 with a mandate to provide formerly enslaved people with basic necessities and to oversee their condition and treatment in the former Confederate states. But Congress appropriated no budget for the bureau, leaving it to be staffed and funded by President Andrew Johnson's War Department.[11]

President Johnson, a Unionist former slaveholder from Tennessee, served as vice president during the Civil War and assumed the presidency after Lincoln's assassination in April 1865. Though he initially promised to punish Southern "traitors," Johnson issued 7000 pardons to secessionists by 1866. He also rescinded orders granting Black farmers tracts of land confiscated from Confederates.[12] This greatly impeded formerly enslaved

assistance.

## Instead of facilitating Black land ownership, Johnson advocated a new practice that soon replaced slavery as a primary source of Southern agricultural labor: sharecropping.

Under this system, Black laborers worked white-owned land in exchange for a share of the crop at harvest minus costs for food and lodging, often in the same slave quarters they had previously inhabited. Because Johnson's administration required that landowners pay off their debts to banks first, sharecroppers frequently received no pay and had no recourse.[13]

President Johnson also opposed Black voting rights. During Reconstruction, whites of diverse political affiliations declared voting a "privilege" rather than a universal right, and even some whites who had opposed slavery were wary of measures that would lead to Black voting in the North.[14] Johnson believed Black people were inherently servile and unintelligent; he feared they would vote as instructed by their former masters, reestablishing the power of the planter class and relegating poor white farmers to virtual slavery.[15] Johnson made little effort to disguise his racist views.

## In his 1867 annual message to Congress, President Johnson declared that Black Americans had "less capacity for government

**devices, and that giving them the vote would result in "a tyranny such as this continent has never yet witnessed.[16]"**

Not surprisingly, under President Johnson, federal Reconstruction efforts to support and enforce Black Americans' citizenship rights and social and economic freedom went largely unsupported and unrealized.

Meanwhile, the Johnson administration allowed Southern whites to reestablish white supremacy and dominate Black people with impunity. Two incidents in 1866 foretold terrifying days to come for African Americans. On May 1, 1866, in Memphis, Tennessee, white police officers began firing into a crowd of African American men, women, and children that had gathered on South Street, and afterward white mobs rampaged through Black neighborhoods with the intent to "kill every Negro and drive the last one from the city."

**Over three days of violence, forty-six African Americans were killed (two whites were killed by friendly fire); ninety-one houses, four churches, and twelve schools were burned to the ground; at least five women were raped; and many Black people fled the city permanently.[17]**

## INTRODUCTION

convention to extend voting rights to Black men and repeal racially discriminatory laws known as "Black Codes." When the delegates convened at the Mechanics' Institute on July 30, 1866, groups of Black supporters and white opponents clashed in the streets. The white mob began firing on Black marchers, indiscriminately killing convention supporters and unaffiliated Black bystanders. Rather than maintain order, white police officers attacked Black residents with guns, axes, and clubs, arresting many and killing several. By the time federal troops arrived to suppress the white insurgency, as many as forty-eight Black people were dead and two hundred had been wounded.[18]

## PROGRESSIVE RECONSTRUCTION

The Memphis and New Orleans attacks, which occurred just before the midterm elections of 1866, sparked national outrage outside the South and mobilized voters to support the Republican Party's progressive platform advocating expansive rights and protections for African Americans. Republicans won a landslide victory in the 1866 congressional races, gaining a veto-proof majority and control of the legislative agenda.[19] Senator Charles Sumner of Massachusetts and Representative Thaddeus Stevens of Pennsylvania then led the progressive caucus in devising an ambitious civil rights program broader than anything Congress would attempt for another century.

First, Congress passed the Civil Rights Act of 1866, which declared Black Americans full citizens entitled to equal civil rights.[20] President Johnson vetoed the bill, but Congress —for the first time in United States history—overrode the veto.[21] Next, the progressive Republican supermajority quickly passed the Fourteenth Amendment. Intended to eliminate any doubt about the constitutionality of civil rights, the proposed amendment established that all persons born in the country, regardless of race, were full citizens of the United States and the states in which they resided, entitled to the "privileges and immunities" of citizenship, due process, and the equal protection of the law.[22] If

and had no standing to sue in federal court.[23]

Twenty-eight of the thirty-seven states had to ratify the Fourteenth Amendment in order for it to be added to the Constitution, but when Southern legislatures first considered the amendment, ten of the eleven former Confederate states rejected it overwhelmingly—Louisiana unanimously.[24]

**In response, again over President Johnson's veto, Congress passed the Reconstruction Acts of 1867, which imposed military rule on the South and required that any states seeking readmission to the Union had to first ratify the Fourteenth Amendment.[25] In July 1868, the Fourteenth Amendment was officially adopted.**

**The Reconstruction Acts of 1867 also granted voting rights to African American men while disenfranchising former Confederates, dramatically altering the political landscape of the South and ushering in a period of progress.**

In elections for new state governments, Black voter turnout neared 90 percent in many jurisdictions,[26] and Black voters—who comprised a majority in many districts and a

elected as state legislators during this period. Another eighteen African Americans rose to serve in state executive positions, including lieutenant governor, secretary of state, superintendent of education, and treasurer. In Louisiana in 1872, P.B.S. Pinchback became the first Black governor in America (and would be the last until 1990). The Reconstruction states sent sixteen Black representatives to the United States Congress, and Mississippi voters elected the nation's first Black senators: Hiram Revels and Blanche Bruce.[27]

The newly elected and racially integrated Reconstruction governments took bold action at the state level, repealing discriminatory laws, rewriting apprenticeship and vagrancy statutes, outlawing corporal punishment, and sharply reducing the number of capital offenses. African Americans also won election to law enforcement positions like sheriff and chief of police, and were empowered to serve on juries.[28]

**Despite their advances, the racially diverse Reconstruction governments faced significant challenges. For one, the issue of social equality continued to divide the Republican Party. Black members and progressive whites advocated the full eradication of white supremacy, while more conservative whites still supported some forms of racial hierarchy and separation.** Because nearly all Black voters supported the Republican ticket in every election, the party began to take freedmen's votes for granted and shifted its attention toward courting more "moderate" white swing voters.[29] In addition, the Reconstruction governments faced a "crisis of legitimacy" as their efforts to attract capital to war-torn Southern state economies raised accusations of corruption and graft.[30]

**lawless groups of white supremacists in their states. Beginning as disparate "social clubs" of former Confederate soldiers, these groups morphed into large paramilitary organizations that drew thousands of members from all sectors of white society.[31]**

Collectively, and with the tacit endorsement of the broader white community, their members launched a bloody reign of terror that would overthrow Reconstruction and sustain generations of white rule.

## WHITE BACKLASH: THE KU KLUX KLAN AND THE REIGN OF TERROR

Racial violence aimed at reestablishing white supremacy was widespread throughout the former Confederate states following emancipation and the Civil War. In 1866, L.E. Potts, a white woman living in Paris, Texas, wrote a letter entreating President Andrew Johnson to do something to curb the widespread violence raining down on local Black people.[32] She wrote that whites were so angered at the idea of losing their slaves, they were trying to "persecute them back into slavery" and the result was brutal violence: "[Black people] are often run down by blood hounds, and shot because they do not do precisely as the white man says.[33]

The post-war period was a time of frequent, extreme, and often undocumented violence targeting newly emancipated Black people. As historian Leon F. Litwack writes, "[h]ow

# The "wave of counterrevolutionary terror that swept over large parts of the South between 1868 and 1871 lacks a counterpart either in the American experience or in that of the other Western Hemisphere societies that abolished slavery in the nineteenth century."[35]

Occupation by federal troops restrained this violence but did not eliminate racial attacks or the commitment to white supremacy that fueled them. The political movement to restore white dominance in the South following the Civil War was termed Redemption and its advocates, called Redeemers, were staunchly opposed to progressive Republicans and Black citizenship rights.[36] This set up a tense conflict.

# As Black people became voters with significant political power, especially in states and counties where they constituted majorities, disputed elections often devolved into bloody massacres.

In the face of Black political and economic competition created by emancipation and progressive Reconstruction, white backlash worked to re-impose white dominance through violent repression.[37] In 1868, white Democrats angered by growing Black

people dead.[38] In 1873, after a very close gubernatorial election, a militia of white Democrats killed dozens of Black Republicans in what came to be known as the Colfax Massacre.[39] Similarly, in 1875, a paramilitary group known as the Red Shirts organized in Mississippi to undermine Black political power by disrupting Republican rallies, intimidating Black voters with threats of violence and economic reprisal, and assassinating Black leaders.[40]

# COLFAX, LOUISIANA

Grant Parish in central Louisiana was one of several new parishes (or counties) created during Reconstruction, and home to the town of Colfax. A sugar and cotton plantation during slavery, Colfax rapidly transformed into a district controlled by political progressives in the early Reconstruction era.[41]

In 1872, following several years during which white former Confederates in the Democratic Party worked to undermine elected Black progressive Republican officials, several Democratic candidates won an election widely recognized as fraudulent. In response, Black protestors refused to recognize the illegitimate election results and staged a peaceful occupation of the town courthouse.[42] Several weeks later, approximately 140 whites surrounded the courthouse and, in the first week of April 1873, engaged in skirmishes with the Black militias that resulted in several deaths.

## INTRODUCTION

**The outnumbered Black forces waved white flags in surrender, but the assault continued; numerous unarmed Black men who hid in the courthouse or attempted to flee were shot and killed.**

Approximately fifty African Americans who survived the afternoon assault were taken prisoner and executed by the white militia later that evening. As many as 150 African Americans were killed in the massacre, described as "the bloodiest single act of carnage in all of Reconstruction."[43]

**The whites who exacted this violence faced no consequences because the United States Supreme Court dismissed all federal charges against them.**

## INTRODUCTION



violence and embrace the message of racial hatred. In 1921, the town erected a memorial to the three whites who died during the Colfax Massacre, memorializing them as "heroes [who] fell . . . fighting for white supremacy." In 1950, at the site of the old courthouse, the state erected a monument that reads, "On this site occurred the Colfax Riot in which three white men and 150 negroes were slain. This event on April 13, 1873, marked the end of carpetbag misrule in the South." Today, Colfax is a town of less than 2000 people. Both markers still stand.

The earliest seeds of violent white resistance to Reconstruction were planted in Pulaski, Tennessee, in late 1865, when six Confederate veterans formed the Ku Klux Klan.[44] Made up of well-educated young men of comparative wealth who would go on to prominent careers in law and state politics, the group was initially informal, with a stated purpose of "amusement."[45] The KKK spread quickly and developed a complex hierarchy with rules as intricate as an army manual. In less than a year, chapters spread throughout Tennessee and into northern Alabama.

**Wizard, and today he is immortalized in stone monuments in many towns and cities throughout the South.**[46]

Far from the small band of extremist outsiders it is now, the Klan drew members from every echelon of white society in the nineteenth century, including planters, lawyers, merchants, and ministers. In York County, South Carolina, nearly the entire white male population joined.[47] The Klan and similar organizations, including the Knights of the White Camelia and the Pale Faces, were independent and de-centralized but shared aims and tactics to form a vast network of terrorist cells. By the 1868 presidential election, those cells were poised to act as a unified military force supporting the cause of white supremacy throughout the South.[48]

Shortly before the 1868 election, progressive Republicans looking to remove President Andrew Johnson managed to have him impeached by the House of Representatives but failed to secure his conviction in the Senate. As a result, Johnson remained in office and the Republican party suffered politically. As a result, former Union General Ulysses S. Grant—a moderate—won the Republican presidential nomination.[49]

**In the general election, Grant faced former New York Governor Horatio Seymour, who campaigned as the "white man's candidate." In a March 11, 1868 speech to the New York State Democratic Convention, Seymour said that**

# condition, an ignorant and degraded race."[50]

Seymour also criticized post-war congressional civil rights laws that, by prohibiting racial discrimination and establishing equal citizenship rights, "abolished the Black man and made him a white man by legislation."[51] **As white terror groups sought to suppress the Black vote and deliver the South for Seymour, violent attacks in Alabama, Louisiana, and Georgia resulted in hundreds of deaths and successfully prevented Black people from casting a single vote in many counties with significant Black populations.[52]**

Despite the campaign of terror, Grant carried most of the Southern states and won the presidency. The Klan initially retreated and Grand Wizard Nathan Bedford Forrest called for its dissolution, claiming that its mission had been hijacked by rogue elements—a refrain that became common among Klan leaders seeking to distance themselves from the extreme violence they had encouraged.[53] While the Klan partially disbanded as a unified political organization, a patchwork of local entities continued to seek its goals, enforcing white supremacist social mores and economic structures through bloodshed and intimidation.

Varied white groups took up the cause of restoring labor discipline in the absence of slavery. Vigilantes whipped and lynched Black freedmen who argued with employers, left the plantations where they were contracted to work, or displayed any economic success of their own.[54] White terror groups also focused intense energy on imposing "their own vision of a righteous society,"[55] which usually meant targeting Black men for perceived sexual transgressions against white women. Charges of rape, while common, were "routinely fabricated" and often extrapolated from minor violations of the social

INTRODUCTION

men accused of sexual crimes and historians estimate that at least 400 African Americans were lynched between 1868 and 1871.[57] Whites also sought retribution for alleged rapes by targeting entire Black communities with violent, public, and sexualized attacks, including forcing victims to strip, binding them in compromising positions, and whipping their genitals; widespread rape of Black women, sometimes in front of their families; and genital mutilation and castration.[58] Through these acts of violence, white vigilantes used terror "to revive the privileges of white masculinity over the bodies of their former slaves."[59]

## INTRODUCTION



(Thomas Nast/Harper's Weekly, Aug. 8, 1868)

## WAVERING SUPPORT: FEDERAL INDIFFERENCE AND LEGAL OPPOSITION

By 1870, state Reconstruction governments were nearly powerless to stop the counterrevolutions surging within their borders. They sorely needed federal aid, and

in 1870 and 1871, and the Ku Klux Klan Act of 1871.[61] These laws authorized individuals to go to federal court for help when their civil rights were violated and empowered the federal government to prosecute civil rights violations as crimes.[62]

In the Southern states, Reconstruction government officials remained ineffective in stopping rampant white violence, undermining officials' legitimacy at home and frustrating Republicans in the North.[63] In the 1872 election, the Republican Party split along regional lines and New York publisher Horace Greeley challenged incumbent President Grant for the presidential nomination. Representing the "liberal reform" wing of the party, Greeley generally supported civil rights for freedmen but his commitment to equality was tepid. He referred to African Americans as "an easy, worthless race,"[64] and supported universal amnesty and restored voting rights for former Confederates. Grant won the nomination and a second term by a landslide, but political division remained and violence in the South persisted. The rise of a new insurgent group, the White League, brought more terror, and the larger white community and legal establishment did nothing to stop it.

# While white mobs attacked Black voters, the United States Supreme Court began an assault on the legal architecture of Reconstruction.

The Court's intervention was orchestrated by lawyer John Archibald Campbell, a former Confederate bitterly opposed to Reconstruction.[65] When Louisiana's Reconstruction legislature implemented regulations consolidating New Orleans slaughterhouses into one location outside the city, Campbell saw an opportunity to undermine the recently ratified Thirteenth and Fourteenth Amendments.[66] His suit on behalf of a group of

### INTRODUCTION

Amendment's ban on slavery and the Fourteenth Amendment's "privileges and immunities" clause. Campbell sought to use the amendments as "weapons to bring about Reconstruction's ultimate demise."[67] If he won the case, the courts would extend the Reconstruction amendments' protections to the economic interests of whites, undermining their purpose; if he lost, the amendments' power would be nearly destroyed.

Campbell's case and several others were consolidated into *The Slaughterhouse Cases* and considered by a newly activist Supreme Court.

# Prior to 1865, the Court had only twice struck down congressional acts as unconstitutional; between 1865 and 1872, the Court did so twelve times.[68]

*The Slaughterhouse Cases* would make thirteen.

The Court's 1872 decision held that the Fourteenth Amendment protected solely the "privileges and immunities" conferred by national citizenship—a narrow category of rights mostly irrelevant to the struggles facing Southern Black people.[69] The Court reasoned that rights derived from a person's state citizenship were enforceable only in state court—a forum dominated by the white ruling class and utterly hostile to claims by African Americans in the South.

**amendments were adopted to protect the rights of formerly enslaved people, the decision eviscerated their practical impact by drastically limiting freedmen's ability to enforce their rights in federal court, the only forum where they stood a chance of a fair hearing.**

The Fourteenth Amendment was tested again when a United States Attorney in Louisiana brought federal criminal charges against the white perpetrators of the Colfax Massacre. Charges were brought under the Enforcement Act, which made it a federal crime to conspire to deprive a citizen of his constitutional rights and allowed the federal government to prosecute any crime committed as part of such a conspiracy. The statute provided that the underlying crime could be punished with the same penalty prescribed by state law, and federal authorities took the unprecedented step of charging white defendants with capital offenses—subject to the death penalty—for murdering Black people.[70] Despite overwhelming evidence, one defendant was acquitted and jurors failed to reach a verdict against any others.

## INTRODUCTION



(Charles Harvey Weigall/Harper's Weekly, May 10, 1873)

Before retrial could begin, the defense questioned whether the federal court had jurisdiction to hear the case at all, for the first time arguing that the Enforcement Act was unconstitutional as applied to private persons who were not state actors.[71] The court reserved ruling on that issue and allowed the trial to proceed, and three defendants were convicted of conspiracy.[72] The judge then ruled that the Enforcement Act was unconstitutional and dismissed the indictments, initiating an appeal to the United States Supreme Court.

In *United States v. Cruikshank,* decided March 27, 1876, the Court held that the Fourteenth Amendment "prohibits a State from depriving any person of life, liberty, or property, without due process of law; but this adds nothing to the rights of one citizen as against another."[73] In other words, the Court ruled that the Fourteenth Amendment provided protection only against actions of the State, not against individual violence, and the power of the federal government was "limited to the enforcement of this

private actors.

The response was immediate. Enforcement Act trials in most of the Southern states had been halted pending the Supreme Court appeal.

When *Cruikshank* was decided, the Justice Department dropped 179 Enforcement Act prosecutions in Mississippi alone.[75] Violence continued to spread, and increasingly, attacks on African Americans in the South were carried out by undisguised men in broad daylight.[76]



(State Archives of Florida, Florida Memory)

II

# BACK TO BRUTALITY: RESTORING RACIAL HIERARCHY THROUGH TERROR AND VIOLENCE

Racial terrorism and intimidation of African Americans became characteristic of Southern democracy during the 1870s and prompted little action from federal observers. **A proposal in Congress to discipline Georgia for the violence and corruption surrounding its 1870 election was defeated by a five-day filibuster in the Senate, and Northern support for federal intervention on behalf of Black people living in the South diminished considerably.**[77] In 1872, Congress returned full civil rights to Confederate

## INTRODUCTION

The Amnesty Act was passed over the objection of Congressman Jefferson Long. Born into slavery in 1836 and elected in 1870 as Georgia's first Black representative in the United States Congress, Long became the first Black person to speak on the House floor when he opposed amnesty.



Jefferson Long (Library of Congress)

Long asked: "Do we, then, really propose here today, when the country is not ready for it, when those disloyal people still hate this government, when loyal men dare not carry the 'stars and stripes' through our streets, for if they do they will be turned out of employment, to relieve from political disability the very men who have committed these Kuklux outrages? I think that I am doing my duty to my constituents and my duty to my country when I vote against any such proposition...

Mr. Speaker, I propose, as a man raised as a slave, my mother a slave before me, and my ancestry slaves as far back as I can trace them... If this House removes the disabilities of disloyal men by modifying the test-oath, I venture to

trouble before."[78]

Long's warning went unheeded.

# Even before Reconstruction's official end, Confederate veterans espousing white supremacist rhetoric were able to employ violent intimidation to regain political control over many Southern governments.

In Virginia, former Confederate General James L. Kemper was inaugurated as governor in 1874 and, that same year, delivered an address to the General Assembly outlining the racial regime he intended to create:

"Henceforth, let it be understood of all, that the political equality of the races is settled, and the social equality of the races is a settled impossibility. Let it be understood of all, that any organized attempt on the part of the weaker and relatively diminishing race to dominate the domestic governments, is the wildest chimera of political insanity. Let each race settle down in final resignation to the lot to which the logic of events has inexorably consigned it."[79]

## INTRODUCTION



(James Albert Wales/Harper's Weekly, Oct. 31, 1874)

Confederate Colonel James Milton Smith, who became Georgia's governor in 1872, held similar sentiments.[80] In an 1876 interview published in the *Atlanta Journal Constitution*, Smith opined on the status of Black people—then approximately 46 percent[81] of his constituents:

### INTRODUCTION

constitutionally an idle, thriftless race, always depending on the whites for everything, and it will take a century of education before they can be brought up to the standard that will make them in any degree useful members of the community."[82]

**Things were not much better outside the South, as the Supreme Court continued to chip away at federal Reconstruction laws.** In 1875, Congress passed Senator Charles Sumner's Civil Rights Act, which mandated desegregation and imposed criminal penalties for racial discrimination in jury selection.[83] But the Cruikshank decision left little legal basis to enforce desegregation provisions, and in 1883, the Supreme Court declared the law unconstitutional.[84] The next decade, in *Plessy v. Ferguson*, the Court would uphold racial segregation as fully consistent with the Fourteenth Amendment and create the doctrine of "separate but equal."[85]

**Executive action also waned during this time, as Southern racial violence became an increasingly divisive issue and politically-weakened President Grant became more reluctant to intervene.** When Mississippi Governor Adelbert Ames requested federal troops to suppress intense violence during state elections, Grant sent an exasperated letter encouraging Ames to broker a "peace agreement" between the state militia and the white mobs, writing that "[t]he whole public are tired out with these annual autumnal outbreaks in the South."[86]

### INTRODUCTION



(A.B. Frost/Harper's Weekly, October 21, 1876)

Without federal protection, Black voters were targeted in brutal attacks on election day in Mississippi and throughout the South. The presidential election of 1876 resulted in a deadlock between Republican Rutherford B. Hayes and Democrat Samuel J. Tilden. Congress and the Supreme Court brokered a "compromise" under which Hayes would become president if he promised to end Reconstruction. Within two months of taking office, President Hayes took action to end the federal troops' role in Southern politics. In the words of Henry Adams, a Black man living in Louisiana at the time,

## "The whole South—every state in the South— had got into the hands of the very men that held us as slaves."[87]

have nothing more to do with him."[88] For millions of Black men, women, and children, that abandonment foretold a grim future.

# "They are to be returned to a condition of serfdom," predicted Governor Ames of Mississippi. "An era of second slavery."[89]

## AFTER RECONSTRUCTION: UNEQUAL, AGAIN

The presence of federal troops in the South during the Reconstruction era acted as a penetrable dam holding back some of the violence, political suppression, and racist rhetoric employed by those intent on restoring white supremacist rule. Their premature withdrawal unleashed a pent-up wave of violence that easily topped the few remaining protective structures and left Black people cemented in an inferior economic, social, and political position.

# Southern state governments set to work altering their constitutions to disenfranchise Black citizens and codify segregation.

At the 1890 Mississippi Constitutional Convention, where all but one of the delegates were white, the intentional purging of Black people from the roll of eligible voters was a top priority.[90] Analyzing the state's electoral system six years later, the Mississippi Supreme Court readily acknowledged these motivations:

# INTRODUCTION



(Thomas Nast/Harper's Weekly, Sept. 5, 1868)

controlling directing purpose governing the convention by which these schemes were elaborated and fixed in the constitution. Within the field of permissible action under the limitations imposed by the federal constitution, the convention swept the circle of expedients to obstruct the exercise of the franchise by the negro race. By reason of its previous condition of servitude and dependence, this race had acquired or accentuated certain peculiarities of habit, of temperament, and of character, which clearly distinguished it as a race from that of the whites,—a patient, docile people, but careless, landless, and migratory within narrow limits, without forethought, and its criminal members given rather to furtive offenses than to the robust crimes of the whites. **Restrained by the federal constitution from discriminating against the negro race, the convention discriminated against its characteristics and the offenses to which its weaker members were prone.**"[91]

**president of the constitutional convention, opened the proceedings with a statement of purpose: "Why it is within the limits imposed by the Federal Constitution, to establish white supremacy in this state."[92]**

Now that political power had been regained, legalized racial subordination could and would be restored. "[I]f we would have white supremacy," Knox explained, "we must establish it by law—not by force or fraud."[93] From 1885 to 1908, all eleven former Confederate states rewrote their constitutions to include provisions restricting voting rights with poll taxes, literacy tests, and felon disenfrachisement.[94] Many of these new constitutions also included segregationist prohibitions against interracial marriage and integrated public education.

Over the ensuing decades, aided by convict leasing and Jim Crow laws, and emboldened by the federal government's disinterest in enforcing the racial equality guaranteed by the federal Constitution, Southern legislatures institutionalized the racial inequality enshrined in their state constitutions.

**The South created a system of state and local laws and practices that constituted a pervasive and deep-rooted racial caste system. The era of "second slavery" had officially begun.**

## INTRODUCTION

Convict leasing, the practice of selling the labor of state and local prisoners to private interests for state profit, utilized the criminal justice system to effectuate the economic exploitation and political disempowerment of Black people. State legislatures passed discriminatory criminal laws or "Black Codes," which created new criminal offenses such as "vagrancy" and "loitering." This led to the mass arrest and incarceration of Black people.

## Relying on language in the Thirteenth Amendment that prohibits slavery and involuntary servitude "except as punishment for crime," lawmakers empowered white-controlled governments to extract Black labor in private lease contracts or on state-owned farms.[95]

"While a Black prisoner was a rarity during the slavery era (when slave masters were individually empowered to administer 'discipline' to their human property) the solution to the free Black population had become criminalization. In turn, the most common fate facing Black convicts was to be sold into forced labor for the profit of the state."[96]

Beginning as early as 1866 in states like Texas, Mississippi, and Georgia, convict leasing spread throughout the Southern states and continued through the late nineteenth and early twentieth centuries.[97] In contrast to white prisoners who were routinely sentenced to the penitentiary, leased Black convicts faced deplorable, unsafe working conditions and brutal violence when they attempted to resist or escape bondage.[98]

### INTRODUCTION

months after 204 convicts were leased to a man named McDonald, twenty were dead, nineteen had escaped, and twenty-three had been returned to the penitentiary disabled, ill, and near death.[99] The penitentiary hospital was filled with sick and dying Black men whose bodies bore "marks of the most inhuman and brutal treatment . . . so poor and emaciated that their bones almost come through the skin."[100] Under this grotesquely cruel system that lasted decades, countless Black men, women, and children lost their freedom—and often their lives. "Before convict leasing officially ended," writes historian David Oshinsky, "a generation of Black prisoners would suffer and die under conditions far worse than anything they had ever experienced as slaves."[101] Convict leasing demonstrated the way in which the criminal justice system would become the central institution for sustaining racial domination and hierarchy in America. It legitimized excessive punishment and abuse of African Americans and terrorized people of color.



(John L. Spivak)

**J I M   C R O W**

performers caricatured Black life for the entertainment of white audiences.[102]

# By 1890, the term was used to describe the "subordination and separation of Black people in the South, much of it codified and much of it still enforced by custom, habit, and violence."[103]

Under Jim Crow rule, all aspects of life were governed by a strict color line, from the most central and important—public education was segregated throughout the South and interracial marriage was criminalized—to the most mundane and tedious.



## INTRODUCTION

maximum $500 fine for noncompliance.[104] A 1915 law required that Black and white employees of cotton textile mills be segregated at every stage of employment and restricted them from using the same entry/exit, occupying the same stairwell, or using the same tools.[105] A 1924 law effectively outlawed interracial pool rooms by declaring that no license would be issued to a billiard room owner who intended his establishment to be patronized by customers of another race.[106] And a 1910 law prohibited placing a white child in the permanent custody of a Black adult.[107] Similarly, Florida law required separation of the races on streetcars;[108] Mississippi law mandated separate hospital entrances for white and Black patients;[109] North Carolina law authorized librarians to create separate reading areas for Black patrons;[110] and Alabama law prohibited white nurses from treating Black male patients.[111]

In March 1901, a white woman and Black man were arrested in Atlanta, Georgia, after two police officers claimed to have seen them talking and walking together on the street.[112] Interviewed following her arrest, the white woman was indignant—not at the law, but at the suggestion that she would ever share the company of a Black man in public. "I stopped and [a police officer] asked why I talked to a negro," she told the press. "I told him I was a southern born woman, and his insinuations were an insult. He then said he would have to arrest me, and I was ridden to police barracks in a patrol wagon. It is the first ride I have ever taken of the kind, and I have been humiliated and disgraced. But somebody will suffer for this before it is done with."[113]

**Racial segregation often translated to the total exclusion of Black people from public facilities, institutions, and opportunities. This separation plainly disadvantaged Black people and served**

## INTRODUCTION

"Black southerners were left to brood over the message imparted by the Jim Crow laws and the spirit in which they were enforced. For all African Americans, Jim Crow was a daily affront, a reminder of the distinctive place "white folks" had marked out for them—a confirmation of their inferiority and baseness in the eyes of the dominant population. The laws made no exception based on class or education; indeed, the laws functioned on one level to remind African Americans that no matter how educated, wealthy, or respectable they might be, it did nothing to entitle them to equal treatment with the poorest and most degraded whites. What the white South insisted upon was not so much separation of the races as subordination, a system of controls in which whites prescribed the rules of racial conduct and contact and meted out the punishments."[114]

**Though legally emancipated from slavery and endowed with constitutional rights to participate in society as full citizens, Black people soon learned that those rights were unenforceable in a white-controlled political system hostile to their exercise.** This message was communicated through an intricate and complex system of racial subordination built after the Civil War to maintain and reinforce white supremacy in a world without chattel slavery. Constructed of law and custom, force and fear, disenfrachisement, convict leasing, and Jim Crow segregation, the system was fragile and fiercely guarded.

# Over the century that this racial caste system reigned, perceived violations of the racial order were met with brutal violence targeted at Black

**INTRODUCTION**



(Library of Congress)

III

# LYNCHING IN AMERICA: FROM "POPULAR JUSTICE" TO RACIAL TERROR

twentieth centuries—but it first emerged as a form of vigilante retribution used to enforce "popular justice" on the Western frontier.[115] In the Western territories in the early nineteenth century, the individual desire for revenge was high, government was absent or underdeveloped, and public support for lynching was widespread.[116] Notably, lynching did not initially mean killing, and vigilante "regulators" often punished "thieves, highwaymen, swindlers, and card sharks"[117] with tarring-and-feathering, beatings, and floggings.

Beginning in the 1830s and continuing in the decades following the Civil War, lynching became more synonymous with hanging. The first broadly publicized incident of lethal lynching occurred in Madison County, Mississippi, in 1835, after a fabricated story of a planned slave uprising sparked local panic and resulted in the hangings of two white men and several enslaved Black people.[118] Followed that same year by a notorious lynching of five gamblers in Vicksburg, Mississippi, these killings marked a change in American mob violence: "whereas in the era of the American Revolution mobs had rarely killed their victims, the 1835 riots claimed at least seventy-one lives."[119]

Even as lynchings became more frequently deadly, they differed greatly by region. An individual subject to a frontier lynching typically was accused of a crime such as murder

extrajudicial and employed to defend slavery.[121] Between 1830 and 1860, Southern mobs killed an estimated 130 white individuals[122] and at least 400 enslaved Black people. Most were lynched under suspicion of conspiring to mount a slave uprising—a growing but largely unsubstantiated fear among whites in slaveholding states.[123] In addition, Southern lynchings of African Americans were distinct from lynchings of whites, and often featured extreme brutality such as burning, torture, mutilation, and decapitation of the victim.[124]

## Southern lynching took on an even more racialized character after the Civil War. The act and threat of lynching became "primarily a technique of enforcing racial exploitation—economic, political, and cultural."[125]

Characterized by Southern mob violence intended to reestablish white supremacy and suppress Black civil rights through political and social terror,[126] the Reconstruction era was a violent period in which tens of thousands of people were killed in racially- and politically-motivated massacres, murders, and lynchings.[127] White mobs regularly targeted African Americans with deadly violence but rarely aimed lethal attacks at white individuals accused of identical violations of law or custom.

By the end of the nineteenth century, Southern lynching had become a tool of racial control that terrorized and targeted African Americans. The ratio of Black lynching victims to white lynching victims was 4 to 1 from 1882 to 1889; increased to more than 6 to 1 between 1890 and 1900; and soared to more than 17 to 1 after 1900. Professor Stewart Tolnay concluded from this data that "lynching in the South became

The character of the violence also changed as gruesome public spectacle lynchings became much more common. At these often festive community gatherings, large crowds of whites watched and participated in the Black victims' prolonged torture, mutilation, dismemberment, and burning at the stake.[130] Such brutally violent methods of execution had almost never been applied to whites in America. Indeed, public spectacle lynchings drew from and perpetuated the belief that Africans were subhuman—a myth that had been used to justify centuries of enslavement, and now fueled and purportedly justified terrorism aimed at newly-emancipated African American communities.[131] A report published in 1905 explained that

**"Lynching has been resorted to by whites not merely to wreak vengeance, but to terrorize and restrain this lawless element in the Negro population. Among Southern people, the conviction is general that terror is the only restraining influence that can be brought to bear upon vicious Negroes."[132]**

Southern states were equipped with readily-available, fully-functioning criminal justice systems eager to punish African American defendants with hefty fines, imprisonment, terms of forced labor for state profit, and legal execution.[133] Lynching in this era and region was not used as a tool of crime control, but rather as a tool of racial control wielded almost exclusively by white mobs against African American victims. Many

## INTRODUCTION

In 1906, Edward Johnson, a Black man, was convicted of raping a white woman and sentenced to death by an all-white jury in Chattanooga, Tennessee. His attorneys appealed the case and won a rare stay of execution from the United States Supreme Court. In response, a white mob seized Mr. Johnson from the jail, which had been vacated by the sheriff and his staff, dragged him through the streets, hanged him from the second span of the Walnut Street Bridge, and shot him hundreds of times. The mob left a note pinned on the corpse that read: "To Justice Harlan. Come get your nigger now."[134] Mr. Johnson used his last words to declare his innocence. Nearly a century later, he was cleared of the rape.[135]

Through lynching, Southern white communities asserted their racial dominance over the region's political and economic resources—a dominance first achieved through slavery would now be restored through blood and terror.

## CHARACTERISTICS OF THE LYNCHING ERA

African Americans were lynched under varied pretenses. Today, lynching is most commonly remembered as a punishment exacted by white mobs upon Black men accused of sexually assaulting white women. During the lynching era, whites' hypervigilant enforcement of racial hierarchy and social separation, coupled with widespread stereotypes of Black men as dangerous, violent, and uncontrollable sexual aggressors, fueled a pervasive fear of Black men raping white women.[136] Of the 4084 African American lynching victims EJI documented, nearly 25 percent were accused of sexual assault[137] and nearly 30 percent were accused of murder.[138]

punishable by death if convicted in a court of law.

## African Americans frequently were lynched for non-criminal violations of social customs or racial expectations, such as speaking to white people with less respect or formality than observers believed was due.[140]

Finally, many African Americans were lynched not because they committed a crime or social infraction, and not even because they were accused of doing so, but simply because they were Black and present when the preferred party could not be located. In 1901, Ballie Crutchfield's brother allegedly found a lost wallet containing $120 and kept the money. He was arrested and about to be lynched by a mob in Smith County, Tennessee, when at the last moment he broke free and escaped. Thwarted in their attempt to kill the suspect, the mob turned its attention to his sister and lynched Ms. Crutchfield in her brother's stead, though she was not accused of any involvement in the theft.[141]

The thousands of African Americans lynched between 1880 and 1950 differed in many respects, but in most cases, the circumstances of their murders can be categorized as one or more of the following: (1) lynchings that resulted from a wildly distorted fear of interracial sex; (2) lynchings in response to casual social transgressions; (3) lynchings based on allegations of serious violent crime; (4) public spectacle lynchings; (5) lynchings that escalated into large-scale violence targeting the entire African American community; and (6) lynchings of sharecroppers, ministers, and community leaders who resisted mistreatment, which were most common between 1915 and 1940.

## INTRODUCTION

Nearly 25 percent of the lynchings of African Americans in the South were based on charges of sexual assault.[142] The mere accusation of rape, even without an identification by the alleged victim, often aroused a mob and resulted in lynching. In fact, the definition of Black-on-white "rape" in the South was incredibly broad and required no allegation of force because white institutions, laws, and most white people rejected the idea that a white woman could or would willingly consent to sex with an African American man. When Black Memphis journalist Ida B. Wells published an editorial challenging the myth of widespread Black-on-white sexual violence and insisting that consensual interracial sex did occur, white mobs burned her newspaper's offices and threatened to lynch her.[143]

Whites' fears of interracial sex extended to any action by a Black man that could be interpreted as seeking or desiring contact with a white woman.

**In 1889, in Aberdeen, Mississippi, Keith Bowen allegedly tried to enter a room where three white women were sitting; though no further allegation was made against him, Mr. Bowen was lynched by the "entire (white) neighborhood" for his "offense."[144]**

**William Brooks was lynched in 1894 in Palestine, Arkansas, after he asked his white employer for permission to marry the man's daughter.[145]**

**white mob in 1904 for merely knocking on the door of a white woman's house in Reevesville, South Carolina.**[146]

**In 1912, Thomas Miles was lynched for allegedly writing letters to a white woman inviting her to have a cold drink with him.**[147]

**In 1934, after being accused of "associating with a white woman" in Newton, Texas, John Griggs was hanged and shot seventeen times and his body was dragged behind a car through the town for hours.**[148]

Whites' fear of sexual contact between Black men and white women was pervasive and led to many lynchings. Narratives of these lynchings reported in the sympathetic white press justified the violence and perpetuated the deadly stereotype of African American men as hypersexual threats to white womanhood.

## LYNCHINGS BASED ON MINOR SOCIAL TRANSGRESSIONS

serious crime were nonetheless lynched for myriad "offenses," including speaking disrespectfully, refusing to step off the sidewalk, using profane language, using an improper title for a white person, suing a white man, arguing with a white man, bumping into a white woman, insulting a white person, and other social grievances.[149] African Americans living in the South during this era were terrorized by the knowledge that they could be lynched if they intentionally or accidentally violated any social more defined by any white person. Examples are plentiful.

**In 1940, Jesse Thornton was lynched in Luverne, Alabama, for referring to a white police officer by his name without the title of "mister."[150]**

**In 1918, Private Charles Lewis was lynched in Hickman, Kentucky, after he refused to empty his pockets while wearing his Army uniform.[151]**

**Richard Wilkerson was lynched in Manchester, Tennessee, in 1934 for allegedly slapping a white man who had assaulted a Black woman at an African American dance.[152]**

**White men lynched Jeff Brown in 1916 in Cedarbluff, Mississippi, for accidentally**

# In 1917, Sam Gates was lynched for the offense of "annoying white girls" in England, Arkansas.[154]

Law-abiding African Americans lived at risk of arbitrary and deadly mob violence. These lynchings and the threat of falling victim to the mobs who committed them sought to keep the African American community terrorized and in a constant state of fear.



## INTRODUCTION

More than half of the lynching victims EJI documented were killed under accusation of committing murder or rape. The deep racial hostility that permeated Southern society during this time period often served to focus suspicion on Black communities after a crime was discovered, whether evidence supported that suspicion or not. This was especially true in cases of violent crime against white victims.

**It is dubious to claim that all or even most individuals lynched for violent offenses had committed them, considering that whites' accusations of rape or murder were rarely subject to serious scrutiny when lodged against Black people. In a strictly maintained racial caste system, the mere suggestion of Black-on-white violence could spark outrage, mob violence, and murder before the judicial system could act. In this society, white lives held heightened value, while the lives of Black people held little or none.**

Of the hundreds of Black people lynched under accusation of rape and murder, nearly every one was brutally killed without being legally convicted of any offense. When Berry Noyse was accused of killing the local sheriff in Lexington, Tennessee, in 1918, an angry mob lynched him in the courthouse square, then dragged his body through the streets of town, shot it dozens of times, and burned the body in the middle of the street below hung banners that read, "This is the way we do our bit."[155]

Some lynching victims were demonstrably innocent of the serious crimes alleged. After a white woman was raped in Lewiston, North Carolina, in 1918, a Black man named Peter Bazemore was accused of the crime and lynched by a mob before an investigation revealed that the real perpetrator had been a white man wearing black makeup.[156]

## INTRODUCTION

White people accused of murder or rape during this era were much more likely to be tried, convicted, and punished by the legal system than by a mob.[157] In Thomasville, Georgia, in 1930, a Black man named William Kirkland was arrested for the alleged rape of a nine-year-old white girl, and before a trial could be held, a mob of between fifty and seventy-five white men seized him from the jail, hung his body from a tree, riddled it with bullets, and then dragged the corpse through town behind a truck before depositing it on the courthouse lawn.[158] Just three days after Mr. Kirkland's lynching, an African American man named Lacy Mitchell was lynched in Thomasville for testifying against a white man accused of raping an African American woman. Mr. Mitchell, a key witness, was shot in his home by four white men and died; the white defendant was acquitted and released.[159]

## PUBLIC SPECTACLE LYNCHINGS

# Public spectacle lynchings were those in which large crowds of white people, often numbering in the thousands, gathered to witness pre-planned, heinous killings that featured prolonged torture, mutilation, dismemberment, and/or burning of the victim.[160]

Many were carnival-like events, with vendors selling food, printers producing postcards featuring photographs of the lynching and corpse, and the victim's body parts collected as souvenirs.[161]

# INTRODUCTION



(National Archives)

In 1904, after Luther Holbert allegedly killed a local white landowner, he and a Black woman believed to be his wife were captured by a mob and taken to Doddsville, Mississippi, to be lynched before hundreds of white spectators.[162] Both victims were tied to a tree and forced to hold out their hands while members of the mob methodically chopped off their fingers and distributed them as souvenirs. Next, their ears were cut off. Mr. Holbert was then beaten so severely that his skull was fractured and one of his eyes was left hanging from its socket. Members of the mob used a large corkscrew to bore holes into the victims' bodies and pull out large chunks of "quivering flesh," after which both victims were thrown onto a raging fire and burned. The white men, women, and children present watched the horrific murders while enjoying deviled eggs, lemonade, and whiskey in a picnic-like atmosphere.[163]

Another public spectacle lynching took place in 1917 in Memphis, Tennessee, when a mob of twenty-five men seized Ell Persons from a train that was transporting him to

gum vendors sold their wares to the many spectators as Mr. Persons was doused with gasoline and set on fire. A ten-year-old Black child was forced to sit next to the fire and watch him die. When members of the crowd complained that Mr. Persons would die too quickly if burned, the fire was extinguished, and attendees fought over Mr. Person's clothes and remnants of the rope to keep as mementos. Two men cut off his ears for souvenirs, after which the head of Mr. Person's corpse was removed and thrown into a crowd in Memphis's Black commercial district.[164]

Later that year, just a few hours away in Dyersburg, Tennessee, Lation Scott was subjected to a brutal and prolonged lynching after being accused of "criminal assault." Thousands gathered near a vacant lot across the street from the downtown courthouse and children sat atop their parents' shoulders to get a better view as Mr. Scott's clothes and skin were ripped off with knives.

**A mob tortured Lation Scott with a hot poker iron, gouging out his eyes, shoving the hot poker down his throat and pressing it all over his body before castrating him and burning him alive over a slow fire. Mr. Scott's torturous killing lasted more than three hours.[165]**

Gruesome public spectacle lynchings traumatized the African American community. **The crowds of hundreds or thousands of white people attending as participants or spectators included elected officials and prominent citizens; white press coverage regularly defended the lynchings as justified; and cursory investigations rarely led to**

### INTRODUCTION

displayed these "souvenirs" with no fear of punishment.[166] In Newnan, Georgia, in 1899, pieces of Sam Hose's heart, liver, and bones were sold after he was lynched; that same year, spectators at the lynching of Richard Coleman in Maysville, Kentucky, took flesh, teeth, fingers, and toes from his corpse.[167] Spectacle lynchings were preserved in photographs that were made into postcards and distributed unashamedly through the mail.[168]

These killings were not the actions of a few marginalized vigilantes or extremists; they were bold, public acts that implicated the entire community and sent a clear message that African Americans were less than human, their subjugation was to be achieved through any means necessary, and whites who undertook the duty of carrying out lynchings would face no legal repercussions.

# PARIS, TEXAS

Founded in 1844, Paris, Texas, was named for the famous French city and quickly became the seat of Lamar County.[169] By the start of the Civil War, the town of 700 residents was a center of farming and cattle ranching,[170] and 28 percent of county residents were enslaved Black people.[171] In the lynching era that followed the Civil War and emancipation, Paris was the site of repeated bloody racial terror.

## INTRODUCTION

in Hempstead County, Arkansas, and returned him to Paris by train. He was met at the station on February 1, 1893, by a mob of thousands of white people from across the state. Henry was placed on a carnival float and carried through the town to the county fairgrounds, where he was forced to mount a ten-foot-high platform. Henry was brutally tortured for nearly an hour in front of 10,000 people and then burned alive. According to an investigation by anti-lynching crusader Ida B. Wells, Henry pleaded his innocence until the end.[172]



Lynching of Henry Smith in Paris, Texas, on February 1, 1893 (Library of Congress/Getty Images.)

## INTRODUCTION

abuse. When the Arthurs decided to leave in search of better working conditions, the farm owners tried to stop them with gunfire and then alleged that the Arthurs had wounded them. Soon after Irving and Herman were arrested and jailed, local whites began posting signs throughout town advertising their impending lynching.[173]

On July 6, 1920, a mob of 3000 gathered to watch as both men were tied to a flagpole at the fairgrounds, tortured, and burned to death. During the lynching, the Arthurs' sisters were jailed under the pretense of protection but then beaten and gang-raped by more than twenty white men while in custody. After the lynching, the brothers' corpses were chained to a car and driven through Paris's Black community for hours. A local sheriff involved in the case later declared the brothers had been guilty of no crime.[174]

Today, Paris is a small but vibrant and diverse city of 25,000 people, with no historical markers to document either lynching. A large Confederate memorial adorns the courthouse lawn—a site of racial unrest in the twenty-first century.

## INTRODUCTION

found dead by a roadside in Paris. An investigation determined he had been dragged behind or under a vehicle as far as seventy feet. Two white men who spent several hours with Mr. McClelland on the night he died were arrested after blood reportedly was found on the undercarriage of their truck. When the local prosecutor dropped all charges against the men in 2009, citing a lack of evidence, racial tensions flared. Members of the local Black community rallying at the courthouse to protest officials' inaction were met with a counter-protest by dozens of white supremacists holding Confederate flags and shouting "White Power!" State police in riot gear were called to quell the conflict.[175]



Jacqueline McClelland with a photo of her son Brandon McClelland (AP)

Paris's deeply-rooted history of racial violence and division, epitomized by the lynchings of Henry Smith and Irving and Herman Arthur, remains a force in the community today despite efforts to forget and ignore that past. "A Black man's life is still not worth a white man's life in Paris, Texas," declared a Black man protesting at the courthouse in 2009. "I am 55 years old and I know racism when I see it. Paris, Texas, is eaten up with racism."[176]

## INTRODUCTION



Thousands watch as lynchers prepare to torture Henry Smith on a ten-foot-high platform at the county fairgrounds. (Library of Congress/Getty Images)

## LYNCHINGS TARGETING THE ENTIRE AFRICAN AMERICAN COMMUNITY

Most lynchings involved the killing of one or more specific individuals, but some lynch mobs targeted entire Black communities by forcing Black people to witness lynchings and demanding that they leave the area or face a similar fate. **After a lynching in Forsyth County, Georgia, in 1912, white vigilantes distributed leaflets demanding that all Black people leave the county or suffer deadly consequences; so many Black**

## INTRODUCTION

To maximize lynching as a terrorizing symbol of power and control over the Black community, white mobs frequently chose to lynch victims in a prominent place inside the town's African American district.[178] In 1918 in rural Unicoi County, Tennessee, a group of white men sought a Black man named Thomas Devert who was accused of kidnapping a white girl. When the men found Mr. Devert crossing a river with the girl in his arms, they shot him in the head and the girl drowned. Insisting that the entire Black community needed to witness Mr. Devert's fate, the enraged mob dragged his dead body to the town railyard and built a funeral pyre. The white men then rounded up all sixty African American residents and forced the men, women, and children to watch the corpse burn. These African Americans and eighty Black people who worked at a local quarry were then told to leave the county within twenty-four hours.[179]

In 1927, John Carter was accused of striking two white women in Little Rock, Arkansas. He was seized by a mob, forced to jump from an automobile with a noose around his neck, and shot 200 times. The mob then threw Mr. Carter's mangled body across an automobile and led a twenty-six-block procession past city hall, through Little Rock's Black neighborhoods, and toward Ninth Street, which was the Black community's downtown center. At 7:00 p.m. at Broadway and Ninth Street, between the Black community's two most significant landmarks—Bethel African American Episcopal Church and the Mosaic Templars Building—rioting whites used pews seized from the church to ignite a huge bonfire on the trolley tracks. They threw Mr. Carter's body onto the raging fire, which burned for the next three hours.[180]

The practice of terrorizing an entire African American community after lynching one alleged "wrong-doer" demonstrates that Southern lynching during this era was not to attain "popular justice" or retaliation for crime. Rather, these lynchings were designed

## LYNCHINGS OF BLACK PEOPLE RESISTING MISTREATMENT (1915 - 1940)

From 1915 to 1940, lynch mobs targeted African Americans who protested being treated as second-class citizens. African Americans throughout the South, individually and in organized groups, were demanding the economic and civil rights to which they were entitled. In response, whites turned to lynching.

In 1918, when Elton Mitchell of Earle, Arkansas, refused to work on a white-owned farm without pay, "prominent" white citizens of the city cut him into pieces with butcher knives and hung his remains from a tree.[181] **In 1927, Owen Flemming refused to follow an overseer's command to retrieve mules out of a flooded district in Mellwood, Arkansas. The overseer pulled a gun, which Mr. Flemming wrestled away from him and fired in self-defense. A mob pursued and quickly caught him. Alerted of Mr. Flemming's offense, the local sheriff told the mob, "I'm busy, just go ahead and lynch him."[182] They did.**

In Hernando, Mississippi, in 1935, Reverend T. A. Allen tried to start a sharecropper's union among local impoverished and exploited Black laborers. When white landowners learned that Reverend Allen was using his pulpit to preach to the Black community about unionization, they formed a mob, seized him, shot him many times, and threw him into the Coldwater River.[183] Also in 1935, Joe Spinner Johnson, a sharecropper and leader of the Sharecroppers' Union in Perry County, Alabama, was called from work by his landlord and delivered into the hands of a white gang. The gang tied Mr. Johnson "hog-fashion with a board behind his neck and his hands and feet tied in front of him" and beat him. They took him to the jail in Selma, Alabama, where other inmates heard

## INTRODUCTION

African Americans' efforts to fight for economic power and equal rights in the early twentieth century—a prelude to the civil rights movement—were violently repressed by whites who acted with impunity. Whites used terrorism to relegate African Americans to a state of second-class citizenship and economic disadvantage that would last for generations after emancipation and create far-reaching consequences.

## LYNCHINGS IN THE SOUTH, 1877 - 1950

This report documents 4084 lynchings of Black people that occurred in Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, Tennessee, Texas, and Virginia between 1877 and 1950. The data reveals telling trends across time and region, including that lynchings peaked between 1880 and 1940. (See Figure 1.)

### FIGURE 1

Number of African Americans Lynched Annually Per 100,000 Residents in Southern States, 1880 to 1940

## INTRODUCTION



Mississippi, Georgia, and Louisiana had the highest absolute number of African American lynching victims during this period. (See Table 1.) The rankings change when the number of lynchings are considered relative to each state's total population and African American population. Mississippi, Florida, and Arkansas had the highest per capita rates of lynching by total population, while Arkansas, Florida, and Mississippi had the highest per capita rates of lynching by African American population. (See Tables 2 and 3.)

### TABLE 1

African American Lynching Victims by State, 1877-1950

## INTRODUCTION



### TABLE 2

Number of African Americans
Lynched Annually Per 100,000
Residents in Southern States,
1880 to 1940

| STATE | PER CAPITA RATE |
|---|---|
| Mississippi | 0.620 |
| Florida | 0.556 |
| Arkansas | 0.531 |
| Louisiana | 0.454 |
| Georgia | 0.380 |
| Alabama | 0.278 |
| South Carolina | 0.203 |
| Tennessee | 0.163 |
| Texas | 0.137 |
| Kentucky | 0.107 |
| North Carolina | 0.082 |
| Virginia | 0.066 |

### TABLE 3

Number of African Americans
Lynched Annually Per 100,000
African American Residents in
Southern States, 1880 to 1940

| STATE | PER CAPITA RATE |
|---|---|
| Arkansas | 1.994 |
| Florida | 1.655 |
| Mississippi | 1.151 |
| Louisiana | 1.090 |
| Kentucky | 0.957 |
| Georgia | 0.907 |
| Texas | 0.803 |
| Tennessee | 0.776 |
| Alabama | 0.693 |
| South Carolina | 0.390 |
| North Carolina | 0.269 |
| Virginia | 0.207 |

## INTRODUCTION

The twenty-five counties with the highest rates of lynchings of African Americans during this era are located in eight of the twelve states studied: Arkansas, Florida, Louisiana, Tennessee, Georgia, Kentucky, Texas, and Mississippi. **The terror of lynching was not confined to a few outlier states. Racial terror cast a shadow of fear across the region.** (See Tables 4 and 5.)

| TABLE 4 | | | | | TABLE 5 | | |
|---|---|---|---|---|---|---|---|
| 25 Counties With the Highest Rates of Lynching (Per 100,000 Residents) in Southern States, from 1880 to 1940 | | | | | 25 Counties With the Most Lynching Victims, 1877-1950 | | |
| RANK | COUNTY | ANNUAL LYNCHING RATE | LYNCHING | | RANK | COUNTY | LYNCHING |
| 1 | Phillips, AR 11.82 245 | 11.82 | 245 | | 1. | Phillips, AR | 245 |
| 2 | Lafayette, FL 4.54 13 | 4.54 | 13 | | 2. | Lafourche, LA | 52 |
| 3 | Hernando, FL 4.14 11 | 4.14 | 11 | | 3-t. | Caddo, LA | 48 |
| 4 | Taylor , FL 3.12 14 | 3.12 | 14 | | 3-t. | Leflore, MS | 48 |
| 5 | Lafourche, LA 2.92 51 | 2.92 | 51 | | 5. | Ouachita, LA | 38 |
| 6 | Lake, TN 2.66 13 | 2.66 | 13 | | 6. | Fulton, GA | 35 |
| 7 | Moore, TN 2.60 8 | 2.60 | 8 | | 7. | Orange, FL | 33 |
| 8 | Early, GA 2.48 23 | 2.48 | 23 | | 8-t. | Carroll, MS | 29 |
| 9 | Fulton, KY 2.44 19 | 2.44 | 19 | | 8-t. | Jefferson, AL | 29 |
| 10 | Baker, FL 2.41 7 | 2.41 | 7 | | 8-t. | Tensas, LA | 29 |
| 11 | Leflore, MS 2.38 48 | 2.38 | 48 | | 11-t. | Bossier, LA | 26 |
| 12 | Carroll, MS 2.33 29 | 2.33 | 29 | | 11-t. | Iberia, LA | 26 |
| 13 | Citrus, FL 2.21 7 | 2.21 | 7 | | 13-t. | Early, GA | 24 |
| 14 | Echols, GA 2.17 4 | 2.17 | 4 | | 13-t. | Tangipahoa, LA | 24 |
| 15 | Oconee, GA 2.09 11 | 2.09 | 11 | | 15-t. | Anderson, TX | 22 |
| 16 | Baker, GA 2.00 9 | 2.00 | 9 | | 15-t. | Hinds, MS | 22 |
| 17 | Kemper, MS 2.00 24 | 2.00 | 24 | | 15-t. | New Hanover, NC | 22 |
| 18 | Orange, FL 2.00 33 | 2.00 | 33 | | 18-t. | Brooks, GA | 20 |
| 19 | Sabine, TX 1.94 10 | 1.94 | 10 | | 18-t. | Columbia, FL | 20 |

## INTRODUCTION

| 23 | West Carroll, LA 1.85 9 | 1.85 | 9 | 23-t. | Dallas, AL | 19 |
| 24 | Calhoun, AR 1.83 10 | 1.83 | 10 | 23-t. | Lowndes, MS | 19 |
| 25 | Miller, GA 1.80 8 | 1.80 | 8 | 23-t. | Marion, FL | 19 |

### TABLE 6

# The Most Active Lynching Counties in Each Southern State, 1877-1950

*(Rank, County, Lynchings)*

| ALABAMA | | | ARKANSAS | | | FLORIDA | | | GEORGIA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Jefferson | 29 | 1. | Phillips | 245 | 1. | Orange | 33 | 1. | Fulton | 35 |
| 2. | Dallas | 19 | 2. | Arkansas | 18 | 2. | Columbia | 20 | 2. | Early | 24 |
| 3. | Monroe | 17 | 3. | Lee | 15 | 2. | Polk | 20 | 3. | Brooks | 20 |
| 4. | Lowndes | 16 | 4. | Monroe | 12 | 4. | Marion | 19 | 4. | Mitchell | 11 |
| 5. | Pickens | 15 | 5. | Little River | 11 | 5. | Alachua | 18 | 4. | Oconee | 11 |
| 6. | Elmore | 14 | 5. | Lonoke | 11 | 6. | Taylor | 15 | 5. | Baker | 10 |
| 7. | Butler | 13 | 5. | Ouachita | 11 | 7. | Madison | 14 | 5. | Bleckley | 10 |
| 7. | Henry | 13 | 8. | Ashley | 10 | 8. | Lafayette | 13 | 5. | Decatur | 10 |
| 8. | Chilton | 12 | 8. | Calhoun | 10 | 9. | Suwannee | 12 | 5. | Jasper | 10 |
| 8. | Montgomery | 12 | 10. | Desha | 9 | 10. | Hernando | 11 | 5. | Montgomery | 10 |

| KENTUCKY | LOUISIANA | MISSISSIPPI | N. CAROLINA |
|---|---|---|---|

## INTRODUCTION

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2. | Logan | 12 | 2. | Caddo | 48 | 2. | Carroll | 29 | 2. | Chatham | 6 |
| 3. | Todd | 7 | 3. | Ouachita | 38 | 3. | Kemper | 24 | 2. | Granville | 6 |
| 4. | Graves | 6 | 4. | Tensas | 29 | 4. | Hinds | 22 | 2. | Rowan | 6 |
| 4. | Shelby | 5 | 5. | Bossier | 26 | 5. | Lowndes | 19 | 5. | Johnston | 4 |
| 5. | McCracken | 4 | 5. | Iberia | 26 | 6. | Yazoo | 18 | 6. | Buncombe | 3 |
| 6. | Boone | 4 | 6. | Tangipahoa | 24 | 7. | Lauderdale | 16 | 6. | Franklin | 3 |
| 6. | Fayette | 4 | 7. | Concordia | 16 | 8. | Amite | 14 | 6. | Gaston | 3 |
| 6. | Henderson | 4 | 7. | Morehouse | 16 | 8. | Bolivar | 14 | 6. | Iredell | 3 |
| 6. | Henry | 4 | 8. | Orleans | 14 | 8. | Warren | 14 | 6. | Union | 3 |
| 6. | Mason | 4 | | | | | | | 6. | Washington | 3 |
| 6. | Warren | | | | | | | | | | |

### S. CAROLINA | TENNESSEE | TEXAS | VIRGINIA

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Barnwell | 15 | 1. | Shelby | 20 | 1. | Anderson | 22 | 1. | Tazewell | 7 |
| 1. | Greenwood | 15 | 2 | Obion | 16 | 2 | McLennan | 15 | 2 | Danville | 5 |
| 3. | Aiken | 13 | 3. | Lake | 13 | 3. | Harrison | 14 | 3. | Alleghany | 3 |
| 4. | Laurens | 11 | 4. | Robertson | 11 | 4. | Sabine | 10 | 3. | Halifax | 3 |
| 4. | Orangeburg | 11 | 5. | Coffee | 8 | 5. | Cass | 9 | 3. | Loudoun | 3 |
| 6. | Colleton | 10 | 5. | Lauderdale | 8 | 5. | Freestone | 9 | 3. | Newport News | 3 |
| 7. | Florence | 9 | 5. | Marshall | 8 | 5. | Grimes | 9 | 3. | Russell | 3 |
| 7. | York | 9 | 5. | Moore | 8 | 6. | Bowie | 8 | 3. | Wise | 3 |
| 9. | Lexington | 8 | 9. | Dyer | 7 | 6. | Robertson | 8 | 3. | Wythe | 3 |
| 10. | Edgefield | 6 | 9. | Gibson | 7 | 6. | Waller | 8 | 10. | Alexandria | 2 |
| 10. | Hampton | 6 | | | | | | | | | |

Amherst, Brunswick, Charlotte,Culpeper, Fauquier, Mecklenburg, Nelson, Nottoway, Page, Roanoke(city), Sussex

INTRODUCTION

**TABLE 7**

Non-Southern States with Highest
Number of Racial Terror Lynchings

| STATE | LYNCHINGS |
| --- | --- |
| Oklahoma | 76 |
| Missouri | 60 |
| Illinois | 56 |
| West Virginia | 35 |
| Maryland | 28 |
| Kansas | 19 |
| Indiana | 18 |
| Ohio | 15 |

---

## LYNCHING OUTSIDE THE SOUTH, 1877-1950

Lynching outside of the Southern states differed from lynching within the South, largely in relation to the cultural and historical distinctions between the regions. "The Midwest and the West were not as directly burdened by the legacy of antebellum racial slavery," writes Michael J. Pfeifer. "North and West of Dixie, lynching also persisted into the middle decades of the twentieth century, surfacing after allegations of particularly heinous crimes and under the influence of events such as African American in-migration and the heightened racism of the Jim Crow era."[185]

that took place in other parts of the United States during the same period. The vast majority of these 341 lynchings were concentrated in eight states: Illinois, Indiana, Kansas, Maryland, Missouri, Ohio, Oklahoma, and West Virginia. Though the numbers were lower, mirroring the lower concentration of Black residents in these states, racial terror lynchings committed outside the South featured many of the same characteristics.

**When Black people moved and built communities outside the South in growing numbers during the lynching era, they were often targeted and violently terrorized in response to racialized economic competition, unproven allegations of crime, and violations of the racial order.**

As early as 1900, anti-lynching crusader Ida B. Wells-Barnett gave a speech continuing her denouncement of Southern lynching and also noting the growing number of atrocities being committed in other regions. "So potent is the force of example," she told an audience in Chicago, "that the lynching mania has spread throughout the North and middle West. It is now no uncommon thing to read of lynchings north of the Mason and Dixon's line, and those most responsible for this fashion gleefully point to these instances and assert that the North is no better than the South.[186]

EJI found the highest numbers of documented racial terror lynchings outside the South during the lynching era in Oklahoma, Missouri, and Illinois, and those totals were

## INTRODUCTION

In early July 1917, after several years of postwar migration had increased the Black population of East St. Louis, Illinois, and created economic competition for white residents, white mobs in the city ambushed African American workers as they left factories during a shift change. The violence soon spread, surging to an attack on the city's Black neighborhoods. Over the course of three days, the area suffered more than $400,000 in property damage; at least several dozen African American men, women, and children were shot, hanged, beaten to death, or burned alive after being driven into burning buildings; and an estimated 6000 Black residents—more than half the city's Black population—fled.[187]

Just a few years later, in 1921, a Black elevator operator named Dick Rowland was arrested in Tulsa, Oklahoma, after a misunderstanding led to rumors that he had attacked a white woman. Though charges against Mr. Rowland were soon dropped and he was released, a white mob quickly gathered to lynch him. When the Black community banded together to help the young man leave town, the mob indiscriminately attacked the prosperous local Black residential and business district known as Greenwood. Over the next two days, the mob killed at least thirty-six Black people, displaced many more, and destroyed the once vibrant community. No member of the mob was ever convicted.[188]

Racial terror lynchings outside the South were often brutal and brazen public spectacles.

# In April 1906, two Black men named Horace Duncan and Fred Coker were accused of rape in

**refused to wait for a trial. Instead, the mob seized both men from jail, hanged them from Gottfried Tower near the town square, and burned and shot their corpses while a crowd of 5000 white men, women, and children watched.[189]**

Newspapers later reported that both men were innocent of the rape allegation.[190]

In Okemah, Oklahoma, a Black woman named Laura Nelson and her teenaged son, L.D., were kidnapped from jail before they could stand trial on murder charges in May 1911. Members of the mob reportedly raped Ms. Nelson before hanging her and her son from a bridge over the Canadian River.[191]

On August 7, 1930, a large white mob used tear gas, crowbars, and hammers to break into the Grant County Jail in Marion, Indiana, to seize and lynch three young Black men who had been accused of murder and assault. Thomas Shipp and Abram Smith, both 19 years old, were severely beaten and hanged, while the third young man, 16-year-old James Cameron, was badly beaten but not killed. Photographs of the brutal lynching were shared widely, featuring clear images of the crowd posing beneath the hanging corpses, but no one was ever prosecuted or convicted.[192] The haunting images inspired writer Abel Meeropol to compose the poem that later became the song Strange Fruit.[193]

**lynchings, violent attacks terrorized small and vulnerable Black communities. On June 15, 1920, in Duluth, Minnesota, a mob of 5000 people lynched three Black men named Isaac McGhee, Elmer Jackson, and Elias Clayton.**

After seizing the men from jail, where they were being held on charges of assault, the mob ignored the pleas of a local white clergyman to spare the young men, and hanged them from a light pole.[194]

In Omaha, Nebraska, in October 1891, thousands of white people gathered to seize George Smith, a Black man, from the local jail after he was accused of assault. Though he had an alibi and most reports of the alleged crime were false, the mob beat Mr. Smith, dragged him through the streets with a rope around his neck, and then hanged him from telephone wires in front of a local opera house. Despite the severe physical injuries inflicted, the coroner concluded that Mr. Smith had died of "fright." As a result, seven white men, including the local police captain, who were arrested for coordinating the lynching were never prosecuted.[195]

More than twenty-five years later, another Omaha lynching led to death and destruction for Black residents.

**After a Black man named Will Brown was accused of attempting to assault a white**

**Brown, hanged him from a telegraph post, riddled his body with bullets, and then dragged his burning corpse through the streets until it was mutilated beyond recognition. The violence soon spread into a "riot" that destroyed property throughout Omaha's Black community.**

Fragments of the rope used to hang Mr. Brown were sold for ten cents as souvenirs to white spectators.[196] An infamous photograph of Will Brown's charred corpse is among the most inhumane images of lynching in America that survive today.

# INTRODUCTION



Howard University students protest outside the National Crime Conference in Washington, DC, 1934. (© Bettmann/Getty Images.)

IV

# LYNCHING: RETREAT, RESISTANCE, AND REFUGE

The lynching era was fueled by the movement to restore white supremacy and domination, but Northern and federal officials who failed to act as Black people were terrorized and murdered enabled this campaign of racial terrorism. For more than six decades, as Southern whites used lynching to enforce a post-slavery system of racial dominance, white officials outside the South watched and did little.

## TURNING A BLIND EYE TO LYNCHING: NORTHERN AND FEDERAL COMPLICITY

Congress made efforts to pass federal anti-lynching bills throughout the lynching era, but Southern white representatives predictably and consistently protested so-called federal interference in local affairs.[197] Southern states passed their own anti-lynching

**Very few white people were convicted of murder for lynching a Black person in America during this period,[199] and of all lynchings committed after 1900, only 1 percent resulted in a lyncher being convicted of a criminal offense.[200]**

After Reconstruction, many Northern politicians embraced the goal of "sectional reconciliation" and disavowed federal authority to prosecute lynchers in the South. The United States Supreme Court's 1876 decision in *Cruikshank*, which limited Congress's power to pass laws deemed to effect local concerns, helped to create more political and rhetorical hurdles to combat the coming crisis of lynching.[201]

Throughout the lynching era, as thousands of Black people were killed and countless more were terrorized by racial violence, Congress repeatedly failed to muster enough votes to pass any of the anti-lynching statutes proposed, largely due to arguments that no such law could withstand a constitutional test under the Court's Reconstruction-era precedent.[202] Further, the majority opinion in Cruikshank had declared—barely a decade after emancipation—that formerly-enslaved people had reached the "stage in the progress of his elevation when he takes the rank of a mere citizen, and ceases to be the special favorite of the laws," and thus had no claim to specialized legal protection.[203]

**affected Black people, federal lynching legislation constituted racial "favoritism" and reprised what most regarded as failed Reconstruction-era policies.**[204]

Federal inaction from a Republican-controlled government weakened Black voters' loyalty to the "party of Lincoln."[205] In 1885, Democrats won the White House for the first time since the Civil War.[206] Rather than work to regain Black voters' support by addressing concerns like lynching, Northern Republicans conspired with their political opponents to remove African Americans from the national political scene altogether. In November 1885, journalist, activist, and anti-lynching crusader Ida B. Wells wrote an editorial critiquing both parties' failure to serve the Black electorate:

"I am not a Democrat [because] the Democrats considered me a chattel and possibly might have always so considered me, because their record from the beginning has been inimical to my interests; because they had become notorious in their hatred of the Negro as a man, have refused him the ballot, have murdered, beaten and outraged him and refused him his rights. I am not a Republican, because . . . a Republican Supreme Court revoked a law of a Republican Congress and sent the Negro back home for justice to those whom the Republican party had taught the Negro to fear and hate. Because they care no more for the Negro than the Democrats do, and because even now, and since their defeat last November, the Republican head and the New York Republican Convention are giving vent to utterances and passing resolutions recommending State rights, and the taking from the Negro—for the reason his vote is not counted, but represented in the Electoral College, that they claim his gratitude for giving—the ballot."[207]

# The dominant political narrative blamed lynching on its victims, insisting that brutal mob violence was the only appropriate response to the growing scourge of Black men raping white women.[208]

Northern academics promoting the field of "scientific racism" concocted theories to legitimate the claim that Black men were dangerous subhumans predisposed to rape. By the late 1880s, numerous American scholars viewed African Americans as "a race that was devolving on the scale of civilization and becoming increasingly dangerous."[209] University of Pennsylvania professor Daniel G. Brinton, who later became president of the International Congress of Anthropology and the American Association for the Advancement of Science, opined in 1890 that Black people had regressed to "midway between the Orang-utang and the European white."[210] Brown University sociologist Lester Ward likewise concluded in 1930 that the Black man was compelled by the "imperious voice of nature to rape white women and thus raise his race to a little higher level."[211] It would be another two decades before liberal anthropologists and other social scientists debunked these malicious myths, marking a turning point in the public discourse about race.[212]

Meanwhile, Southern white politicians relied on "lynching and vigilantism as instruments of political terrorism"[213] to recreate state governments based in white supremacy and worked hard to defeat proposed federal laws that would have protected Black citizens' voting rights. Southern officials branded proposed voter protection legislation a "Force Bill" that would trample states' rights and create a dangerous "new Reconstruction" in which increased Black voting would arouse Black criminality.[214] Its

majority of Congress in 1892—just as the national lynching rate soared.

## The Republican Party responded to its electoral defeat by abandoning racial equality as a platform; it "defected entirely to the resurgent white supremacist order," and in 1896 regained power by running "strictly as a party of economic interests, not civil rights."[215]

By the start of the twentieth century, national leaders had learned to profitably employ popular white supremacist views and pro-lynching rhetoric.

## In 1906, President Theodore Roosevelt declared that "the greatest existing cause of lynching is the perpetration, especially by Black men, of the hideous crime of rape."[216]

"Let [the Black man] keep his hands off white women," the *Memphis Avalanche-Appeal* editorialized, "and lynching will soon die out."[217] **[If] it requires lynching to protect woman's dearest possession from ravening, drunken human beasts," white women's rights activist Rebecca Felton wrote in the *Atlanta Journal* in 1898, "then I say lynch a thousand a week if necessary."[218]**

## INTRODUCTION

With fading voting power and few allies in either national political party, African Americans undertook their own efforts to combat the terror of lynching through grassroots activism. Black people targeted members of the white lynch mobs for economic retaliation by boycotting their businesses, refusing to work for them, and setting fire to their property.[219] To thwart lynching attempts, Black people risked serious harm to hide fugitives, organized sentinels to guard prisoners against lynch mobs,[220] and engaged in armed self-defense.[221]



Protestors demand that President Truman take action against lynching, 1946. (© Bettmann/Getty Images.)

Black anti-lynching activists like journalists Ida B. Wells[222] and T. Thomas Fortune and Tuskegee sociologist Monroe Work harnessed the growing power of the Black press.[223] Their articles demanded that lynch mobs be held accountable for committing murder and launched a public education campaign to combat the spread of misinformation and dispute the myth of widespread Black-on-white rape.[224] Black advocates also formed national anti-lynching organizations and petitioned for legislation and official intervention in response to lynchings.[225]

In February 1898, a white mob in Lake City, South Carolina, set fire to the home of the Baker family and riddled it with gunshots, killing Frazier Baker and his infant daughter, Julia, and leaving his wife and five surviving children wounded and traumatized. Baker, a Black man, had aroused the hatred of the predominately white community when President William McKinley appointed him to the position of local postmaster. After efforts to have Baker removed from the post failed, local whites resorted to mob

McKinley to order a federal investigation that resulted in the prosecution of eleven white men implicated in the Baker lynching. Despite ample evidence, an all-white jury refused to convict any of the defendants.

# IDA B. WELLS

Anti-lynching crusader Ida Bell Wells was born into slavery in Holly Springs, Mississippi, in 1862.[227] At age eighteen, she moved to Memphis to work as a teacher and at age twenty-two, she sued the Chesapeake & Ohio & Southeastern Railroad Company for forcibly removing her from a train after she refused to be reseated in a segregated car. Though she ultimately lost the case, the effort foreshadowed her lifelong fight against racial injustice.[228]

## INTRODUCTION

newspapers while in Memphis, eventually rising to editor and part owner of the local *Free Speech and Headlight*.[229] She regularly used the platform to criticize racial inequality. When Thomas Moss, Calvin McDowell, and Henry Stewart—three Black men and friends of Ms. Wells—were brutally lynched in Memphis in March 1892 for defending their grocery business against white attackers, she immediately published an editorial urging Memphis's Black community to "save our money and leave a town which will neither protect our lives and property, nor give us a fair trial in the courts, but takes us out and murders us in cold blood when accused by white persons."[230]



(Wikimedia Commons)

More than 6000 African Americans heeded the call, but Ms. Wells stayed to promote the movement she had begun. In May 1892, she published another editorial that challenged the claim that lynching was necessary to protect white womanhood. In response, Memphis's white newspapers denounced and derided Ms. Wells as a "black scoundrel." On May 27, 1892, while she was visiting Philadelphia, a white mob attacked and destroyed the *Free Speech and Headlight* office and threatened her with bodily harm if she returned.[231]

Ms. Wells relocated to New York, where she continued her anti-lynching efforts by writing for the *New York Age*, publishing several anti-lynching pamphlets, and embarking on a speaking tour through the Northern states and Britain, where she

**INTRODUCTION**

children while collaborating with leaders like Frederick Douglass and W. E. B. Du Bois; helping to found the NAACP; organizing legal aid for victims of the 1918 race riots; publicly challenging racism within the women's rights movement; and remaining the nation's foremost anti-lynching crusader for forty years.[233]

In the preface to her 1892 pamphlet, *Southern Horrors*, Ida B. Wells-Barnett described the goal of her life's work: "The Afro American is not a bestial race. If this work can contribute in any way toward proving this, and at the same time arouse the conscience of the American people to a demand for justice to every citizen, and punishment by law for the lawless, I shall feel I have done my race a service. Other considerations are of minor importance."[234] She died of natural causes in Chicago in 1931, as the terror of the lynching era still raged and before the legacy of her tireless dedication was fully realized.

**Black efforts to combat racial violence during the lynching era spawned many important Black organizations, including the nation's most effective and longstanding, the National Association for the Advancement of Colored People (NAACP).**

## INTRODUCTION

not only a Southern phenomenon.[235] When it officially launched in 1910, the NAACP's president, treasurer, board chair, and secretary were all white men; the organization was one of the first in America in which white and Black, male and female members worked side by side on a public level.[236] When the NAACP made lynching a primary focus in 1912,[237] its support in the Black community soared. By 1919, 310 chapters boasted 91,203 members nationwide.[238] Black scholar and activist W. E. B. Du Bois served as editor of the NAACP news magazine *The Crisis*. By 1919, the magazine had a circulation of 100,000 and soon became the most influential race publication in the country's history.[239]



NAACP Youth Council anti-lynching protest in Times Square, New York, 1937 (Picture History)

Due in large part to the racist propaganda disseminated during World War I[240] and the nationwide outbreak of racial violence that characterized the "Red Summer" of 1919,[241]

Dyer anti-lynching bill in the House of Representatives on January 26, 1922, by a vote of 231-119.[242]

# Southern lawmakers mobilized against the bill in the Senate, resurrecting familiar objections demanding "states' rights,"[243] alleging racial favoritism, and warning of the threat of Black rapists.

Southern representatives appealed to racial division by accusing the law's supporters of promoting an unconstitutional bill to satisfy "Negro agitators"[244] and shield rapists from justice.[245] Tennessee Representative Finis J. Garrett suggested the bill's title be amended to read, "A bill to encourage rape."[246]

# In the end, Southern Democrats filibustered the Dyer bill in the Senate and, on December 4, 1922, it was officially abandoned.[247]

The NAACP continued to push for federal anti-lynching legislation into the 1930s. Though white supremacist Southern Democrats continued to use the filibuster to defeat proposed bills,[248] the NAACP's campaign decrying lynching as "America's shame" helped turn the tide of public opinion—including in the South.

Interracial Cooperation in Atlanta, and in 1930, it launched the Association of Southern Women to Prevent Lynching (ASWPL). By 1940, the ASWPL claimed 40,000 supporters,[249] and by 1937, Gallup polls showed overwhelming white support for anti-lynching legislation.[250]

The NAACP's campaign persuaded some Southern newspapers to oppose lynching because it was damaging the South's image and economic prospects.[251]

By the mid-1930s, "forward-looking white Southerners were compelled to adopt the position that lynching was barbaric and disgraceful, even as they continued to defend white supremacy or rail against Black criminality."[252]

Also, in the 1940s, for the first time in four decades the Federal Bureau of Investigation increased investigations of lynchings,[253] and the Department of Justice began using NAACP lawyer Charles Hamilton Houston's legal theory that the Ku Klux Klan Act of 1871 created federal jurisdiction over such crimes.[254]

**Secretary Walter White attributed the trend to these shifts in the public discourse and to anti-lynching activism, as well as to the Great Migration.[255]**

Beginning during World War I and continuing through the end of the 1940s, massive numbers of African Americans fled the South's racial caste system to seek opportunity and security in the Northeast, West, and Midwest. Within a single decade, the Black populations of Georgia and South Carolina declined by 22 percent and 24 percent, respectively.[256] Investigating these relocation trends, the United States Department of Labor observed that one of the "more effective causes of the exodus . . . is the Negroes' insecurity from mob violence and lynchings."[257]

Black flight in the face of violent racial terrorism was not a new or mysterious Southern phenomenon. "Tell my people to go West, there is no justice for them here" were the last words of lynching victim Thomas Moss, and thousands of Black residents left Memphis after he and two others were lynched there in 1898.[258] When parts of Georgia experienced a mass Black exodus after gruesome lynchings in 1915 and 1916, the local planters "attributed the movement from their places to the fact that the lynching parties had terrorized their Negroes."[259]

**In a brutal environment of racial subordination and terror, faced with the constant threat of harm, close to six million Black Americans fled the South between 1910 and 1970. Many left behind their homes, families, and employment after a lynching or near-lynching rendered home too unsafe a place to remain.** Many shared the

better working conditions. "Men had been hanged for far less . . . And there would be no protecting him if he stayed."[260]

Though the growth of Northern cities and wartime industrial work increased the volume of Black movement out of the South, the terror of lynching and other racial violence had long made the South a tenuous homeland for Black Americans. In a letter published in the *Chicago Defender*, one Black migrant explained,

**"After twenty years of seeing my people lynched for any offense from spitting on a sidewalk to stealing a mule, I made up my mind that I would turn the prow of my ship toward the part of the country where the people at least made a pretense at being civilized."[261]**

In each successive decade of the Great Migration, the number of lynchings in the South declined as Black departures from the region rose.[262] In 1952, for the first time since the Tuskegee Institute began tabulating records in 1882, a full year passed with no recorded lynchings in the United States.[263]

**INTRODUCTION**

# NATIONALS

Lynching and racial violence in border states of the South and Southwest from 1849 to 1928 targeted Mexican nationals and Mexican Americans, who were shot en masse and lynched by mobs that often included Texas Rangers and other law enforcement officials.

While these lynchings frequently took place after an allegation of crime, Latino people, like African Americans, were considered undeserving of arrest and trial, and some were lynched not for crimes but for social transgressions such as "practicing witchcraft," suing a white person, or yelling "Viva Diaz."

Researchers estimate that hundreds of Mexican nationals and Mexican Americans were lynched in the South and Southwest during this period, and have identified 232 lynchings in Texas alone.

**Scholars have argued that these lynchings in border states served to establish white economic, political, and social dominance in the border areas acquired by the United States following the war with Mexico. Violence forced Mexican residents of territory**

## INTRODUCTION



Martin Luther King Jr. being booked at the Montgomery Jail in 1958 for civil rights activism.
(Charles Moore/Getty Images.

v

EoR - 1354 of 2347

# INTRODUCTION

When the era of racial terror and widespread lynching ended in the mid-twentieth century, it left behind a nation and an American South fundamentally altered by decades of systematic community-based violence against Black Americans. The effects of the lynching era echoed through the latter half of the twentieth century. African Americans continued to face violent intimidation when they transgressed social boundaries or asserted their civil rights, and the criminal justice system continued to target people of color and victimize African Americans. These legacies have yet to be confronted.

## VIOLENT INTIMIDATION AND OPPOSITION TO EQUALITY

that made lynching a frequent occurrence and constant threat in the late nineteenth and early twentieth centuries remained deeply rooted in American culture, and violent intimidation continued to be used to preserve social control and white supremacy. African Americans in the South faced violence, threats, and intimidation in myriad areas of daily life, with no protection from the justice system.

Black Southerners who survived the lynching era remained subject to the established legal system of racial apartheid known as Jim Crow.

# As organized resistance to this racial caste system began to swell in the early 1950s, Black demonstrators were met with violent opposition from white police officers and community members.

Black activists protesting racial segregation and disenfranchisement through boycotts, sit-ins, voter registration drives, and mass marches consistently faced physical attacks, riots, and bombings from whites.

As a leader of the nonviolent protest movement, Reverend Dr. Martin Luther King Jr. challenged white law enforcement officials and private citizens who issued death threats, physically assaulted him at public lectures, and bombed his Montgomery, Alabama, home while his wife and infant daughter were inside. Police attacked demonstrators during highly publicized events like Bloody Sunday in Selma, Alabama, in 1965. Even Black children engaging in peaceful demonstrations were at great risk of

## INTRODUCTION

children protesting racial segregation in the city were arrested, blasted with fire hoses, clubbed by police, and attacked by police dogs.

**Closely mirroring the era of lynching, police in Mississippi facilitated the extrajudicial murders of civil rights workers Andrew Goodman, James Chaney, and Michael Schwerner in 1964 by delivering the men to a white mob after detaining them for an alleged traffic violation. A mob of Ku Klux Klansmen, who had gathered during the several hours the three young men were held in jail, was ready and waiting to seize and murder them upon release.[265] Just as lynchings had been justified in the preceding decades, these violent incidents were defended as necessary to maintain "law and order."**

# INTRODUCTION





"Missing" sign of Goodman, Chaney, and Schwerner

# SHERIDAN, ARKANSAS

## INTRODUCTION

on the lawn of the county courthouse in the town's center square and shot him to death, leaving his body "riddled with bullets."[266] Mr. McCollum had been in the county jail since the previous Saturday for wounding a local constable during an arrest.[267] Newspaper coverage of the lynching was terse and matter-of-fact, a reflection of how common such extrajudicial killings of African Americans had become during this time and in this region.

The town of Sheridan remained a hostile environment for African Americans in the following decades, but some found work at the local sawmill and built a small, resilient Black community.

In May 1954, four days after the United States Supreme Court's ruling in *Brown v. Board of Education* banned racial segregation in public schools, Sheridan's school board unanimously voted to integrate its junior high and high schools.[268] Under the vote, twenty-one Black students would join six hundred white students in upper school that fall and were guaranteed a discrimination-free experience in athletics, cafeteria service, and school dances.[269] Younger Black students would continue to attend the local two-room segregated lower school.[270] The district's swift move toward integration, which made Sheridan the first community in the South to take such action after *Brown*, was likely influenced by the fact that the town was spending nearly $5000 per year to maintain segregation by busing Black high school students to a segregated school twenty-five miles away.[271]

Just one day after the school board's historic vote, hundreds of Sheridan's white residents organized a protest meeting in the high school gymnasium. In response, the school board unanimously rescinded its integration resolution, citing a "sincere desire to be representatives of our patrons in school matters."[272] Unsatisfied, several hundred

## INTRODUCTION

Jack Williams, owner of the local sawmill and landlord for most of its employees, then approached Black families living on his property and demanded that they let him move their wooden shack homes to Malvern, twenty miles to the west, or he would evict them and burn their homes to the ground. Of course, the Black sawmill workers moved to Malvern, and much of Sheridan's Black community followed.[273]

**Recently, James Seawood, a Black man who attended Sheridan's segregated elementary school as a child, recalled marveling at the white school's huge building, marching band, and football team from atop the sawmill's lumber stacks before returning to his own two-room school with two teachers and outdoor toilets. Mr. Seawood's mother was the last Black teacher in Sheridan. Just before they left town, they watched a bulldozer dig a large hole and push the entire school into the ground, then cover it up, wiping out all evidence of its existence.[274]**

Much of Sheridan's racial history of lynching, segregation, and violent intimidation has also been buried. The town remained completely white for decades, and its public schools did not desegregate until 1992, when the school districts of two small interracial communities nearby consolidated with the larger district. Even then, Sheridan's white parents and students yelled racial epithets during high school sporting events against interracial teams. In 2014, less than 2 percent of the town's residents were African American.[275]

# Lynching and racial terror profoundly compromised the criminal justice system.

Extrajudicial mob violence operated hand-in-hand with legal execution as a means of exercising lethal social control over the Black population. Neither lynching nor "legal executions" required reliable findings of guilt, and complicit law enforcement officers handed over prisoners to the lynch mob.[276]

Southern courts were deeply embedded in the exploitation of Black workers in the South long after the formal abolition of slavery. States exploited the Thirteenth Amendment's exemption for prisoners by passing "Black Codes" and convict leasing laws that branded Black people as criminals to facilitate their reenslavement for state profit.[277] Further, although the Civil Rights Act of 1875 and Supreme Court rulings banned racial discrimination in jury selection,[278] local officials barred African Americans from serving on juries.[279] African Americans "virtually disappeared from the Southern jury box by 1900, even in counties where they constituted an overwhelming majority of the local population,"[280] which reinforced the impunity under which lynching flourished.[281] The fairness of the judicial system was wholly compromised for African Americans, and the courts operated as tools of their subjugation.

<span style="color:red">**INTRODUCTION**</span>



Prisoners from Limestone Correctional Facility in Alabama work on a "chain gang" as punishment, 1995. (© Andrew Holbrooke/Getty Images.)

**Lynching also directly fostered the racialization of criminality. Whites defended vigilante violence aimed at Black people as a necessary tactic of self-preservation to protect property, families, and the Southern way of life from dangerous Black criminals.**

allegations of criminal behavior. In other cases, white mobs justified lynching as a preemptive strike against the threat of Black violent crime.

Decades of racial terror in the American South reflected and reinforced a view that African Americans were dangerous criminals who posed a threat to innocent white citizens.

# Although the Constitution's presumption of innocence is a bedrock principle of American criminal justice, African Americans were assigned a presumption of guilt.

America has never addressed the effects of racial violence, the criminalization of African Americans, and the critical role these phenomena have played in shaping the American criminal justice system, particularly in the South. The Civil Rights Act of 1964, a signature legal achievement of the civil rights movement, contains provisions designed to eliminate discrimination in voting, education, and employment, but it does not address discrimination in criminal justice. Though the most insidious tool of racial subordination throughout the era of racial terror and its aftermath, the criminal justice system remains the institution in American life least impacted by the civil rights movement. Similarly, the system's endorsement of racist myths of Black criminality has never been meaningfully confronted. The unprecedented level of mass incarceration in America today is a contemporary manifestation of these past distortions and abuses that continues to limit the opportunities of our nation's most vulnerable.

### INTRODUCTION



Protest rally for Black teens criminally prosecuted for a fight over a "lynching tree" in Jena, Louisiana, 2007 (AP)

# LYNCHING'S LEGACY: CAPITAL PUNISHMENT IN AMERICA

### INTRODUCTION

As early as the 1920s, lynchings were disfavored because of the "bad press" they garnered. Southern legislatures shifted to capital punishment so that legal and ostensibly unbiased court proceedings could serve the same purpose as vigilante violence: satisfying the lust for revenge.[283]

The most famous attempted "legal lynching" likely is that of the so-called Scottsboro Boys—nine young African Americans charged with raping two white women in Scottsboro, Alabama, in 1931. White mobs converged outside the courtroom during the trial to demand that the accused be executed. Represented by incompetent lawyers, the nine were convicted by all-white, all male juries within two days, and all but the youngest were sentenced to death. When the NAACP and others launched a national movement to challenge the cursory proceedings, "the white people of Scottsboro did not understand the reaction. After all, they did not lynch the accused; they gave them a trial."[284] **Many defendants of the era learned that being sentenced to death rather than lynched did little to increase the fairness of trial, reliability of conviction, or justness of sentence.**

### INTRODUCTION



The "Scottsboro Boys," 1931 (Bettmann/Getty Images.)

Northern states had abolished public executions by 1850, but some Southern states authorized the practice until 1938.[285] Public hangings were often racialized displays intended to deter mob lynchings more than individual crimes.[286] Following Will Mack's execution by public hanging in Brandon, Mississippi, in 1909, the *Brandon News* reasoned that "public hangings are wrong, but under the circumstances, the quiet acquiescence of the people to submit to a legal trial, and their good behavior throughout, left no alternative to the board of supervisors but to grant the almost universal demand for a public execution."[287] Mobs often succeeded in forcing a public hanging in Southern states where the practice was illegal.

### INTRODUCTION

armed whites that filled the courtroom, the judge promised the death sentence would be carried out by public hanging, despite state law prohibiting public executions. **Even so, when the execution was set for a later date, the enraged mob threatened, "We'll hang him before sundown, governor or no governor."[288] Florida officials quickly moved up the date, authorized Mr. Wilson to be hanged before a jeering mob, and congratulated themselves on the "avoided" lynching.**



James Keaton was executed in Columbus, Mississippi, in 1934. (Univ. North Carolina at Chapel Hill, Wilson Special Collections Library.)

continued. As African Americans fell to just 22 percent of the South's population between 1910 and 1950, they constituted 75 percent of those executed in the South during that period.[291]

In the 1940s and 1950s, the NAACP's Legal Defense Fund (LDF) began a multi-decade litigation strategy to challenge the American death penalty—which was most active in the South—as racially-biased and unconstitutional.[292] They won in *Furman v. Georgia* in 1972 when the United States Supreme Court struck down Georgia's death penalty statute, holding that capital punishment too closely resembled "self-help, vigilante justice, and lynch law" and that "if any basis can be discerned for the selection of these few to be sentenced to die, it is the constitutionally impermissible basis of race."[293]

Southern opponents decried the decision and immediately proposed new death penalty statutes.[294] In 1976, in *Gregg v. Georgia*, the Supreme Court upheld Georgia's new death penalty statute and reinstated the American death penalty, capitulating to the claim that legal executions were needed to prevent vigilante violence.[295]

The new death penalty statutes continued to result in racial imbalance, and constitutional challenges persisted. In the 1987 case of *McCleskey v. Kemp*, the Supreme Court considered statistical evidence demonstrating that Georgia decisionmakers were more than four times as likely to impose death for the killing of a white person than a Black person. Accepting the data as accurate,



(Doug Marlette, Atlanta Constitution, 1987)

## INTRODUCTION

criminal justice system"[296] and upheld Warren McCleskey's death sentence because he had failed to identify a "constitutionally significant risk of racial bias" in his case.[297]

Race remains a significant factor in capital sentencing. African Americans make up less than 13 percent of the nation's population, but nearly 42 percent of those currently on death row in America are Black,[298] and 34 percent of those executed since 1976 have been Black.[299] In 96 percent of states where researchers have completed studies examining the relationship between race and the death penalty, results reveal a pattern of discrimination based on the race of the victim, the race of the defendant, or both.[300] Capital trials today remain proceedings with little racial diversity; the accused is often the only person of color in the courtroom and illegal racial discrimination in jury selection is widespread, especially in the South and in capital cases. In Houston County, Alabama, prosecutors have excluded 80 percent of qualified African Americans from juries in death penalty cases.[301]

More than eight in ten American lynchings between 1889 and 1918 occurred in the South, and more than eight in ten of the nearly 1400 legal executions carried out in this country since 1976 have been in the South.[302] Modern death sentences are disproportionately meted out to African Americans accused of crimes against white victims; efforts to combat racial bias and create federal protection against racial bias in the administration of the death penalty remain thwarted by familiar appeals to the rhetoric of states' rights; and regional data demonstrates that the modern death penalty in America mirrors racial violence of the past.[303] **As contemporary proponents of the American death penalty focus on form rather than substance by tinkering with the**

## INTRODUCTION



Public whipping in Wilmington, Delaware, 1920 (Library of Congress)

VI

### INTRODUCTION

## LYNCHING

The lynching era left thousands dead; it significantly marginalized Black people in the country's political, economic, and social systems; and it fueled a massive migration of Black refugees out of the South. **In addition, lynching—and other forms of racial terrorism—inflicted deep traumatic and psychological wounds on survivors, witnesses, family members, and the entire African American community.** Whites who participated in or witnessed gruesome lynchings and socialized their children in this culture of violence also were psychologically damaged. And state officials' indifference to and complicity in lynchings created enduring national and institutional wounds that we have not yet confronted or begun to heal. Establishing monuments and memorials to commemorate lynching has the power to end the silence and

**INTRODUCTION**

## THE NEED FOR MONUMENTS AND MEMORIALS

In 2007, Sherrilyn A. Ifill outlined the critical need for memorializing the history of lynching in this country. Her powerful book persuasively made the case for why public memorials on lynching should be an American priority.[305] Very few public commemorations of African Americans' suffering during the post-slavery era exist today. Formal remembrances of national racial history tend to celebrate the civil rights movement's victories, focusing on individual achievements and success stories rather than reflecting on the deeply-rooted, violent resistance that upheld the racial caste system for so long. Honoring civil rights activists and embracing their successes is appropriate and due, but when they are not accompanied by meaningful engagement with the difficult history of systematic violence perpetrated against Black Americans for decades after slavery, such celebrations risk painting an incomplete and distorted picture.

Until the opening of EJI's National Memorial for Peace and Justice in 2018, no prominent monument or memorial commemorated the thousands of African Americans who were lynched during the American era of racial terrorism.

# Of the 4084 Southern lynchings documented in this report, the overwhelming majority took place on sites that remain unmarked and unrecognized.

monuments that record, celebrate, and lionize generations of American defenders of white supremacy, including countless leaders of the Confederate war effort and white public officials and private citizens who perpetrated violent crimes against Black citizens during the era of racial terror.[306] Many of these monuments, markers, and memorials have been erected in just the last sixty years.[307]

In this context, the lack of public memorials acknowledging racial terrorism is a powerful statement about our failure to value the African Americans who were killed or gravely wounded in this brutal campaign of racial violence.

The era of racial terror calls for serious and informed reflection as well as public acknowledgment of the lives lost. President Jimmy Carter, commenting on the United States Holocaust Memorial, observed that "because we are humane people, concerned with the human rights of all peoples, we feel compelled to study the systematic destruction of the Jews so that we may seek to learn how to prevent such enormities from occurring in the future."[308] The effort to create a Holocaust Memorial in Berlin reflected the sense that, in the face of Germany's devastating history, "a deliberate act of remembrance" was necessary—"a strong statement that memory must be created for

towards establishing trust between the survivors of racial terrorism and the governments and legal systems that failed to protect them. Meaningful public accountability is critical to bring the cycle of racial violence to a close.

Formal spaces that memorialize mass violence help to establish trust between communities and build faith in government institutions.[310]

# Lynchings occurred in communities where African Americans today remain marginalized, disproportionately poor, overrepresented in prisons and jails, and underrepresented in decisionmaking roles in the criminal justice system—the institution most directly implicated in facilitating lynching and failing to protect Black Americans from racial violence.

Only by telling the truth about the age of racial terror and collectively reflecting on this period and its legacy can we hope that our present-day conversations about racial exclusion and inequality — and any policies designed to address these issues — will be accurate, thoughtful, and informed.

## INTRODUCTION



EJI and community leaders dedicated this public marker about lynching in Letohatchee, Alabama.

## SIGNIFICANCE FOR THE AFRICAN AMERICAN COMMUNITY

The level and type of violence that characterized lynching went beyond "ordinary modes of execution and punishment," as historian Leon F. Litwack explains. **"The story of a lynching [] is more than the simple fact of a Black man or woman hanged by the neck. It is the story of slow, methodical, sadistic, often highly inventive forms of torture and mutilation."311** Whether the victims were family members, friends, classmates, acquaintances, or strangers, African Americans who witnessed or heard

Each lynching or near-lynching instilled an overwhelming sense of fear and terror in African Americans. Lynching underscored the "cheapness of Black life [and] reflected in turn the degree to which so many whites by the early twentieth century had come to think of Black men and women as inherently and permanently inferior, as less than human, as little more than animals."[313]

# The traumatic experience of surviving mass violence creates "insecurity, mistrust, and disconnection from people"[314]—a series of psychological harms that were amplified by the dangers inherent in navigating Southern racial boundaries.

In the aftermath of a lynching, African Americans became "exceedingly circumspect in their dealings with whites;" survivors bore the burden of being indebted to "their 'white friends' for saving their lives."[315]

Anticipating white preferences and whims became a matter of safety and survival for Black Southerners, leading one African American living in Atlanta in 1906 to comment about the prominent role whites' expectations played in Black people's lives: "We don't talk about much else . . . It's sort of life and death with us."[316] In her study of lynching, lawyer and scholar Sherrilyn Ifill explains that the killings created a "deep well of suspicion" among African Americans, who became hypervigilant around white people and taught their young children to do the same.[317] She describes a white judge's

## INTRODUCTION

playmate, he quickly stepped off the sidewalk as his fearful mother had instructed him to do. Black survivors most strictly observed racial boundaries in the aftermath of a lynching.[318]

At the same time that lynching provided whites a sense of community and enabled white men to affirm and perform their manhood by "protecting" Southern women, it undermined African Americans' sense of community by forcing Black men, women, and children to witness horrific acts perpetrated against their family, friends, and neighbors. Emphasizing the power of white men through the targeted torture and death of Black men—many for stepping outside their relegated social roles by achieving economic success or demanding better treatment—lynching undermined Black manhood and ensured that "Black men who defended Black womanhood were likely to lose their lives in the effort."[319]

## INTRODUCTION



Lynching victims George Dorsey and Dorothy Dorsey Malcolm are buried by the Black community, Monroe, Georgia, 1946. (© Bettmann/Getty Images.)

This culture of fear created an environment in which African Americans who witnessed lynchings or lost family or friends to racial violence were afraid to discuss their experiences and risked violent reprisals if they dared to openly share what they had seen. Their trauma was intensified by a culture of silence about racial violence that grew out of the same systemic terror that produced racial violence.[320] In many ways, this fear survives and the culture of silence endures. Seventy-five years after witnessing the 1931 lynching of a classmate, one African American man remained unable to talk about the experience except to say that "it was the worst thing he'd ever seen."[321]

**instability and threat of violence that racial terror created in the region. These largely involuntary relocations compounded the trauma suffered by terror survivors, even as leaving the South improved their physical safety.**

After generations in this country, Black Americans who moved to the North and West were exiles—internally displaced people who "had more in common with the vast movements of refugees from famine, war, and genocide in other parts of the world"[322] than with their new neighbors. African American migrants were less terrorized in their new cities and towns, but they were not entirely welcomed.

**Institutional inequality, continued marginalization, and unaddressed histories of trauma have created a unique legacy of chronic generational poverty, persistent urban distress, debilitating violence, and limited educational opportunities.**

**TRAUMATIC LEGACY FOR THE WHITE COMMUNITY**

these horrific spectacles of collective violence.

## As myriad social science studies have documented, participation in collective violence leaves perpetrators with their own dangerous and persistent damage, including harmful defense mechanisms such as "diminish[ed] empathy for victims" that can lead to intensified violent behaviors that target victims outside the original group.[323]

In addition, perpetrators and bystanders may continue to devalue the group they victimized for years afterward and remain unable to acknowledge their actions, even though their personal and collective rehabilitation depends on that acknowledgment.[324] The foundational role that lynching played in the socialization of white children during this era illustrates racial violence's deep cultural impact.

## As attendees and participants in lynchings, Southern white children were taught to accept and embrace traumatic violence and the racist narratives underlying it.

expected to actively engage in lynching; their roles expanded as they got older until, as young adults, they took on a direct role in the torture and murder.[326]

## Lynching was characterized as a civic duty of white Southern men that brought praise rather than sanctions from community elders and institutions.[327]

An African American woman who worked for a white family in Alabama during the lynching era observed that lynching messages were received early and burrowed deep. "I have seen very small white children hang their Black dolls," she explained. "It is not the child's fault, he is simply an apt pupil."[328]

In 1906, after a young white boy in North Carolina was injured by his eleven-year-old white playmate who hung him from a noose fastened to a nail during a lynching game, the mother of the eleven-year-old refused to reprimand her son for his role in the mock lynching.[329]

## Playing "lynching" was so popular a pastime for Southern white children that the game was named "Salisbury," presumably after a series of lynchings in Salisbury, North Carolina, in 1902

White women and girls played a central role as accusers and thus instigators of lynchings. In the lynchings committed in reaction to rape accusations, white adolescent girls accounted for more than half of the accusers.[331] Even when rape accusations were disproved or directly contradicted, the white women and girls responsible for the claims "suffered neither social stigma nor criminal prosecution" for their role in instigating the murders of innocent Black men and boys.[332] Socializing girls in such an amoral framework communicated a devaluation of Black life and inflicted psychological damage on them.

Narratives emerged after the lynching era that blamed lynchings on a minority of Southern white extremists, but reports of the day clearly demonstrate that participation in lynching was widespread among Southern whites. "[L]ynchers tended to be ordinary and respectable people, animated by a self-righteousness that justified their atrocities in the name of maintaining the social and racial order" from which all white people benefitted.[333]

## INTRODUCTION



Officials in Owensboro, Kentucky, carry out a public execution in 1936. (Hulton Archive / Getty Images.)

Generations of white people were raised in communities where myths of racial superiority dominated and went largely unchallenged. Many of those people hold powerful positions today. There has been no significant effort to confront white Southerners with the damage done by lynching or to facilitate recovery, and we live with the lingering legacies of that inaction.

## INTRODUCTION

A town of less than ten thousand people located in the Florida Panhandle, Marianna is the seat of Jackson County and the site of a Civil War clash known as the Battle of Marianna. Revered as "Florida's Alamo," the battle occurred on September 27, 1864, between Union forces and a hastily-formed Confederate unit comprised mostly of local boys and elderly men. At battle's end, the local Episcopal Church was burned with many of the Confederates inside and several other buildings were destroyed.[334]

Marianna celebrates its Civil War history with "Marianna Day," an annual festival and reenactment of the Battle of Marianna. Several markers and monuments in downtown Marianna reflect local historical pride as well; the oldest memorial is a large obelisk erected on the courthouse lawn in 1888 that lionizes Confederate soldiers as "warriors tried and true, who bore the flag of our peoples' trust, and fell in a cause, though lost, still just, and died for me and you."[335]

A visitor would never know that Marianna also is the site of one of the nation's most well-known public spectacle lynchings.

On October 19, 1934, Claude Neal, a twenty-three-year-old Black farmhand, was arrested for the murder of Lola Cannady, a young white woman whose body had been discovered just hours before. Five days later, six white men seized Neal from an Alabama jail where he had been moved for safekeeping and returned him to Jackson County, where they killed him in the woods before presenting his corpse to the Cannady family and a gathered mob. The corpse was castrated, the fingers and toes amputated, the skin burned with hot irons; the mob then drove over it with cars, shot it at least eighteen

### INTRODUCTION

rehang it, an angry mob rioted, burning the homes of Mr. Neal's family members and threatening Black residents with violence until they fled. The murder and subsequent attacks were widely reported in local and national newspapers, and it is a well-known twentieth century example of an especially gruesome lynching.[336]

Marianna's legacy of violence and abusive racial mistreatment includes the Dozier School for Boys, a state juvenile reform school that operated in Marianna from 1900 until 2011.[337] The school faced serious allegations of abuse and closed during a federal investigation. In 2014, researchers conducting an excavation project uncovered the remains of fifty-five boys in the school cemetery, which was twenty-four more than were documented in official records.[338] Surviving former residents shared the experiences they endured at the Dozier School, which remained racially segregated until 1967. Richard Huntly, a sixty-seven-year-old Black man sent to the school at age eleven, recalled that white boys were given vocational work while he and other Black boys were made to work in the field planting and picking crops for state profit. "It was kind of like slavery," he told reporters in 2014.[339]

**In 2014, Marianna celebrated the 150th anniversary of the Battle of Marianna by honoring the memories of Confederate soldiers and officers who fought and died to preserve slavery and the white supremacist ideologies on which slavery was built. The community voice remains silent as to Marianna's other legacies. No prominent memorial or marker tells of Claude Neal's brutal lynching, and that silence is deafening.**

## INTRODUCTION

Like mass rapes in the former Yugoslavia, terrorism against political dissidents in Argentina, and the torture and violent repression of Black South Africans under the apartheid regime,

# Terror lynchings in the American South were not isolated hate crimes committed by rogue vigilantes. Lynching was targeted racial violence at the core of a systematic campaign of terror perpetrated in furtherance of an unjust social order.

Lynchings were rituals of collective violence that served as highly effective tools to reinforce the institution and philosophy of white racial superiority. Lynch mobs intended to instill fear in all African Americans, to enforce submission and racial subordination, and to "emphasize the limits of Black freedom."[340] Through lynching, whites demonstrated to Black people that any transgression of social and racial boundaries, real or imagined, placed the lives of all African Americans at risk.

The United States government compounded the psychological harm experienced by African Americans by permitting the torture and murder of Black citizens. Federal and state officials' inaction communicated that no democratic institution valued Black citizens' lives enough to protect them against terrorism by local officials and private citizens alike. "They had to have a license to kill anything but a nigger," explained one African American man from the Mississippi Delta. "We was always in season."[341] Today, public and private institutions in the South memorialize the Confederacy and celebrate the architects of white supremacy while remaining conspicuously silent about the

# This selective public memory compounds the harm of officials' complicity in lynching and maintains the otherness of Black people who have lived in these communities for generations.

In 1908, a Black man named Eli Pigot was arrested in Brookhaven, Mississippi, on allegations of raping a white woman. Before trial commenced, the judge promised the public that lynching Mr. Pigot was unnecessary because he would plead guilty and face swift execution. But when Mr. Pigot was returned to town by train, hundreds of local whites who had gathered at the station seized and hung him from a tree near the courthouse. Critics questioned the militia's failure to prevent the lynching, to which Mississippi Governor Edmond Noel responded that state officials could not be expected to "protect so hideous a malefactor from a deserved vengeance."[342]

On August 13, 1955, also in Brookhaven, Mississippi, a white man shot and killed Lamar Smith, a sixty-three-year-old Black voting rights activist, in broad daylight and in front of several witnesses on the courthouse lawn.[343] Mr. Smith died steps from the site where Eli Pigot was lynched less than fifty years earlier. No one was prosecuted for either man's murder. Today, Brookhaven bills itself as "The Homeseeker's Paradise"; and the courthouse lawn bears no testament to the community's history of racial violence.

Erecting monuments and memorials to commemorate lynching can begin to correct our distorted national narrative about this period of racial terror in American history

## INTRODUCTION

the impact of human rights abuses emphasize that speaking out about victimization can have a significant healing impact on survivors of genocide, mass violence, and other harms.[344] Continued silence about lynchings "compounds victimization" and tells victims and the nation as a whole that "their pain does not matter."[345] Publicly acknowledging lynchings can link instances of individual loss and harm to a broader system of abuse and mass violence and empower affected individuals "to move beyond trauma, hopelessness, numbness, and preoccupation with loss and injury."[346]



"Raise Up" by Hank Willis Thomas, 2013

**victims and survivors, but also for perpetrators and bystanders who suffer from trauma and damage related to their participation in systematic violence and dehumanization.**[347]

The Truth and Reconciliation Commission established by the South African government in the aftermath of apartheid elicited the stories of bystanders and perpetrators of torture and violence against Black citizens as well as the stories of victims. This enabled members of the white community to publicly acknowledge what happened to the victims and "reorient themselves with the new national agenda" as active participants rather than passive observers.[348]

Public commemoration plays a significant role in prompting community-wide reconciliation.

**Formalizing a space for memory, reflection, and grieving can help victims "move beyond anger and a sense of powerlessness."**[349]

Memorials are known to help reconcile complicated and divisive national events. The Vietnam War Memorial, for example, is a powerful space for Americans and others to appreciate the historical context in which the war was fought and to grapple with the harm and death it caused.[350]

twenty-first centuries. One key lesson has emerged: survivors, witnesses, and all members of the affected community need to know that society has acknowledged what happened to the victims.

**Through a criminal tribunal, truth commission, or reparations project, suffering must be engaged, heard, recognized, and remembered before a society can recover from mass violence.**

Commemorating lynching through memorials and monuments that encourage and create space for the "restorative power of truthtelling" is essential if we are to "help society heal [its] sickness and place trauma in the past."[351] The Equal Justice Initiative is ready for this effort, and we hope you will join us.

### INTRODUCTION



EJI staff and community members dedicate three markers about the slave trade in Montgomery, 2013. (Bernard Troncale.)

VII

# CONCLUSION

Lynching in America was a form of terrorism that has contributed to a legacy of racial inequality that our nation must address more directly and concretely than we have to date. The trauma and anguish that lynching and racial violence created in this country continues to haunt us and to contaminate race relations and our criminal justice system in too many places across this country. Important work can and must be done to speak

## INTRODUCTION

monuments, memorials, and markers that are designed to facilitate important conversations. Education must be accompanied by acts of reconciliation, which are needed to create communities where devastating acts of racial bigotry and legacies of racial injustice can be overcome.

## ACKNOWLEDGEMENTS

This report is written, researched, designed, and produced by the staff of the Equal Justice Initiative. All of our lawyers, law fellows, justice fellows, interns, students, and staff have spent an enormous amount of time researching, investigating, documenting, and analyzing lynchings over the last six years. We've traveled throughout the South and spent hundreds of hours in each of the twelve states highlighted in this report. Our research, findings, and the preparation of this report would not have been possible without the entire staff's dedicated work. I would like to specially acknowledge Jennifer Taylor for critical writing, research, and editing; Andrew Childers for writing, research, and analysis of data that allowed us to document the prevalence of lynching in states and counties; John Dalton for coordination of research teams, research, and writing; Aaryn Urell for writing, editing, layout, and production work; Sia Sanneh for writing, research, editing, and coordination of our monument research; Josh Cannon for research; Noam Biale for research and writing; and Bethany Young for research and writing. Special thanks is also owed to Ian Eppler and Kiara Boone for writing, research, and photo editing for the report and to Imani Lewis for photo research.

- Bryan Stevenson, Director

## REFERENCES

[i.] SHERRILYN A. IFILL, ON THE COURTHOUSE LAWN: CONFRONTING THE LEGACY OF LYNCHING IN THE TWENTY-FIRST CENTURY 75 (2007).

[1.] Alexander H. Stephens, Cornerstone Address (March 21, 1861), available at http://teachingamericanhistory.org/library/document/cornerstone-speech/.

# INTRODUCTION

4. See Id. at 462-72.

5. Abraham Lincoln, Emancipation Proclamation (Jan. 1, 1863), available at http://www.loc.gov/resource/lprbscsm.scsm1016/#seq-1.

6. Goodwin, supra note 2, at 464.

7. LEON F. LITWACK, BEEN IN THE STORM SO LONG: THE AFTERMATH OF SLAVERY 172-74 (1979).

8. Id. at 182-83.

9. JOHN W. BLASSINGAME, THE SLAVE COMMUNITY 261 (1979); EQUAL JUSTICE INITIATIVE, SLAVERY IN AMERICA: THE MONTGOMERY SLAVE TRADE 27 & n.108 (2013) (noting that despite the Mississippi Legislature voting finally to ratify the Thirteenth Amendment in 1995, the necessary paperwork was notsubmitted to federal authoritiesfor nearly eighteen years,so the State's official ratification was not recorded until 2013).

10. Litwack, supra note 7, at 182, 194-96.

11. ERIC FONER, RECONSTRUCTION: AMERICA'S UNFINISHED REVOLUTION 69 (1988).

12. Id. at 190-91.

13. Id. at 171-72.

14. Id. at 222.

15. Id. at 180.

16. Andrew Johnson, Third Annual Message to Congress (Dec. 3, 1867), available at http://www.presidency.ucsb.edu/ws/?pid=29508.

17. T. W. GILBRETH, THE FREEDMEN'S BUREAU REPORT ON THE MEMPHIS RACE RIOTS OF 1866 (May 22, 1866), available at http://teachingamericanhistory.org/library/document/the-freedmens-bureau-report-on-the-memphis-race-riots-of-1866/; U.S. CONGRESS, HOUSE SELECT COMMITTEE ON THE MEMPHIS RIOTS (July 25, 1866), available at http://babel.hathitrust.org/cgi/pt?id=uc1/c054751926;view=1up;seq=1>; HERBERT SHAPIRO, WHITE VIOLENCE AND Black RE-SPONSE 6-7 (1988).

18. JAMES G. HOLLANDSWORTH JR., AN ABSOLUTE MASSACRE: THE NEW ORLEANS RACE RIOT OF JULY 30, 1866 3, 104-05, 126 (2001); Donald E. Reynolds, The New Orleans Riot of 1866, Reconsidered, 5 LA HIST.: J. LA. HIST. ASSOC. 5, 5-27 (Winter 1964).

19. Foner, supra note 11, at 262-67.

20. Act of April 19, 1866, § 1, 14 Stat. 27.

21. Foner, supra note 11, at 250-51.

22. U.S. Const. amend. XIV.

23. Dred Scott v. Sanford, 60 U.S. 393 (1857).

24. Foner, supra note 11, at 269.

25. Id.

26. Id. at 291.

27. Revels and Bruce were the only two Black senators elected in the nineteenth century; only two were elected in the entire twentieth century. Id. at 352-55; Factbox: Black U.S. Senators and Governors, REUTERS (June 29, 2008), http://www.reuters.com/article/2008/06/30/us-usa-politics-black-idUSN2044253720080630.

28. Foner, supra note 11, at 356, 362-63.

29. Id. at 331.

30. Id. at 346, 384-85, 391.

## INTRODUCTION

HIST. 2, 217 (Winter 1984) (citing Mrs. L.E. Potts to Abraham Lincoln, June 1866 in PHILLIP H. SHERIDAN PAPERS, Container 4 (Manuscript Division, Library of Congress)).

[33.] Id.

[34.] Litwack, supra note 7, at 276-77.

[35.] Foner, supra note 11, at 425.

[36.] EDWARD L. AYERS, THE PROMISE OF THE NEW SOUTH: LIFE AFTER RECONSTRUCTION 9-10 (2007).

[37.] Id. at 9.

[38.] Carolyn E. DeLatte, The St. Landry Riot: A Forgotten Incident of Reconstruction Violence, 17 LA. HIST.: J. LA. HIST. ASSOC. 1, 41-49 (Winter 1976).

[39.] Charles Lane, THE DAY FREEDOM DIED: THE COLFAX MASSACRE, THE SUPREME COURT, AND THE BETRAYAL OF RECONSTRUCTION 266 (2008) (estimating that the massacre left between 62 and 81 Black people dead).

[40.] E. MERTON COULTER, THE SOUTH DURING RECONSTRUCTION 369 (1947).

[41.] Kevin Boyle, White Terrorists, N.Y. TIMES BOOK REVIEW (May 18, 2008).

[42.] Thomas Howell, The Colfax Massacre: An Essay Review, 51 LOUISIANA HIST.: THE J. OF THE LOUISIANA HIST. ASS'N 69, 69 (Winter 2010).

[43.] Foner, supra note 11, at 530.

[44.] Trelease, supra note 31, at 3, 5.

[45.] Id.

[46.] Id. at 15-21.

[47.] Foner, supra note 11, at 431-33.

[48.] Trelease, supra note 31, at 113-15; James G. Dauphine, The Knights of the White Camelia and the Election of 1868: Louisiana's White Terrorists; A Benighted Legacy, 30 LA. HIST.: J. LA. HIST. ASSOC. 2, 173 (Spring 1989); see also Foner, supra note 11, at 425.

[49.] Trelease, supra note 31, at 113; Foner, supra note 11, at 333-37, 344.

[50.] Speech of Ex-Governor Horatio Seymour before the New York State Democractic Convention, at Albany, March 11, 1868, available at https://archive.org/details/speechesofexgovh00seym.

[51.] Id.

[52.] Trelease, supra note 31, at 95, 117, 120-22.

[53.] DAVID M. CHALMERS, HOODED AMERICANISM 19 (1987); Trelease, supra note 31, at 197.

[54.] Chalmers, supra note 53, at 18; Foner, supra note 11, at 428-29.

[55.] Lisa Cardyn, Sexualized Racism/Gendered Violence: Outraging the Body Politic in the Reconstruction South, 100 MICH. L. REV. 675, 763 (Feb. 2002).

[56.] Id. at 765, 768-69.

[57.] Id. at 750 & n.266 (citing RICHARD MAXWELL BROWN, STRAIN OF VIOLENCE: HISTORICAL STUDIES OF AMERICAN VIOLENCE AND VIGILANTISM 214, 323 (1975), but noting that other scholars consider four hundred to be a significant underestimate).

[58.] Id. at 704-44; see also Trelease, supra note 31, at 195 (describing a case in which the Klan forced a Black man to have sex with a Black girl while they whipped him and forced the girl's father to watch).

[59.] Cardyn, supra note 55, at 708.

[60.] Foner, supra note 11, at 454.

# INTRODUCTION

Federalizing Crime: Assessing the Impact on the Federal Courts, 543 ANNALS OF THE AM. ACAD. OF POL. & SOC. SCI. 40 (Jan. 1996) ("Until the Civil War, there were only a small number of federal offenses, and they generally dealt with injury to or interference with the federal government itself or its programs.").

63. Foner, supra note 11, at 443.

64. Id. at 503.

65. Michael A. Ross, Obstructing Reconstruction: John Archibald Campbell and the Legal Campaign against Louisiana's Re-publican Government, 1868-1873, 49 CIVIL WAR HIST. 235, 241 (Sept. 2003).

66. See generally RONALD M. LABBé & JONATHAN LURIE, THE SLAUGHTERHOUSE CASES 25-66 (2005).

67. Id. at 126.

68. Id. at 122-23.

69. The Slaughterhouse Cases, 83 U.S. 36, 69, 75-80 (1872). In its April 14, 1873, decision, the Court held that the Thirteenth Amendment did not apply to the butchers' claims because its "obvious purpose was to forbid all shades and conditions of African slavery." The Court held that the protected privileges and immunities included: the right to travel between states, to come to the seat of the national government to petition ones' representative, to assemble peaceably, to have free access to seaports, and to demand the protection of the federal government on the high seas. The Bill of Rights of the federal Constitution had not yet been incorporated against the states.

70. Lane, supra note 39, at 112-13.

71. Id. at 195-97.

72. Id. at 196-97, 203.

73. United States v. Cruikshank, 92 U.S. 542, 554 (1876).

74. Id. at 555.

75. Lane, supra note 39, at 242-43.

76. Foner, supra note 11, at 559-60.

77. Donald L. Grant, The way it was in the South: The Black Experience in Georgia 126-27, 130 (1993).

78. Congressman Jefferson F. Long, Speech on Disorders in the South, CONGRESSIONAL GLOBE, 41st Congress, Third Session 881-882 (1872).

79. Annual Message and Accompanying Documents of the Governor of Virginia to the General Assembly, December 2, 1874 29 (1874).

80. Smith returned the state to Democrat control, vowed to undo the negative influence that post-war Republican "misrule" had wrought, and quickly partnered with the politically-aligned legislature to roll back gains Black Georgians had made under the previous Republican administrations. James M. Smith (1823-1890) NEW GEORGIA ENCYCLOPEDIA (July 22, 2013), http://www.georgiaencyclopedia.org/articles/government-politics/james-m-smith-1823-1890.

81. Table 25: Georgia - Race and Hispanic Origin: 1790-1990, U.S. CENSUS BUREAU (2002), available at http://www.census.gov/population/www/documentation/twps0056/tab25.pdf.

82. An Interview With the Present Governor of Georgia: Gov. James Milton Smith, ATL. CONST. (March 30, 1876).

83. 18 STAT. 335-37 (1875).

84. The Civil Rights Cases, 109 U.S. 3 (1883).

# INTRODUCTION

88. Lane, supra note 39, at 249.

89. Foner, supra note 11, at 562.

90. Ryan Scott King, Jim Crow is Alive and Well in the Twenty-First Century: Felony Disenfranchisement and the Continuing Struggle to Silence the African American Vote, 8 SOULS 7, 9 (2006); MISS. CONST., art. 12, § 242-43 (1890).

91. Ratliff v. Beale, 20 So. 865, 868 (1896).

92. OFFICIAL PROCEEDINGS OF THE CONSTITUTIONAL CONVENTION OF THE STATE OF ALABAMA, MAY 21ST , 1901, TO SEPTEMBER 3RD 1901 9 (1941).

93. Id.

94. MICHAEL PERMAN, STRUGGLE FOR MASTERY: DISFRANCHISEMENT IN THE SOUTH, 1888-1908 1, 6 (2001).

95. "The Mississippi Black Codes were copied, sometimes word for word, by legislators in South Carolina, Georgia, Florida, Alabama, Louisiana and Texas." DAVID M. OSHINSKY, WORSE THAN SLAVERY: PARCHMAN FARM AND THE ORDEAL OF JIM CROW JUSTICE 21 (1996).

96. Jennifer Rae Taylor, Constitutionally Unprotected: Prison Slavery, Felon Disenfranchisement, and the Criminal Exception to Citizenship Rights, 47 GONz. L. REV. 365, 374 (2012).

97. Douglas Blackmon, Slavery by Another Name 54-55 (2008).

98. Oshinsky, supra note 95, at 35-36.

99. Prison Abuses in Mississippi: Under the Lease System Convicts are Treated with Brutal Cruelty, CHICAGO DAILY TRIB. (July 11, 1887).

100. Id.

101. Oshinksy, supra note 95, at 35.

102. Leon F. Litwack, Jim Crow Blues, 18 OAH MAG. OF HIST. 7, 7 (Jan. 2004).

103. Id.

104. S.C. CODE Ch. 5 § 19 (1952).

105. S.C. CODE Ch. 40 § 452 (1952).

106. S.C. CODE Ch. 5 § 503 (1952).

107. S.C. CODE Ch. 16 § 553 (1952).

108. Wali R. Kharif, Black Reaction to Segregation and Discrimination in Post-Reconstruction Florida, 64 FLA. HIST. q. 161 (Oct. 1985)

109. MISS. CODE § 4619 (1930).

110. N.C. GEN. STAT. § 125-10 (1901).

111. Examples of Jim Crow Laws, THE JACKSON (TENN.) SUN (2003), orig.jacksonsun.com/civilrights/sec1-crow-laws.shtml (last visited Dec. 12, 2014).

112. Color Line Was Ignored: White Woman and Negro Arrested for Walking Together, ATL. CONST. (March 23, 1901).

113. Id.

114. Litwack, supra note 102, at 9.

115. Manfred Berg, Popular Justice: A History of Lynching in America 45-50 (2011); Phillip Dray, At the Hands of Persons Unknown: The Lynching of Black America 18 (2003).

116. Dray, supra note 115, at 19.

117. Id. at 21-22.

118. Id. at 22-24.

# INTRODUCTION

[122.] Id. at 31.

[123.] Id. at 38-39.

[124.] Id. at 39, 94.

[125.] Stewart E. Tolany and E. M. Beck, A Festival of Violence: An Analysis of Southern Lynchings, 1882-1930 247 (1992) (quoting commission on interracial cooperation, The Mob Still Rides: A Review of the Lynching Record, 1931-1935 (1936)); see also Charles Ogletree, From Lynch Mobs to the Killing State: Race and the Death Penalty in America 58 (2006) ("Though lynching had been used in the late 1800s as a form of punishment for whites, Mexicans, Chinese, and Native Americans, by the early 1900s, it had taken on a distinctly black/white racial character.").

[126.] Berg, supra note 115, at 69.

[127.] Id. at 70-89.

[128.] Tolnay and Beck, supra note 125, at 51 n.1; see also Dray, supra note 115, at 18 (By the 1900s, "lynching had come almost exclusively to mean the summary execution of Southern Black men.").

[129.] Tolnay and Beck, supra note 125, at 17.

[130.] Berg, supra note 115, at 91.

[131.] Berg, supra note 115, at 94.

[132.] Tolnay and Beck, supra note 125, at 19 (quoting JAMES CUTLER, LYNCH LAW: AN INVESTIGATION INTO THE HISTORY OF LYNCHING IN THE UNITED STATES 273-74 (1905)).

[133.] Id. at 112-13.

[134.] The Lynching of the Negro at Chattanooga, SPARTANBURG (S.C.) DAILY HERALD (March 31, 1906); United States Supreme Court Defied: Prisoner Hanged in Defiance of the Full Tribunal's Order, RICHMOND PLANET (March 24, 1906); Dray, supra note 115, at 157.

[135.] Emily Yellin, Lynching Victim is Cleared of Rape, 100 Years Later, N.Y. TIMES (Feb. 27, 2000).

[136.] Berg, supra note 115, at 97-98.

[137.] See also Tolnay and Beck, supra note 125, at 92 (finding that 29 percent of lynchings of African Americans from 1880-1930 in Alabama, Arkansas, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, and Ten-nessee were of individuals accused of sexual assault).

[138.] See also id. (finding that 37 percent of lynchings of African Americans from 1880-1930 in Alabama, Arkansas, Florida,Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina, and Tennessee were of individuals accused of murder).

[139.] See also id. at 47.

[140.] See also id.

[141.] CRYSTAL N. FEIMSTER, SOUTHERN HORRORS: WOMEN AND THE POLITICS OF RAPE AND LYNCHING 165 (2009); RALPH GINZBURG, 100 YEARS OF LYNCHINGS 38-39 (1962).

[142.] See also Tolnay and Beck, supra note 125, at 48.

[143.] IDA B. WELLS-BARNETT, ON LYNCHINGS 14, 29-30 (2002).

[144.] ROBERT W. THURSTON, LYNCHING: AMERICAN MOB MURDER IN GLOBAL PERSPECTIVE 108 (2011).

[145.] A Negro Lynched, DAILY PUBLIC LEDGER (May 22, 1894).

[146.] Lynched in Dorchester, CHARLESTON (S.C.) NEWS AND COURIER (Jan. 16, 1904).

[147.] Ginzburg, supra note 141, at 76; Negro Lynched At Shreveport–Mob Worked So Secretly That Police Knew Nothing of Hanging, ATL. CONST. (Apr. 10, 1912); Innocent Of Crime–Negro Is Lynched

# INTRODUCTION

Negro Is Hanged By Irate Texans, MACON (GA.) TELEGRAPH (June 22, 1934); Negro Is Lynched In Texas Village, MONTGOMERY ADVERTISER (June 22, 1934); Negro Lynched By Kirbyville Mob, GALVESTON (TEX.) TRIBUNE (June 21, 1934).

[149.] See also Tolnay and Beck, supra note 125, at 47.

[150.] Lynched Because He Didn't Say 'Mr.', BALT. AFRO-AMERICAN (Aug. 24, 1940).

[151.] NAACP, Brief Summary of Anti-Lynching Work, THE CRISIS (Feb. 1919), at 182; Vincent Mikkelsen, Coming Back from Battle to Face a War: The Lynching of Black Soldiers in the World War I Era 100-02 (Ph.D. diss., Fla. St. Univ. 2007).

[152.] Negro Killed After Hitting White Visitor, ASHEVILLE (N.C.) CITIZEN (June 25, 1934); Negro Lynched; Slapped White, N.Y. EVENING POST (June 25, 1934).

[153.] Ginzburg, supra note 141, at 102.

[154.] Negro is Taken from Deputy and Lynched, N.Y. GLOBE (Sept. 13, 1917).

[155.] SOPHIE & PAUL CRANE, TENNESSEE'S TROUBLED ROOTS 43 (1979); Negro Lynched, THE EVENING NEWS (Apr. 23, 1918); Ginzburg, supra note 141, at 268; Colored Man Lynched in Tennessee, LOUISVILLE (KY.) NEWS (Apr. 22, 1918); Negro Lynched at Lexington, NASHVILLE GLOBE (Apr. 26, 1918); Tennessee 'Does Its Bit', CHICAGO DEFENDER (Apr. 27, 1918).

[156.] Southern Farmers Lynch Peter Bazemore, CHICAGO DEFENDER (March 30, 1918); Short Shrift for Negro, CINCINNATI ENqUIRER (March 26, 1918).

[157.] See also Dray, supra note 115, at 18.

[158.] Identified by Girl, Negro is Lynched, ATL. CONST. (Sept. 26, 1930).

[159.] Maskers Slay Negro Witness, L.A. TIMES (Oct. 1, 1930); Masked Band Kills Man Who Testified in Court, WASH. POST (Oct. 1, 1930); Negro Witness Shot, Four White Men Held, ATL. CONST. (Sept. 29, 1930).

[160.] Berg, supra note 115, at 91.

[161.] David Garland, Penal Excess and Surplus Meaning: Public Torture Lynchings in Twentieth-Century America, 39 LAW & SOC. REV. 793 (2005).

[162.] Many reports published in white newspapers at the time of the lynching indicated that the woman was Holbert's wife, but none listed her name. A modern researcher who dug through census records found indications Luther Holbert's wife and children may have been living in Forest, Mississippi, at the time he was killed, and the woman lynched with him may have in fact been Emma Carr, wife of another Black man killed in the incident that preceded the lynching. See J. Todd Moye, Let the People Decide: Black Freedom and White Resistance Movement in Sunflower County, Mississippi, 1945-1986 13-14 (2004).

[163.] Id. at 9-13; JULIUS E. THOMPSON, LYNCHINGS IN MISSISSIPPI: A HISTORY, 1865-1965 53 (1999); BURNED AT THE STAKE: Man And Wife Hunted Down With Blood Hounds, Chained To Stake, BALT. AFRO-AMERICAN (Feb. 13, 1904).

[164.] Dray, supra note 115, at 231-34; Mob Burns Confessed Slayer of White Girl, MONTGOMERY ADVERTISER (May 23, 1917).

[165.] The Burning at Dyersburg: An NAACP Investigation, 15 CRISIS 178-83 (1917); Negro Is Burned by Tennessee Mob, ATL. CONST. (Dec. 3, 1917).

[166.] Leon F. Litwack, Trouble in Mind: Black Southerners in the Age of Jim Crow 281 (1998); Dora Apel, Imagery of Lynching: Black men, White Women, and the Mob 22 (2004).

# INTRODUCTION

169. Daisy Harvill, PARIS, TX, TEXAS STATE HISTORICAL ASSOCIATION HANDBOOK OF TEXAS ONLINE (Dec. 9, 2010), available at http://www.tshaonline.org/handbook/online/articles/hdp01.

170. Id.

171. Michael M. Ludeman, LAMAR COUNTY, TEXAS STATE HISTORICAL ASSOCIATION HANDBOOK OF TEXAS ONLINE (June 15, 2010), http://www.tshaonline.org/handbook/online/articles/hcl01.

172. Dray, supra note 115, at 77-79; Richard M. Perloff, The Press and Lynchings of African-Americans, 30 Journal of Black Studio 315-330 (2000); Wells-Barnett, supra note 143, 76-83; Another Negro Burned, N.Y. Times (Feb. 2, 1893); Terrible Lynching, Richmond Dispatch (Feb. 2, 1893).

173. Letter From Texas Reveals Lynching's Ironic Facts, N.Y. NEGRO WORLD (Aug. 22, 1920); Fair Grounds Flagpole Scene of Double Lynching, KANSAS CITY (MO.) TIMES (July 7, 1920); Ginzburg, supra note 141, at 138-40; Mob Burns Two At Stake; Patrols Guard Paris, Texas, N.Y.C. MAIL (July 7, 1920); Two Lynched Not Guilty, KANSAS CITY (MO.) TIMES (July 7, 1920); Texans Seek to Punish Mob for Stake Burning, N.Y.C. MAIL (July 10, 1920); Texans Rejoice as Men Burn, CHICAGO DEFENDER (July 10, 1920); Paris Burn Fest Most Horrible Atrocity in Annals of Texas Lynchings in Texas: Leading Citizens Were There, HOUSTON INFORMER (July 26, 1920); Eight Victims of Lynch Law, THE CHICAGO DEFENDER (1920).

174. Id.

175. Protesters Clash over Texas Dragging Death CBS NEWS (July 21, 2009), http://www.cbsnews.com/news/protesters-clash-over-texas-dragging-death/.

176. Protests Erupt After Suspects Set Free in Dragging Case, WORKER'S WORLD (June 21, 2009), http://www.workers.org/2009/us/texas_0625/.

177. Tolnay and Beck, supra note 125, at 219.

178. Id. at 112-13; Berg, supra note 115, at 93.

179. ELLIOT JASPIN, BURIED IN THE BITTER WATERS: THE HIDDEN HISTORY OF RACIAL CLEANSING IN AMERICA Ch. 8 (2007); Negro Killed by Mob and His Body Burned, ATL. CONST. (May 21, 1918).

180. Grif Stockley, Ruled by Race: Black/White Relations in Arkansas from Slavery to the Present 191-95 (2009).

181. Allies of Huns Lynch Farm Hand, CHICAGO DEFENDER (June 22, 1918).

182. Prominent Race Man is Victim of Ark. Mob, PITTSBURGH COURIER (June 16, 1927).

183. Minister Lynched by Mississippi Mob Was Martyr for People: REV. MARKS IS LAUDED HIGHLY, ATL. DAILY WORLD (Apr. 20,1935).

184. Albert Jackson, Union Bares Lynching of Sharecropper, CHICAGO DEFENDER (Aug. 31, 1935); Albert Jackson, Undercover Secret Lynching of Ala. Sharecropper's Leader, AMERICAN (Aug. 30, 1935).

185. MICHAEL J. PFEIFER, LYNCHING BEYOND DIXIE: AMERICAN MOB VIOLENCE 4 (2013).

186. Ida B. Wells-Barnett, "Lynch Law in America" (speech, Chicago, Ill., January 1900), http://www.womenspeecharchive.org/women/profile/speech/index.cfm?ProfileID=101&SpeechID=456.

187. Estimates of Black victims killed in the East St. Louis massacre vary greatly and range from 40 to 200 people. See, e.g., Murder and Burn, Nation's Worst Riot at East St. Louis, BRAINERD DAILY DISPACT (MN.) (July 3, 1917); U.S. Army Officer Is Investigating Monday's Race Riot, HOUSTON POST (July 5, 1917); Robert Asher, Documents of the Race Riot at East St. Louis, JOURN. ILL. ST.

## INTRODUCTION

to 300. See, e.g., Race War Rages in Tulsa, THE DAILY ARMOREITE (OK.) (June 1, 1921); Scores of People Killed in Bloody Race Riot At Tulsa, THE TWIN-CITY DAILY SENTINEL (NC.) (June 1, 1921); I. Marc Carlson, Known Dead and Wounded in the Tulsa Race Riot (2012), The Tulsa Race Riot of 1921 - Special Collections, University of Tulsa, http://www.personal.utulsa.edu/~marccarlson/riot/riotdead.html; Tulsa Race Riot: A Report by the Oklahoma Commission to Study to Tulsa Race Riot of 1921 (2001), available at: http://www.okhistory.org/research/forms/freport.pdf.

[189.] The second victim's name was reported as Fred Coker in some press accounts and James or Jim Copeland in others. Mob's Terrible Deed, THE CITIzEN (KY.) (Apr. 19, 1906); Negroes Lynched, THE SEDALIA DEMOCRAT (Mo.) (Apr. 16, 1906); Riot at Springfield, THE CLARENCE COURIER (MO.) (Apr. 18, 1906).

[190.] Negroes Lynched, THE SEDALIA DEMOCRAT (MO.) (Apr. 16, 1906).

[191.] Negro Woman and Son Are Lynched, OMAHA DAILY BEE (May 26, 1911); Grand Jury Is Investigating the Lynching of Two Negroes There, MUSKOGEE TIMES-DEMOCRAT (Okla.) (June 1, 1911); Rob Collins, Picture of Horror, OKLAHOMA GAzETTE (May 24, 2011).

[192.] Frenzied Mob Drags Negroes From Cells; Beats and Hangs Them, THE KOKOMO TRIBUNE (Ind.) (Aug. 8, 1930); Lynching of Two Colored Men At Marion Ghastly, GARRETT CLIPPER (Ind.) (Aug. 11, 1930).

[193.] NPR, Strange Fruit: Anniversary of a Lynching, All Things Considered (Aug. 6, 2010), http://www.npr.org/templates/story/story.php?storyId=129025516.

[194.] Minnesota Mob Had Mock Trial and Lynched Three, THE CHARLOTTE NEWS (N.C.) (June 16, 1920); Duluth Mob Lynches Three Negroes Held as Assault Suspects, THE RICHMOND ITEM (Ind.) (June 16, 1920).

[195.] Smith Died of Fright, N.Y. TIMES (Oct. 20, 1891); Current Events, THE NEW ERA (Iowa) (Oct. 28, 1891); James E. Potter, "Wearing the Hempen Neck-Tie": Lynching in Nebraska, 1858-1919, NEB. HIST. 93, 143-45 (2012).

[196.] Omaha Mob Rule Defended by Most of the Population, N.Y. TIMES (Sep. 30, 1919); James E. Potter, "Wearing the Hempen Neck-Tie": Lynching in Nebraska, 1858-1919, NEB. HIST. 93, 143-45 (2012).

[197.] For example, an editorial in the Danville Daily News, in Virginia, published March 5, 1879, protested federal "interference" in local affairs: "If the pretensions of absolutism of the federal administration now set up [shall] be enforced everything like State autonomy, community independence, or 'home rule' (as the modern phrase is)—principles dearest of all to the heart of the American citizen—might as well be surrendered as among the things of the happy past...." CHRISTOPHER WALDREP, AFRICAN AMERICANS CONFRONT LYNCHING: STRATEGIES OF RESISTANCE FROM THE CIVIL WAR TO THE CIVIL RIGHTS ERA 140 (2009); Henry W. Grady, editor of the ATLANTA CONSTITUTION, in an 1886 speech before Northern businessmen, asked Northerners to let the white South handle the "social relations" between the races without interference, as the South's very existence depended on the domination of the white race. PAULA J. GIDDINGS, IDA: A SWORD AMONG LIONS 123 (2008). In 1919, the Nashville Banner editorialized that federal anti-lynching legislation "would overthrow a very important prerogative reserved for the states, and would be a dangerous encroachment on the right of local self-government—the principles of federalism, the groundwork on which the Union is built." CLAUDINE L. FERRELL, NIGHTMARE AND DREAM:

# INTRODUCTION

thrown in the face of a people or one more destructive to the rights of their states." MARGARET VANDIVER, LETHAL PUNISHMENT: LYNCHINGS AND LEGAL EXECUTIONS IN THE SOUTH 117 (2006).

198. Soon after Republican Benjamin Harrison became the first president to place an anti-lynching bill before Congress, antilynching laws were passed in Georgia, North Carolina, South Carolina, Ohio, Kentucky, and Texas. A dozen states ultimately passed laws that authorized governors to employ state militia to prevent lynchings, held sheriffs or counties liable for lynchings, or criminalized participation in the mob. Desmond S. King and Rogers M. Smith, Racial Orders in American Political Development, 99 AM. POL. SCI. REV. 75, 87 (2005); Berg, supra note 115, at 154; CHRISTOPHER WALDREP, ED., LYNCHING IN AMERICA: A HISTORY IN DOCUMENTS 135 (2006); Tolnay & Beck, supra note 125, at 212.

199. Law and Order Upheld By Citizens of Campbell; Blow Struck at Terrorists, ATL. CONST. (Aug. 10, 1901) (reporting three white men convicted of murder for lynching Sterling Thompson, a Black man, in Campbell County, Georgia).

200. Berg, supra note 115, at 153.

201. Civil Rights Cases, supra note 84, at 14.

202. Republican Senator William Borah argued that anti-lynching legislation unconstitutionally invaded state rights and voting for it was as lawless as lynching itself. Waldrep, supra note 197, at 75.

203. Civil Rights Cases, supra note 84, at 25.

204. Berg, supra note 115, at 146.

205. Giddings, supra note 197, at 63, 81.

206. Id. at 81.

207. Id. at 83.

208. Id. at 90-91.

209. Id. at 157.

210. Id. at 216.

211. Id.

212. Id. at 473-74.

213. Berg, supra note 115, at 94-95.

214. Waldrep, supra note 197, at 47.

215. King and Smith, supra note 198, at 87.

216. Giddings, supra note 197, at 468.

217. Vandiver, supra note 197, at 13.

218. Berg, supra note 115, at 108; Giddings, supra note 185, at 399.

219. Berg, supra note 115, at 113.

220. Id. at 114; Tolnay and Beck, supra note 125, at 209.

221. Berg, supra note 115, at 113. Returning World War I veterans who had "come home fighting" exemplified the "New Negro" who engaged in armed self-defense against rioting white mobs in Chicago and Washington, DC, in 1919. Giddings, supra note 197, at 593, 598.

222. Giddings, supra note 197, at 177-84, 214.

223. Id. at 76-77.

224. Berg, supra note 115, at 150. Local papers presented Black people exclusively as criminals and often included brutal, exaggerated descriptions of the alleged crimes that operated to justify even

## INTRODUCTION

Women was established to fight lynching and Bishop Alexander Walters formed the National Afro American Council, which represented 200,000 voters by 1900. Waldrep, supra note 198, at 128.

226. Waldrep, supra note 198, at 207-16; Giddings, supra note 197, at 385-88.

227. IDA B.WELLS, CRUSADE FOR JUSTICE: THE AUTOBIOGRAPHY OF IDA B. WELLS 7 (1970).

228. Id. at 15-20; Giddings, supra note 197, at 60-63; Chesapeake & Ohio & Southwestern Railroad v. Wells, 85 Tenn. 613 (1887).

229. Wells, supra note 227, at 35; Giddings, supra note 197, at 154-55.

230. Wells, supra note 227, at 47-52; Giddings, supra note 197, at 188-93.

231. Wells, supra note 227, 61-67; Giddings, supra note 197, at 207-14.

232. Wells, supra note 227, 69-200.

233. Giddings, supra note 197, at 1-7; Wells-Barnett, supra note 143, at 5-6.

234. Wells-Barnett, supra note 143, at 26.

235. Berg, supra note 115, at 147.

236. Giddings, supra note 197, at 478.

237. Id. at 500.

238. Id. at 624.

239. Waldrep, supra note 197, at 65, 68.

240. Id. at 72.

241. Giddings, supra note 197, at 593.

242. Seven hundred African Americans were in the Congressional galleries, cheering and shouting down members of Congress, when the Dyer Bill passed the House on January 26 by a vote of 231-119. Id. at 626; see also Waldrep, supra note 197, at 77.

243. The New York Telegraph wrote that states' rights had killed the bill: "Congress is composed largely of lawyers, and lawyers found it hard to enthuse over a measure the tendency of which was to strip a state of the sole power of maintaining order – of conserving the peace . . . [T]he time has not yet arrived when interior communities will submit to interference with the police laws." Ferrell, supra note 197, at 7.

244. The New York Times attacked it as a political stunt by Republicans to try to win Black voters back with an unconstitutional bill. Waldrep, supra note 197, at 75.

245. Mississippi congressman Thomas Sisson declared he would rather kill every Black person in the world than have just one white girl raped by a Black man. Id. at 74.

246. Vandiver, supra note 197, at 173.

247. Ferrell, supra note 197, at iv.

248. Waldrep, supra note 198, at 235; Berg, supra note 115, at 154.

249. Berg, supra note 115, at 149.

250. Two Gallup polls showed large portions of white Southerners supported federal legislation against lynching but opposed any specific measures against the practice; Southern politicians continued to oppose federal interference under the banner of states' rights. AMY LOUISE WOOD, LYNCHING AND SPECTACLE: WITNESSING RACIAL VIOLENCE IN AMERICA, 1890-1940 263 (2009).

251. Timothy V. Kaufman-Osborn, Capital Punishment as Legal Lynching? in LYNCH MOBS TO THE KILLING STATE: RACE AND THE DEATH PENALTY IN AMERICA, ed. Charles J. Ogletree Jr. and Austin Sarat, 37-38 (2006).

252. Wood, supra note 250, at 261.

# INTRODUCTION

256. Id. at 215.

257. Id. at 218 (quoting U.S. DEPT. OF LABOR, NEGRO MIGRATION IN 1916-17 107 (1919)); Berg, supra note 115, at 113; Ifill, supra note i, at 66; Stewart E. Tolnay and E. M. Beck, Racial Violence and Black Migration in the American South, 1910 to 1930, 57 AM. SOC. REV. 1, 103-16 (1992) (finding support for a model of reciprocal causation between racial violence and Black net out-migration from Southern counties during the era of the Great Migration and concluding that "mob violence was an important social force driving blacks from certain areas of the South.").

258. Giddings, supra note 197, at 183, 189.

259. Tolnay and Beck, supra note 125, at 218 (quoting U.S. Dept. of Labor, supra note 257, at 79).

260. ISABEL WILKERSON, THE WARMTH OF OTHER SUNS: THE EPIC STORY OF AMERICA'S GREAT MIGRATION 157 (2010).

261. Tolnay and Beck, supra note 125, at 219.

262. Id. at 222; Wilkerson, supra note 260, at 533.

263. A Year of No Lynchings, THE GUARDIAN (Jan. 8, 1953); 1952 is the First Year Without a Lynching in the U.S., CHICAGO TRIBUNE (Dec. 31, 1952); Thompson, supra note 163, at 141.

264. WILLIAM CARRIGAN AND CLIVE WEBB, FORGOTTEN DEAD: MOB VIOLENCE AGAINST MEXICANS IN THE UNITED STATES, 1848-1928 (New York: Oxford University Press, 2013).

265. JAMES P. MARSHALL, STUDENT ACTIVISM AND CIVIL RIGHTS IN MISSISSIPPI: PROTEST POLITICS AND THE STRUGGLE FOR RACIAL JUSTICE, 1960- 1965 101-103 (2013).

266. Arkansas Lynching: Negro Taken from Sheridan Jail and Hanged in Courthouse Yard, BRYAN (TEX.) MORNING EAGLE (Oct. 8, 1903).

267. Id.

268. Sheridan Set to Mix Pupils in High School, ARK. GAzETTE (May 22, 1954).

269. John A. Kirk, Not Quite Black and White: School Desegregation in Arkansas, 1954-1966, 70 ARK. HIST. qUARTERLY 225, 231- 32 (2011).

270. Id.

271. The Patterns of Transitions Vary, ARK. GAzETTE (May 23, 1954).

272. Sheridan Rescinds Integration Order; Fayetteville to Mix; Little Rock to Stand Pat for Present, ARK. GAzETTE (May 23, 1954).

273. Kirk, supra note 269, at 231-32.

274. "As long as there was one Black child left in town, they had to keep the school open." Rev. James Seawood, STORYCORPS, http://storycorps.org/listen/reverend- james-seawood/# (last visited Dec. 12, 2014).

275. City of Sheridan, Arkansas, GRANT COUNTY STATISTICS, http://www.sheridanark.com/stats.php (last visited Dec. 12, 2014).

276. A famous example of such a lynching is the murder of Edward Johnson in Chattanooga, Tennessee, in 1906. Johnson was seized from the Chattanooga jail, which had been vacated by the sheriff and his staff, dragged through the streets, and hanged from the second span of the Walnut Street Bridge. After Johnson's lynching, the U.S. Supreme Court held a trial of local officials who were complicit in the lynching and several were convicted of contempt of court. See generally MARK CURRIDEN & LEROY PHILLIPS JR., CONTEMPT OF COURT, THE TURN-OF-THE-CENTURY LYNCHING THAT LAUNCHED 100 YEARS OF FEDERALISM (1999).

277. See generally Blackmon, supra note 97.

# INTRODUCTION

280. Douglas L. Colbert, Challenging the Challenge: Thirteenth Amendment As A Prohibition Against the Racial Use of Peremptory Challenges, 76 CORNELL L. REV. 1, 78 (1990).

281. See James Forman Jr., Juries and Race in the Nineteenth Century, 113 YALE L.J. 895, 934 (2004).

282. James W. Clarke, Without Fear or Shame: Lynching, Capital Punishment and the Subculture of Violence in the American South, 28 BRITISH J. OF POL. SCI. 269, 284 (Apr. 1998). Scholars disagree about the extent to which statistical analyses show that the death penalty replaced lynching. Berg, supra note 115, at 159-60 (evidence that, nationwide, in the 1890s, 1300 Black people were lynched and 608 were executed, and in the 1920s, 250 Black people were lynched and 567 executed, but the ratio of lynchings to executions went from 2.1 in the 1890s to 0.4 in the 1920s, suggests that the death penalty replaced lynching); but see Tolnay and Beck, supra note 125, at 204 (concluding that little empirical evidence supports the hypothesis that lynchings declined as Southern states assumed the role of the mob by increasing the number of Blacks who were legally executed); Vandiver, supra note 197, at 17 (finding that some evidence for the substitution model has been adduced by historical research and aggregate national statistics but multivariate statistical analysis does not support it).

283. Stephen B. Bright, Discrimination, Death and Denial: The Tolerance of Racial Discrimination in Infliction of the Death Penalty, 35 SANTA CLARA L. REV. 433, 440 (1995); see also Charles David Phillips, Exploring Relations Among Forms of Social Control: The Lynching and Execution of Blacks in North Carolina, 1889-1918, 21 LAW AND SOC. REV. 361, 372-73 (1987) (finding evidence for the conclusion that, prior to disenfranchisement, lynchings and executions were used in concert to suppress the Black population, but once Blacks were politically neutralized, lynching became a "costly and unnecessary form of repression" and legal executions then became sufficient to punish deviance within the Black population).

284. Bright, supra note 283, at 440-41.

285. Stuart Banner, Traces of Slavery: Race and the Death Penalty in Historical Perspective, in FROM LYNCH MOBS TO THE KILLING STATE: RACE AND THE DEATH PENALTY IN AMERICA, ed. Charles J. Ogletree Jr. and Austin Sarat, 106 (2006).

286. Wood, supra note 250, at 38.

287. Id.

288. Vandiver, supra note 197, at 101.

289. Clarke, supra note 282, at 284-85.

290. Bright, supra note 283, at 440.

291. Clarke, supra note 282, at 287.

292. DAVID GARLAND, PECULIAR INSTITUTION: AMERICA'S DEATH PENALTY IN AN AGE OF ABOLITION 218-19 (2010).

293. Furman v. Georgia, 408 U.S. 238, 308, 310 (1972) (Stewart, J., concurring).

294. Following Furman, Mississippi Senator James O. Eastland accused the Court of "legislating" and "destroying our system of government," while Georgia's white supremacist lieutenant governor, Lester Maddox, called the decision "a license for anarchy, rape, and murder." In December 1972, Florida became the first state to enact a new death penalty statute post-Furman, and within two years, thirty-five states had followed suit. Proponents of Georgia's new death penalty bill unapologetically borrowed the rhetoric of lynching, insisting: "There should be more

# INTRODUCTION

by hanging, to take place "at or near the courthouse in the county in which the crime was committed." Georgia Representative James H. "Sloppy" Floyd remarked, "If people commit these crimes, they ought to burn." Garland, supra note 292, at 232, 247-48.

295. Gregg v. Georgia, 428 U.S. 153, 184 (1976).

296. McCleskey v. Kemp, 481 U.S. 279, 312 (1987).

297. Id. at 313.

298. Current Death Row Populations by Race, DEATH PENALTY INFORMATION CENTER, http://www.deathpenaltyinfo.org/race-deathrow-inmates-executed-1976#deathrowpop (accessed Jan. 9, 2015).

299. Annual Estimates of the Resident Population by Sex, Race, and Hispanic Origin for the United States, States, and Counties: April 1, 2010 to July 1, 2012," U.S. CENSUS BUREAU, http://factfinder2.census.gov/faces/tableservices/jsf/pages/productview.xhtml?src=bkmk (accessed Jan. 9, 2015); National Statistics on the Death Penalty and Race, DEATH PENALTY INFORMATION CENTER, http://www.deathpenaltyinfo.org/race-death-row-inmates-executed-1976 (accessed Jan. 9, 2015).

300. Facts About the Death Penalty, DEATH PENALTY INFORMATION CENTER, http://www.deathpenaltyinfo.org/documents/FactSheet.pdf (Dec. 19, 2014).

301. Equal Justice Initiative, supra note 279, at 5.

302. Number of Executions by State and Region Since 1976, DEATH PENALTY INFORMATION CENTER, http://www.deathpenaltyinfo.org/number-executions-state-and-region-1976 (accessed Jan. 9, 2015).

303. Bright, supra note 283, at 439.

304. Id.

305. Ifill, supra note i, at 15-23, 117-31, 173-76.

306. For example, there are at least 59 Confederate monuments, markers, and memorials in Montgomery, Alabama, alone. Equal Justice Initiative, supra note 9, at 44.

307. See id. at 44-45.

308. President Jimmy Carter, Address to the First Days of Remembrance Commemoration (Apr. 24, 1979).

309. James E. Young, Germany's Holocaust Memorial Problem–and Mine, 24 THE PUBLIC HISTORIAN 65, 75 (Fall 2002).

310. There are numerous historical examples. In 2000, Pope John Paul II visited Yad Vashem (the Holocaust Memorial in Israel) and delivered a speech acknowledging the six million Jews killed by the Nazis during the Holocaust, in an attempt to foster reconciliation between Jewish people and the Catholic Church, whose role in the Holocaust under Pope Pius XII remains the subject of ongoing controversy. Pope John Paul II, Speech at Yad Vashem Holocaust Memorial (March 23, 2000), available at http://www.jewishvirtuallibrary.org/jsource/Holocaust/paulspeech.html.

311. Litwack, supra note 166, at 286.

312. See, e.g., Ervin Staub, Reconciliation after Genocide, Mass Killing, or Intractable Conflict: Understanding the Roots of Violence, Psychological Recovery, and Steps toward a General Theory, 27 J. POL. PHILOSOPHY 867, 871 (2006) (explaining how victims of mass violence suffer from post-traumatic stress disorder (PTSD) and complex trauma, which may prompt victimized groups to feel

# INTRODUCTION

314. Staub, supra note 312, at 876.

315. Oliver C. Cox, Lynching and the Status Quo, 14 J. OF NEGRO ED. 576, 577 (1945).

316. Litwack, supra note 166, at 322.

317. Ifill, supra note i, at 73.

318. Id.

319. Litwack, supra note 166, at 315.

320. Ifill, supra note i, at 61.

321. Id.

322. Wilkerson, supra note 260, at 179.

323. Staub, supra note 312, at 872.

324. Id. at 872-73.

325. Ginzburg, supra note 141, at 28.

326. KRISTINA DUROUCHER, RAISING RACISTS: THE SOCIALIzATION OF WHITE CHILDREN IN THE JIM CROW SOUTH 120-23 (2011).

327. Id. at 120-23.

328. Litwack, supra note 166, at 288.

329. Id.; DuRoucher, supra note 326, at 120.

330. Litwack, supra note 166, at 288; see also SUSAN BARRINGER WELLS, A GAME CALLED SALISBURY: THE SPINNING OF A SOUTHERN TRAGEDY AND THE MYTHS OF RACE (2d ed. 2010).

331. DuRoucher, supra note 326, at 132.

332. Id.; see also Litwack, supra note 166, at 283 (describing the failure of the white community to take any action in the face of evidence demonstrating that Sam Hose, who was lynched in Georgia in 1899, had been falsely accused of rape).

333. Litwack, supra note 166, at 294.

334. See generally DALE COX, THE BATTLE OF MARIANNA, FLORIDA (2011).

335. Inscription on Confederate Memorial, Courthouse lawn, Marianna, Florida (erected 1888).

336. See DALE COX, THE CLAUDE NEAL LYNCHING: THE 1934 MURDERS OF CLAUDE NEAL AND LOLA CANNADY (2012); JAMES R. MCGOVERN, ANATOMY OF A LYNCHING: THE KILLING OF CLAUDE NEAL (1992); WALTER HOWARD, LYNCHINGS: EXTRALEGAL VIOLENCE IN FLORIDA DURING THE 1930S (2005); Ben Montgomery, Spectacle: The Lynching of Claude Neal TAMPA BAY TIMES (Oct. 5, 2011).

337. Greg Allen, Florida's Dozier School for Boys: A True Horror Story, NPR (Oct. 15, 2012), available at http://www.npr.org/2012/10/15/162941770/florida-dozier-school-for-boys-a-true-horror-story.

338. Bill Chappell, 55 Bodies Exhumed at Reform School Site in Florida, NPR (Jan. 28, 2014), available at http://www.npr.org/blogs/thetwo-way/2014/01/28/267899476/55-bodies-are-exhumed-at-reform-school-site-inflorida.

339. Nina Berman and Michael Mechanic, It Was Kind of Like Slavery, MOTHER JONES (Feb. 2014), available at http://www.motherjones.com/politics/2014/02/returning-to-dozier-florida-school-for-boys.

340. Id. at 285.

341. Id. at 284.

342. Negro Lynched, LINCOLN COUNTY (MISS.) TIMES (Feb. 8, 1908).

343. SARA BULLARD, A HISTORY OF THE CIVIL RIGHTS MOVEMENT AND THOSE WHO DIED IN IT 42-43 (1994).

# INTRODUCTION

346. Id. at 67.

347. Id. at 74-75.

348. Id. at 75.

349. Id. at 92.

350. See Robin Wagner-Pacifici & Barry Schwartz, The Vietnam Veterans Memorial: Commemorating a Difficult Past, 97 AM. J. SOC. 376 (Sep. 1991).

351. Minow, supra note 344, at 67.

© 2017 by Equal Justice Initiative. All rights reserved. No part of this publication may be reproduced, modified, or distributed in any form or by any electronic or mechanical means without express prior written permission of Equal Justice Initiative. Suggested citation: Equal Justice Initiative, Lynching in America: Confronting the Legacy of Racial Terror (3d Ed., 2017).



# THE BRUTE CARICATURE



More Images

## JIM CROW MUSEUM

Museum Home

Visit

Explore

Learn

Connect

About

News

Donate

## Contact

Jim Crow Museum

1010 Campus Drive
Big Rapids, MI 49307

JimCrowMuseum@Fe

(231) 591-5873



The brute caricature portrays black men as innately savage, animalistic, destructive, and criminal -- deserving punishment, maybe death. This brute is a fiend, a sociopath, an anti-social menace. Black brutes are depicted as hideous, terrifying predators who target helpless victims, especially white women. Charles H. Smith (1893), writing in the 1890s, claimed, "A bad negro is the most horrible creature upon the earth, the most brutal and merciless"(p. 181). Clifton R. Breckinridge (1900), a contemporary of Smith's, said of the black race, "when it produces a brute, he is the worst and most insatiate brute that exists in human form" (p. 174).

George T. Winston (1901), another "Negrophobic" writer, claimed:

When a knock is heard at the door [a White woman] shudders with nameless horror. The black brute is lurking in the dark, a monstrous beast, crazed with lust. His ferocity is almost demoniacal. A mad bull or tiger could scarcely be more brutal. A whole community is frenzied with horror, with the blind and furious rage for vengeance.(pp. 108-109)

During slavery the dominant caricatures of black people -- Mammy, Coon, Tom, and picaninny -- portrayed them as childlike, ignorant, docile, groveling, and generally harmless. These portrayals were pragmatic and instrumental. Proponents of slavery created and promoted images of black people that justified slavery and soothed white consciences. If slaves were childlike, for example, then a paternalistic institution where masters acted as quasi-parents to their slaves was humane, even morally right. More importantly, slaves were rarely depicted as brutes because that portrayal might have become a self-fulfilling prophecy.

During the Radical Reconstruction period (1867-1877), many white writers argued that without slavery -- which supposedly suppressed their animalistic tendencies -- black people were reverting to criminal savagery. The belief that the newly-emancipated black people were a "black peril" continued into the early 1900s.

Writers like the novelist Thomas Nelson Page (1904) lamented that the slavery-era "good old darkies" had been replaced by the "new issue" (black people born after slavery) whom he described as "lazy, thriftless, intemperate, insolent, dishonest, and without the most rudimentary elements of morality" (pp. 80, 163). Page, who helped popularize the images of cheerful and devoted Mammies and Sambos in his early books, became one of the first writers to introduce a literary black brute. In 1898 he published *Red Rock*, a Reconstruction novel, with the heinous figure of Moses, a loathsome and sinister black politician. Moses tried to rape a white woman: "He gave a snarl of rage and sprang at her like a wild beast" (pp. 356-358). He was later lynched for "a terrible crime."

The "terrible crime" most often mentioned in connection with the black brute was rape, specifically the rape of a white woman. At the beginning of the twentieth century, much of the virulent, anti-black propaganda that found its way into scientific journals, local newspapers, and best-selling novels focused on the stereotype of the black rapist. The claim that black brutes were, in epidemic numbers, raping white women became the public rationalization for the lynching of black people.

The lynching of black people was relatively common between Reconstruction and World War II. According to Tuskegee Institute data, from 1882 to 1951 4,730 people were lynched in the United States: 3,437 black and 1,293 white (Gibson, n.d.). Many of the white lynching victims were foreigners or belonged to oppressed groups, for example, Mormons, Shakers, and Catholics. By the early 1900s lynching had a decidedly racial character: white mobs lynched black people. Almost 90 percent of the lynchings of black people occurred in southern or border states.

Many of these victims were ritualistically tortured. In 1904, Luther Holbert and his wife were burned to death. They were "tied to trees and while the funeral pyres were being prepared, they were forced to hold out their hands while one finger at a time was chopped off. The fingers were distributed as souvenirs. The ears...were cut off. Holbert was beaten severely, his skull fractured and one of his eyes, knocked out with a stick, hung by a shred from the socket." Members of the mob then speared the victims with a large corkscrew, "the spirals tearing out big pieces of...flesh every time it was withdrawn" (Holden-Smith, 1996, p. 1).

A mob lynching was a brutal and savage event, and it necessitated that the lynching victim be seen as equally brutal and savage; as these





lynchings became more common and more brutal, so did the assassination of the black character. In 1900, Charles Carroll's *The Negro A Beast* claimed that black people were more akin to apes than to human beings, and theorized that black people had been the "tempters of Eve." Carroll said that mulatto[1] brutes were the rapists and murderers of his time (pp. 167, 191, 290-202). Dr. William Howard, writing in the respectable journal *Medicine* in 1903, claimed that "the attacks on defenseless White women are evidence of racial instincts" (in black people), and the black birthright was "sexual madness and excess" (Fredrickson, 1971, p. 279). Thomas Dixon's *The Leopard's Spots*, a 1902 novel, claimed that emancipation had transformed black people from "a chattel to be bought and sold into a beast to be feared and guarded" (Fredrickson, p. 280).



In 1905 Dixon published his most popular novel, The Clansman. In this book he described black people as "half child, half animal, the sport of impulse, whim, and conceit...a being who, left to his will, roams at night and sleeps in the day, whose speech knows no word of love, whose passions, once aroused, are as the fury of the tiger" (Fredrickson, 1971, pp. 280-281). The Clansman includes a detailed and gory account of the rape of a young white virgin by a black brute. "A single tiger springs, and the black claws of the beast sank into the soft white throat." After the rape, the girl and her mother both commit suicide, and the black brute is lynched by the Ku Klux Klan. This book served as the basis for the movie The Birth of a Nation (Griffith, 1915), which also portrayed some black people as rapist-beasts, justified the lynching of black people, and glorified the Ku Klux Klan. Carroll, Howard, and Dixon did not exceed the prevailing racism of the so-called Progressive Era.

In 1921-22 the United States House of Representatives and Senate debated the Dyer Bill, an anti-lynching bill. This bill provided fines and imprisonment for persons convicted of lynching in federal courts, and fines and penalties against states, counties, and cities which failed to use reasonable effort to protect citizens from lynch mobs. The Dyer Bill passed in the House of Representatives, but it was

killed in the Senate by filibustering southerners who claimed that it was unconstitutional and an infringement upon states' rights (Gibson, n.d., p. 5). The following statements made by southern Congressmen during the Dyer Bill debate suggest that they were more concerned with white supremacy and the oppression of black people than they were with constitutional issues.

Senator James Buchanan of Texas claimed that in "the Southern States and in secret meetings of the Negro race [white liberals] preach the damnable doctrine of social equality which excites the criminal sensualities of the criminal element of the Negro race and directly incites the diabolical crime of rape upon the white women. Lynching follows as swift as lightning, and all the statutes of State and Nation cannot stop it." (Holden-Smith, 1996, p. 14)

Representative Percy Quin of Mississippi, spoke of lynch law, "Whenever an infamous outrage is committed upon a [Southern] White woman the law is enforced by the neighbors of the woman who has been outraged? The colored people of [the South] realize the manner of that enforcement, and that is the one method by which the horrible crime of rape has been held down where the Negro element is in a large majority. The man who believes that the Negro race is all bad is mistaken. But you must recollect that there is an element of barbarism in the black man, and the people around where he lives recognize that fact." (Holden-Smith, 1996, p. 15)

Representative Sisson of Mississippi said, "as long as rape continues lynching will continue. For this crime, and this crime alone, the South has not hesitated to administer swift and certain punishment....We are going to protect our girls and womenfolk from these black brutes. When these black fiends keep their hands off the throats of the women of the South then lynching will stop..." (Holden-Smith, 1996, p. 16)

Representative Benjamin Tillman from South Carolina claimed that the Dyer Bill would eliminate the states and "substitute for the starry banner of the Republic, a black flag of tyrannical centralized government...black as the face and heart of the rapist...who [recently] deflowered and killed Margaret Lear," a White girl in South Carolina. (Holden-Smith, 1996, p. 14) Tillman asked why anyone should care about the "burning of an occasional ravisher," when the House had more important concerns. (Holden-Smith, 1996, p. 16)

Senator T.H. Caraway of Arkansas claimed that the NAACP, "wrote this bill and handed it to the proponents of it. These people had but one idea in view, and that was to make rape permissible, and to allow the guilty to go unpunished if that rape

should be committed by a Negro against a white woman in the South." (Holden-Smith, 1996, p. 16)



Despite the hyperbolic claims of those Congressmen, most of the black people lynched had not been accused of rape or attempted rape. According to the Tuskegee Institute's lynching data, the accusations against lynching victims for the years 1882 to 1951 were: 41 percent for felonious assault, 19.2 percent for rape, 6.1 percent for attempted rape, 4.9 percent for robbery and theft, 1.8 percent for insulting white people, and 27 percent for miscellaneous offenses (for example, trying to vote, testifying against a white man, asking a white woman to marry) or no offenses at all (Gibson, n.d., p. 3). The 25.3% who were accused of rape or attempted rape were often not guilty, and were killed without benefit of trial. Gunnar Myrdal (1944), a Swedish social scientist who studied American race relations, stated:

There is much reason to believe that this figure [25.3 percent] has been inflated by the fact that a mob which makes the accusation of rape is secure from any further investigation; by the broad Southern definition of rape to include all sexual relations between Negro men and white women; and by the psychopathic fears of white women in their contacts with Negro men. (pp. 561-562)

Lynchings often involved castration, amputation of hands and feet, spearing with long nails and sharpened steel rods, removal of eyes, beating with blunt instruments, shooting with bullets, burning at the stake, and hanging. It was, when done by southern mobs, especially sadistic, irrespective of the criminal charge. Most white southerners agreed that lynching was evil, but they claimed that black brutes were a greater evil.

Lynchings were necessary, argued many white people, to preserve the racial purity of the white race, more specifically, the racial purity of white women. White men had sexual relations -- consensual and rape -- with black women as soon as Africans were introduced into the European American colonies. These sexual unions produced numerous mixed-race offspring. White women, as "keepers of white racial purity," were not allowed consensual sexual relations with black men. A black man risked his life by having sexual relations with a white woman. Even

talking to a white woman in a "familiar" manner could result in black males being killed.

In 1955, Emmett Till, a black fourteen year old from Chicago, visited his relatives in Mississippi. The exact details are not known, but Till apparently referred to a female white store clerk as "Baby." Several days later, the woman's husband and brother took Till from his uncle's home, beat him to death -- his head was crushed and one eye was gouged out--and threw his body into the Tallahatchie River. The men were caught, tried, and found innocent by an all-white jury. The case became a *cause celebre* during the civil rights movement, showing the nation that brutal violence undergirded Jim Crow laws and etiquette.



There were black rapists with white victims, but they were relatively rare; most white rape victims were raped by white men. The brute caricature was a red herring, a myth used to justify lynching, which in turn was used as a social control mechanism to instill fear in black communities. Each lynching sent messages to black people: Do not register to vote. Do not apply for a white man's job. Do not complain publicly. Do not organize. Do not talk to white women. The brute caricature gained in popularity whenever black people pushed for social equality. According to Allen D. Grimshaw (1969), a sociologist, the most savage oppression of black people by white people, whether expressed in rural lynchings or urban race riots, has taken place when black people have refused or been perceived by white people as refusing to accept a subordinate or oppressed status (pp. 264-265).



The civil rights movement of the 1950s and 1960s forced many white Americans to examine their images of and beliefs about black people. Television and newspaper coverage showing black protesters, including children, being beaten, arrested, and jailed by baton-waving police officers led many white people to see black people as victims, not victimizers. The brute caricature did not die, but it lost much of its credibility. Not

surprisingly, lynchings, especially public well-attended ones, decreased in number. Lynchings became "hate crimes," committed secretly. Beginning in the 1960s the relatively few black people who were lynched were not accused of sexual assaults; instead, these lynchings were reactions of white supremacists to black economic and social progress.

The brute caricature has not been as common as the Coon caricature in American movies. *The Birth of a Nation* (Griffiths, 1915) was the first major American movie to portray all the major anti-black caricatures, including the brute. That movie led to numerous black protests and white-initiated race riots. One result of the racial strife was that black male actors in the 1920s through 1940s found themselves limited to Coon and Tom roles. It was neither socially acceptable nor economically profitable to show movies where black brutes terrorized white people.

In the 1960s and 1970s "Blaxploitation" movies brought aggressive, anti-white black males onto the big screen. Some of these fit the "Buck" caricature -- for example, the private detective in *Shaft* (Freeman & Parks, 1971) and the pimp in *Superfly* (Shore & Parks, 1972) -- but some of the Blaxploitation actors were cinematic brutes, for example Melvin Van Peebles' character in *Sweet Sweetback's Baadasssss Song* (Gross, Van Peebles & Van Peebles, 1971). Sweetback, the main character, is falsely accused of a crime. On the lam he assaults several men, rapes a black woman, and kills corrupt police officers. The movie ends with the message: A BAADASSSSS NIGGER IS COMING BACK TO COLLECT SOME DUES. That frightened white people. Young black people, tired of the Stepin Fetchit portrayals, flocked to see the low-budget movie. Although dressed in the clothes of a rebel, Sweetback was as much a brute as had been the lustful Gus in *The Birth of a Nation.*

*American Gigolo* (Bruckheimer & Schrader, 1980) had a poisonous and despicable black pimp. He was one of the many black sadistic pimps who have abused and degraded white people in American movies. Mister---, the husband in *The Color Purple* (Jones, Kennedy, Marshall, Spielberg & Spielberg, 1985), is an angry and savage wife abuser, and so is Ike Turner in *What's Love Got To Do With It?* (Chapin, Krost & Gibson, 1993). Both are brutes whose victims happen to be black. Turner's real life criminal behavior (which predated the movie) was used to give credibility



to his character's portrayal as a brute and, more importantly, to reinforce the belief that black people are especially prone to brutish behavior.

In the 1980s and 1990s the typical cinema and television brute was nameless and sometimes faceless; he sprang from a hiding place, he robbed, raped, and murdered. He represented the cold brutality of urban life. Often he was a gangbanger. Sometimes he was a dope fiend. Actors who played the black brute were usually not on screen very long, just long enough to terrorize innocent victims. They were movie props. On television shows like *Law and Order, Homicide: Life on the Streets, ER,* and *NYPD Blue*, nameless black brutes assault, maim, and kill. On October 2, 2000, NBC debuted *Deadline*, a drama involving an irascible journalism teacher. In the first episode two young black males brutally kill five restaurant workers. They kill without remorse.

The recent depiction of black males as brutes is not limited to television dramas. Mike Tyson, the former heavyweight boxing champion, has embraced the brute image. Tyson was marketed as a sadistic and savage warrior who was capable of killing an opponent. His quick knockouts bolstered his reputation as the world's most feared man. Joyce Carol Oates wrote, "Tyson suggests a savagery only symbolically contained within the brightly illuminated ring" (Souther, n.d.). She wrote this a decade before Tyson was convicted of several criminal charges, including the rape of a beauty pageant contestant, and later, the battering of two motorists. After his boxing skills had diminished, Tyson gained greater notoriety by biting the ear of an opponent during a bout. In a news conference Tyson said, "I am an animal. I am a convicted rapist, a hell-raiser, a loving father, a semi-good husband." Referring to Lennox Lewis, the heavyweight boxing champion, Tyson said, "If he ever tries to intimidate me, I'm gonna put a fu--ing bullet through his fu--ing skull" (Serjeant, 2000). Tyson benefited from the brute image. His boxing matches were "events." Spectators paid thousands of dollars for ringside seats. Tyson became the wealthiest and best known athlete on earth. In his mind, he was a twenty-first century gladiator; to the American public, he was simply a black brute.


Tyson is a violent and emotionally unstable man, but he is more than a one-dimensional brute. He has donated thousands of dollars to civic, educational, and humanitarian organizations. Without media fanfare, he has visited hundreds of hospitalized patients, especially seriously ill and injured children



especially seriously ill and injured children. He is smarter than his public image, and has worked diligently to "deepen" his intellect. Yet, he was marketed, with his permission, as a crude savage. Americans see him as an affirmation of the black brute caricature, and he has, especially in recent years, embraced the stereotype outside the boxing ring. Tyson can no longer distinguish the (Iron Mike) myth from the (vicious criminal) madness, and many white Americans cannot separate Tyson's criminal behavior from his blackness.

During the 1988 presidential campaign, George Bush's election committee sought to portray his opponent, Michael Dukakis, as weak on crime. Bush's team used television advertisements which showed a menacing mug shot of Willie Horton, a black convicted murderer. Horton, while out of prison on an unguarded 48-hour furlough, kidnapped a young white suburban couple. He repeatedly stabbed the man and raped the woman several times. The image of Horton's threatening face on the nation's television screens helped Bush win the election. It also reinforced the belief that a black brute is worse than a white brute.

My wife's been shot. I'm shot.... He made us go to an abandoned area. I don't see any signs. Oh, God!

This frantic telephone call came into the Massachusetts State Police on the night of October 23, 1989. After a desperate search, using only the sound from the open cell telephone as their guide, police discovered an injured couple. Carol DiMaiti Stuart, seven months pregnant, had been shot in the head; Charles, her husband, had a serious gunshot wound to the abdomen. Hours later, doctors performed a Cesarean section on the dying woman and delivered a premature baby boy who died days later. Charles Stuart told the police that the murderer was a black man.

The city of Boston, which has a history of racial discord, experienced heightened racial tensions as police searched for the black brute. Officers went into black neighborhoods and rounded up hundreds of black men for questioning. The black community was outraged. Charles Stuart picked Willie Bennett out of a lineup; Bennett was subsequently arrested for the crime (Ogletree, n.d.).

Later, police were informed by Stuart's brother that Charles Stuart probably killed his wife for insurance money. The police began investigating Charles Stuart and were building a strong circumstantial case when, on January 4, 1990, he committed suicide.

In 1994 Susan Smith, a young mother in Union, South Carolina, claimed that a

In 1994 Susan Smith, a young mother in Union, South Carolina, claimed that a man had commandeered her car with her two boys: 14-month-old Alex and 3-year-old Michael. She described the carjacker as a "black male in his late 20s to early 30s, wearing a plaid shirt, jeans, and a toboggan-type hat." A composite of her description was published in newspapers, nationally and locally. Smith appeared on national television, tearfully begging for her sons to be returned safely. An entire nation wept with her, and the image of the black brute resurfaced. The Reverend Mark Long, the pastor of the church where Smith's family attended services, said in reference to the black suspect, "There are some people that would like to see this man's brains bashed in" (Squires, 1994).

After nine days of a gut-wrenching search and strained relations between local black and white people, there was finally a break in the case: Susan Smith confessed to drowning her own sons. In a two-page handwritten confession she apologized to her sons, but she did not apologize to black people, nationally or locally. "It was hard to be black this week in Union," said Hester Booker, a local black man. "The whites acted so different. They wouldn't speak (to blacks); they'd look at you and then reach over and lock their doors. And all because that lady lied" (Fields, 1994).

The false allegations of Charles Stuart and Susan Smith could have led to racial violence. In 1908, in Springfield, Illinois, Mabel Hallam, a white woman, falsely accused "a black fiend," George Richardson, of raping her. Her accusations angered local white people. They formed a mob, killed two black people chosen randomly, then burned and pillaged the local black community. Black people fled to avoid a mass lynching. Hallam later admitted that she lied about the rape to cover up an extramarital affair.

How many lynchings and race riots have resulted from false accusations of rape and murder leveled against so-called black brutes?

© Dr. David Pilgrim, Professor of Sociology
Ferris State University
Nov., 2000
Edited 2023

---

[1] The tragic mulatto caricature was sometimes treated as an adult; albeit, a troubled, white-identified, self-loathing adult.

# References

Breckinridge, C. R. (1900). Speech of the Honorable Clifton R. Breckinridge: In Southern Society for the Promotion of the Study of Race Conditions and Problems in the South, *Race Problems of the South: Report of the proceedings of the first annual conference held under the auspices of the Southern Society for the Promotion of the Study of Race Conditions and Problems in the South, at Montgomery, Alabama, May 8, 9, 10, A.D. 1900.* Richmond, VA: B. F. Johnson Pub. Co.

Bruckheimer, J. (Producer), & Schrader, P. (Director). (1980). *American gigolo* [Motion picture]. United States: Paramount Pictures.

Carroll, C. (1900). *"The Negro a beast"; or, "In the image of God".* St. Louis, MO: American Book and Bible House.

Chapin, D., & Krost, B. (Producers), & Gibson, B. (Director). (1993). *What's love got to do with it* [Motion picture]. United States: Touchstone Pictures.

Dixon, T. (1905). *The clansman: an historical romance of the Ku Klux Klan.* New York, NY: Grosset & Dunlap.

Dixon, T. (1902). *The leopard's spots; a romance of the white man's burden - 1865-1900.* New York, NY: Grosset & Dunlap.

Fields, R. (1994, November 4). Black residents hurt, angered. *The Herald-Journal (Spartenberg S.C.).* Retrieved from http://jclass.umd.edu/archive/newshoax/casestudies/crime/CrimeSmith1104c.ht

Fredrickson, G. M. (1971). *The black image in the white mind: The debate on Afro-American character and destiny, 1817-1914.* New York, NY: Harper & Row.

Freeman, J. (Producer), & Parks, G. (Director). (1971). *Shaft* [Motion picture]. United States: Metro-Goldwyn-Mayer.

Gibson, R.A. (n.d.).*The Negro holocaust: Lynching and race riots in the United States, 1890-1950.* New Haven, CT: Yale-New Haven Teachers Institute. Retrieved from http://www.yale.edu/ynhti/curriculum/units/1979/2/79.02.04.x.html.

Griffith, D. W. (Producer/Director). (1915). *The birth of a nation* [Motion picture]. United States: David W. Griffith Corp.

Grimshaw, A. D. (Ed.) (1969). *Racial violence in the United States.* Chicago, IL: Aldine Pub. Co.

Gross, J., & Van Peebles, M. (Producers), & Van Peebles, M. (Director). (1971). *Sweet Sweetback's baadasssss song* [Motion picture]. United States: Yeah.

Holden-Smith, B. (1996). Lynching, federalism, and the intersection of race and gender in the Progressive era. *Yale Journal of Law and Feminism*. Retrieved from http://library2.lawschool.cornell.edu/hein/Holden-Smith,%20Barbara%208%20Yale%20J.L.%20&%20Feminism%2031%201996.pdf.

Jones, Q., Kennedy, K., Marshall, F., & Spielberg, S. (Producers), & Spielberg, S. (Director).*The color purple* [Motion picture]. United States: Warner Bros. Pictures.

Myrdal, G. (1944). *An American dilemma: the Negro problem and modern democracy*. New York, NY: Harper.

Ogletree, C. (n.d.) *The Basic Black Forum with Charles Ogletree*.

Page, T. N. (1898). *Red Rock: A chronicle of Reconstruction*. New York, NY: Charles Scribner's Sons.

Page, T. N. (1904). *The Negro: The southerner's problem*. New York, NY: C. Scribner's Sons.

Shore, S. (Producer), & Parks, G. Jr. (Director). (1972). *Superfly*. United States: Warner Bros. Pictures.

Smith, C.H. (1893). Have Negroes too much liberty? *Forum, XVI*.

Souther, R. (n.d.). *Celestial timepiece - The Joyce Carol Oates home page*. Retrieved from http://www.usfca.edu/jco/.

Squires, C., & Greer, Jr., R. (1994, October 30). Frustration mounts in search. *The Herald-Journal (Spartenberg S.C.)*. Retrieved from http://jclass.umd.edu/archive/newshoax/casestudies/crime/CrimeSmith1030a.htm

Winston, G.T. (1901). The relations of the whites to the Negroes. *Annals of the American Academy of Political and Social Science*, XVII.

**BACK TO JCM HOME**

📍 <u>1010 Campus Drive, Big Rapids, Michigan USA 49307</u>

📞 <u>(231) 591-5873</u>

© COPYRIGHT 2024 FERRIS STATE UNIVERSITY





🎁 MAKE A GIFT

Find a Therapist (City or Zip)

 Verified by **Psychology Today**

 **Sharon Martin, DSW, LCSW**
Conquering Codependency

**RELATIONSHIPS**

# The Power of Self-Love

Why self-love matters, and how to get started.

Updated July 7, 2023

Reviewed by Ray Parker

   

---

**KEY POINTS**

- **Self-love is accepting yourself wholeheartedly, treating yourself with kindness, and prioritizing your health.**

- **There are many ways to practice self-love—such as setting boundaries and celebrating your achievements.**

- **Self-love is a journey, not a destination—take time and practice to develop a healthy sense of self-worth.**

---

Self-love has become a popular concept, but what does it mean to love yourself? And more importantly, how do we put it into practice? Let's explore the concept of self-love and how learning to love yourself can improve your mental health and well-being.

## Defining Self-Love

US



Source: Amy Shamblen/Unsplash

treating yourself with kindness and respect, and prioritizing your physical and emotional health. It goes beyond mere actions and extends to your thoughts and feelings about yourself.

Loving yourself entails maintaining an overall positive outlook about who you are. This doesn't mean that you always feel positive about yourself, as that would be unrealistic. For instance, there may be moments when you feel upset, angry, or disappointed with yourself, and yet you can still love yourself —just as you can still love your child or partner despite occasionally being angry with them.

## The Importance of Self-Love

Self-love lays the foundation for assertiveness, establishing boundaries, nurturing healthy relationships, practicing self-care, pursuing personal interests and goals, and feeling pride in one's identity. Without self-love, we're prone to harsh self-criticism and may succumb to people-pleasing tendencies and perfectionism. We may tolerate mistreatment from others, disregard our own needs and feelings due to a lack of self-worth, and make choices that undermine our best interests.

## Examples of Self-Love

- Self-compassion: Treat yourself with kindness, understanding, and empathy, especially during challenging times. Acknowledge that you are human and deserving of love and forgiveness.

- **Setting boundaries**: Recognizing and asserting your needs, and communicating them clearly to others. Prioritize your well-being by saying "no" to things that drain your energy or compromise your values.

- Practicing self-care: Engaging in activities that nourish your physical, mental, and emotional well-being. This can include activities like exercising, practicing mindfulness or meditation, getting enough sleep, or enjoying a hobby.

- Celebrating your achievements: Acknowledging and celebrating your accomplishments, no matter how big or small. For example, treat yourself to something you enjoy, reflect on your growth, or share your successes with trusted friends or loved ones.

- Positive self-talk: Cultivating a positive inner dialogue and challenging negative self-talk. Replace self-critical thoughts with affirmations and reminders of your strengths, capabilities, and worthiness.

- Self-acceptance: Embracing your flaws, quirks, and imperfections. Recognize that you are unique and that your worth is not determined by external standards or comparisons to others.

- Seeking support: Recognizing when you need help and reaching out to trusted friends, family members, or professionals. Seeking support is an act of self-love that allows you to receive the care and guidance you deserve.

US

reflection, or therapy. Exploring your interests, values, and passions allows you to align your life with what truly brings you joy and fulfillment.

ARTICLE CONTINUES AFTER ADVERTISEMENT

## Differentiating Self-Love from Narcissism

One common barrier to embracing self-love is the fear that it might resemble narcissism or selfishness. When psychologists and therapists advocate for self-love, they aren't advocating for self-aggrandizement or superiority over others. Narcissists believe they are superior, refuse to acknowledge their flaws or take responsibility for their mistakes, and constantly seek external validation and recognition. They lack empathy for others.

In contrast, people who genuinely love themselves recognize their flaws, acknowledge their mistakes, and accept and care for themselves despite their imperfections. Self-love does not hinder caring for others; it merely allows individuals to extend the same kindness to themselves.

US

Practicing self-love is hard for many of us. You may relate to some of these barriers:

- Perfectionism: "If I can't do it perfectly, there's no point in trying." This belief sets unrealistically high standards, making it difficult to accept oneself as imperfect and undermining self-love.

- Self-criticism: "I'm not good enough. I'll never measure up to others." Constantly comparing oneself to others and focusing on perceived shortcomings can create a negative self-image and a belief that one doesn't deserve love.

- Guilt and self-sacrifice: "Taking care of myself is selfish. I should always put others' needs first." This belief prioritizes the needs of others to the point of neglecting personal well-being, leading to burnout and a lack of self-care.

- Fear of judgment: "What will others think of me if I prioritize my own needs?" The fear of being judged, or seen as selfish, can prevent individuals from engaging in self-love practices, as they may prioritize external validation over their well-being.

- Internalized negativity: "I don't deserve happiness or self-care. I'm not worthy of love." This deeply ingrained belief can stem from past experiences or negative messages received from others, leading to a lack of self-worth and difficulty practicing self-love.

---

THE BASICS

**Why Relationships Matter**

**Find a therapist to strengthen relationships**

## Putting Self-Love into Action

It's normal to feel ambivalent about self-love or any kind of change. However, embracing self-love doesn't necessitate transforming every aspect of your life. Start by treating yourself a little better than you did yesterday.

To begin, identify one loving act you can undertake for yourself today. It could be a supportive thought or action. You can use the list in this post to help you generate ideas. Then, write down your chosen act and specify when you will accomplish it. By documenting it, you increase your accountability and likelihood of following through. As you incorporate more loving thoughts and actions into your daily life, they will gradually replace self-defeating thoughts and behaviors. With practice, self-love will become second nature.

ARTICLE CONTINUES AFTER ADVERTISEMENT

US



ADVERTISEMENT

## About the Author



**Sharon Martin, DSW, LCSW,** is a licensed psychotherapist practicing in San Jose, California.

Online: Sharon's website, Facebook, Instagram

## More from Sharon Martin, DSW, LCSW



STRESS                    3 MIN READ

### How a Therapist Copes With



GRIEF                     4 MIN READ

### Living Loss: A Hidden Form of

US

It's natural for people to want to retreat inward when they feel stressed or overwhelmed.

overlooked, hindering the grieving process.



**PERFECTIONISM**     4 MIN READ

## 4 Parenting Styles That Lead to Perfectionism

Perfectionists set impossible standards for themselves and fear they will never measure up.



**FAMILY DYNAMICS**     4 MIN READ

## Are Therapists Behind the Rise in Family Estrangements?

Some people have blamed therapists for the recent rise in family estrangement.

## More from Psychology Today



**RELATIONSHIPS**     6 MIN READ

## 8 Reasons Parents Fail to Love Their Kids

It's possible for parents to be insensitive, misattuned, or



**RELATIONSHIPS**     6 MIN READ

## Dismissing Attachment and the Search for Love

US



**SELF TESTS**                    3 MIN

# Divorce Test

Can your marriage stand the
test of time?



**RELATIONSHIPS**          4 MIN READ

# The Real 4 Romantic Personalities in Love That Last

Personality involves both
cognitive and emotional
styles.



**RELATIONSHIPS**          7 MIN READ

# Differentiation Is the Crucial Relationship Skill You Need

Learn how to be autonomous
while maintaining intimacy.



**RELATIONSHIPS**          5 MIN READ

# 3 Questions Partners Should Be Able to Answer About Each Other

The key to a healthy and
lasting relationship is building
a strong foundation.

US



**RELATIONSHIPS**          5 MIN READ

## What to Do When Partners Don't "Feel It" Anymore

People often think that a relationship has run its course when it loses its special spark or when there's a dip in feelings of love and romance.



**RELATIONSHIPS**          5 MIN READ

## 11 Ways to Tell if Your Lover Loves You

John Gottman's behavioral approach challenges couples to determine the health of the relationship.

## Find a Relationship Issues Therapist

Get the help you need from a therapist near you—a FREE service from Psychology Today.

City or Zip

US



**Cities:**

| | |
|---|---|
| Atlanta, GA | Minneapolis, MN |
| Austin, TX | Nashville, TN |
| Baltimore, MD | New York, NY |
| Boston, MA | Oakland, CA |
| Brooklyn, NY | Omaha, NE |
| Charlotte, NC | Philadelphia, PA |
| Chicago, IL | Phoenix, AZ |
| Columbus, OH | Pittsburgh, PA |
| Dallas, TX | Portland, OR |
| Denver, CO | Raleigh, NC |
| Detroit, MI | Sacramento, CA |
| Houston, TX | Saint Louis, MO |
| Indianapolis, IN | San Antonio, TX |
| Jacksonville, FL | San Diego, CA |
| Las Vegas, NV | San Francisco, CA |
| Los Angeles, CA | San Jose, CA |
| Louisville, KY | Seattle, WA |
| Memphis, TN | Tucson, AZ |
| Miami, FL | Washington, DC |
| Milwaukee, WI | |

US



Subscribe Today

About          Editorial Process          Privacy          Terms          Accessibility

Do Not Sell Or Share My Personal Information

 United States

Psychology Today © 2025 Sussex Publishers, LLC

# The Birth of a Nation

film by Griffith [1915]

Ask the Chatbot a Question ⋮ More Actions

*Also known as: "The Clansman"*

Written by Dick Lehr, Lee Pfeiffer • All
Fact-checked by The Editors of Encyclopaedia Britannica
Last Updated: Feb 26, 2025 • Article History

Table of Contents



***The Birth of a Nation*** Lillian Gish and Henry B. Walthall in *The Birth of a Nation* (1915), directed by D.W. Griffith.

**The Birth of a Nation**, landmark silent film starring Lillian Gish, released in 1915, that was the first blockbuster Hollywood hit. It was the longest and most-profitable film then produced and the most artistically advanced film of its day. It secured both the future of feature-length films and the reception of film as a serious medium. An epic about the American Civil War (1861–65) and the Reconstruction era that followed, it has long been hailed for its technical and dramatic innovations. However, it has also been condemned for the racism inherent in the script and its positive portrayal of the Ku Klux Klan (KKK), which experienced a major revival after the movie's release.

*(Read Lillian Gish's 1929 Britannica essay on silent film.)*

## Plot, production, and themes



Based on the novel *The Clansman* (1905) by Thomas Dixon, the two-part epic traces the impact of the Civil War on two families: the Stonemans of the North and the Camerons of the South, each on separate sides of the



conflict. The first half of the film is set from the outbreak of the war through the assassination of Pres. Abraham Lincoln, and the concluding section deals with the chaos of the Reconstruction period.



Britannica Quiz

**Best Picture Movie Quote Quiz**



**D.W. Griffith:** ***The Birth of a Nation*** A scene from the film *The Birth of a Nation* (1915), directed by D.W. Griffith.

Director D.W. Griffith revolutionized the young art of moviemaking with his big-budget ($110,000) and artistically ambitious re-creation of the Civil War years. Shooting on the film began in secrecy in July 1914. Although a script existed, Griffith kept most of the continuity in his head—a remarkable feat considering that the completed film contained 1,544 separate shots at a time when the most-elaborate spectacles, Italian epics such as *Cabiria* (1914), boasted fewer than 100. Running nearly three hours, *The Birth of a Nation* was the then longest movie ever released, and its sweeping battle re-creations and large-scale action thrilled audiences. It was also innovative in technique, using special effects, deep-focus photography, jump cuts, and facial close-ups.

**Production notes and credits**

Studio: D.W. Griffith Productions
Director and producer: D.W. Griffith
Writers: D.W. Griffith and Frank E. Woods
Music: Joseph Carl Breil
Running time: 190 minutes

**Cast**

- Lillian Gish (Elsie Stoneman)
- Mae Marsh (Flora Cameron)
- Henry B. Walthall (Colonel Ben Cameron)
- Miriam Cooper (Margaret Cameron)
- Ralph Lewis (Austin Stoneman)
- George Siegmann (Silas Lynch)

However, the movie's overt racism outraged African Americans and civil rights advocates. Black people, particularly in the film's second part dramatizing Reconstruction, are portrayed as the root of all evil and unworthy of freedom and voting rights. In addition, male African Americans are depicted as always lusting after white women. In contrast, the KKK is portrayed in a heroic light as a healing force restoring order to the country amid the supposed chaos and lawlessness of Reconstruction.

## Reception and controversies

Protests against the film accompanied its premiere in Los Angeles in February 1915 and continued when the movie debuted in New York City the following month. But it was in Boston, where the film opened in April, that Griffith faced the most intense and protracted opposition. William Monroe Trotter—a civil rights leader and editor of a radical Boston weekly newspaper, *The Guardian*—teamed up with the local branch of the National Association for the Advancement of Colored People (NAACP) in a bid to ban the film. Throughout the spring of 1915, Trotter, an 1895 graduate of Harvard and the college's first Black member of Phi Beta Kappa, was at the forefront of the protests, which included mass rallies at which thousands of demonstrators were confronted by a small army of Boston police. Foreshadowing the direct-action civil rights strategies of the 1960s, the demonstrations, which sometimes turned violent, played out in every venue imaginable: city hall, the streets, the courts, and the Massachusetts state legislature. The effort failed to stop Griffith's movie, but it succeeded in galvanizing the civil rights movement in Boston and around the country, and it exposed in no uncertain terms the movie's bigoted treatment of historic events.

Still, Griffith's movie proved a boon for the KKK, which had practically disappeared by the 1870s, with the end of Reconstruction. In December 1915 it was revived in Georgia following the opening of the movie in Atlanta. Directly inspired by *The Birth of a Nation*, Col. William J. Simmons, a preacher and promoter of fraternal orders, led a cross burning on Stone Mountain that marked the beginning of a new era of KKK activity.


**Are you a student?**
Get a special academic rate on Britannica Premium.

Subscribe

Demonstrations, mainly organized by the NAACP, continued in other cities where the film was shown. Ultimately, the filmmakers' civil liberties claims prevailed against protesters' bid to suppress the film. Showings of *The Birth of a Nation* were stopped in only a few states and a handful of municipalities. Such opposition, however, did not prevent *The Birth of a Nation* from becoming one of the most-popular films of the silent era. It achieved national distribution in the year of its release and was seen by nearly three million people.

## Legacy

Notwithstanding its controversial legacy and the challenge the film presents for modern viewers, *The Birth of a Nation* remains a landmark work in cinematic history. This view was reflected in 1992 when the U.S. Library of Congress classified it among the "culturally, historically, or aesthetically significant films" produced in the United States and selected it for preservation in the National Film Registry.

> *Lee Pfeiffer*



Entertainment & Pop Culture  ›  Movie, TV & Stage Directors

# D.W. Griffith

American director

Ask the Chatbot a Question          ⋮  **More Actions**

*Also known as: David Wark Griffith*

Written by Robert M. Henderson

Fact-checked by The Editors of Encyclopaedia Britannica

Last Updated: Feb 28, 2025 • Article History

☰  **Table of Contents**

**D.W. Griffith** (born January 22, 1875, Floydsfork, [Kentucky](#), U.S.—died July 23, 1948, Hollywood, California) was a pioneer American [motion-picture](#) director [credited](#) with developing many of the basic techniques of [filmmaking](#), in such films as *The Birth of a Nation* (1915), *Intolerance* (1916), *Broken Blossoms* (1919), *Way Down East* (1920), *Orphans of the Storm* (1921), and *The Struggle* (1931).

*[(Read Lillian Gish's 1929 Britannica essay on silent film.)](#)*



**D.W. Griffith**

## Early life and influences

D.W. Griffith, the son of Jacob Griffith, a former [Confederate](#) colonel, was born in a tiny hamlet not far from [Louisville](#), Kentucky. He received his early education in one-room schools, largely under the tutelage of his older sister, and was subject to the strong influence of his father's imaginative stories of the [Mexican-American War](#) and the [American Civil War](#) and family readings of the works of [Charles Dickens](#), [William Shakespeare](#), and [Sir Walter Scott](#). The family was impoverished upon the death of Jacob, when David was 10 years old. After a brief stay with relatives, the family moved to Louisville. Griffith's formal education was terminated in [secondary school](#) by the necessity of contributing to the family's financial needs. He became, successively, an elevator

### Quick Facts

**In full:** David Wark Griffith

**Born:** January 22, 1875, Floydsfork, [Kentucky](#), U.S.

**Died:** July 23, 1948, [Hollywood](#), [California](#) (aged 73)

**Founder:** [United Artists Corporation](#)

**Notable Works:** ["Intolerance"](#)

⌄ Show More



operator in a dry-goods store and a clerk in a bookstore. During the latter clerkship, Griffith was exposed to the literati of Louisville and to the actors and actresses who played at Louisville's Temple Theatre.

Griffith began an acting career with several amateur theatre groups and made his professional debut in small roles with a stock company at the Temple Theatre. A barnstorming career with various touring companies followed, concluding with a Boston engagement in the spring of 1906. Following that engagement, Griffith completed a play, *A Fool and a Girl,* based on his personal experiences in the California hop fields, which was produced in Washington, D.C., in the fall of 1907. The play was a failure despite the presence of Fannie Ward in the leading role. After the closing of the play, Griffith wrote a second play, *War,* which was based on events that occurred in the American Revolution. This later play remains unproduced.



**D.W. Griffith** American film director D.W. Griffith.

On the advice of a former acting colleague, Griffith sold some scenarios for one-reel films, first to Edwin Porter, the director of the Edison Film Company, and then to the Biograph Company, both located in New York City. Griffith appeared as an actor in one film for the Edison Company, *Rescued from an Eagle's Nest,* photographed by Porter, and in several films for the Biograph Company. When an opening for a director developed at Biograph, Griffith was hired. During the next five years, from 1908 to 1913, Griffith made more than 400 films for Biograph, the majority in the one-reel format, lasting approximately 12 minutes. His first film was *The Adventures of Dollie* (1908), about a baby stolen by and recovered from Gypsies. During the latter part of his employment, he experimented with longer films; his last Biograph film, *Judith of Bethulia* (1913), a biblical story of Judith and Holofernes, based loosely on a poem of the same title by Thomas Bailey Aldrich, comprised four reels.

During his Biograph period D.W. Griffith introduced or refined the techniques of motion-picture exposition, including the close-up, a film shot in which a single object

or face filled the screen; the scenic long shot, showing an entire panoramic view; and cross-cutting, a technique of editing scenes at various locations together and intermixing them to give the impression to the viewer that the separate actions were happening simultaneously. With the assistance of his brilliant cinematographer, Billy Bitzer, Griffith made effective use of the fade-out and fade-in, a technique in which the screen darkens gradually to black or lightens from black to a full image, to indicate the end or the beginning of the story or of an episode, and the framing of film images through the use of special masks to produce a picture in other than the standard rectangular image. Griffith introduced to the screen young actors and actresses who were to become the motion-picture personages of the future. Included among these were Mary Pickford, Lillian and Dorothy Gish, Mack Sennett, Mae Marsh, Lionel Barrymore, and Harry Carey.



*NEWS*

## Jews And Blackface: A Complicated History

From Al Jolson to Dov Hikind, blackface has a complex history in the Jewish community.



Al Jolson in "The Jazz Singer." (Getty Images)

ADVERTISEMENT



California: Gov't May Cover The Cost To Install Solar If You Live…

Home Solar Tips                    OPE

By Steve Lipman   February 6, 2019   |   9:47 am

When it comes to the Jewish experience with blackface, the picture is, well, not so black and white.

For Jews, the controversy surrounding Virginia Gov. Ralph Northam suggests a complicated history that runs from Al Jolson to Eddie Cantor to former Brooklyn Assemblyman Dov Hikind.

Northam's political career is foundering because his 1984 medical school yearbook page featured a photograph of two white people, one in blackface, the other in a KKK costume. (He denies being in the photo or even knowing it was on his page, but admits he darkened his skin to look like Michael Jackson for a 1984 talent show.)

Northam is walking in the footsteps of Al Jolson, born Asa Yoelson in Lithuania to Jewish parents who immigrated to the United States; the actor-singer known at the height of his popularity as "The World's Greatest Entertainer" often performed in blackface.

**Get the best New York Jewish Week stories each day**

| Email Address |   SIGN UP

By submitting the above I agree to the JTA/ New York Jewish Week Privacy policy and terms of use.

Jolson's career flourished as a result of his portrayal of African-Americans, most notably in the 1927 film "The Jazz Singer," the first full-length "talkie," whose hallmark moment is his emotional singing, on bended knee, in blackface and overdrawn white lips, of "Mammy." At the time, Jolson was arguably better known in the country than any genuinely black performer.

The current debate over the propriety of non-blacks impersonating blacks, especially through wearing makeup on their faces — whether accompanied by stereotyped "black language" and mannerisms or not — is focusing attention on the history of blackface; the debate exists at the intersection of cultural affinity and cultural appropriation, and the practice's changing perceptions in parts of both black and white society.

Blackface has a long Jewish history.

The practice originated in the late 1820s, with white male performers portraying African-American characters by applying burnt cork to their faces; these minstrel acts grew in popularity through the 1840s, frequently exposing white audiences in the North to a depiction of Southern black life. Mark Twain and Abraham Lincoln were known to attend minstrel shows.

White and black performers — including Bert Williams, the most-prominent black entertainer of the Vaudeville era — darkened their faces in this way. Blackface became a staple of Vaudeville, and of ads for such products as cigarettes and pancakes.

Then came "The Jazz Singer," which took blackface to a wider, national audience. In addition to Jolson, leading Jewish entertainers who also performed in blackface included such prominent names as Eddie Cantor, George Burns, George Jessel and Sophie Tucker.

Jews then played a disproportionate role in the entertainment industry.

"Jews performed this kind of minstrelsy in the 1910s and 1920s better and more than any other group in America. Jewish faces covered in cork were ubiquitous," Michael Alexander, University of California religious studies professor, wrote in "Jazz Age Jews" (University of Princeton Press, 2003).

The late author Michael Rogin, whose 1998 book "Blackface, White Noise: Jewish Immigrants in the Hollywood Melting Pot" (University of California Press) investigated this phenomenon, wrote that many Jewish members of the entertainment industry "thought that depicting Jews [as themselves] would promote anti-Semitism, so they hid it. Blackface is a metaphor for that."

"In actuality," wrote film scholar Lester Friedman in "Hollywood's Image of the Jew" (Ungar Publishing Co., 1982), "many Jewish performers gained early and continued success using [blackface] … Indeed, it is too easy to ignore the derogatory aspects of such

activities, the unconscious racism accepted and nourished by such cruel parodies, by citing historical contexts.

"The undisguised elements of ridicule in such blackface portrayals by Jews mimicking the outlandish stereotypes of blacks," he continued, "now looks suspiciously like one group's desperate need to assert its own superiority by mimicking another."

In time, blackface became passé. Prominent individuals who have over the years drawn criticism for appearing in blackface include actor Ted Danson, who showed up at a 1993 Friars Club roast for his then-girlfriend Whoopi Goldberg in minstrel blackface; Florida's secretary of state, who resigned recently from his post after a 2005 Halloween party photograph surfaced of him in blackface, costumed as a victim of Hurricane Katrina; and then-New York State legislator Dov Hikind, who donned brown makeup and an Afro wig for a 2013 Purim party, portraying a "black basketball player."

Hikind, first attributing the ensuing criticism to a climate of "political correctness to the absurd," later apologized for his "deeply disturbing" act.

In a related matter, NBC host Megyn Kelly lost her job last year for asking on-air what was wrong with dressing in blackface, referring to a controversy surrounding a white celebrity who darkened her skin to look like Diana Ross on Halloween.

Kelly, too, apologized. As did Northam, for his Michael Jackson impersonation

When Jolson did blackface, apparently no apology was needed.

His role in "The Jazz Singer," which highlighted his dilemma as the child of an Orthodox family who was balancing his parents' desire for him to enter the cantorate with his wish for a secular musical career, has been controversial because the actor spent much time on-screen in blackface. This was a performance mode he shared with many black entertainers of the time such as Bert Williams and Bilo (Sammie Russell), said Charles Musser, professor of American studies, film studies and theater studies at Yale University.



Mammy - Al Jolson (Jazz Singer performance)

The first talkie shown in many black-owned movie theaters in this country was "The Jazz Singer," Musser writes in "Why Did Negroes Love Al Jolson and 'The Jazz Singer'?: Melodrama, Blackface and Cosmopolitan Theatrical Culture," a 2011 essay in Film History journal. "African American newspapers also praised 'The Jazz Singer,'" he wrote, adding that the papers noted that black audiences, particularly black women, "had intense emotional reactions to the film."

As a member of a fellow minority group, Jolson often aligned himself with black Americans' struggles for acceptance. Jolson was widely known in the black community for supporting the careers of black entertainers, Musser said.

Other academics have similar views. In an email interview with The Jewish Week, Jonathan Sarna, professor of Jewish American history at Brandeis University, said, "Many believe that Jolson was actually displaying sympathy for African Americans" in his "Jazz Singer" performance.

"Blackface, once upon a time, was commonplace and not viewed as negative or an effort to stigmatize; indeed, many of those who put on blackface felt that through it they came to understand something of the black experience (much as in "Gentleman's Agreement," the character who pretended to be a Jew came to understand the stigma of being Jewish)," Sarna continued. "Over time, of course, blackface became unacceptable, seen either as demeaning or as a form of cultural appropriation."

As a precursor to the Northam controversy, Bobby Berger, a Baltimore actor who specialized in impersonations of Al Jolson, decided to stop his act four years ago — audiences objected to him performing, authentically, in blackface.

**JEWISH STORIES MATTER, AND SO DOES YOUR SUPPORT.**

The New York Jewish Week brings you the stories behind the headlines, keeping you connected to Jewish life in New York. Help sustain the reporting you trust by donating today.

SUPPORT US

Upcoming Events

*ANTISEMITISM*

A Journalist's Bold Investigation Into Her Family's Past

Wed. Mar. 19, 2025 @ 6:00 PM EDT

*Hosted by: The New York Jewish Week*

MORE EVENTS ❯

ADVERTISEMENT



[Travel Savings Tricks](#)
[Seniors Can Now Fly Business Class For The Price Of Economy Using This Hack](#)

# More from New York



*PURIM*

Purim parties in NYC: Here's where to celebrate in 2025



*OBITUARIES*

Michael Levine, founding member of NY's pioneering LGBTQ synagogue and witness to the Stonewall riots, dies at 81



*FOOD*

Her family is NY Jewish deli royalty. Now she's launching her own food company with a Middle Eastern twist.



*MUSIC*

From Billy Joel to Vampire Weekend, these Jewish musicians created NYC's soundtrack



*SCHOOLS*

The first Jewish day school for students with mental health challenges is set to open in NYC

ADVERTISEMENT

ADVERTISEMENT

About Us                    Advertise

Contact                     Donate

**Sign up for our newsletter**

Your Email                                          **Sign Up**

JEWISH TELEGRAPHIC AGENCY • NEW YORK JEWISH WEEK • THE NOSHER • KVELLER • HEY ALMA • MY JEWISH LEARNING

PRIVACY POLICY     |     TERMS OF USE AND RE-USING CONTENT
© 2025 JEWISH TELEGRAPHIC AGENCY ALL RIGHTS RESERVED.





**DEEPER DIVE**

# AS AMERICAN AS THE BLUES: LYNCHING IN FILM AND TV

FEBRUARY 20, 2020 BY INDEPENDENT LENS IN BEYOND THE FILMS

Privacy - Terms







**By Ade Adeniji**

---

*Always in Season* explores the history of lynching through the mysterious 2014 death of Lennon Lacy while also looking at historical reenactments of lynching, prompting some to question the value of conjuring up the past. The specter of lynching, though, has been depicted in American popular culture for decades, including in film and television. And while one might be tempted to argue that these portrayals have evolved straightforwardly as black Americans attained





rather plunge to her death than elope with him. Griffith casts the Klan as heroes and blacks, including black soldiers and statesmen during Reconstruction, as the villains. On the heels of the film, the KKK resurged and along with it, racial terror inflicted upon black Americans. National membership in the Klan peaked at about 4.5 million a few years later. However, even back then, there was pushback against the film, with the NAACP attempting to ban it.



In 1920, pioneering black filmmaker Oscar Micheaux released his own silent film **Within Our Gates**. The lynching he stages pushes back against the lie of the noble Klanner carrying out extrajudicial killings by showing an ordinary black family fighting for their lives. Micheaux





Griffith's telling, whose audience would be deprived of their payoff of a dead black body. Instead, this young black boy gets to tell the story of the barbarism he survived, hopefully in a world that outlaws it.



Starring Tony Curtis and Sidney Poitier, **The Defiant Ones** (*1958*) deals with the unlikely interracial pairing of two escaped prisoners, John and Noah. At one point our antiheroes are cornered, set to be lynched. There's humor in the moments leading up to the expected violence, with the women and children being told to leave because of a "prayer meeting." And when things finally escalate, the white John cries out "you can't go lynching me, I'm a white man!" This feels surprising in that despite an obvious racial caste system in the Jim Crow South, the machinery behind it wasn't always laid bare like that. There were certainly many rules, but many of them were unspoken and packaged in etiquette and decorum. At that moment, sure, John is





In the lynch mob scene in **To Kill a Mockingbird** *(1962)* everyone's favorite movie lawyer Atticus Finch (Gregory Peck) stands sentry outside the jail protecting Tom Robinson, **a black man accused of raping a white girl. In contrast to Griffith's Flora, who "nobly" plunges to her death rather than succumb to miscegenation, Atticus, by defending Tom, breaks the social contract and thus deserves his same grisly fate. White womanhood is at the center of many lynching stories, and this also seems to hold true in depictions of lynching in media.**

**However, *To Kill a Mockingbird* complicates matters by also having Scout arrive on the scene, likely unaware of the circumstances. The young white girl addresses Mr. Cunningham, whom she recognizes amidst the bloodthirsty crowd; Scout goes to school with Cunningham's son and her innocent appeal stops the mob in its tracks. One YouTube comment reads: "[Scout] is the bravest girl I have seen in ages. [S]he saved her dad and brother and Tom Robinson from**





Though set in the antebellum, **Mandingo**'s *(1975)* lynching scene feels very much out of its blaxploitation era. Slur du jour "peckerwood" rolls off militant character Cicero's tongue as he's captured by white slavers. But rather than beg for his life, Cicero gives a fearless harangue of his white executioners, punctuating it with "and after you hang me, kiss my ass!" It's almost comically over the top, and on the nose. But it's also deeply satisfying, with anachronistic lingo hammering home a nascent black empowerment message.

Much like **Roots** (1977), *Mandingo* pushes back against years of media past and even present that propagate the myth of the happy slave. Micheaux's silent and respectable lynching victims are now unapologetically loud and righteous. The scene also calls for black unity and in what might be surprising to those ignorant of black militancy, is doubly hard on black folk who appear to uphold white supremacy; indeed, Cicero is only strung up on a tree after he's hunted down by the film's eponymous character, a fellow enslaved





The late John Singleton's **Rosewood** (1997), **based on the true story of an all-black community in Florida destroyed by a mob, also focuses on black heroism. Singleton introduces a fictional outsider Mann (Ving Rhames), a WWI veteran who advocates for self-defense. Mann is a good example of the New Negro, a Harlem Renaissance era black empowerment ethos. Strung up on a tree, Mann somehow survives being suspended in the air long enough for white infighting to happen. The Sheriff openly admits that Mann probably didn't attack a white woman named Fanny and even implies that she's promiscuous. Other white members of the mob laugh, prompting Fanny's husband James to fight the sheriff. And in the chaos, Mann escapes.**

**Like** *The Defiant Ones* **some forty years prior,** *Rosewood* **depicts a white society that at times lifts the veil and reveals the hollow machinery underneath. If the Sheriff admits he was willing to lynch an**





**anywhere else in the country.**

In more recent times, lynching depictions have continued in movies like *12 Years a Slave*, the longest 2 minutes and 53 seconds you can imagine. Solomon Northup is kept in a state of near-strangulation all day. The camera doesn't flinch and it's shot in a single take. Daily life somehow continues on. Enslaved children play, birds chirp. Notably, there is no angry mob. Northup himself is seemingly alone, and yet we know that all the slaves on the plantation are watching him, afraid to act. While other scenes consider the mob, director Steve McQueen's scene speaks to the protracted nature of individual suffering during lynching, and the message that sends to everyone else who could be victim to it.





And in HBO's superhero subversion sensation *Watchmen*, **Hooded Justice's origin story is rooted in a near lynching at the hands of the police. The series largely focuses on Tulsa, Oklahoma, beginning in its Greenwood District, a prosperous neighborhood dubbed Black Wall Street, which was destroyed by white terrorism in 1921. Later in the series, Hooded Justice dons a hood, a repurposed noose, and white face in order to fight crime. Quite a departure from D.W. Griffith's days. Then again, perhaps Micheaux's young boy who escaped Jim Crow's fate went on to become a hero, too.**





## RELATED FILMS



## TOPICS

ARTS & CULTURE     CINEMA     CIVIL RIGHTS     IDENTITY     RACE & ETHNICITY



# INDEPENDENT LENS











BE MORE INDEPENDENT. HELP BRING PROGRAMS LIKE INDEPENDENT LENS TO YOUR PBS STATION.

PLEDGE ONLINE





# NEWSLETTER

# TEAM



WITH ADDITIONAL SUPPORT FROM





COPYRIGHT © 2025, INDEPENDENT LENS TELEVISION SERVICE (ITVS). ALL RIGHTS RESERVED. PBS IS A 501(C)(3) NOT-FOR-PROFIT ORGANIZATION

PRIVACY POLICY     TERMS OF USE



Home / Topics / Black History / How the History of Blackface Is Rooted in Racism

# How the History of Blackface Is Rooted in Racism

Blackface became popular in the U.S. after the Civil War as white performers played characters that demeaned and dehumanized African Americans.

**BY: ALEXIS CLARK**
**UPDATED: MARCH 29, 2023** | ORIGINAL: FEBRUARY 13, 2019

The portrayal of blackface–when people darken their skin with shoe polish, greasepaint or burnt cork and paint on enlarged lips and other exaggerated features—is steeped in centuries of racism. It peaked in popularity during an era in the United States when demands for civil rights by recently emancipated slaves triggered racial hostility. And today, because of blackface's historic use to denigrate people of African descent, its continued use is still considered racist.

"It's an assertion of power and control," says David Leonard , a professor of comparative ethnic studies and American studies at Washington State University. "It allows a society to routinely and historically imagine African Americans as not fully human. It serves to rationalize violence and Jim Crow segregation."

Although the exact moment when blackface originated isn't known, its roots date back to centuries-old European theatrical productions, most famously, Shakespeare's *Othello*. The practice then began in the United States in the 18th century, when European immigrants brought the genre over and performed in seaports along the Northeast, says Daphne Brooks, a professor of African American studies and theater studies at Yale University.

"But the most famous sort of era to think of as being the birth of the form itself is the Antebellum era of the early 19th century," Brooks says.

Thomas Dartmouth Rice , an actor born in New York, is considered the "Father of Minstrelsy." After reportedly traveling to the South and observing slaves, Rice developed a Black stage character called "Jim Crow" in 1830.

With quick dance moves, an exaggerated African American vernacular and buffoonish behavior, Rice founded a new genre of racialized song and dance—blackface minstrel shows—which became central to American entertainment in the North and South.

White performers in blackface played characters that perpetuated a range of negative stereotypes about African Americans including being lazy, ignorant, superstitious, hypersexual, criminal or cowardly.

Several characters in minstrel shows became archetypes, as described in the University of Florida's digital exhibit, "History of Minstrels: From 'Jump Jim Crow' to 'The Jazz Singer.'" Some of the most famous ones were Rice's "Jim Crow," a rural dancing fool in tattered clothing; the "Mammy," an overweight and loud mother figure; and "Zip Coon," a flamboyant-dressed man who used sophisticated words incorrectly.

Most of the minstrel show actors were working-class Irishmen from the Northeast, who performed in blackface to distance themselves from their own lower social, political and economic status in the United States, says Leonard.

"They did it to authenticate their whiteness," he says. "It was the same as saying 'We can become the other and mock the other and assert our superiority by dehumanizing the other.'"

Blackface minstrel shows soared in popularity, in particular, during the period after the Civil War and into the start of the 20th century, as documented in the Smithsonian National Museum of African American History and Culture's official blackface history. The widespread demeaning portrayals of African Americans paralleled a period when southern state legislatures were passing "Black Codes" to restrict the behavior of former slaves and other African Americans. In fact, the codes were also called "Jim Crow" laws, after the blackface stage character.

As society modernized, so did the ways in which blackface was portrayed. Not only was blackface in theaters, but it moved to the film industry. In the blockbuster movie *The Birth of a Nation*, blackface characters were seen as unscrupulous and rapists. The stereotypes were so powerful they became a recruiting tool for the Ku Klux Klan. African Americans protested the film's portrayals and its distorted take on the post-Civil War era, yet it continued to be popular among white audiences.

"There are different ways in which blackface becomes weaponized as a form of white supremacist propaganda," says Brooks.

African Americans also performed in blackface given it was the only way to be in the entertainment industry. But their performances countered some of the primitive representations that were popularized. Black artists Bert Williams and George Walker infused political commentary with their comedic minstrel routines, offering a more intelligent representation of African Americans.

But blackface minstrelsy remained a genre heavily dominated by white actors. Al Jolson, a Lithuanian Jewish immigrant who came to New York as a child, became one of the most influential blackface stars of the 20th century, including his 1927 hit film *The Jazz Singer*.

The appeal of blackface declined after the 1930s and into the civil rights movement. However, the negative stereotypes of African Americans and mocking of dark skin have persisted in recent decades. For example, blackface appeared in the Oscars ceremony in 2012, on televisions skits, and wearing blackface to dress up as famous African Americans during Halloween remains an ongoing issue.

More recently, outrage ensued when Virginia Governor Ralph Northam and the state attorney general Mark Herring both admitted in February 2019 to wearing blackface costumes as young men.

As Leonard says, "Blackface is part of the toxic culture of racism."

## BY: ALEXIS CLARK

Alexis Clark writes about race, culture and politics during major events and eras in American history. She has written for *The New York Times*, *Smithsonian, Preservation* and other publications. She is the author of *Enemies in Love: A German POW, A Black Nurse, and an Unlikely Romance,* and an assistant professor at Columbia Journalism School.

## Citation Information

**Article Title**  How the History of Blackface Is Rooted in Racism

**Author**  Alexis Clark

**Website Name**  HISTORY

**URL**  https://www.history.com/news/blackface-history-racism-origins

**Date Accessed**  March 1, 2025

**Publisher**  A&E Television Networks

**Last Updated**  March 29, 2023

**Original Published Date**  February 13, 2019

## Fact Check

We strive for accuracy and fairness. But if you see something that doesn't look right, click here to contact us! HISTORY reviews and updates its content regularly to ensure it is complete and accurate.

Contact Us    Copyright Policy    Privacy Policy    Terms of Use    Ad Choices    Accessibility Support

Your Privacy Choices

© 2025, A&E Television Networks, LLC. All Rights Reserved.



**Defending Freedom, Defining Freedom**

# Blackface: The Birth of An American Stereotype



*Billy Van, the monologue comedian, 1900. This image is available from the United States Library of Congress's Prints and Photographs division under the digital ID var.1831*

Historian Dale Cockrell once noted that poor and working-class whites who felt "squeezed politically, economically, and socially from the top, but also from the bottom, invented minstrelsy" as a way of expressing the oppression that marked being members of the majority, but outside of the white norm. Minstrelsy, comedic performances of "blackness" by whites in exaggerated costumes and make-up, cannot be separated fully from the racial derision and stereotyping at its core.  By distorting the features and culture of African Americans—including their looks, language, dance, deportment, and character—white Americans were able to codify *whiteness* across class and geopolitical lines as its antithesis.

*" The whole idea of a stereotype is to simplify. "*

**Chinua Achebe**



Tin windup toy of "Ham and Sam The Minstrel Team."
The pervasiveness of stereotypical images like these made the civil rights efforts of African Americans even more difficult. The black people represented here were irresponsible, laughable, and difficult to understand. If white people accepted these stereotypes, it became that much easier to deny African Americans the full rights of citizenship.

*Collection of the Smithsonian National Museum of African American History and Culture, Gift of the Collection of James M. Caselli and Jonathan Mark Scharer*

The first minstrel shows were performed in 1830s New York by white performers with blackened faces (most used burnt cork or shoe polish) and tattered clothing who imitated and mimicked enslaved Africans on Southern plantations. These performances characterized blacks as lazy, ignorant, superstitious, hypersexual, and prone to thievery and cowardice. Thomas Dartmouth Rice, known as the "Father of Minstrelsy," developed the first popularly known blackface character, "Jim Crow" in 1830. By 1845, the

popularity of the minstrel had spawned an entertainment subindustry, manufacturing songs and sheet music, makeup, costumes, as well as a ready-set of stereotypes upon which to build new performances.



Cover to early edition of Jump Jim Crow sheet music.
Thomas D. Rice is pictured in his blackface role; he was performing at the Bowery Theatre (also known as the "American Theatre") at the time. This image was highly influential on later Jim Crow and minstrelsy images.

*Institute for Advanced Technology in the Humanities at the University of Virginia*

Blackface performances grew particularly popular between the end of the Civil War and the turn-of-the century in Northern and Midwestern cities, where regular interaction with African Americans was limited.  White racial animus grew following Emancipation when antebellum stereotypes collided with actual

African Americans and their demands for full citizenship including the right to vote.  The influence of minstrelsy and racial stereotyping on American society cannot be overstated.  New media ushered minstrel performances from the stage, across radio and television airwaves, and into theaters.  Popular American actors, including Shirley Temple, Judy Garland and Mickey Rooney donned blackface, bridging the minstrel performance across generations, and making blackface (racial parody, and stereotypes) a family amusement.



Postcard depicting a caricatured boy eating a slice of watermelon.

*Collection of the Smithsonian National Museum of African American History and Culture, Gift of the Collection of James M. Caselli and Jonathan Mark Scharer*

Blackface and the codifying of blackness— language, movement, deportment, and character—as caricature persists through mass media and in public performances today.  In addition to the increased popularity of "black" Halloween costumes, colleges and universities across the country continue to battle against student and professor blackface performances.  In each instance, those facing scrutiny for blackface performances insist no malice or racial hatred was intended.

# View objects in our collection related to blackface and minstrelsy.



Three blackface masks

*Collection of the Smithsonian National Museum of African American History and Culture, Gift of the Collection of James M. Caselli and Jonathan Mark Scharer*

## Tags

Historic Moments    Race Relations    Segregation

---

# Related Stories



</explore/stories/consecrated-ground-churches-and-founding-americas-historically-black-colleges-and>

# Consecrated Ground: Churches and the Founding of America's Historically Black Colleges and Universities </explore/stories/consecrated-ground-churches-and-founding-americas-historically-black-colleges-and>

Thursday, September 13, 2018



</explore/stories/reflections-little-rock-nine-1957-2017>

# Reflections of the Little Rock Nine 1957 - 2017 </explore/stories/reflections-little-rock-nine-1957-2017>

Monday, September 25, 2017



</explore/stories/anne-emmett>

Anne & Emmett </explore/stories/anne-emmett>

Monday, July 24, 2017

## More Related Stories

</explore/stories/series/defending%20freedom%2c%20defining%20freedom>

1400 Constitution Ave NW,
Washington, DC 20560 ⧉

<https://goo.gl/maps/gn5uhu3s7zu>

Share your email for updates

Email powered by Blackbaud Privacy⧉ <https://www.blackbaud.com/company/privacy-policy/north-america> |
Terms of Use⧉ <https://www.blackbaud.com/company/terms-of-use>

**Become a Member**   <http://www.go.si.edu/nmaahcjoin>

**Make a Donation** </connect/give>

Privacy   <http://si.edu/privacy>   Terms of Use   <http://si.edu/termsofuse>

Live TV

# This is why blackface is offensive

By Harmeet Kaur, CNN

Updated 11:24 PM EST, Thu February 7, 2019



02:51 - Source: CNN

Don Lemon explores the history of blackface

---

**(CNN) —** It's been nearly 200 years since white performers first started painting their faces black to mock enslaved Africans in minstrel shows across the United States. It was racist and offensive then, and it's still racist and offensive today.

Among the recent controversies to erupt over blackface is a photo on Virginia Gov. Ralph Northam's personal page in his medical school yearbook. It depicts one person in blackface and another dressed as a member of the Ku Klux Klan. After initially apologizing for appearing in the photo, the Democratic governor now says he is neither the person in blackface nor the person dressed as a Klansman.

However Northam's case and others like it play out, it's important for every American to understand what blackface is and why it's so offensive.



EoR - 1476 of 2347



Sponsored by Brooks Runnin

Get ultra-cushioned r
shoes for the spri

Read more

**The racist origins of blackface**





Getty Images

American actors and comedy partners Charles Correll (L) and Freeman Gosden lean against each other in blackface makeup in a 1949 promotional portrait.

Blackface isn't just about painting one's skin darker or putting on a costume. It invokes a racist and painful history.

The origins of blackface date back to the minstrel shows of mid-19th century. White performers darkened their skin with polish and cork, put on tattered clothing and exaggerated their features to look stereotypically "black." The first minstrel shows mimicked enslaved Africans on Southern plantations, depicting black people as lazy, ignorant, cowardly or hypersexual, according to the Smithsonian's National Museum of African American History and Culture (NMAAHC).

The performances were intended to be funny to white audiences. But to the black community, they were demeaning and hurtful.

One of the most popular blackface characters was "Jim Crow," developed by performer and playwright Thomas Dartmouth Rice. As part of a traveling solo act, Rice wore a burnt-cork blackface mask and raggedy clothing, spoke in stereotypical black vernacular and performed a caricatured song and dance routine that he said he learned from a slave, according to the University of South Florida Library.

Metropolitan Opera to stop blackface makeup in 'Otello'

Though early minstrel shows started in New York, they quickly spread to audiences in both the North and South. By 1845, minstrel shows spawned their own industry, NMAAHC says.

Its influence extended into the 20th century. Al Jolson performed in blackface in "The Jazz

Its influence extended into the 20th century. Al Jolson performed in blackface in "The Jazz Singer," a hit film in 1927, and American actors like Shirley Temple, Judy Garland and Mickey Rooney put on blackface in movies too.

The characters were so pervasive that even some black performers put on blackface, historians say. It was the only way they could work – as white audiences weren't interested in watching black actors do anything but act foolish on stage.

William Henry Lane, known as "Master Juba," was one of the first black entertainers to perform in blackface. His shows were very popular and he's even credited with inventing tap dance, according to John Hanners' book "It Was Play or Starve: Acting in Nineteenth-century American Popular Theatre."

Despite Lane's relative success, he was limited to the minstrel circuit and for most of his life performed for supper. He eventually died "from something as simple and as pathetic as overwork," Hanners wrote.

**Its damaging legacy**

Such negative representations of black people left a damaging legacy in popular culture, especially in art and entertainment.

Zoe Saldana, Nina Simone and the history of blackface

Minstrel shows were usually the only depiction of black life that white audiences saw. Presenting enslaved Africans as the butt of jokes desensitized white Americans to the horrors of slavery. The performances also promoted demeaning stereotypes of black people that helped confirm white people's notions of superiority.

"By distorting the features and culture of African Americans—including their looks, language, dance, deportment and character—white Americans were able to codify whiteness across class and geopolitical lines as its antithesis," NMAAHC says.

**Ignorance is no excuse**

In modern discussion over blackface, its racist history is often swept under the rug or shrouded in claims of ignorance.

Megyn Kelly's 'blackface' comments show her true face

In a 2018 segment on "Megyn Kelly Today" about political correctness and Halloween costumes, the former NBC host said that when she was growing up, it was seen as acceptable for a white person to dress as a black person.

"But what is racist?" Kelly asked. "Because you do get in trouble if you are a white person who puts on blackface on Halloween, or a black person who puts on whiteface for Halloween. Back when I was a kid that was OK, as long as you were dressing up as, like, a character."

Her comments sparked widespread anger. She apologized, but her show was ultimately canceled.

White celebrities, college students and even elected officials have made similar claims of ignorance over past and current controversies involving blackface.

But NMAAHC is clear on this: "Minstrelsy, comedic performances of 'blackness' by whites in exaggerated costumes and makeup, cannot be separated fully from the racial derision and stereotyping at its core."

View on CNN



© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

**Terms of Use** | **Privacy Policy** | **Ad Choices** | **Accessibility & CC** | **About** | **Subscribe** | **Newsletters** | **Transcripts** | **Help Center** | **Do Not Sell Or Share My Personal Information**



# WIKIPEDIA
The Free Encyclopedia

# Blackface

**Blackface** is the practice of performers using burned cork, shoe polish, or theatrical makeup to portray a caricature of black people on stage or in entertainment. Scholarship on the origins or definition of blackface vary with some taking a global perspective that includes European culture and Western colonialism.[1] Blackface became a global phenomenon as an outgrowth of theatrical practices of racial impersonation popular throughout Britain and its colonial empire, where it was integral to the development of imperial racial politics.[2] Scholars with this wider view may date the practice of blackface to as early as Medieval Europe's mystery plays when bitumen and coal were used to darken the skin of white performers portraying demons, devils, and damned souls.[3] Still others date the practice to English Renaissance theater, in works such as William Shakespeare's *Othello*.[4]



This reproduction of a 1900 William H. West minstrel show poster, originally published by the Strobridge Lithographing Company, shows the transformation from a person of European descent to a caricature of a dark-skinned person of African descent.

However, some scholars see blackface as a specific practice limited to American culture that began in the minstrel show; a performance art that originated in the United States in the early 19th century and which contained its own performance practices unique to the American stage. Scholars taking this point of view see blackface as arising not from a European stage tradition but from the context of class warfare[5] from within the United States, with the American white working poor inventing blackface as a means of expressing their anger over being disenfranchised economically, politically, and socially from middle and upper class White America.

In the United States, the practice of blackface became a popular entertainment during the 19th century into the 20th. It contributed to the spread of racial stereotypes such as "Jim Crow", the "happy-go-lucky darky on the plantation", and "Zip Coon" also known as the "dandified coon".[6][7][5]

By the middle of the 19th century, blackface minstrel shows had become a distinctive American artform, translating formal works such as opera into popular terms for a general audience.[8] Although minstrelsy began with white performers, by the 1840s there were also many all-black cast minstrel shows touring the United States in blackface, as well as black entertainers performing in shows with predominately white casts in blackface. Some of the most successful and prominent minstrel show performers, composers and playwrights were themselves black, such as: Bert Williams, Bob Cole, and J. Rosamond Johnson.

Early in the 20th century, blackface branched off from the minstrel show and became a form of entertainment in its own right,[9] including Tom Shows, parodying abolitionist Harriet Beecher Stowe's 1852 novel *Uncle Tom's Cabin*. In the United States, blackface declined in popularity from the 1940s, with performances dotting the cultural landscape into the civil rights movement of the 1950s and 1960s.[10] It was generally considered highly offensive, disrespectful, and racist by the late 20th century,[11] but the practice (or similar-looking ones) was exported to other countries.[12][13]

## Early history

There is no consensus about a single moment that constitutes the origin of blackface. Arizona State University professor Ayanna Thompson links the beginning of blackface to stage practices within the Medieval Europe miracle or mystery plays. It was common practice in medieval Europe to use bitumen and soot from coal to darken skin to depict corrupted souls, demons, and devils in blackface. Louisiana State University professor Anthony Barthelemy stated, ""In many medieval miracle plays, the souls of the damned were represented by actors painted black or in black costumes.... In [many versions], Lucifer and his confederate rebels, after having sinned, turn black."[14]



FLIT advertisement by Dr. Seuss depicting blackface-styled caricatures of Black people

The journalist and cultural commentator John Strausbaugh places it as part of a tradition of "displaying Blackness for the enjoyment and edification of white viewers" that dates back at least to 1441, when captive West Africans were displayed in Portugal.[15] White people routinely portrayed the black characters in the Elizabethan and Jacobean theater (see English Renaissance theatre), most famously in *Othello* (1604).[16] However, *Othello* and other plays of this era did not involve the emulation and caricature of "such supposed innate qualities of Blackness as inherent musicality, natural athleticism", etc. that Strausbaugh sees as crucial to blackface.[15]

A 2023 article appearing on the National Museum of African American History and Culture website, asserts that the birth of blackface is attributable to class warfare:

> Historian Dale Cockrell once noted that poor and working-class whites who felt "squeezed politically, economically, and socially from the top, but also from the bottom, invented minstrelsy" as a way of expressing the oppression that marked being members of the majority, but outside of the white norm.[17]

By objectifying formerly enslaved people through demeaning, humor-inducing stock caricatures, "comedic performances of 'blackness' by whites in exaggerated costumes and make-up, [could not] be separated fully from the racial derision and stereotyping at its core".[17] This process of "thingification" has been written about by Nigerian author Chinua Achebe, "The whole idea of a stereotype is to simplify",[17] and by Aimé Césaire, "Césaire revealed over and over again the colonizers' sense of superiority and their sense of mission as the world's civilizers, a mission that depended on turning the Other into barbarians".[18]

## History within the United States

Blackface was a performance tradition in the American theater for roughly 100 years beginning around 1830. It was practiced in Britain as well, surviving longer than in the U.S.; *The Black and White Minstrel Show* on television lasted until 1978.[16]

In both the United States and Britain, blackface was most commonly used in the minstrel performance tradition, which it both predated and outlasted. Early white performers in blackface used burnt cork and later greasepaint or shoe polish to blacken their skin and exaggerate their lips, often wearing woolly wigs, gloves, tailcoats, or ragged clothes to complete the transformation. According to a 1901 source: "Be careful to get the black even around the eyes and mouth. Leave the lips just as they are, they will appear red to the audience. Comedians leave

a wide white space all around the lips. It makes the mouth appear larger and will look red as the lips do. If you wish to represent an old darkey, use white drop chalk, outlining the eyebrows, chin, whisk- ers or a gray beard."[19] Later, black artists also performed in blackface. The famous _Dreadnought_ hoax involved the use of blackface and costume for a group of high-profile authors to gain access to a military vessel.[20]

Stereotypes embodied in the stock characters of blackface minstrels not only played a significant role in cementing and proliferating racist images, attitudes, and perceptions worldwide, but also in popularizing black culture.[21] In some quarters, the caricatures that were the legacy of blackface persist to the present day and are a cause of ongoing controversy. Another view is that "blackface is a form of cross-dressing in which one puts on the insignias of a sex, class, or race that stands in opposition to one's own".[22]



The _Dreadnought_ hoaxers in Abyssinian costume

By the mid-20th century, changing attitudes about race and racism effectively ended the prominence of blackface makeup used in performance in the U.S. and elsewhere. Blackface in contemporary art remains in relatively limited use as a theatrical device; today, it is more commonly used as social commentary or satire. Perhaps the most enduring effect of blackface is the precedent it established in the introduction of African-American culture to an international audience, albeit through a distorted lens.[23][24] Blackface's appropriation,[23][24][25] exploitation, and assimilation[23] of African-American culture – as well as the inter-ethnic artistic collaborations that stemmed from it – were but a prologue to the lucrative packaging, marketing, and dissemination of African-American cultural expression and its myriad derivative forms in today's world popular culture.[24][26][27]

## 19th century

Lewis Hallam, Jr., a white blackface actor of American Company fame, brought blackface in this more specific sense to prominence as a theatrical device in the United States when playing the role of "Mungo", an inebriated black man in _The Padlock_, a British play that premiered in New York City at the John Street Theatre on May 29, 1769.[28] The play attracted notice, and other performers adopted the style. From at least the 1810s, blackface clowns were popular in the United States.[29] British actor Charles Mathews toured the U.S. in 1822–23, and as a result added a "black" characterization to his repertoire of British regional types for his next show, _A Trip to America_, which included Mathews singing "Possum up a Gum Tree", a popular slave freedom song.[30] Edwin Forrest played a plantation black in 1823,[30] and George Washington Dixon was already building his stage career around blackface in 1828,[31] but it was another white comic actor, Thomas D. Rice, who truly popularized blackface. Rice introduced the song "Jump Jim Crow", accompanied by a dance, in his stage act in 1828,[32] and scored stardom with it by 1832.[33]



The white American actor John McCullough as Othello, 1878

> First on de heel tap, den on the toe
> Every time I wheel about I jump Jim Crow.
> I wheel about and turn about an do just so,
> And every time I wheel about I jump Jim Crow.[34]

Rice traveled the U.S., performing under the stage name "Daddy Jim Crow". The name *Jim Crow* later became attached to statutes that codified the reinstitution of segregation and discrimination after Reconstruction.[35]

In the 1830s and early 1840s, blackface performances mixed skits with comic songs and vigorous dances. Initially, Rice and his peers performed only in relatively disreputable venues, but as blackface gained popularity they gained opportunities to perform as *entr'actes* in theatrical venues of a higher class. Stereotyped blackface characters developed: buffoonish, lazy, superstitious, cowardly, and lascivious characters, who stole, lied pathologically, and mangled the English language. Early blackface minstrels were all male, so cross-dressing white men also played black women who were often portrayed as unappealingly and grotesquely mannish, in the matronly mammy mold, or as highly sexually provocative. The 1830s American stage, where blackface first rose to prominence, featured similarly comic stereotypes of the clever Yankee and the larger-than-life Frontiersman;[36] the late 19th- and early 20th-century American and British stage where it last prospered[37] featured many other, mostly ethnically-based, comic stereotypes: conniving Jews;[38][39] drunken brawling Irishmen with blarney;[39][40][41] oily Italians;[39] stodgy Germans;[39] and gullible rural people.[39]

1830s and early 1840s blackface performers performed solo or as duos, with the occasional trio; the traveling troupes that would later characterize blackface minstrelsy arose only with the minstrel show.[42] In New York City in 1843, Dan Emmett and his Virginia Minstrels broke blackface minstrelsy loose from its novelty act and *entr'acte* status and performed the first full-blown minstrel show: an evening's entertainment composed entirely of blackface performance. (E. P. Christy did more or less the same, apparently independently, earlier the same year in Buffalo, New York.)[43] Their loosely structured show with the musicians sitting in a semicircle, a tambourine player on one end and a bones player on the other, set the precedent for what would soon become the first act of a standard three-act minstrel show.[44] By 1852, the skits that had been part of blackface performance for decades expanded to one-act farces, often used as the show's third act.[45]

In the 1870s the actress Carrie Swain began performing in minstrel shows alongside her husband, the acrobat and blackface performer Sam Swain. It is possible that she was the first woman performer to appear in blackface.[46] Theatre scholar Shirley Staples stated, "Carrie Swain may have been the first woman to attempt the acrobatic comedy typical of male blackface work."[47] She later portrayed the blackface role of Topsy in a musical adaptation of Harriet Beecher Stowe anti-slavery novel *Uncle Tom's Cabin* by composer Caryl Florio and dramatist H. Wayne Ellis. It premiered at the Chestnut Street Opera House in Philadelphia on May 22, 1882.[48]



Carrie Swain in blackface as Topsy in *Uncle Tom's Cabin*.

The songs of Northern composer Stephen Foster figured prominently in blackface minstrel shows of the period. Though written in dialect and politically incorrect by modern standards, his later songs were free of the ridicule and blatantly racist caricatures that typified other songs of the genre. Foster's works treated slaves and the South in general with sentimentality that appealed to audiences of the day.[49]

White minstrel shows featured white performers pretending to be black people, playing their versions of 'black music' and speaking ersatz black dialects. Minstrel shows dominated popular show business in the U.S. from that time through into the 1890s, also enjoying massive popularity in the UK and in other parts of Europe.[50] As the minstrel show went into decline, blackface returned to its novelty act roots and became part of vaudeville.[37] Blackface featured prominently in film at least into the 1930s, and the "aural blackface"[51] of the *Amos 'n' Andy* radio show lasted into the 1950s.[51] Meanwhile, amateur blackface minstrel shows continued to be common at least into the 1950s.[52] In the UK, one such blackface popular in the 1950s was Ricardo Warley from Alston, Cumbria who toured around the North of England with a monkey called Bilbo.[53]



A man in blackface as minstrel, c. 1890

As a result, the genre played an important role in shaping perceptions of and prejudices about black people generally and African Americans in particular. Some social commentators have stated that blackface provided an outlet for white peoples' fear of the unknown and the unfamiliar, and a socially acceptable way of expressing their feelings and fears about race and control. Writes Eric Lott in *Love and Theft: Blackface Minstrelsy and the American Working Class*: "The black mask offered a way to play with the collective fears of a degraded and threatening – and male – Other while at the same time maintaining some symbolic control over them."[54]

Blackface, at least initially, could also give voice to an oppositional dynamic that was prohibited by society. As early as 1832, Thomas D. Rice was singing: "An' I caution all white dandies not to come in my way, / For if dey insult me, dey'll in de gutter lay." It also on occasion equated lower-class white and lower-class black audiences; while parodying Shakespeare, Rice sang, "Aldough I'm a black man, de white is call'd my broder."[55]

## 20th century

In the early years of film, black characters were routinely played by white people in blackface. In the first filmic adaptation of *Uncle Tom's Cabin* (1903), all of the major black roles were white people in blackface.[56] Even the 1914 *Uncle Tom* starring African-American actor Sam Lucas in the title role had a white male in blackface as Topsy.[57] D. W. Griffith's *The Birth of a Nation* (1915) used white people in blackface to represent all of its major black characters,[58] but reaction against the film's racism largely put an end to this practice in dramatic film roles. Thereafter, white people in blackface would appear almost exclusively in broad comedies or "ventriloquizing" blackness[59] in the context of a vaudeville or minstrel performance within a film.[60] This stands



This postcard, published c. 1908, shows a white minstrel team. While both are wearing wigs, the man on the left is in blackface and drag.



Singer and actor Al Jolson wearing blackface in the musical film *Mammy* (1930)

in contrast to made-up white people routinely playing Native Americans, Asians, Arabs, and so forth, for several more decades.[61]

From the 1910s up until the early 1950s, many well-known entertainers of stage and screen also performed in blackface.[62] Light-skinned people who performed in blackface in film included Al Jolson,[63] Eddie Cantor,[64] Bing Crosby,[63] Fred Astaire, Buster Keaton, Joan Crawford, Irene Dunne, Doris Day, Milton Berle, William Holden, Marion Davies, Myrna Loy, Betty Grable, Dennis Morgan, Laurel and Hardy, Betty Hutton, The Three Stooges, The Marx Brothers, Mickey Rooney, Shirley Temple, Judy Garland, Donald O'Connor and Chester Morris and George E. Stone in several of the *Boston Blackie* films.[64] In 1936, when Orson Welles was touring his *Voodoo Macbeth*; the lead actor, Maurice Ellis, fell ill, so Welles stepped into the role, performing in blackface.[65]

As late as the 1940s, Warner Bros. used blackface in *Yankee Doodle Dandy* (1942), a minstrel show sketch in *This Is the Army* (1943) and by casting Flora Robson as a Haitian maid in *Saratoga Trunk* (1945).[66] In *The Spoilers* (1942), John Wayne appeared in blackface and bantered in a mock accent with a black maid who mistook him for an authentic black man.

In *Holiday Inn,* Bing Crosby and Marjorie Reynolds sang "Abraham," a song honoring Lincoln's birthday, in shoe-polish blackface. The band behind them and the waiters were also in blackface.[67]

Blackface makeup was largely eliminated even from live-action film comedy in the U.S. after the end of the 1930s, when public sensibilities regarding race were beginning to change and blackface became increasingly associated with racism and bigotry.[10] Still, the tradition did not end all at once. The radio program *Amos 'n' Andy* (1928–1960) constituted a type of "oral blackface", in that the black characters were portrayed by white people and conformed to stage blackface stereotypes.[68] The conventions of blackface also lived on unmodified at least into the 1950s in animated theatrical cartoons. Strausbaugh estimates that roughly one-third of late 1940s MGM cartoons "included a blackface, coon, or mammy figure".[69] Bugs Bunny appeared in blackface at least as late as *Southern Fried Rabbit* in 1953.[70]

Singer Grace Slick was wearing blackface when her band Jefferson Airplane performed "Crown of Creation" and "Lather" at *The Smothers Brothers Comedy Hour* in 1968. A clip is included in a 2004 documentary *Fly Jefferson Airplane*, directed by Bob Sarles.

The 1976 action comedy *Silver Streak* included a farcical scene in which Gene Wilder must impersonate a black man, as instructed by Richard Pryor. In 1980, an underground film, *Forbidden Zone*, was released, directed by Richard Elfman and starring the band Oingo Boingo, which received controversy for blackface sequences.[71]

Also in 1980, the white members of UB40 appeared in blackface in their "Dream a Lie" video, while the black members appeared in whiteface to give the opposite appearance.[72]

*Trading Places* (1983) is a film telling the elaborate story of a commodities banker and street hustler crossing paths after being made part of a bet. The film features a scene between Eddie Murphy, Jamie Lee Curtis, Denholm Elliott, and Dan Aykroyd when they must don disguises to enter a train. Aykroyd's character puts on full blackface make-up, a dreadlocked wig and a Jamaican accent to fill the position of a Jamaican pothead. The film, being an obvious satire, has received little criticism for its use of racial and ethnic stereotype due to it mocking the ignorance of Aykroyd's character rather than black people as a whole, with Rotten Tomatoes citing it as "featuring deft interplay between Eddie Murphy and Dan Aykroyd, *Trading Places* is an immensely appealing social satire".[73]

*Soul Man* is a 1986 film featuring C. Thomas Howell as Mark Watson, a pampered rich white college graduate who uses "tanning pills" to qualify for a scholarship to Harvard Law only available to African American students. He expects to be treated as a fellow student and instead learns the isolation of 'being black' on campus. He later befriends and falls in love with the original candidate of the scholarship, a single mother who works as a waitress to support her education. He later "comes out" as white, leading to the famous defending line: "Can you blame him for the color of his skin?" Unlike *Trading Places*, the film was met with heavy criticism of a white man donning blackface to humanize white ignorance at the expense of African American viewers. Despite a large box office intake, it has scored low on every film critic platform. "A white man donning blackface is taboo," said Howell; "Conversation over – you can't win. But our intentions were pure: We wanted to make a funny movie that had a message about racism."[74]

**Parades**

In the early 20th century, a group of African American laborers began a marching club in the New Orleans Mardi Gras parade, dressed as hobos and calling themselves "The Tramps". Wanting a flashier look, they renamed themselves "Zulus" and copied their costumes from a blackface vaudeville skit performed at a local black jazz club and cabaret.[75] The result is one of the best known and most striking krewes of Mardi Gras, the Zulu Social Aid and Pleasure Club. Dressed in grass skirts, top hat and exaggerated makeup, the Zulus of New Orleans are controversial as well as popular.[76] The group has, since the 1960s, argued that the black and white makeup they continue to wear is not blackface.

The wearing of blackface was once a regular part of the annual Mummers Parade in Philadelphia. Growing dissent from civil rights groups and the offense of the black community led to a 1964 city policy, ruling out blackface.[77] Despite the ban on blackface, brownface was still used in the parade in 2016 to depict Mexicans, causing outrage once again among civil rights groups.[78] Also in 1964, bowing to pressure from the interracial group Concern, teenagers in Norfolk, Connecticut, reluctantly agreed to discontinue using blackface in their traditional minstrel show that was a fundraiser for the March of Dimes.[79]

## 21st century

Commodities bearing iconic "darky" images, from tableware, soap and toy marbles to home accessories and T-shirts, continue to be manufactured and marketed. Some are reproductions of historical artifacts ("negrobilia"), while others are designed for today's marketplace ("fantasy"). There is a thriving niche market for such items in the U.S., particularly. The value of the original examples of darky iconography (vintage negrobilia collectables) has risen steadily since the 1970s.[80]



Poster for Spike Lee's movie *Bamboozled* (2000)

There have been several inflammatory incidents of white college students donning blackface. Such incidents usually escalate around Halloween, with students accused of perpetuating racial stereotypes.[81][82][83][84]

In 1998, Harmony Korine released *The Diary of Anne Frank Pt II*, a 40-minute three-screen collage featuring a man in blackface dancing and singing "My Bonnie Lies over the Ocean".[85]

Blackface and minstrelsy serve as the theme of African American director Spike Lee's film *Bamboozled* (2000). It tells of a disgruntled black television executive who reintroduces the old blackface style in a series concept in an attempt to get himself fired and is instead horrified by its success.

In 2000, Jimmy Fallon performed in blackface on *Saturday Night Live*, imitating former cast member Chris Rock.[86] That same year, Harmony Korine directed the short film *Korine Tap* for *Stop For a Minute*, a series of short films commissioned by Dazed & Confused magazine and FilmFour Lab. The film featured Korine tap dancing while wearing blackface.[87][88]

Jimmy Kimmel donned black paint and used an exaggerated, accented voice to portray NBA player Karl Malone on *The Man Show* in 2003. Kimmel repeatedly impersonated the NBA player on *The Man Show* and even made an appearance on Crank Yankers using his exaggerated Ebonics/African-American Vernacular English to prank call about Beanie Babies.

In November 2005, controversy erupted when journalist Steve Gilliard posted a photograph on his blog. The image was of African American Michael Steele, a politician, then a candidate for U.S. Senate. It had been doctored to include bushy, white eyebrows and big, red lips. The caption read, "I's simple Sambo and I's running

for the big house." Gilliard, also African-American, defended the image, commenting that the politically conservative Steele has "refused to stand up for his people".[89] (See Uncle Tom § Epithet.)

In a 2006 reality television program, *Black. White.*, white participants wore blackface makeup and black participants wore whiteface makeup in an attempt to be better able to see the world through the perspective of the other race.[90]

In 2007, Sarah Silverman performed in blackface for a skit from *The Sarah Silverman Program*.[91]

*A Mighty Heart* is a 2007 American film featuring Angelina Jolie playing Mariane Pearl, the wife of the kidnapped *Wall Street Journal* reporter Daniel Pearl. Mariane is of multiracial descent, born from an Afro-Chinese-Cuban mother and a Dutch Jewish father. She personally cast Jolie to play herself, defending the choice to have Jolie "sporting a spray tan and a corkscrew wig".[92] Criticism of the film came in large part for the choice to have Jolie portraying Mariane Pearl in this manner. Defense of the casting choice was in large part due to Pearl's mixed racial heritage, critics claiming it would have been impossible to find an Afro-Latina actress with the same crowd-drawing caliber of Jolie. Director Michael Winterbottom defended his casting choice in an interview, "To try and find a French actress who's half-Cuban, quarter-Chinese, half-Dutch who speaks great English and could do that part better - I mean, if there had been some more choices, I might have thought, 'Why don't we use that person?'...I don't think there would have been anyone better".[93]

A 2008 imitation of Barack Obama by American comedian Fred Armisen (of German, Korean, and Venezuelan descent) on the popular television program *Saturday Night Live* caused some stir, with *The Guardian*'s commentator asking why *SNL* did not hire an additional black actor to do the sketch; the show had only one black cast member at the time.[94]

Also in 2008, Robert Downey Jr.'s character Kirk Lazarus appeared in brownface in the Ben Stiller-directed film *Tropic Thunder*. As with *Trading Places*, the intent was satire; specifically, blackface was ironically employed to humorously mock one of the many foibles of Hollywood rather than black people themselves. Downey was even nominated for an Oscar for his portrayal.[95] According to Downey, "90 per cent of my black friends were like, 'Dude, that was great.' I can't disagree with [the other 10 per cent], but I know where my heart lies."[96]

Once more in 2008, comedian Frank Caliendo, who is well known for his impressions, used blackface to do an impression of former NBA player and sports analyst Charles Barkley. Caliendo defended his use of blackface by comparing it positively to Ted Danson's infamous use of it in 1993 at a Friars Roast, which Caliendo said was "the wrong thing to do".[97]

In the November 2010 episode "Dee Reynolds: Shaping America's Youth", the TV show *It's Always Sunny in Philadelphia* comically explored if blackface could ever be done "right". One of the characters, Frank Reynolds insists that Laurence Olivier's blackface performance in his 1965 production of *Othello* was not offensive, while Dennis claimed it "distasteful" and "never okay". In the same episode, the gang shows their fan film, *Lethal Weapon 5*, in which the character Mac appears in blackface.[98] In the season 9 episode "The Gang make Lethal Weapon 6", Mac once again dons black make-up, along with Dee, who plays his character's daughter in the film. Later in the series, the episode "The Gang Makes *Lethal Weapon 7*" addresses the topic again along with the removal of their films from the library.

A 2012 Popchips commercial showing actor Ashton Kutcher with brown make-up on his face impersonating a stereotypical Indian person generated controversy and was eventually pulled by the company after complaints of racism.[99] In the TV series *Mad Men*, set in the 1960s in New York City, the character Roger Sterling appears in blackface in the season 3 episode "My Old Kentucky Home". Julianne Hough attracted controversy in October 2013 when she donned blackface as part of a Halloween costume depicting the character of "Crazy Eyes" from *Orange Is the New Black*.[100][101] Hough later apologized, stating on Twitter: "I realize my costume hurt and offended people and I truly apologize."[102]

Billy Crystal impersonated Sammy Davis Jr. in the 2012 Oscars opening montage. The scene depicts Crystal in black face-paint wearing an oiled wave wig while talking to Justin Bieber. In the scene Crystal leaves a parting remark to Bieber, "Have fun storming the Führer", a poor association to his famous line in *The Princess Bride*, "Have fun storming the castle". The skit was remarked as poor taste, considering he was chosen as the "safer" choice after Eddie Murphy bowed out following producer and creative partner Brett Ratner's homophobic remarks.[103][104]

Victoria Foyt was accused of using blackface in the trailer for her young adult novel *Save the Pearls: Revealing Eden* as well as in the book and its artwork.[105][106]

Performer Chuck Knipp (who is white and gay) has used drag, blackface, and broad racial caricature to portray a character named "Shirley Q. Liquor" in his cabaret act, generally performed for all-white audiences. Knipp's outrageously stereotypical character has drawn criticism and prompted demonstrations from Black, Gay and transgender activists.[107]

The Metropolitan Opera, based in New York City, used blackface in productions of the opera *Otello* until 2015,[108][109][110] though some have argued that the practice of using dark makeup for the character did not qualify as blackface.[111]

On February 1, 2019, images from Governor of Virginia Ralph Northam's medical school yearbook were published on the far-right website *Big League Politics*.[112][113][114] The photos showed an image of Northam in blackface and an unidentified person in a Ku Klux Klan hood on Northam's page in the yearbook.[115][116][117] A spokesman for Eastern Virginia Medical School confirmed that the image appeared in its 1984 yearbook.[118] Shortly after the news broke, Northam apologized for appearing in the photo.[118]

Blackface performances are not unusual within the Latino community of Miami. As Spanish-speakers from different countries, ethnic, racial, class, and educational backgrounds settle in the United States, they have to grapple with being re-classified vis-a-vis other American-born and immigrant groups. Blackface performances have, for instance, tried to work through U.S. racial and ethnic classifications in conflict with national identities. A case in point is the representation of Latino and its popular embodiment as a stereotypical Dominican man.[119]

In the wake of protests over the treatment of African-Americans following the murder of George Floyd in 2020, episodes of popular television programs featuring characters in blackface were pulled from circulation. This includes *The Golden Girls*, *The Office*, *It's Always Sunny in Philadelphia*, *30 Rock*, *Community*, and *Scrubs*, among others.[120]

### Stunt doubles

White men are the main source of stunt doubles in American TV and film productions. The practice of a male performer portraying standing-in for a female actor is known as "wigging". When the stunt performer is made up to look like another race, the practice is called a "paint down". Stunt performers Janeshia Adams-Ginyard and Sharon Schaffer have equated it in 2018 with blackface minstrelsy.[121]

### Digital media

Digital media provide opportunities to inhabit and perform Black identity without actually painting one's face, which, in a way, some critics have likened to blackface and minstrelsy. In 1999, Adam Clayton Powell III coined the term "high-tech blackface" to refer to stereotypical portrayals of black characters in video games.[122] David Leonard writes, "The desire to 'be Black' because of the stereotypical visions of strength, athleticism, power and sexual potency all play out within the virtual reality of sports games." Leonard's argument suggests that players perform a type of identity tourism by controlling Black avatars in sports games.[123] Phillips and Reed argue that

this type of blackface "is not only about whites assuming Black roles, nor about exaggerated performances of blackness for the benefit of a racist audience. Rather, it is about performing a version of blackness that constrains it within the boundaries legible to white supremacy."[124]

In addition, writers such as Lauren Michele Jackson, Victoria Princewill and Shafiqah Hudson criticized non-Black people sharing animated images, or GIFs, of Black people or Black-skinned emojis, calling the practice "digital blackface".[125][126][127] Writers Amanda Hess and Shane O'Neill have elaborated on their work, pointing out that GIFs of women of color, in particular, have been most frequently used to express user's emotions online. Hess and O'Neill also suggest that the emoji app Bitmoji uses "black emotional reactions and verbal expressions" and designs them to fit non-Black bodies and faces. Writer Manuel Arturo Abreu refers to this phenomenon as "online imagined Black English", where non-Black users engage in African American Vernacular English, or AAVE, on the internet without understanding the full context of the particular phrase being used.[128]

Following these critiques, the term "digital blackface" has since evolved with the rise of other social media and digital media technologies. In 2020, writer Francesa Sobande wrote on the digital representations of Black people, defining digital blackface as "encompassing online depictions and practices that echo the anti-Black underpinnings of minstrelsy shows involving non-Black people 'dressing up' and 'performing' as though they are Black". Sobande's argument suggests that this acts as a "digital expression of the oppression that Black people face" outside of the internet, where they can be viewed as an objectified type of "commodity or labor tool".[129]

Since the criticisms made by these writers, instances of digital blackface have varied in type across the internet. In 2016, a controversy emerged over social media app Snapchat's Bob Marley filter, which allowed users to superimpose dark skin, dreadlocks, and a knitted cap over their own faces.[130][131] A number of controversies have also emerged about students at American universities sharing images of themselves appearing to wear blackface makeup.[132][133][134][135] In 2020, two high school students in Georgia were expelled after posting a "racially insensitive" TikTok video that used racial slurs and stereotypes about Black people.[136][137]

Senior writer Jason Parham suggests that the social media app TikTok, and its viral trends and challenges, has become a new medium for 21st century minstrelsy. Parham argues that "unlike Facebook and Twitter, where instances of digital blackface are either text-based or image-based, TikTok is a video-first platform" where "creators embody Blackness with an auteur-driven virtuosity—taking on Black rhythms, gestures, affect, slang". Examples of these controversial trends and challenges have included "the Hot Cheeto Girl", which is said to mimic stereotypes of Black and Latin women, the "#HowsMyForm" challenge, which plays on racist stereotypes of Black people and other racial groups, and other perceived instances of cultural appropriation, such as "blackfishing".[138][139][140]

In 2021, conversation around digital blackface gained further traction after Oprah Winfrey's interview with Meghan Markle and Prince Harry, where Winfrey's reactions during the interview began to circulate the internet in the form of memes. A widespread Instagram post by the Slow Factory Foundation, an activist group founded by Céline Semaan Vernon, calling attention to digital blackface led to many critiques and criticisms about whether or not it was appropriate for non-Black people to continue sharing these images of Winfrey.[141][142][143]

## Universities

In 2021, music professor Bright Sheng stepped down from teaching a University of Michigan musical composition class, where he says he had intended to show how Giuseppe Verdi adapted William Shakespeare's play Othello into his opera Otello, after showing the 1965 British movie Othello, whose actors received 4 Oscar nominations, but in which the white actor Laurence Olivier played Othello in blackface, which caused controversy even at the time.[144][145][146] Sheng allegedly failed to give students any warning that the movie contained blackface, and his two subsequent apologies failed to satisfy his critics, with the wording of the second one causing further controversy.[144][146] There was disagreement over whether showing the blackface performance constituted racism.[144][147] Evan Chambers, a professor of composition (as is Sheng), said "To show the film

now, especially without substantial framing, content advisory and a focus on its inherent racism is in itself a racist act, regardless of the professor's intentions",[144] while David Gier, dean of the School of Music, Theatre & Dance, said: "Professor Sheng's actions do not align with our School's commitment to anti-racist action, diversity, equity and inclusion"[146] But Robert Soave, a senior editor at _Reason_ magazine, said that the university had violated the principle of academic freedom, that showing the movie was neither a racist act nor approval of racism, and that the university owed Sheng an apology for unfairly maligning him, and he compared it to Sheng's earlier experience of surviving the Chinese Cultural Revolution.[144]

## Black performers in blackface



A poster for the 1939 Broadway show _The Hot Mikado_ using blackface imagery

### 19th century

By 1840, black performers also were performing in blackface makeup. Frederick Douglass generally abhorred blackface and was one of the first people to write against the institution of blackface minstrelsy, condemning it as racist in nature, with inauthentic, northern, white origins.[148] Douglass did, however, maintain: "It is something to be gained when the colored man in any form can appear before a white audience."[149]

When all-black minstrel shows began to proliferate in the 1860s, they often were billed as "authentic" and "the real thing". These "colored minstrels"[150] always claimed to be recently freed slaves (doubtlessly many were, but most were not)[151] and were widely seen as authentic. This presumption of authenticity could be a bit of a trap, with white audiences seeing them more like "animals in a zoo"[152] than skilled performers. Despite often smaller budgets and smaller venues, their public appeal sometimes rivaled that of white minstrel troupes. In March 1866, Booker and Clayton's Georgia Minstrels may have been the country's most popular troupe, and were certainly among the most critically acclaimed.[153]

These "colored" troupes – many using the name "Georgia Minstrels"[154] – focused on "plantation" material, rather than the more explicit social commentary (and more nastily racist stereotyping) found in portrayals of northern black people.[155] In the execution of authentic black music and the percussive, polyrhythmic tradition of _pattin' Juba_, when the only instruments performers used were their hands and feet, clapping and slapping their bodies and shuffling and stomping their feet, black troupes particularly excelled. One of the most successful black minstrel companies was Sam Hague's Slave Troupe of Georgia Minstrels, managed by Charles Hicks. This company eventually was taken over by Charles Callendar. The Georgia Minstrels toured the United States and abroad and later became Haverly's Colored Minstrels.[153]

From the mid-1870s, as white blackface minstrelsy became increasingly lavish and moved away from "Negro subjects", black troupes took the opposite tack.[156] The popularity of the Fisk Jubilee Singers and other _jubilee singers_ had demonstrated northern white interest in white religious music as sung by black people, especially spirituals. Some jubilee troupes pitched themselves as quasi-minstrels and even incorporated minstrel songs; meanwhile, blackface troupes began to adopt first jubilee material and then a broader range of southern black religious material. Within a few years, the word "jubilee", originally used by the Fisk Jubilee Singers to set themselves apart from blackface minstrels and to emphasize the religious character of their music, became little more than a synonym for "plantation" material.[157] Where the jubilee singers tried to "clean up" Southern black religion for white consumption, blackface performers exaggerated its more exotic aspects.[158]

African-American blackface productions also contained buffoonery and comedy, by way of self-parody. In the early days of African-American involvement in theatrical performance, black people could not perform without blackface makeup, regardless of how dark-skinned they were. The 1860s "colored" troupes violated this

convention for a time: the comedy-oriented endmen "corked up", but the other performers "astonished" commentators by the diversity of their hues.[159] Still, their performances were largely in accord with established blackface stereotypes.[160]

These black performers became stars within the broad African-American community, but were largely ignored or condemned by the black bourgeoisie. James Monroe Trotter  – a middle-class African American who had contempt for their "disgusting caricaturing" but admired their "highly musical culture" – wrote in 1882 that "few ... who condemned black minstrels for giving 'aid and comfort to the enemy'" had ever seen them perform.[161] Unlike white audiences, black audiences presumably always recognized blackface performance as caricature, but took pleasure in seeing their own culture observed and reflected, much as they would half a century later in the performances of Moms Mabley.[162]

Despite reinforcing racist stereotypes, blackface minstrelsy was a practical and often relatively lucrative livelihood when compared to the menial labor to which most black people were relegated. Owing to the discrimination of the day, "corking (or blacking) up" provided an often singular opportunity for African-American musicians, actors, and dancers to practice their crafts.[163] Some minstrel shows, particularly when performing outside the South, also managed subtly to poke fun at the racist attitudes and double standards of white society or champion the abolitionist cause. It was through blackface performers, white and black, that the richness and exuberance of African-American music, humor, and dance first reached mainstream, white audiences in the U.S. and abroad.[24] It was through blackface minstrelsy that African American performers first entered the mainstream of American show business.[164] Black performers used blackface performance to satirize white behavior. It was also a forum for the sexual double entendre gags that were frowned upon by white moralists. There was often a subtle message behind the outrageous vaudeville routines:

> The laughter that cascaded out of the seats was directed parenthetically toward those in America who allowed themselves to imagine that such 'nigger' showtime was in any way respective of the way we live or thought about ourselves in the real world.[165]:5,92–92,1983 ed.

### 20th century

With the rise of vaudeville, Bahamian-born actor and comedian Bert Williams became Florenz Ziegfeld's highest-paid star and only African American star.[166][167]

In the Theater Owners Booking Association (TOBA), an all-black vaudeville circuit organized in 1909, blackface acts were a popular staple. Called "Toby" for short, performers also nicknamed it "Tough on Black Actors" (or, variously, "Artists" or "Asses"), because earnings were so meager. Still, TOBA headliners like Tim Moore and Johnny Hudgins could make a very good living, and even for lesser players, TOBA provided fairly steady, more desirable work than generally was available elsewhere. Blackface served as a springboard for hundreds of artists and entertainers – black and white – many of whom later would go on to find work in other performance traditions. For example, one of the most famous stars of Haverly's European



Bert Williams was the only black member of the Ziegfeld Follies when he joined them in 1910. Shown here in blackface, he was the highest-paid African American entertainer of his day.[166]

Minstrels was Sam Lucas, who became known as the "Grand Old Man of the Negro Stage".[168] Lucas later played the title role in the 1914 cinematic production of Harriet Beecher Stowe's *Uncle Tom's Cabin*.

From the early 1930s to the late 1940s, New York City's famous Apollo Theater in Harlem featured skits in which almost all black male performers wore the blackface makeup and huge white painted lips, despite protests that it was degrading from the NAACP. The comics said they felt "naked" without it.[165]:4,1983 ed.

The minstrel show was appropriated by the black performer from the original white shows, but only in its general form. Black people took over the form and made it their own. The professionalism of performance came from black theater. Some argue that the black minstrels gave the shows vitality and humor that the white shows never had. As the black social critic LeRoi Jones has written:

> It is essential to realize that ... the idea of white men imitating, or caricaturing, what they consider certain generic characteristics of the black man's life in America is important if only because of the Negro's reaction to it. (And it is the Negro's *reaction* to America, first white and then black and white America, that I consider to have made him such a unique member of this society.)[169]

The black minstrel performer was not only poking fun at himself but in a more profound way, he was poking fun at the white man. The cakewalk is caricaturing white customs, while white theater companies attempted to satirize the cakewalk as a black dance. Again, as LeRoi Jones notes:

> If the cakewalk is a Negro dance caricaturing certain white customs, what is that dance when, say, a white theater company attempts to satirize it as a Negro dance? I find the idea of white minstrels in blackface satirizing a dance satirizing themselves a remarkable kind of irony – which, I suppose is the whole point of minstrel shows.[169]

## Puerto Rico

During the 20th century, blackface was not an uncommon sight at parades in Puerto Rico.[170] In 2019, when blackface was prominently featured at a carnival in San Sebastián, Puerto Rico, the town immediately faced backlash and criticism.[171]

# Authenticity

The degree to which blackface performance drew on authentic black culture and traditions is controversial. Black people, including slaves, were influenced by white culture, including white musical culture. Certainly this was the case with church music from very early times. Complicating matters further, once the blackface era began, some blackface minstrel songs unquestionably written by New York-based professionals (Stephen Foster, for example) made their way to the plantations in the South and merged into the body of black folk music.[172]

It seems clear, however, that American music by the early 19th century was an interwoven mixture of many influences, and that blacks were quite aware of white musical traditions and incorporated these into their music.

> In the early years of the nineteenth century, white-to-black and black-to-white musical influences were widespread, a fact documented in numerous contemporary accounts.... [I]t becomes clear that the prevailing musical interaction and influences in nineteenth century America produced a black populace conversant with the music of both traditions.[173]

Early blackface minstrels often said that their material was largely or entirely authentic black culture; John Strausbaugh, author of *Black Like You*, said that such claims were likely to be untrue. Well into the 20th century, scholars took the stories at face value.[174] Constance Rourke, one of the founders of what is now known as cultural studies, largely assumed this as late as 1931.[175] In the Civil Rights era there was a strong reaction against this view, to the point of denying that blackface was anything other than a white racist counterfeit.[176] Starting no later than Robert Toll's *Blacking Up* (1974), a "third wave" has systematically studied the origins of

blackface, and has put forward a nuanced picture: that blackface did, indeed, draw on black culture, but that it transformed, stereotyped, and caricatured that culture, resulting in often racist representations of black characters.[177]

As discussed above, this picture becomes even more complicated after the Civil War, when many blacks became blackface performers. They drew on much material of undoubted slave origins, but they also drew on a professional performer's instincts, while working within an established genre, and with the same motivation as white performers to make exaggerated claims of the authenticity of their own material.

Author Strausbaugh summed up as follows: "Some minstrel songs started as Negro folk songs, were adapted by White minstrels, became widely popular, and were readopted by Blacks." "The question of whether minstrelsy was white or black music was moot. It was a mix, a mutt – that is, it was American music."[178]

## "Darky" iconography

The darky icon itself – googly-eyed, with inky skin, exaggerated white, pink or red lips, and bright, white teeth – became a common motif in entertainment, children's literature, mechanical banks, and other toys and games of all sorts, cartoons and comic strips, advertisements, jewelry, textiles, postcards, sheet music, food branding and packaging, and other consumer goods.



Florence Kate Upton's "Golliwog" in 1895, described as "a horrid sight, the blackest gnome". Note the formal minstrel attire.

In 1895, the Golliwog surfaced in Great Britain, the product of children's book illustrator Florence Kate Upton, who modeled her rag doll character after a minstrel doll from her American childhood. "Golly", as he later affectionately came to be called, had a jet-black face, wild, woolly hair, bright, red lips, and sported formal minstrel attire. The generic British golliwog later made its way back across the Atlantic as dolls, toy tea sets, ladies' perfume, and in a myriad of other forms. The word "golliwog" may have given rise to the ethnic slur "wog".[180]



"Darky" iconography frequently adorned the covers of sheet music from the 1870s through the 1940s, but virtually disappeared by the 1950s.

U.S. cartoons from the 1930s and 1940s often featured characters in blackface gags as well as other racial and ethnic caricatures. The United Artists 1933 release *Mickey's Mellerdrammer* – the name a corruption of "melodrama" thought to harken back to the earliest minstrel shows – was a film short based on a production of *Uncle Tom's Cabin* by the Disney characters. The advertising poster for the film shows Mickey with exaggerated, orange lips; bushy, white sidewhiskers.



This elaborate Art Deco Ronson tabletop cigarette lighter, made in 1936,[179] is an example of an everyday consumer item rendered in classic darky iconographical style.

In the U.S., by the 1950s, the NAACP had begun calling attention to such portrayals of African Americans and mounted a campaign to put an end to blackface performances and depictions. For decades, darky images had been seen in the branding of everyday products and commodities such as *Picaninny Freeze*, the Coon Chicken Inn[181] restaurant chain, and Nigger

Hair Tobacco. With the eventual successes of the modern day Civil rights movement, such blatantly racist branding practices ended in the U.S., and blackface became an American taboo. However, blackface-inspired iconography continued to be used in popular media in other parts of the world.

# Notable instances outside the United States

Over time, blackface and "darky" iconography became artistic and stylistic devices associated with Art Deco and the Jazz Age. By the 1950s and 1960s, particularly in Europe, where it was more widely tolerated, blackface became a kind of outré, camp convention in some artistic circles. The Black and White Minstrel Show was a popular British musical variety show that featured blackface performers, and remained on British television until 1978 and in stage shows until 1989. Many of the songs were from the music hall, country and western, and folk traditions.[182] Actors and dancers in blackface appeared in music videos such as Grace Jones's "Slave to the Rhythm" (1985, also part of her touring piece A One Man Show),[183] Culture Club's "Do You Really Want to Hurt Me" (1982)[184] and Taco's "Puttin' On the Ritz" (1983).[185]



Grocery list pegboard with a blackface graphic

Darlie, a popular toothpaste brand by Hawley & Hazel and sold in parts of Asia, used to be known as "Darkie" and used blackface imagery. In 1989, the blackface imagery was dropped and the English branding changed to "Darlie".[186][187]

When trade and tourism produce a confluence of cultures, bringing differing sensibilities regarding blackface into contact with one another, the results can be jarring. When Japanese toymaker Sanrio Corporation exported a darky-icon character doll (the doll, Bibinba, had fat, pink lips and rings in its ears)[188] in the 1990s, the ensuing controversy prompted Sanrio to halt production.[189]



Reproduction of a can-sign advertising Picaninny Freeze, a frozen treat (1922)

Trademark for Conguitos, a confection manufactured by the LACASA Group[190] features a tubby, little brown character with full, red lips. It became a topic of controversy after a Manchester City player compared his black teammate to the character.[191] In Britain, "Golly",[192] a golliwog character, fell out of favor in 2001 after almost a century as the trademark of jam producer James Robertson & Sons, but the debate still continues whether the golliwog should be banished in all forms from further commercial production and display, or preserved as a treasured childhood icon. In France, the chocolate powder Banania[193] still uses a face with large red lips derived from the Senegalese Tirailleurs as its emblem. The licorice brand Tabu, popularized by Perfetti in the middle of the 20th century, introduced in the 1980s a cartoon minstrel mascot inspired by Al Jolson's blackface performance in The Jazz Singer, which is still in use today.[194]

The influence of blackface on branding and advertising, as well as on perceptions and portrayals of black people, generally, can be found worldwide.

## Australia

In October 2009, a talent-search skit on Australian TV's Hey Hey It's Saturday reunion show featured a tribute group for Michael Jackson, the "Jackson Jive", in blackface, with the Michael Jackson character in whiteface. American performer Harry Connick, Jr. was one of the guest judges and objected to the act, stating that he

believed it was offensive to black people, and gave the troupe a score of zero. The show and the group later apologised to Connick, with the troupe leader of Indian descent stating that the skit was not intended to be offensive or racist.[195]

In 1999, Sam Newman wore blackface to impersonate legendary Indigenous Australian Football League footballer Nicky Winmar after Winmar did not attend a scheduled appearance on the program.[196]

Black and White Minstrels Coburg, Melbourne, Australia, November 6, 1935

## Belgium and Netherlands

### Christian traditions: Sinterklaas

In the Netherlands and Belgium, people annually celebrate St. Nicolas Eve with Sinterklaas, the Dutch version of Saint Nicholas, accompanied by multiple helpers or "Zwarte Pieten" (Black Petes). The first is typically an older white man similar to the American Santa, while the latter are usually adolescent boys and girls, and men and women in make-up and attire similar to the American blackface. The task of the Pieten is generally to entertain the children with jokes and pranks, and to help Sinterklaas distribute presents and dole out candy. The Pieten wear Moorish page boy costumes and partake in parades.[197]



A Dutch man in Zwarte Piet costume

The Moorish Zwarte Piet character has been traced back to the middle of the 19th century when Jan Schenkman, a popular children's book author, added a black servant to the Sinterklaas story.[198] The *Dag Sinterklaas* TV series written by Hugo Matthysen in Belgium since the early 1990s provided a non-racial explanation: Zwarte Piet is black not because of his skin, because of sliding through the chimney to deliver presents. Twenty years later, Bart Peeters (the main actor in the series) stated it is thanks to Matthysen that in Belgium the Sinterklaas event has not been subject of a racism discussion as it has been in the Netherlands, because the series explains that the figure of Zwarte Piet has nothing to do with slavery.[199] However, the original and archetypal Zwarte Piet is believed to be a continuation of a much older custom in which people with blackface appeared in Winter Solstice rituals.[200] In other parts of Western Europe and in Central Europe, black-faced and masked people also perform the role of companions of Saint Nicholas, who is known as Nikolo in Austria, Nikolaus in Germany and Samichlaus in Switzerland. Also on Saint Martin's Eve, black-faced men go around in processions through Wörgl and the Lower Inn Valley, in Tyrol.[201]



Sinterklaas and his Black Petes arrive by boat at the start of a procession in Nijmegen (Netherlands), 2016

Due to Zwarte Piet's strong aesthetic resemblance to the archetypal US blackface, as well as the dynamics between the blackface servants and the white Sinterklaas,[202] there has been international condemnation of the practice since the 1960s.[203] Some of the stereotypical elements have been toned down in recent decades as a result of increasing protests within the nation.[204] For example, there has been a transition towards applying only a few smears of 'soot' to the Piet's cheeks, rather than apply a full blackface.[205] The public support for changing the character was at 5% (versus 89% opposed to such changes) in 2013,[206] which increased to 26% (versus 68% opposed to such changes) in 2017.[207] However, in 2019, support for changing the character of Zwarte Piet underwent a slight decline, with opposition to changes increasing.[208]

In 2020, following the murder of George Floyd and worldwide protests against racism, the Dutch prime minister Mark Rutte (who since 2013 had strongly supported Zwarte Piet and condemned protests against suggestions for change) stated he had changed his mind on the matter and hoped the tradition would die out. Yet, he emphasized not intending to impose an official ban and noted he too retains sympathy towards those who do not want to let go of Zwarte Piet.[209][210][211]

## Canada

Up until the early 2000s, white comedians sometimes used makeup to represent a black person, most often as a parody of an actual person. Many of these segments have been aired during the annual New Year's Eve TV special *Bye Bye*. For instance, the 1986 edition[212] features three such skits:

- a multi-ethnic version of the series *Le temps d'une paix* (fr), in which comedienne Michèle Deslauriers played the character Mémère Bouchard as if she hailed from Africa;
- a reference to a joint concert by Quebec rocker Marjo and U.S. diva Eartha Kitt, in which Deslauriers and comic Dominique Michel alluded to Kitt spilling wine on Marjo during the show's press conference;[213]
- a mock American Express commercial spoofing president Ronald Reagan's foreign policy, in which Deslauriers, Michel and actor Michel Côté played Middle Eastern arms buyers.

The Montreal-based satiric group Rock et Belles Oreilles did its own blackface sketches, for instance when comedian Yves Pelletier disguised himself as comedian and show host Gregory Charles, making fun of his energetic personality (not of his racial background) on his television game show *Que le meilleur gagne*.[214] RBO also did a parody of a talk show where a stereotypical Haitian man (Pelletier again) was easily offended,[215] as well as a group parody of the Caribbean band La Compagnie Créole[216] and a sketch about the lines of African-American actors that were mangled in movie translations.[217] Pelletier did another parody of Gregory Charles for the New Year's Eve TV special *Le Bye Bye de RBO* in 2006 (as an homage to Charles who had had a particularly successful year[218]), along with a parody of Governor General Michaëlle Jean.[219] And in RBO's 2007 *Bye Bye*, Guy A. Lepage impersonated a black Quebecer testifying during the Bouchard-Taylor hearings on cultural differences,[220] while in another sketch, Lepage, Pelletier and Bruno Landry impersonated injured Darfur residents.[221]

In September 2011, HEC Montréal students caused a stir when using blackface to "pay tribute" to Jamaican sprinter Usain Bolt during Frosh Week. The story went national, and was even covered on CNN.[222] The university students were filmed in Jamaican flag colours, chanting "smoke weed" in a chorus.[223] The university later apologized for the lack of consciousness of its student body.[224][225]

In May 2013, comedian Mario Jean (fr) took part in the award show *Le gala des Olivier*, and imitated several fellow comics, donning blackface when he came to Boucar Diouf (fr), a Senegalese-born storyteller.[226][227] Many Quebec pundits defended the practice[228][229][230] and Diouf himself praised Jean for his open-mindedness.[231]

In December 2013, white actor Joel Legendre (fr) performed in blackface in *Bye Bye 2013*, as part of yet another parody[232] of Gregory Charles, this time as host of the variety show *Le choc des générations*.

In December 2014, the satirical end-of-year production by Théâtre du Rideau Vert, a mainstream theatre company, included a blackface representation of hockey player P.K. Subban by actor Marc Saint-Martin.[233] Despite some criticism the sketch was not withdrawn.[234]

In March 2018, comedian of the year[235] Mariana Mazza (fr), whose parents are Arab and Uruguayan, celebrated International Women's Day by putting up a post on her Facebook page which read "Vive la diversité" (Hurray for diversity) and was accompanied by a picture of herself surrounded by eight ethnic variations, including one in a wig and makeup that showed what she'd look like if she were black.[236][237] She immediately received a flurry of

hate messages and death threats, and two days later, posted another message[238] in which she apologized to whoever had been offended, adding that she had been "naively" trying to "express her support for all these communities".

In June 2018, theatre director Robert Lepage was accused of staging scenes that were reminiscent of blackface[239] when he put together the show *SLĀV* at the Montreal Jazz Festival, notably because white performers were dressed as slaves as they picked cotton.[240] After two initial performances, lead singer Betty Bonifassi broke an ankle and the rest of the summer run was canceled, but later performances were nevertheless scheduled in other venues.[241] The controversy prompted further protests about the play *Kanata* that Lepage was to stage in Paris about the Canadian Indian residential school system – without resorting to any indigenous actors.[242] The project was briefly put on hold when investors pulled out, but the production eventually resumed as planned.[243]

In 2022, Netflix pulled episode 2 (https://www.youtube.com/watch?v=K5xZOOn5fYg) of the popular TV series *Les filles de Caleb* (which takes place in the 19th century), because the main character, played by Roy Dupuis, dons blackface makeup in order to act as magus Balthazar in a school Nativity play.[244]

### Justin Trudeau blackface controversy

In 2019, *Time* published a photograph of the Prime Minister of Canada, Justin Trudeau, wearing brownface makeup in the spring of 2001.[245] The photograph, which had not been previously reported, was taken at an "Arabian Nights"-themed gala. The photograph showed Trudeau, wearing a turban and robes with his face, neck and hands completely darkened. The photograph appeared in the 2000–2001 yearbook of the West Point Grey Academy, where Trudeau was a teacher. A copy of the yearbook was obtained by *Time* earlier in the month from Vancouver businessman Michael Adamson, who was part of the West Point Grey Academy community. Adamson said that he first saw the photograph in July and felt it should be made public. On September 19, 2019, Global News obtained and published a video from the early 1990s showing Trudeau in blackface.[246] The video showed Trudeau covered in dark makeup and raising his hands in the air while laughing, sticking his tongue out and making faces. The video showed his arms and legs covered in makeup as well as a banana in his pants, eliciting strong negative reactions.[247] Trudeau admitted that he could not recall how many times he wore blackface after additional footage surfaced.[248]

## China

In May 2016, a global controversy broke regarding a television commercial for Qiaobi clothes washing fluid. The commercial showed a pouch of cleaning liquid being forced into a black man's mouth before he is pushed into a washing machine. He emerges later as an Asian man.[249]

On February 15, 2018, a comedy sketch titled "Same Joy, Same Happiness" intending to celebrate Chinese-African ties on the CCTV New Year's Gala, which draws an audience of up to 800 million, showed a Chinese actress in blackface makeup with a giant fake bottom playing an African mother, while a performer only exposing black arms playing a monkey accompanied her. At the end of the skit, the actress shouted, "I love Chinese people! I love China!" After being broadcast, the scene was widely criticized as being "disgusting", "awkward" and "completely racist" on Twitter and Sina Weibo.[250][251] According to the street interviews by the Associated Press in Beijing on February 16, some Chinese people believed this kind of criticism was overblown.[252] Chinese Foreign Ministry spokesman Geng Shuang, who also watched the skit, said that China had consistently opposed any form of racism, and added, "I want to say that if there are people who want to seize on an incident to exaggerate matters, and sow discord in China's relations with African countries, this is a doomed futile effort" at a daily news briefing on February 22, 2018.[253]

In 2021 CCTV's New Year's Gala show once again featured performers in blackface wearing approximations of African clothing. Like in 2018 it received criticism both within China and internationally. The Chinese foreign ministry responded to criticism by saying that it was not an issue and that anyone saying otherwise must have ulterior motives.[254]

## Colombia

The television comedy *Sábados Felices* included a blackface character, who after a controversy changed his makeup to look like a camouflaged soldier.[255][256]

## Ecuador

In Ecuador, there's a traditional festival held in Latacunga called "La Mama Negra" also known as *La Santísima Tragedia* in which a man in blackface makeup portrays a black woman liberated from slavery holding her youngest child.[257]



The "Mama Negra" at the festival in Latacunga, Ecuador

## Finland

In Finland, a version of the Star boys' singing procession originating in the city of Oulu, a musical play known as Tiernapojat, has become established as a cherished Christmas tradition nationwide. The Tiernapojat show is a staple of Christmas festivities in schools, kindergartens, and elsewhere, and it is broadcast every Christmas on radio and television. The Finnish version contains non-biblical elements such as King Herod vanquishing the "king of the Moors", whose face in the play has traditionally been painted black. The character's color of skin is also a theme in the procession's lyrics.[258]

The last installation of the *Pekka and Pätkä* comedy film series, *Pekka ja Pätkä neekereinä* (Pekka and Pätkä as Negroes), was made in 1960. In the film a computer tells the title characters that a "negro" would be a suitable profession for them. They blacken their faces and pretend to be American or African entertainers performing in a night club, talking self-invented gibberish that is supposed to be English. The computer meant "negro" as a now archaic term for a journalist, which originates from journalists' hands becoming tinted black with ink when handling prints.[259][260] When Finland's national public broadcasting company Yle aired this film 2016, some people on the social media disapproved of it and insisted that the film should have been censored, or at least the name changed. A representative from Yle said that an old movie should be evaluated in the context of its own time, and that the idea of the movie is to laugh at people being prejudiced. When the film series was aired in 2019, this particular film of the series was left unaired.[261][262]

Before the 1990s the word "neekeri" (negro) was generally considered a neutral, inoffensive word.[263]

## Germany

Examples of theatrical productions include the many productions of the play *Unschuld* ("Innocence") by the German writer Dea Loher. The play features two black African immigrants, but the use of black-face is not part of the stage directions or instructions.[264] The staging of the play at the Deutsches Theater in Berlin in 2012 was subject of protest.[265] The activist group "Bühnenwatch" (stage watch) performed a stunt in one of the stagings: 42 activists, posing as spectators, left the audience without a word and later distributed leaflets to the audience. Fundamental of the criticism was that the use of black-face solidifies stereotypes regardless of any good intentions and supports racist structures. The critics were invited to a discussion with the director, actors, theatre

manager and other artists of the Deutsches Theater. As a result of the discussion, Deutsches Theater changed the design of actor make-up. Ulrich Khuon, the theatre manager, later admitted to being surprised by the protest and is now in a process of reflection.[266]

German productions of Herb Gardner's *I'm Not Rappaport* almost always cast the role of Midge Carter, the black character, famously portrayed in the U.S. by Ossie Davis, with a white actor in black makeup. The 2012 production of the play at the Berlin Schlosspark-Theater was the subject of protest.[267][268] The director, Thomas Schendel, in his response to critics, argued that the classical and common plays would not offer enough roles that would justify a repertoire position for a black actor in a German theatre company. The protest grew considerably and was followed by media reports. While advocates of the theatre indicated that in principle it should be possible for any actor to play any character and that the play itself has an anti-racist message, the critics noted that the letter unwittingly disclosed the general, unexpressed policy of German theatres, i.e., that white actors are accounted to be qualified for all roles, even black ones, while black actors are suitable only for black roles.[269] Other authors said that this problem in Germany generally exists for citizens with an immigrant background.[270][271] The debate also received foreign media attention. The Schlosspark-Theater announced plans to continue the performances, and the German publishing company of *Rappaport* stated it will continue to grant permits for such performances.

German dramatists commented on the debate:

> Unfortunately, I do not believe that our society has come to accept a black Faust in the theatre.
>
> —Christian Tombeil, theater manager of Schauspiel Essen, 2012[272]

> We too have a problem to deal with issues of racism. We try to work it out by promoting tolerance, but tolerance is not a solution to racism. Why not? Because it does not matter whether our best friends are immigrants if, at the same time, we cannot cast a Black man for the part of Hamlet because then nobody could truly understand the "real" essence of that part. Issues of racism are primarily issues of representation, especially in the theatre.
>
> —René Pollesch, director, 2012[273]

In 2012, the American dramatist Bruce Norris cancelled a German production of his play *Clybourne Park* when it was disclosed that a white actress would portray the African-American "Francine". A subsequent production using black German actors was successfully staged.[274]

## Guatemala

Guatemalan 2015 elected president, Jimmy Morales, was a comic actor. One of the characters he impersonated in his comic show "Moralejas" was called Black Pitaya which used blackface makeup. Jimmy Morales defended his blackface character saying he is adored by the country's black Garifuna and indigenous Mayan communities.[275]

## Iran

Hajji Firuz is a character in Iranian folklore who appears in the streets by the beginning of the New Year festival of Nowruz.[276] Additionally there is *Siah-Bazi*, a type of Persian theatre in Iran that involves a blackfaced character.[277][278]

## Japan

In Japan, in the early 1960s, a toy called Dakkochan became hugely popular. *Dakkochan* was a black child with large red lips and a grass skirt. There were boy and girl dolls, with the girls being distinguished by a bow. The black skin of the dolls was said to have been significant and in-line with the rising popularity of jazz. Novelist Tensei Kawano went as far as to state, "We of the younger generation are outcasts from politics and society. In a way we are like Negroes, who have a long record of oppression and misunderstanding, and we feel akin to them."[279]

Some Japanese manga and anime have featured characters accused of being inspired by "darky" iconography, which includes Mr. Popo from the *Dragon Ball* series and the design of the Pokémon character Jynx. Both Mr. Popo and Jynx have been censored on American broadcasting, with Mr. Popo being turned bright blue and given orange-yellow lips instead.[280]



Hajji Firuz in Tehran, Iran

In Japanese hip hop, a subculture of hip-hoppers subscribe to the *burapan* style, and are referred to as blackfacers.[281] The appearance of these blackfacers is evidence of the popularity of the hip-hop movement in Japan despite what is described as racist tendencies in the culture.[282] It was reported in 2006 that some Japanese hip-hop fans found it embarrassing and ridiculous for fans to change their appearance with blackface in attempt to embrace the culture. In some instances it could be seen as a racist act, but for many of the young Japanese fans it was seen as an appropriate way of immersing in the hip hop culture.[283] The use of blackface is seen by some as a way to rebel against the culture of surface images in Japan.[284]

Blackface has also been a contentious issue in the music scene outside of hip hop.[285] One Japanese R&B group, the Gosperats, has been known to wear blackface makeup during performances.[286] In March 2015 a music television program produced by the Fuji TV network was scheduled to show a segment featuring two Japanese groups performing together in blackface, Rats & Star and Momoiro Clover Z. A picture was published online by one of the Rats & Star members after the segment was recorded, which led to a campaign against broadcasting of the segment. The program that aired on March 7 was edited by the network to remove the segment "after considering the overall circumstances",[287] but the announcement did not acknowledge the campaign against the segment.[288]

## Mexico

In modern-day Mexico there are examples of images (usually caricatures) in blackface (e.g., Memín Pinguín). Though there is backlash from international communities, Mexican society has not protested to have these images changed to racially sensitive images. On the contrary, in the controversial Memín Pinguín cartoon there has been support publicly and politically, such as from the Mexican Secretary of Foreign Affairs Luis Ernesto Derbez.[289] Currently in Mexico only 3–4% of the population are Afro-Mexicans (this percentage includes Asian Mexicans).

## Panama

Portobelo's Carnival and Congo dance in Panama include a use of blackface as a form of celebration of African history, an emancipatory symbol. Black men paint their faces with charcoal which represents three things. Firstly, the blackface is used as a tool to remember their African ancestors. Secondly, the black face is representative of the disguise or concealment on the run which slaves would have used to evade the Spanish colonizers. Lastly, the practice of blackface is used as a way to signify the code or "secret language" which slaves would have used during

the time of the Spanish occupation. During the celebration, for example, good morning will mean good night, and wearing black, or in this case wearing blackface, which normally denotes a time of mourning, is instead used as a way to represent a time of celebration.[290]

## Philippines

In 2011, a television drama in the Philippines titled *Nita Negrita* was widely criticized in the media and by academics.[291][292]

## Portugal and Brazil

Use of black performance in impersonations was quite frequently used in the impressions show *A Tua Cara não Me É Estranha*, with blackface impressions of Michael Jackson,[293][294] Siedah Garrett,[295] Tracy Chapman,[296] Louie Armstrong,[297] Nat King Cole,[298] among others. In 2018, Eduardo Madeira dressed up as Serena Williams,[299] adding an African accent the tennis player does not have in real life.

In Brazil, there has been at least some history of non-comedic use of blackface, using white actors for black characters like Uncle Tom (although the practice of "racelift", or making black/mulatto characters into mestiços/swarthy whites/caboclos, is more frequent than blackface).[300][301][302] Use of blackface in humor has been used more rarely than in Portugal, although it also continues into this century (but it creates major uproar among the sizeable and more politically active Afro-Brazilian community).[303]

## Russia

Soviet Russian writers and illustrators sometimes inadvertently perpetuated stereotypes about other nations that are now viewed as harmful. For example, a Soviet children's book or cartoon might innocently contain a representation of black people that would be perceived as unquestionably offensive by the modern-day western standards, such as bright red lips and other exaggerated features, similar to the portrayal of blacks in American minstrel shows. Soviet artists "did not quite understand the harm of representing black people in this way, and continued to employ this method, even in creative productions aimed specifically at critiquing American race relations".[304]

In 1910, the ballet *Sheherazade*, choreographed by Michael Fokine, premiered in Russia. The story behind the ballet was inspired by a tone poem written by Nicolai Rimsky-Korsakov. In the ballet the leading female character, Zobeide, is seduced by a Golden Slave. The dancer who portrayed the Golden Slave, the first being Vaslav Nijinsky, would have his face and body painted brown for the performance. This was done to show the audience the slave was of a darker complexion. Later in 1912, Fokine choreographed the ballet *Petrushka*, which centers around three puppets that come to life, Petrushka, the Ballerina, and the Moor. When the ballet premiered, the part of the Moor, first danced by Alexander Orlov, was performed in full blackface. The Moor puppet is first seen onstage playing with a coconut, which he attempts to open with his scimitar. His movements are apelike. The Moor seduces the Ballerina and later savagely cuts off the head of the puppet Petrushka. When *Petrushka* is performed today, the part of the Moor is still done in full blackface, or occasionally blueface. The blackface has not been publicly criticized in the ballet community. Black and brownface appear in other ballets today, such as *La Bayadère* and *Othello*, in the United States and Europe.[305]

The early Soviet political cartoon *Black and White*, created in 1932, managed to avoid the blackface style, confronting "precisely that paternalistic model of the ever-passive black subject awaiting enlightenment from the Comintern".[306] The cartoon integrated "an avant-garde-influenced visual aesthetic with images derived from the many newspaper illustrations, cartoons, and posters of American racism that appeared in Soviet Russia at this time".[306]

Soviet theater and movie directors rarely had access to black actors, and so resorted to using black makeup when dictated by the character's descent. Soviet actors portrayed black people mostly by darkening the skin and occasionally adjusting the hair style, without accentuating or exaggerating their facial features. In particular, Vladimir Vysotsky performed the role of Abram Petrovich Gannibal, an 18th-century Russian general of African origin, in the 1976 Soviet film *How Czar Peter the Great Married Off His Moor*, while Larisa Dolina performed the role of Cuban singer Clementine Fernandez in the 1983 film *We Are from Jazz*. The 1956 Soviet film adaptation of Othello received the Best Director Award at the 1956 Cannes Film Festival.

On November 30, 2020, in a segment of the Russian TV show "International Sawmill", Russian television presenter Tigran Keosayan interviewed an actress in blackface posing as former United States President Barack Obama. In the segment, Keosayan, referring to Obama's book *A Promised Land*, asks the actress: "Do you consider this book your achievement?", to which the actress in blackface replies: "Of course." Keosayan then asks: "Because none of your relatives have written books?", after which the actress answers: "Because none of my relatives that came before me could write." Keosayan then states "you should have become a rap musician, not the president". The segment was widely deemed racist.[307][308]

## Spain

On the eve of the Feast of the Epiphany, it is tradition in Spanish cities to hold a colorful parade where three men are disguised as the Biblical Magi and throw candy and presents to the children watching the parade. One of these three men is usually in blackface to depict Balthazar, as such magus is often depicted as a black African. Such a display in Madrid in 2014 led to widespread discussions and to petitions calling for an end to the blackface practice, and to have Balthazar portrayed by a person of color.[309][310]



A man wearing blackface to depict Balthazar during a parade in Cádiz.

## South Africa

Inspired by blackface minstrels who visited Cape Town, South Africa, in 1848, former Javanese and Malay coolies took up the minstrel tradition, holding emancipation celebrations which consisted of music, dancing and parades. Such celebrations eventually became consolidated into an annual, year-end event called the "Coon Carnival" but now known as the Cape Town Minstrel Carnival or the Kaapse Klopse.

Today, carnival minstrels are mostly Coloured ("mixed race"), Afrikaans-speaking revelers. Often in a pared-down style of blackface which exaggerates only the lips. They parade down the streets of the city in colorful costumes, in a celebration of Creole culture. Participants also pay homage to the carnival's African-American roots, playing Negro spirituals and jazz featuring traditional Dixieland jazz instruments, including horns, banjos, and tambourines.[311]

The South African actor and filmmaker Leon Schuster is well known for employing the blackface technique in his filming to little or no controversy. But in 2013, the Advertising Standards Authority of South Africa halted the airing of an ad wherein Schuster portrayed a stereotypically dishonest African politician in blackface.[312] The action was in response to the following submitted complaint:

> ... the commercial is offensive as it portrays a stereotype that black politicians are liars. This technique is known as blackface, and is an inherently racist form of acting. The black character is depicted with derogatory intention, speaks with a thick accent, and recalls a stereotypical black dictator. To achieve the desired result of showing a corrupt official, there was no need for the man to be made out to be black.

Vodacom South Africa has also been accused of using non-African actors in blackface in its advertising as opposed to simply using African actors. Some have denounced blackface as an artefact of apartheid, accusing broadcasters of lampooning Black people. Others continue to see it as "harmless fun".[313] In 2014, photos of two white University of Pretoria female students donning blackface makeup in an attempt at caricaturing Black domestic workers surfaced on Facebook. The students were said to face disciplinary action for throwing the institution's name into disrepute.[314]

## South Korea

Comedians in many Asian countries continue to occasionally use minstrel-inspired blackface, with considerable frequency in South Korea.[315][316][317][318][319][320][321] "Acting black" has been a common phenomenon in South Korean media for more than 30 years: in the 80s, comedians used to perform with darkened faces without attracting criticism.[322] Although criticism has increased, use of blackface in Korean media was still occurring in 2018: a performer used blackface in a TV show, a play called "The Blacks" used blackface.[323] In 2020, *The Diplomat* reported that backlash to pictures posted by students in which they posed in blackface for Halloween was indicative of growing consciousness toward racism in the country.[324]

## Taiwan

Taiwanese YouTube comedy group The Wackyboys came under fire after some of its members blackfaced for a Dancing Pallbearers parody video. The group later apologised and deleted the video.[325]

## Thailand

In Thailand, actors darken their faces to portray the Negrito of Thailand in a popular play by King Chulalongkorn (1868–1910), *Ngo Pa*, which has been turned into a musical and a movie.[326]

Blackface have been used in commercials in Thailand, as with some other parts of Asia.[291] In 2012, The Bangkok Post reported on a line of cleaning products in Thailand named "Black Man".[327]

## Turkey

In Turkey, the actor Tevfik Gelenbe used blackface to portray Arab "mammy" characters throughout his career, from the 1960s through to the 1980s.[328]

## United Kingdom

### Poachers and rioters

From 1723 to 1823, it was a criminal offence to blacken one's face in some circumstances, with a punishment of death. The Black Act was passed at a time of economic downturn that led to heightened social tensions, and in response to a series of raids by two groups of poachers who blackened their faces to prevent identification.[329] Blackening one's face with soot, lampblack, boot polish or coal dust was a traditional form of disguise, or masking, especially at night when poaching.

The Welsh Rebecca Rioters (1839–1843) used to blacken their faces or wear masks to prevent themselves being identified whilst breaking down turnpike gates, sometimes disguised as women.

**Folk culture**

South Western English traditional folk plays sometimes have a Turk Slaver character, probably from the Barbary Coast Slave raids on Cornwall, Devon, Dorset and Somerset in the early 17th Century by "Sallee Rovers" (where the English were the slaves captured and taken by force to North Africa). This character is usually played using a black face (or brownface).

Throughout the country, the Turkish (Saracen) Knight character (probably harkening back to the crusades during the Medieval era) in traditional English Mummers' plays was played in blackface (or brownface), though less often in the modern era.[330]

Various forms of folk dance in England, including Morris dancing, have traditionally used blackface; its continuing use by some troupes is controversial.[331][332][333] Some interpretations trace the original invention of blackface back to specific morris traditions.

Molly dancers and Cornish Guise Dancers, traditionally associated with midwinter festivals, often use blacked faces as a disguise. The Molly dancers wished to avoid being identified by the landlords and petty nobles, who were also usually the local magistrates, when they played tricks on those who failed to be generous enough in their gifts to the dancers. The Guise dancers (disguised dancers) also wished to avoid any punishment for their mocking songs embarrassing the local gentry.[334]

Some traditional mummers groups perform the English folk play "St George and the Turkish Knight" with the entire cast, including Father Christmas, and all the white, English characters in mummers' blackface.[335]

In Bacup, Lancashire, the Britannia Coconut Dancers wear black faces. Some believe the origin of this dance can be traced back to the influx of Cornish miners to northern England, and the black face relates to the dirty blackened faces associated with mining.

In Cornwall, several Mummer's Day celebrations are still held; these used to be sometimes known as "Darkie Day" (a corruption of the original "Darking Day", referring to the darkening or painting of the faces) and involved local residents dancing through the streets in blackface to musical accompaniment. As late as 2014, at least one festival (Padstow) featured such songs as 'Old Uncle Ned', which includes the lyrics "He's gone where the good niggers go".[336]

The traditional wedding day chimney sweep, that is considered to be good luck, sometimes has a partially blacked up face to suggest smears of soot. This depends on the performer but it was, and still is, unusual to have a full blackening. Though the complete covered "greyface" is known.[337]

These two traditions, of chimney sweep and folk dancing, coincide in the sometimes lost traditions of (chimney) sweepers festivals. Medway Council supports the Sweeps' Festival, revived in 1981, now claimed to be "the largest festival of Morris dance in the world". It takes place in Rochester around May Day and features a Jack in the Green character. Originally the chimney sweeps were little boys, and they used the day to beg for money, until this child labour was outlawed.[338]

On Guy Fawkes' Day 2017, participants in the Lewes Bonfire, the best known of the Sussex bonfire tradition, decided to abandon black face paint in their depiction of Zulu warriors.[339]

On July 3, 2020, the Joint Morris Organisation announced that all three constituent bodies, representing the vast majority of Morris Dancing in the United Kingdom, would be actively moving to eliminate the use of full-face black makeup from their membership.[340]

**The Black and White Minstrel Show**

*The Black and White Minstrel Show* was a British light entertainment show that ran for twenty years on BBC prime-time television. Beginning in 1958, it was a variety show which presented traditional American minstrel and country songs, as well as show tunes and music hall numbers, lavishly costumed. It was also a successful stage show which ran for ten years from 1962 to 1972 at the Victoria Palace Theatre, London. This was followed by tours of UK seaside resorts, together with Australia and New Zealand.

Due to its employment of artists wearing blackface, the show was seen by UK anti-racist groups such as the Campaign Against Racial Discrimination, to be both racist and perpetuating ethnic stereotypes.

# Legacy

Blackface minstrelsy was the conduit through which African-American and African-American-influenced music, comedy, and dance first reached the white American mainstream.[24] It played a seminal role in the introduction of African-American culture to world audiences.

> Though antebellum (minstrel) troupes were white, the form developed in a form of racial collaboration, illustrating the axiom that defined – and continues to define – American music as it developed over the next century and a half: African-American innovations metamorphose into American popular culture when white performers learn to mimic black ones.
>
> —Gary Giddins, jazz historian[341]

Many of country's earliest stars, such as Jimmie Rodgers and Bob Wills, were veterans of blackface performance.[342][343][344] More recently, the American country music television show *Hee Haw* (1969–1993) had the format and much of the content of a minstrel show, albeit without blackface.[345]

The immense popularity and profitability of blackface were testaments to the power, appeal, and commercial viability of not only black music and dance, but also of black style. This led to cross-cultural collaborations, as Giddins writes; but the often ruthless exploitation of African-American artistic genius, as well – by other, white performers and composers; agents; promoters; publishers; and record company executives.[346][347][348][349][350]

While blackface in the literal sense has played only a minor role in entertainment in recent decades, various writers see it as epitomizing an appropriation and imitation of black culture that continues today. As noted above, Strausbaugh sees blackface as central to a longer tradition of "displaying Blackness".[15] "To this day," he writes, "Whites admire, envy and seek to emulate such supposed innate qualities of Blackness as inherent musicality, natural athleticism, the composure known as 'cool' and superior sexual endowment", a phenomenon he views as part of the history of blackface.[15] For more than a century, when white performers have wanted to appear sexy (like Elvis[351][352] or Mick Jagger),[353] or streetwise (like Eminem),[353][354] or hip (like Mezz Mezzrow),[355] they often have turned to African-American performance styles, stage presence and personas.[356] Pop culture referencing and cultural appropriation of African-American performance and stylistic traditions is a tradition with origins in blackface minstrelsy.[346]

This "browning", à la Richard Rodriguez, of American and world popular culture began with blackface minstrelsy.[346] It is a continuum of pervasive African-American influence which has many prominent manifestations today, among them the ubiquity of the cool aesthetic[357][358] and hip hop culture.[359]

# See also

- Blackface and Morris dancing
- Border Morris
- Brownface
- Censored Eleven
- Coon song
- Wigger
- Little Black Sambo
- List of blackface minstrel songs
- List of blackface minstrel troupes
- List of entertainers known to have performed in blackface
- Negermusik
- Pinkface, non-gay actors playing gay characters
- Racebending
- Redface
- Stereotypes of Africa
- Stereotypes of African Americans
- Yellowface
- Whiteface
- Ralph Northam
- Jewface

# Footnotes

1. Ndiaye, Noémie (2022). *Scripts of Blackness: Early Modern Performance Culture and the Making of Race*. University of Pennsylvania Press. ISBN 9781512826074.
2. Hoxworth, Kellen (2024). *Transoceanic Blackface: Empire, Race, Performance*. Evanston, IL: Northwestern University Press. ISBN 9780810147072.
3. Hornback, Robert (2018). *Racism and Early Blackface Comic Traditions: From the Old World to the New*. Palgrave Macmillan. ISBN 9783319780474.
4. Vaughan, Virginia Mason (2005). *Performing Blackness on English Stages, 1500–1800*. Cambridge University Press. ISBN 9780521845847.
5. Rehin, George F. (December 1975). "Harlequin Jim Crow: Continuity and Convergence in Blackface Clowning". *The Journal of Popular Culture*. **9** (3): 682–701. doi:10.1111/j.0022-3840.1975.0903_682.x (https://doi.org/10.1111%2Fj.0022-3840.1975.0903_682.x). ProQuest 1297376766 (https://www.proquest.com/docview/1297376766).
6. For the "darky"/"coon" distinction see, for example, note 34 on p. 167 of Edward Marx and Laura E. Franey's annotated edition of Yone Noguchi, *The American Diary of a Japanese Girl*, Temple University Press, 2007, ISBN 1592135552. See also Lewis A. Erenberg (1984), *Steppin' Out: New York Nightlife and the Transformation of American Culture, 1890–1930*, University of Chicago Press, p. 73, ISBN 0226215156. For more on the "darky" stereotype, see J. Ronald Green (2000), *Straight Lick: The Cinema of Oscar Micheaux*, Indiana University Press, pp. 134, 206, ISBN 0253337534; p. 151 of the same work also alludes to the specific "coon" archetype.
7. Nowatzki, Robert (2006). "Paddy Jumps Jim Crow: Irish-Americans and Blackface Minstrelsy". *Éire-Ireland*. **41** (3): 162–184. doi:10.1353/eir.2007.0010 (https://doi.org/10.1353%2Feir.2007.0010). S2CID 161886074 (https://api.semanticscholar.org/CorpusID:161886074). Project MUSE 207996 (https://muse.jhu.edu/article/207996).
8. Mahar, William John (1999). *Behind the Burnt Cork Mask: Early Blackface Minstrelsy and Antebellum American Popular Culture* (https://archive.org/details/behindburntcorkm00will). University of Illinois Press. p. 9 (https://archive.org/details/behindburntcorkm00will/page/9). ISBN 978-0-252-06696-2.

9. Sweet, Frank W. (2000). *A History of the Minstrel Show* (https://books.google.com/books?id=D5cVSVbOu2E C&pg=PA25). Boxes & Arrows, Incorporated. p. 25. ISBN 978-0-939479-21-4.

10. Clark, Alexis. "How the History of Blackface Is Rooted in Racism (https://www.history.com/news/blackface-his tory-racism-origins)". *History*. A&E Television Networks, LLC. 2019.

11. Desmond-Harris, Jenée (October 29, 2014). "Don't get what's wrong with blackface? Here's why it's so offensive" (https://www.vox.com/2014/10/29/7089591/why-is-blackface-offensive-halloween-costume). *Vox*.

12. Garen, Micah; Carleton, Marie-Helene; Swaab, Justine (November 27, 2019). "Black Pete tradition 'Dutch racism in full display' " (https://www.aljazeera.com/features/2019/11/27/zwarte-piet-black-pete-is-dutch-racism -in-full-display/). *Al Jazeera*. "Protesters have rallied against the Dutch blackface tradition"

13. Thelwell, Chinua (2020). *Exporting Jim Crow: Blackface Minstrelsy in South Africa and Beyond*. Amherst: University of Massachusetts Press. ISBN 978-1-61376-766-5. Project MUSE book 77081 (https://muse.jhu.ed u/book/77081).

14. Ayanna Thompson (April 29, 2021). "Blackface Is Older Than You Might Think: From medieval European theater troupes to American minstrelsy, the harmful tradition has a surprisingly long history" (https://www.smit hsonianmag.com/arts-culture/blackface-older-you-think-180977618/). *Smithsonian*.

15. Strausbaugh 2007, pp. 35–36

16. Strausbaugh 2007, p. 62

17. "Blackface: The Birth of An American Stereotype" (https://nmaahc.si.edu/explore/stories/blackface-birth-ameri can-stereotype). *National Museum of African American History and Culture*. Retrieved September 30, 2023.

18. Kelley, Robin D. G. (2003). *Freedom Dreams: The Black Radical Imagination* (https://books.google.com/book s?id=QqxOqALcSZoC&pg=PA174). Beacon Press. p. 174. ISBN 978-0-8070-0977-2.

19. "An excerpt from *The Complete Minstrel Guide*, published in 1901" (https://dp.la/primary-source-sets/blackf ace-minstrelsy-in-modern-america/sources/1426). *Digital Public Library of America*. Retrieved February 6, 2022.

20. "How a bearded Virginia Woolf and her band of 'jolly savages' hoaxed the navy" (https://www.theguardian.co m/books/2012/feb/05/bloomsbury-dreadnought-hoax-recalled-letter). *The Guardian*. February 5, 2012.

21. Lott, Eric. "Blackface and Blackness: The Minstrel Show in American Culture", in Annemarie Bean, James V. Hatch, and Brooks McNamara (eds), *Inside the minstrel mask: readings in nineteenth-century blackface minstrelsy*, pp. 5–6.

22. Rogin, Michael (University of California Press 1998) *Blackface, White Noise: Jewish Immigrants in the Hollywood Melting Pot* (p. 30)

23. Lott 1993, pp. 17–18.

24. Watkins 1999, p. 82.

25. *Inside the minstrel mask: Readings in nineteenth-century blackface minstrelsy* by Bean, Annemarie, James V. Hatch, and Brooks McNamara. 1996. Middletown, CT: Wesleyan University Press.

26. Rodriquez, Jason (December 2006). "Color-Blind Ideology and the Cultural Appropriation of Hip-Hop". *Journal of Contemporary Ethnography*. **35** (6): 645–668. doi:10.1177/0891241606286997 (https://doi.org/10.1 177%2F0891241606286997). S2CID 146539852 (https://api.semanticscholar.org/CorpusID:146539852).

27. Lott, Eric (1997). "Review of Darktown Strutters" (https://web.archive.org/web/20051204174551/http://findartic les.com/p/articles/mi_m2838/is_n1_v31/ai_19569682). *African American Review*. **31** (1): 169–172. doi:10.2307/3042205 (https://doi.org/10.2307%2F3042205). JSTOR 3042205 (https://www.jstor.org/stable/30 42205). Archived from the original (http://findarticles.com/p/articles/mi_m2838/is_n1_v31/ai_19569682) on December 4, 2005.

28. Tosches, Nick (2002). *Where Dead Voices Gather*. Back Bay. p. 10. ISBN 978-0-316-89537-8.

29. Strausbaugh 2007, p. 68.

30. Burrows, Edwin G. & Wallace, Mike. *Gotham: A History of New York City to 1898*. New York: Oxford University Press, 1999. p. 489.

31. Strausbaugh 2007, p. 74 *et. seq.*

32. Lott 1993, p. 211.

33. Strausbaugh 2007, p. 67.

34. Oakley, Giles (2nd Edition) The Devil's Music: A History of the Blues (ISBN 0306807432)

35. Ronald L. F. Davis, Creating Jim Crow (http://www.jimcrowhistory.org/history/creating2.htm) Archived (https:// web.archive.org/web/20070601223741/http://www.jimcrowhistory.org/history/creating2.htm) June 1, 2007, at the Wayback Machine, *The History of Jim Crow* online, New York Life. Accessed January 31, 2008.

36. Strausbaugh 2007, p. 27.

37. Strausbaugh 2007, pp. 130–31.

38. Jody Rosen (2006), album notes to *Jewface*, Reboot Stereophonic CD RSR006

39. Strausbaugh 2007, p. 131.

40. Michael C. O'Neill, O'Neill's Ireland: Old Sod or Blarney Bog? (http://www.eoneill.com/library/laconics/1/1o.ht m) Archived (https://web.archive.org/web/20120418092410/http://www.eoneill.com/library/laconics/1/1o.htm) April 18, 2012, at the Wayback Machine, *Laconics* (eOneill.com), 2006. Accessed online February 2, 2008.

41. Pat, Paddy and Teague (http://findarticles.com/p/articles/mi_qn4158/is_19960102/ai_n9632177) Archived (htt ps://web.archive.org/web/20151016142610/http://findarticles.com/p/articles/mi_qn4158/is_19960102/ai_n963 2177) October 16, 2015, at the Wayback Machine, *The Independent* (London), January 2, 1996. Accessed online (at findarticles.com) February 2, 2008.

42. Toll 1974, p. 30.

43. Strausbaugh 2007, pp. 102–03

44. Toll 1974, pp. 51–52

45. Toll 1974, pp. 56–57

46. Staples, Shirley Louise (1981). *From "Barney's Courtship" to Burns and Allen: Male-female Comedy Teams in American Vaudeville, 1865-1932*. Tufts University Press. p. 119.

47. Staples, Shirley (1984). *Male-female Comedy Teams in American Vaudeville, 1865-1932*. UMI Research Press. p. 58. ISBN 9780835715201.

48. Bordman, Gerald Martin; Norton, Richard (2010). *American Musical Theatre: A Chronicle* (https://books.googl e.com/books?id=OVdShkzkX74C&q=American+Musical+Theatre:+A+Chronicle). Oxford University Press. p. 72. ISBN 9780199729708.

49. Key, Susan (1995). "Sound and Sentimentality: Nostalgia in the Songs of Stephen Foster". *American Music*. **13** (2): 145–166. doi:10.2307/3052252 (https://doi.org/10.2307%2F3052252). JSTOR 3052252 (https://www.j stor.org/stable/3052252). Gale A18253704 (https://go.gale.com/ps/anonymous?id=GALE%7CA18253704) ProQuest 1295933905 (https://www.proquest.com/docview/1295933905).

50. Strausbaugh 2007, p. 126.

51. Strausbaugh 2007, p. 225.

52. Strausbaugh 2007, pp. 145–49.

53. Ransom, Harry. *Minstrel Show Collection*, p. 149 (1959), UTA.

54. Lott 1993, p. 25.

55. Ashny, LeRoy (2006). *With Amusement for All*. University Press of Kentucky. pp. 17–18.

56. Strausbaugh 2007, pp. 203–04.

57. Strausbaugh 2007, pp. 204–06.

58. Strausbaugh 2007, pp. 211–12.

59. Michael Rogin, *Blackface, White Noise: Jewish Immigrants in the Hollywood Melting Pot* (1998), University of California Press, p. 79, ISBN 0520213807.

60. Strausbaugh 2007, p. 214.

61. Strausbaugh 2007, pp. 214–15.

62. One extensive list can be found at Strausbaugh 2007, pp. 222–25.

63. Smith, R. J., "Pardon the Expression (https://web.archive.org/web/20041124222423/http://www.findarticles.co m/p/articles/mi_m1346/is_8_46/ai_76929846)[usurped]" (book review), *Los Angeles Magazine*, August 2001. Accessed February 2, 2008.

64. John, Kenrick. "Blackface and Old Wounds" (http://www.musicals101.com/blackface.htm). *Musicals 101*. Retrieved May 25, 2016.

65. Callow, Simon (1995). *Orson Welles: The Road to Xanadu* (https://archive.org/details/orsonwellesvolum00sim o/page/145). Penguin. p. 145 (https://archive.org/details/orsonwellesvolum00simo/page/145). ISBN 978-0-670-86722-6.

66. Bogle, Donald (2011), *Heat Wave: The Life and Career of Ethel Waters* (https://archive.org/details/heatwavelif ecare2011bogl/page/369), Harper-Collins, p. 369 (https://archive.org/details/heatwavelifecare2011bogl/page/ 369), ISBN 978-0-06-124173-4

67. Wax-Thibodeaux, Emily. "My 5-year-olds saw blackface in a 1942 Christmas movie and asked, 'Why are they doing that?' " (https://www.washingtonpost.com/nation/2019/02/08/my-year-olds-saw-blackface-christmas-movie-asked-why-are-they-doing-that). *The Washington Post*.

68. Strausbaugh 2007, p. 225; the televised version (1951–53) used African-American actors.

69. Strausbaugh 2007, p. 240.

70. Strausbaugh 2007, p. 241.

71. Elfman, Richard and Bright, Matthew (2004). *Forbidden Zone* (DVD Audio commentary). Fantoma. UPC 695026704423.

72. *UB40 – Dream A Lie* (https://ghostarchive.org/varchive/youtube/20211030/LfoVVRDU378) (Video). YouTube. Archived from the original (https://www.youtube.com/watch?v=LfoVVRDU378) on October 30, 2021. Retrieved November 18, 2015.

73. "Trading Places" (https://www.rottentomatoes.com/m/trading_places/). *Rotten Tomatoes*. Retrieved October 24, 2018.

74. "Throwback Thursday: 'Soul Man' Star Rae Dawn Chong on Rachel Dolezal: 'I Say Welcome Her In' " (https://www.hollywoodreporter.com/news/throwback-thursday-soul-man-star-rae-dawn-chong-rachel-dolezal-i-say-welcome-her-804252). *The Hollywood Reporter*. June 25, 2015. Retrieved October 24, 2018.

75. "Zulu Blackface: The Real Story!" (https://web.archive.org/web/20060227143627/http://www.mardigrasdigest.com/News/Feature_Zulu_Blackface.htm). Archived from the original on February 27, 2006.

76. "The Zulu Parade of Mardi Gras" (https://www.pbs.org/wgbh/amex/neworleans/sfeature/zulu.html), *American Experience*, PBS. Accessed July 16, 2008.

77. John Francis Marion, "On New Year's Day in Philadelphia, Mummer's the word", *Smithsonian Magazine*, January 1981. Reproduced by Riverfront Mummers. {{Cite web |url=http://riverfrontmummers.com/mummers/articles/article1.html |title=Archived copy |access-date=January 3, 2008 |archive-date=June 14, 2007 |archive-url=https://web.archive.org/web/20070614205533/http://riverfrontmummers.com/mummers/articles/article1.html |url-status=bot: unknown }}

78. {{cite news|url=http://www.metro.us/philadelphia/mummers-face-backlash-for-brownface-anti-gay-incidents/zsJpad---ZTkao7g5a2U8U/%7Ctitle=Mummers face backlash for 'brownface,' anti-gay incidents|last=Newhouse|first=Sam|date=January 4, 2016|newspaper=Metro|language=en|access-date=January 27, 2017}}

79. Joseph A. O'Brien (January 30, 1964). "Norfolk Youth Bows To Ban on 'Blackface' " (https://www.proquest.com/docview/548271631). *The Hartford Courant*. Accessed February 3, 2011. (subscription required)

80. Leah Dilworth (2003), *Acts of Possession: : Collecting in America*, Rutgers University Press, p. 255, ISBN 0813532728.

81. Johnson, Sophie."'Blackface' incident ignites campus (http://whitmanpioneer.wordpress.com/2006/10/26/%E2%80%98blackface%E2%80%99-incident-ignites-campus/)". *Whitman College Pioneer*, October 26, 2006. Retrieved November 27, 2007.

82. Walter, Vic."Gates' Unfinished Business: Racism at Texas A&M (http://blogs.abcnews.com/theblotter/2006/11/gates_unfinishe.html) Archived (https://web.archive.org/web/20160222210901/http://blogs.abcnews.com/theblotter/2006/11/gates_unfinishe.html) February 22, 2016, at the Wayback Machine". ABC News, The Blotter, November 10, 2006. Retrieved November 27, 2007.

83. Editorial. "Blackface a Black Mark for Every Student (https://media.www.dailyillini.com/media/storage/paper736/news/2007/10/31/Editorials/Blackface.A.Black.Mark.For.Every.Student-3067335.shtml) Archived (https://web.archive.org/web/20081207202225/http://media.www.dailyillini.com/media/storage/paper736/news/2007/10/31/Editorials/Blackface.A.Black.Mark.For.Every.Student-3067335.shtml) December 7, 2008, at the Wayback Machine *The Daily Illini*, October 31, 2007. Retrieved on 12–2–07.

84. Connolly, Joe. "Blackface Makes Its Way To College Campuses (http://www.dailyorange.com/2.8657/blackface-makes-its-way-to-college-campuses-1.1247695) Archived (https://web.archive.org/web/20120315201201/http://www.dailyorange.com/2.8657/blackface-makes-its-way-to-college-campuses-1.1247695) March 15, 2012, at the Wayback Machine". *The Daily Orange*, November 11, 2003. Retrieved on November 26, 2007.

85. "Act Da Fool: Strange Fruit Meet High Fashion" (https://www.diverseeducation.com/opinion/article/15091948/act-da-fool-strange-fruit-meet-high-fashion). *Diverse: Issues In Higher Education*. September 14, 2010. Retrieved April 11, 2024.

86. Moniuszko, Sara (June 2, 2020). "Jimmy Fallon addresses 'SNL' blackface controversy: 'I'm not a racist' " (https://www.usatoday.com/story/entertainment/celebrities/2020/06/02/jimmy-fallon-addresses-snl-blackface-controversy/3122263001/). *USAToday.com*. Retrieved October 5, 2021.

87. "Moloney creates short for FilmFour project" (https://www.designweek.co.uk/issues/11-january-2001/moloney-creates-short-for-filmfour-project/). *Design Week*. January 12, 2001. Retrieved April 11, 2024.

88. *Korine Tap / Stop For a Minute (2000) Directed by Harmony Korine* (https://www.youtube.com/watch?v=13UYX6UiYN0). Retrieved April 11, 2024 – via www.youtube.com.

89. James W. Brosnan (October 27, 2005). "Virginia governor's candidate pulls ads after 'Sambo' attack" (https://web.archive.org/web/20080113191856/http://www.knoxstudio.com/shns/story.cfm?pk=SAMBOBLOG-10-27-05&cat=WW). Scripps Howard News Service. Archived from the original (http://www.knoxstudio.com/shns/story.cfm?pk=SAMBOBLOG-10-27-05&cat=WW) on January 13, 2008. Retrieved January 31, 2008.

90. McFarland, Melanie (March 6, 2006). "On TV: 'Black. White.' is uncomfortable, revealing reality TV" (http://www.seattlepi.com/ae/tv/article/On-TV-Black-White-is-uncomfortable-1197650.php#ixzz1jHpwtNJN). *Seattle Post-Intelligencer*. Retrieved August 7, 2013.

91. Picheta, Rob (August 12, 2019). "Sarah Silverman says blackface sketch got her fired from movie" (https://www.cnn.com/2019/08/12/entertainment/sarah-silverman-blackface-scli-intl/index.html). *CNN.com*. Retrieved October 5, 2021.

92. Wiltz, Teresa (June 23, 2007). "A Part Colored by History" (https://www.washingtonpost.com/wp-dyn/content/article/2007/06/22/AR2007062202029.html).

93. " "Mighty Heart" casting stirs debate over race" (https://www.seattletimes.com/entertainment/mighty-heart-casting-stirs-debate-over-race/). June 27, 2007. Retrieved October 24, 2018.

94. Pool, Hannah (February 26, 2008). "Blacked-up Obama is a pretty weak joke" (https://www.theguardian.com/culture/tvandradioblog/2008/feb/26/blackedupobamaisaprettywe). *The Guardian*.

95. "Tropic Thunder: Why RDJ's Blackface Wasn't Controversial" (https://screenrant.com/tropic-thunder-robert-downey-blackface-no-controversy-why/). *ScreenRant*. April 29, 2020. Retrieved March 2, 2022.

96. Sharf, Zack (January 21, 2020). "Robert Downey Jr. Has No Regrets Over 'Tropic Thunder' Blackface: 'It Blasted the Cap on the Issue' " (https://www.indiewire.com/2020/01/robert-downey-jr-tropic-thunder-blackface-regrets-1202204722/). *IndieWire*. Retrieved March 2, 2022.

97. Rotter, Joshua (April 10, 2008). "Frank Caliendo thrives with a little help from his (impersonated) friends" (https://www.recordnet.com/story/entertainment/events/2008/04/10/frank-caliendo-thrives-with-little/52454865007/). *The Record*. Retrieved February 11, 2025.

98. Sims, David (July 5, 2011). " "Dee Reynolds: Shaping America's Youth" " (https://www.avclub.com/its-always-sunny-in-philadelphia-dee-reynolds-shapin-1798166506). *The A.V. Club*. Retrieved July 11, 2011.

99. Potts, Kimberly (May 3, 2012). "Ashton Kutcher 'Brownface' Ad With Indian Character 'Raj' Pulled (Video)" (https://thewrap.com/ashton-kutcher-brownface-ad-pulled-38346/). The Wrap. Retrieved May 13, 2015.

100. Sieczkowski, Cavan (October 29, 2013). "Derek Hough Defends Sister In Blackface Controversy" (https://huffingtonpost.com/2013/10/29/derek-hough-blackface_n_4175160.html). *Huffington Post*.

101. "Julianne Hough slammed for donning 'black face' Halloween costume" (https://www.foxnews.com/entertainment/julianne-hough-slammed-for-donning-black-face-halloween-costume/). *Fox News*. October 28, 2013.

102. "Julianne Hough dons blackface for Halloween, apologizes" (https://www.usatoday.com/story/life/people/2013/10/27/julianne-hough-apologizes-for-halloween-costume/3272201/). *USA Today*. October 27, 2013. Retrieved on November 26, 2015.

103. "Billy Crystal: How bad was his Oscar hosting?" (https://www.washingtonpost.com/blogs/celebritology/post/billy-crystal-how-bad-was-his-oscar-hosting/2012/02/27/gIQATYtedR_blog.html). *The Washington Post*.

104. "Eddie Murphy Exits as Oscar Host" (https://www.hollywoodreporter.com/race/eddie-murphy-oscars-brett-ratner-259387/). *The Hollywood Reporter*. November 9, 2011. Retrieved October 24, 2018.

105. Today In Racism: YA Series "Save The Pearls" Employs Offensive Blackface And Bizarre Racist Stereotypes Plot (http://www.thefrisky.com/2012-07-27/today-in-racism-ya-series-save-the-pearls-employs-offensive-blackface-and-bizarre-racist-stereotypes-plot/) The Frisky

106. Is YA Novel "Save the Pearls" Straight-Up Racist or Just Misguided? (http://www.xojane.com/issues/save-the-pearls-revealing-eden-ya-novel-racist) Archived (https://web.archive.org/web/20120801020311/http://www.xojane.com/issues/save-the-pearls-revealing-eden-ya-novel-racist) August 1, 2012, at the Wayback Machine XOJane

107. Blackface Drag Again Draws Fire (https://web.archive.org/web/20060214030028/http://www.gaycitynews.com/gcn_308/blackfacedragagain.html)[usurped] *Gay City News*. Volume 3, Issue 308 | February 19–25, 2004

108. "Metropolitan Opera To Drop Use Of Blackface-Style Makeup In 'Otello'" (https://www.npr.org/sections/thetwo-way/2015/08/04/429366961/metropolitan-opera-to-drop-use-of-blackface-style-makeup-in-otello). *NPR.org*. August 4, 2015. Retrieved on November 26, 2015.

109. Brantley, Ben; Tommasini, Anthony (October 1, 2015). "Debating 'Otello,' Blackface and Casting Trends" (https://www.nytimes.com/2015/10/01/arts/music/debating-otello-blackface-and-casting-trends.html). *The New York Times*.

110. Cooper, Michael (September 20, 2015). "An 'Otello' Without Blackface Highlights an Enduring Tradition in Opera" (https://www.nytimes.com/2015/09/20/arts/music/an-otello-without-the-blackface-nods-to-modern-tastes.html). *The New York Times*.

111. "The rarity of black faces, not 'Otello' in blackface, should be issue in opera" (https://www.washingtonpost.com/entertainment/music/how-do-african-american-singers-feel-about-blackface-in-opera/2015/10/16/fbbaa318-7176-11e5-9cbb-790369643cf9_story.html). *The Washington Post*. October 16, 2015.

112. Gabriel, Trip; Michael M. Grynbaum (February 4, 2019). "With Northam Picture, Obscure Publication Plays Big Role in Virginia Politics" (https://www.nytimes.com/2019/02/04/us/politics/northam-fairfax-big-league-politics.html). *The New York Times*. Retrieved February 10, 2019.

113. Farhi, Paul (February 3, 2019). "A tip from a 'concerned citizen' helps a reporter land the scoop of a lifetime" (https://www.washingtonpost.com/lifestyle/style/a-tip-from-a-concerned-citizen-helps-a-reporter-land-the-scoop-of-a-lifetime/2019/02/03/e30762ea-2765-11e9-ad53-824486280311_story.html). *The Washington Post*. Retrieved February 3, 2019.

114. Dareh Gregorian; Hallie Jackson (February 2, 2019). "Va. Gov. Northam's yearbook pic of men in blackface, Klan robe spurs calls for his resignation" (https://www.nbcnews.com/politics/politics-news/reports-virginia-governor-s-yearbook-page-had-photo-men-blackface-n966066). *NBCNews.com*. Retrieved February 15, 2019.

115. Vozzella, Laura; Morrison, Jim; Schneider, Gregory S. (February 1, 2019). "Gov. Ralph Northam 'deeply sorry' after photo emerges from his 1984 yearbook showing blackface, KKK hood" (https://www.washingtonpost.com/local/virginia-politics/va-gov-northams-medical-school-yearbook-page-shows-men-in-blackface-kkk-robe/2019/02/01/517a43ee-265f-11e9-90cd-dedb0c92dc17_story.html). *The Washington Post*. Retrieved February 1, 2019.

116. "Ralph Northam yearbook page shows men in blackface and KKK robe" (https://web.archive.org/web/20190201212901/https://pilotonline.com/news/government/politics/virginia/article_67fdd682-2662-11e9-a7d1-c7ed70e09b50.html). *Virginian-Pilot*. February 1, 2019. Archived from the original (https://pilotonline.com/news/government/politics/virginia/article_67fdd682-2662-11e9-a7d1-c7ed70e09b50.html) on February 1, 2019. Retrieved February 1, 2019.

117. Kelly, Caroline (February 1, 2019). "Virginia governor's yearbook page shows 2 people in blackface, KKK garb" (https://www.cnn.com/2019/02/01/politics/northam-blackface-photo/index.html). CNN. Retrieved February 1, 2019.

118. Virginia governor confirms 1984 yearbook page with racist imagery (https://wtop.com/virginia/2019/02/virginia-governors-1984-yearbook-page-shows-racist-imagery/) (Associated Press)

119. Hernandez-Reguant, Ariana; Arroyo, Jossianna (July 13, 2015). "The Brownface of Latinidad in Cuban Miami" (https://web.archive.org/web/20161104002025/http://cubacounterpoints.com/archives/1600). Cuba Counterpoints. Archived from the original (http://cubacounterpoints.com/archives/1600) on November 4, 2016. Retrieved December 15, 2016.

120. Shafer, Ellise (June 28, 2020). " 'Golden Girls' Episode With Blackface Scene Removed From Hulu" (https://variety.com/2020/tv/news/golden-girls-blackface-hulu-removed-1234692451/). *Variety*.

121. Robb, David (May 17, 2018). "Stuntwomen Panel: Evangeline Lilly Says She Was Intentionally Injured While Filming 'Lost' " (https://deadline.com/2018/05/stuntwomen-panel-evangeline-lilly-deven-macnair-1202393558/). *Deadline*. Retrieved December 21, 2018.

122. Marriot, Michael (October 21, 1999). "Blood, Gore, Sex and Now: Race" (https://www.nytimes.com/1999/10/21/technology/blood-gore-sex-and-now-race.html). *The New York Times*. Retrieved October 12, 2016.

123. Leonard, David. "High Tech Blackface – Race, Sports Video Games and Becoming the Other". *Intelligent Agent*. **4** (4).

124. Phillips, Amanda; Reed, Alison (2013). "Additive Race: Colorblind Discourses of Realism in Performance Capture Technologies". *Digital Creativity*. **24** (2).

125. Jackson, Lauren Michele (August 2, 2017). "We Need to Talk About Digital Blackface in Reaction GIFs" (https://www.teenvogue.com/story/digital-blackface-reaction-gifs). *Teen Vogue*. Retrieved December 1, 2017.

126. Princewill, Victoria (August 14, 2017). "Is it OK to use black emojis and gifs?" (https://www.bbc.com/news/av/world-40931479/is-it-ok-to-use-black-emojis-and-gifs). *BBC*. Retrieved September 7, 2017.

127. "Why are memes of black people reacting so popular online?" (https://www.theguardian.com/culture/2018/jul/08/why-are-memes-of-black-people-reacting-so-popular-online). *The Guardian.* July 8, 2018. Retrieved March 16, 2021.

128. Hess, Amanda; O'Neill, Shane (December 23, 2017). "Video: The White Internet's Love Affair With Digital Blackface" (https://www.nytimes.com/video/arts/100000005615988/the-white-internets-love-affair-with-digital-blackface.html). *The New York Times.*

129. Sobande, Francesca (January 22, 2021). "Spectacularized and Branded Digital (Re)presentations of Black People and Blackness" (https://doi.org/10.1177%2F1527476420983745). *Television & New Media.* **22** (2): 131–146. doi:10.1177/1527476420983745 (https://doi.org/10.1177%2F1527476420983745).

130. Graham, Jefferson (April 21, 2016). "Snapchat under fire for Marley filter called blackface" (https://www.usatoday.com/story/tech/2016/04/20/snapchat-under-fire-blackface-filter/83284206). Retrieved October 12, 2016.

131. Brueck, Hilary (April 20, 2016). "Is Snapchat's New Bob Marley Filter Just Blackface?" (https://fortune.com/2016/04/20/snapchat-bob-marley-filter-blackface/). *Fortune.*

132. Clemons, Tracy (September 30, 2016). " 'Blackface' Social Media Post Lands Prairie View A&M Athlete in Hot Water" (http://abc13.com/news/prairie-view-athlete-in-hot-water-after-blackface-post/1534688/).

133. Turnage, Jeremy; Mills, Chad (September 29, 2016). "Blackface or charcoal mask? College investigates photo on social media" (http://www.wistv.com/story/33281715/blackface-or-charcoal-mask-college-investigates-photo-on-social-media). Retrieved October 14, 2016.

134. Simpson, Ian (October 1, 2016). "Pennsylvania college students suspended over blackface video" (https://www.reuters.com/article/us-pennsylvania-blackface-idUSKCN1213PZ). Retrieved October 14, 2016.

135. Park, Madison (September 16, 2016). "Kansas State student apologizes but denies wearing blackface" (http://www.cnn.com/2016/09/16/us/kansas-state-blackface-photo-trnd). Retrieved October 14, 2016.

136. Padilla, Mariel (April 19, 2020). "2 Georgia High Schoolers Posted Racist Video, Officials Say" (https://www.nytimes.com/2020/04/18/us/racist-tik-tok-video-carrollton.html). *The New York Times.*

137. Miller, Joshua Rhett (April 20, 2020). "Georgia students expelled for posting 'racist' TikTok video" (https://nypost.com/2020/04/20/georgia-students-expelled-for-posting-racist-video-on-tiktok/). *New York Post.* Retrieved March 16, 2021.

138. Parham, Jason (August 4, 2020). "TikTok and the Evolution of Digital Blackface" (https://www.wired.com/story/tiktok-evolution-digital-blackface/). *Wired.*

139. Magsino, Isiah. "Teens won't stop posting racist videos and challenges on TikTok. Experts explain why the problem continues" (https://www.insider.com/tiktok-continues-to-have-problems-with-racist-videos-2020-5). *Insider.* Retrieved March 16, 2021.

140. *Unpacking the Racism of Digital Blackface in the Information Age* (https://ghostarchive.org/varchive/youtube/20211030/b1tfKEVBcdY), January 27, 2021, archived from the original (https://www.youtube.com/watch?v=b1tfKEVBcdY) on October 30, 2021, retrieved March 16, 2021

141. @theslowfactory (March 9, 2021). " 📌 What is digital blackface, and are you performing it?" (https://ghostarchive.org/iarchive/instagram/theslowfactory/2525799470601850522_2525799467565142010). Archived from the original (https://www.instagram.com/p/CMNcTx7F86a/) on December 23, 2021. Retrieved March 16, 2021 – via Instagram.

142. Elizalde, Elizabeth (March 13, 2021). "Organization says sharing Oprah interview memes is 'digital blackface' " (https://nypost.com/2021/03/12/organization-says-sharing-oprah-interview-memes-is-digital-blackface/). *New York Post.* Retrieved March 16, 2021.

143. Wang, Lydia. "This Oprah Photo Is Quickly Becoming The Latest Example Of Digital Blackface" (https://www.refinery29.com/en-us/2021/03/10357290/oprah-meghan-markle-reaction-digital-blackface). *www.refinery29.com.* Retrieved March 16, 2021.

144. Soave, Robby (October 8, 2021). "Michigan Students Accuse Celebrated Music Professor of Racism for Screening Othello" (https://reason.com/2021/10/08/bright-sheng-university-of-michigan-othello-racism/). *Reason.* Retrieved October 12, 2021. "One of Sheng's colleagues, Evan Chambers, another professor of composition, sided with the students and accused Sheng of committing a "racist act". "To show the film now, especially without substantial framing, content advisory and a focus on its inherent racism is in itself a racist act, regardless of the professor's intentions," said Chambers. "We need to acknowledge that as a community."... It is a violation of the university's cherished principles of academic freedom to punish Sheng for the choices he makes in the classroom. Screening a racially problematic film in an educational setting is neither a racist act nor an endorsement of racism. At this point, it is Sheng who is owed an apology from the broader university community for falsely maligning him. Imagine surviving the Cultural Revolution in communist China, only to reencounter it on an American university campus in 2021."

145. Flaherty, Colleen (October 11, 2021). "Professor Not Teaching After Blackface 'Othello' Showing" (https://www.insidehighered.com/quicktakes/2021/10/11/professor-not-teaching-after-blackface-%E2%80%98othello%E2%80%99-showing). *Inside Higher Ed*. Retrieved October 12, 2021.

146. Roche, Darragh (October 9, 2021). "College Music Professor Steps Down After Showing Students 'Blackface' Othello" (https://www.newsweek.com/college-music-professor-steps-down-students-blackface-othello-1637274). *Newsweek*. Retrieved October 11, 2021.

147. International Youth and Students for Social Equality at the University of Michigan (October 8, 2021). "Oppose the right-wing, racialist attack on composer Bright Sheng at University of Michigan" (https://www.wsws.org/en/articles/2021/10/11/she1-o11.html). World Socialist Web Site. Archived (https://web.archive.org/web/20211011192144/https://www.wsws.org/en/articles/2021/10/11/she1-o11.html) from the original on October 11, 2021. Retrieved October 12, 2021. "The denunciation of Olivier's performance, which he had previously given on the British stage, is particularly reactionary in that the actor was attempting to take on the timid, semi-racist approaches to the Othello character that had prevailed for a century and a half. In representing Othello as black, as an African, Olivier was rebuffing various commentators appalled at the thought of the white maiden Desdemona falling head over heels in love with a black man. As Elise Marks commented in a 2001 essay, "Olivier was one of the first light-skinned actors to play Othello in black makeup since 1814. ... In his autobiography, Olivier boasts that his black Othello was more genuine, more daring, more forceful than the 'pale'—he might almost have said 'diluted'—Othellos of his immediate predecessors." "

148. Granville Ganter, "He made us laugh some": Frederick Douglass's humor (https://www.questia.com/read/1G1-113646013) originally published in *African American Review*, December 22, 2003.

149. Frederick Douglass, Gavitt's Original Ethiopian Serenaders (http://utc.iath.virginia.edu/minstrel/miar03at.html), originally published in *The North Star* (Rochester), June 29, 1849. Online in Stephen Railton, *Uncle Tom's Cabin* and American Culture, University of Virginia. Accessed online January 31, 2008.

150. Toll 1974, p. 199.

151. Toll 1974, pp. 198, 236–37.

152. Toll 1974, p. 206.

153. Toll 1974, p. 205.

154. Toll 1974, p. 203.

155. Toll 1974, pp. 179, 198.

156. Toll 1974, p. 234.

157. Toll 1974, pp. 236–37, 244.

158. Toll 1974, p. 243.

159. Toll 1974, p. 200.

160. Toll 1974, p. 180.

161. Toll 1974, pp. 226–28, including the quotation from Trotter.

162. Toll 1974, pp. 258–59.

163. Toll 1974, p. 195.

164. Toll 1974, p. 228.

165. Fox, Ted (2003) [1983]. *Showtime at the Apollo*. Rhinebeck, NY: Mill Road Enterprises. hdl:2027/uc1.32106017681500 (https://hdl.handle.net/2027%2Fuc1.32106017681500). ISBN 978-0-9723700-1-1. OCLC 680471611 (https://www.worldcat.org/oclc/680471611), 54084944 (https://www.worldcat.org/oclc/54084944), 9393699 (https://www.worldcat.org/oclc/9393699). (subscription required)

166. Strausbaugh 2007, p. 136.

167. Jefferson, Margo (October 13, 2004). "Blackface Master Echoes in Hip-Hop" (https://www.nytimes.com/2004/10/13/arts/music/13vaud.html). *The New York Times*. Retrieved February 2, 2008.

168. Johnson (1968). *Black Manhattan*, p. 90. Quoted in Toll 1974, p. 218.

169. Jones, Leroy (1963). *Blues People: The Negro Experience in White America and the Music that Developed from It* (https://archive.org/details/bluespeoplenegroexp00bara/page/85). NY: TMorrow Quill Paperbacks. pp. 85–86 (https://archive.org/details/bluespeoplenegroexp00bara/page/85). ISBN 978-0-688-18474-2.

170. "Carnaval 1962 : "Black face" y diablos" (http://ufdc.ufl.edu/AA00063985/00001). *The University of Florida Digital Collections*. El Mundo, UPRP. Retrieved February 15, 2019.

171. "Cuestionan niños pintados de negro en Festival de la Novilla" (https://www.primerahora.com/noticias/puerto-rico/nota/cuestionanninospintadosdenegroenfestivaldelanovilla-1322503/). *Primera Hora* (in Spanish). January 21, 2019. Retrieved February 15, 2019.

172. Strausbaugh 2007, pp. 70–72.

173. ⊜Floyd, Samuel A. Jr. (1997) [1995]. *The Power of Black Music: Interpreting its History from Africa to the United States* (https://web.archive.org/web/20200801075707/https://archive.org/details/powerofblackmusi00fl oy/page/58) (1st ed.). New York: Oxford University Press. p. 58 (https://archive.org/details/powerofblackmusi0 0floy/page/58). ISBN 978-0-19-508235-7. OCLC 72565771 (https://www.worldcat.org/oclc/72565771), 801847202 (https://www.worldcat.org/oclc/801847202), 466431378 (https://www.worldcat.org/oclc/46643137 8). Archived from the original (https://archive.org/details/powerofblackmusi00floy/page/58) on August 1, 2020. Retrieved October 25, 2012. (subscription required)

174. Strausbaugh 2007, p. 69.

175. Strausbaugh 2007, pp. 27–28.

176. Strausbaugh 2007, p. 70.

177. Strausbaugh 2007, p. 70; Toll 1974 *passim*.

178. John, Strausbaugh (June 8, 2006). Black Like You: Blackface, Whiteface, Insult & Imitation in American Popular Culture (https://archive.org/details/blacklikeyoublac00stra). Tarcher. ISBN 978-1-58542-498-6. Retrieved March 4, 2008.

179. Stowe, David W. (1994). *Swing Changes: Big-Band Jazz in New Deal America* (https://archive.org/details/swi ngchangesbigb00stow/page/131). Cambridge: Harvard University Press. pp. 131–132 (https://archive.org/det ails/swingchangesbigb00stow/page/131). ISBN 978-0-674-85825-1.

180. "The Golliwog Caricature" (http://www.ferris.edu/jimcrow/golliwog/), Jim Crow Museum of Racist Memorabilia, Ferris State University. Accessed online January 31, 2008.

181. Coon Chicken Inn (http://hollywood.pdx.edu/html/coon_chicken_inn.html) Archived (https://web.archive.org/w eb/20140127021655/http://hollywood.pdx.edu/html/coon_chicken_inn.html) January 27, 2014, at the Wayback Machine Photos and history of the restaurant chain.

182. Minstrels founder Mitchell dies (http://news.bbc.co.uk/2/hi/entertainment/2223239.stm), BBC, August 29, 2002. Accessed February 2, 2008.

183. Kershaw, Miriam, Postcolonialism and androgyny: the performance art of Grace Jones (http://findarticles.co m/p/articles/mi_m0425/is_n4_v56/ai_20544718/pg_1) Archived (https://web.archive.org/web/2013061420281 0/http://findarticles.com/p/articles/mi_m0425/is_n4_v56/ai_20544718/pg_1) June 14, 2013, at the Wayback Machine, *Art Journal*, Winter 1997, p. 5. (http://findarticles.com/p/articles/mi_m0425/is_n4_v56/ai_20544718/ pg_5) Archived (https://web.archive.org/web/20080922172846/http://findarticles.com/p/articles/mi_m0425/is_ n4_v56/ai_20544718/pg_5) September 22, 2008, at the Wayback Machine Accessed online July 17, 2008, at FindArticles.com.

184. Marks, Craig; Tannenbaum, Rob (2011). *I Want My MTV: The Uncensored Story of the Music Video Revolution* (https://archive.org/details/iwantmymtvuncens00mark). New York: Dutton. pp. 126 (https://archive. org/details/iwantmymtvuncens00mark/page/126)–27. ISBN 978-0-525-95230-5. Retrieved June 14, 2014. "do you really want to hurt me blackface."

185. "Taco – Puttin' on the Ritz (Original Uncensored Version)" (http://www.youtube.com/watch?v=OG3PnQ3tgz Y). *YouTube*. May 17, 2007. Retrieved January 12, 2010.

186. McGill, Douglas C. (January 27, 1989). "Colgate to Rename a Toothpaste" (https://www.nytimes.com/1989/0 1/27/business/colgate-to-rename-a-toothpaste.html). *The New York Times*. Retrieved January 2, 2025.

187. "Darkie Drops Offensive Name and Logo" (https://web.archive.org/web/20151204152741/http://download950. mediafire.com/jqp6xycsq1kg/2q4q1aikax00nnp/Darkie+19890129+p6.jpg). *Straits Times*. January 29, 1989. p. 6. Archived from the original (http://download950.mediafire.com/jqp6xycsq1kg/2q4q1aikax00nnp/Darkie+1 9890129+p6.jpg) (JPEG) on December 4, 2015.

188. Hughes, Sherick A. (2003). "The Convenient Scapegoating of Blacks in Postwar Japan: Shaping the Black Experience Abroad". *Journal of Black Studies*. **33** (3): 335–53. doi:10.1177/0021934702238635 (https://doi.or g/10.1177%2F0021934702238635). JSTOR 3180837 (https://www.jstor.org/stable/3180837). S2CID 145276221 (https://api.semanticscholar.org/CorpusID:145276221). p. 342.

189. John Greenwald with reporting by Kumiko Makihara, Japan Prejudice and Black Sambo (https://web.archive. org/web/20080211113203/http://www.time.com/time/magazine/article/0,9171,149882,00.html)[usurped], *Time Magazine*, June 24, 2001. Accessed online May 20, 2008.

190. "Chocolates LACASA · Chocolates y turrones con Imaginación" (http://www.lacasa.es/web/conguitos/conguit os/conguitos.asp?%7Carchive-url=https://web.archive.org/web/20070101064710/http://www.lacasa.es/web/co nguitos/conguitos/conguitos.asp?%7Carchive-date=2007-01-01%7Ctitle=Conguitos) Archived (https://web.arc hive.org/web/20070101064710/http://www.lacasa.es/web/conguitos/conguitos/conguitos.asp) January 1, 2007, at the Wayback Machine. *lacasa.es*. Retrieved November 26, 2015.

191. "FA contacts Man City over Silva tweet" (https://www.bbc.co.uk/sport/football/49788633). *BBC Sport*.

192. "The African-American Image Abroad: Golly, It's Good!" (https://web.archive.org/web/20140813222148/http://www.prmuseum.com/kendrix/abroad.html). Archived from the original (http://www.prmuseum.com/kendrix/abroad.html) on August 13, 2014.

193. "Banania" (https://www.banania.fr/) Archived (https://web.archive.org/web/20090624210004/http://www.banania.fr/) June 24, 2009, at the Wayback Machine. *banania.fr*. Retrieved on November 26, 2015.

194. "I nostri Brand" (https://web.archive.org/web/20180829000210/http://www.perfettivanmelle.it/i-nostri-brand/tutti-i-brand/). *Perfetti van Melle*. September 11, 2017. Archived from the original (http://www.perfettivanmelle.it/i-nostri-brand/tutti-i-brand/) on August 29, 2018.

195. Evelyne Yamine, Gareth Trickey and Chris Scott. Hey Hey sees red over black face Jackson 5 act (http://www.news.com.au/entertainment/celebrity/hey-hey-sees-red-over-black-face-jackson-5-act/story-e6frfmqr-1225784046716) Archived (https://web.archive.org/web/20130926060121/http://www.news.com.au/entertainment/celebrity/hey-hey-sees-red-over-black-face-jackson-5-act/story-e6frfmqr-1225784046716) September 26, 2013, at the Wayback Machine *The Daily Telegraph*, October 8, 2009.

196. Turner-Cohen, Alex (February 25, 2020). "Eddie McGuire defends Sam Newman's blackface stunt" (https://www.news.com.au/sport/afl/eddie-mcguire-defends-sam-newmans-blackface-stunt/news-story/422a559e5513f4acb623b781f713c9aa). *News.com.au*. Retrieved January 21, 2022.

197. Forbes, Bruce David (2007). *Christmas: A Candid History*. University of California Press. p. 54. "With Arab influence remaining among the Spanish population, Sinter Klaas had a Moorish assistant named Zwarte Piet, or Black Peter, an orphan who was pictured at times wearing a turban and a golden earring. Alternative explanations for his dark skin were that it was soot, from sliding down chimneys, or that he was a representation of the devil, who Saint Nicholas was able to conquer and force into his service. In annual observances over the years, Zwarte Piet was portrayed by a person in black face, and today some cultural commentators have criticized the legends and representations of Black Peter for racial stereotyping."

198. "De oudst bekende naam van Zwarte Piet: Pieter-mê-knecht (1850)" (https://web.archive.org/web/20131030062242/http://www.meertens.knaw.nl/cms/nl/nieuwsbriefteksten/nieuwsbriefuitgelicht/143677-de-oudst-bekende-naam-van-zwarte-piet-pieter-me-knecht-1850). 1850. Archived from the original (http://www.meertens.knaw.nl/cms/nl/nieuwsbriefteksten/nieuwsbriefuitgelicht/143677-de-oudst-bekende-naam-van-zwarte-piet-pieter-me-knecht-1850) on October 30, 2013. Retrieved November 12, 2013.

199. Verhoogen, Inne (October 23, 2013). " "Hugo Matthysen heeft de puntjes op de i van de Sint gezet" " (http://deredactie.be/cm/vrtnieuws/binnenland/1.1761344) (in Dutch). VRT.

200. Bas 2013, pp. 32, 34, 42–50

201. Bas 2013, p. 49

202. "Sinterklaas:Illustraties" (https://web.archive.org/web/20110607223042/http://www.kb.nl/uitgelicht/kinderboeken/sinterklaas/sinterklaas-ill.html). 1814–1948. Archived from the original (http://www.kb.nl/uitgelicht/kinderboeken/sinterklaas/sinterklaas-ill.html) on June 7, 2011. Retrieved November 29, 2007.

203. Hoving, I. e.a. (2005) *Cultuur en migratie in Nederland. Veranderingen van het alledaagse 1950–2000* (http://www.dbnl.org/tekst/hovi002cult01_01/) Archived (https://web.archive.org/web/20191117103847/https://www.dbnl.org/tekst/hovi002cult01_01/) November 17, 2019, at the Wayback Machine Den Haag: Sdu Uitgevers p.253

204. Picheta, Rob (November 30, 2019). "This country with a colonial history has a blackface problem" (https://www.cnn.com/2019/11/30/europe/belgium-blackface-colonial-history-intl/index.html). *CNN*. Retrieved August 10, 2020.

205. "Criticism of Dutch 'Black Pete' tradition grows" (https://www.foxnews.com/world/criticism-of-dutch-black-pete-tradition-grows). *Fox News*. Associated Press. March 26, 2015.

206. "Zwarte Piet niet racistisch en moet blijven" (https://archive.today/20131023064631/http://www.eenvandaag.nl/binnenland/47571/_zwarte_piet_niet_racistisch_en_moet_blijven_). EenVandaag. October 22, 2013. Archived from the original (http://www.eenvandaag.nl/binnenland/47571/_zwarte_piet_niet_racistisch_en_moet_blijven_) on October 23, 2013. Retrieved January 5, 2014.

207. "Draagvlak voor traditionele Zwarte Piet loopt terug" (https://eenvandaag.avrotros.nl/panels/opiniepanel/alle-uitslagen/item/draagvlak-voor-traditionele-zwarte-piet-loopt-terug/). *EenVandaag* (in Dutch). November 22, 2017.

208. Klapwijk, Petra. "Weinig draagvlak voor roetveegpieten bij landelijke intocht Sinterklaas" (https://web.archive.org/web/20191115110320/https://eenvandaag.avrotros.nl/panels/opiniepanel/alle-uitslagen/item/weinig-draagvlak-voor-roetveegpieten-bij-landelijke-intocht-sinterklaas/). *EenVandaag*. Archived from the original (https://eenvandaag.avrotros.nl/panels/opiniepanel/alle-uitslagen/item/weinig-draagvlak-voor-roetveegpieten-bij-landelijke-intocht-sinterklaas/) on November 15, 2019. Retrieved November 25, 2019.

209. Krever, Mick; Woodyatt, Amy. "Dutch PM's opinions on blackface have undergone 'major changes' – but he won't ban it" (https://www.cnn.com/2020/06/05/europe/black-pete-netherlands-intl-scli/index.html). *CNN*. Retrieved August 10, 2020.

210. "Dutch PM sceptical about Black Pete tradition" (https://www.bbc.com/news/world-europe-52937623). *BBC News*. June 5, 2020. Retrieved August 10, 2020.

211. Carleton, Marie-Helene. "Zwarte Piet: Black Pete is 'Dutch racism in full display' " (https://www.aljazeera.com/indepth/features/zwarte-piet-black-pete-dutch-racism-full-display-181127153936872.html). *www.aljazeera.com*. Retrieved August 10, 2020.

212. "*Bye Bye '86* (https://www.youtube.com/watch?v=kEPxh7HzsOY)" (at 5:00, 19:33 and 56:03), *YouTube*, December 31, 2016. Retrieved October 17, 2018.

213. "Marjo humiliée par Ertha [sic] Kitt (https://www.youtube.com/watch?v=JriHQV_mMmg)", *YouTube*, January 10, 2011. Retrieved October 17, 2018.

214. "Que le moins pire gagne (https://www.youtube.com/watch?v=Mv3a-5JyCqs&t=13s)", *YouTube*, September 10, 2009. Retrieved July 6, 2018.

215. "Les gens qui font l'énervement" (1994-1995 sketch). *Rock et Belles Oreilles : The Coffret*, Jacques K. Primeau Productions, 2011.

216. Untitled 1988 bonus sketch, *Rock et Belles Oreilles : The Coffret*, Jacques K. Primeau Productions, 2011.

217. Untitled 1989-1990 bonus sketch, *Rock et Belles Oreilles : The Coffret*, Jacques K. Primeau Productions, 2011.

218. "*Bye Bye 2006* RBO (5) (https://www.youtube.com/watch?v=-4r1SKx0Dug)", *YouTube*, June 2, 2010. Retrieved July 6, 2018.

219. "Le *Bye Bye* de RBO 2006 complet (https://www.youtube.com/watch?v=43uytw-_bck)" (at 14:23), *YouTube*, August 6, 2017. Retrieved July 21, 2018.

220. "La conne mission Bouchard-Taylor : Rock et Belles Oreilles (RBO) (https://www.youtube.com/watch?v=x2-dmSdvT7U)", *YouTube*, January 15, 2014. Retrieved July 14, 2018.

221. "RBO *Bye Bye* 2007 – Tour du monde (https://www.youtube.com/watch?v=4TziwbczmmQ)", *YouTube*, March 2, 2010. Retrieved July 21, 2018.

222. "Blackface Controversy at Canadian School (https://ghostarchive.org/varchive/GUJrcGFAxBI)", *CNN*, September 20, 2011. Retrieved May 25, 2013.

223. "Montreal University Students Don Blackface" (https://www.cbc.ca/news/canada/montreal/montreal-university-students-don-blackface-1.1113695). *CBC News*. September 15, 2011. Retrieved May 25, 2013.

224. "Montreal University Expresses Regret over Blackface Stunt" (https://www.thestar.com/news/canada/2011/09/15/montreal_university_expresses_regret_over_blackface_stunt.html). *Toronto Star*. September 15, 2011. Retrieved May 25, 2013.

225. "Blackface Blunder Backfires at Université de Montréal" (http://www.huffingtonpost.ca/supriya-dwivedi/blackface-blunder-backfir_b_965111.html). *HuffPost*. September 17, 2011. Retrieved May 25, 2013.

226. "Special Report: Examining the Blackface Debate" (http://montreal.ctvnews.ca/special-report-examining-the-blackface-debate-1.2251110). *CTV News Montreal*. February 24, 2015. Retrieved August 20, 2017.

227. "Why the Hell Are Quebec Comedians Wearing Blackface?" (http://www.huffingtonpost.ca/nydia-dauphin/blackface-in-quebec_b_3276801.html). *HuffPost*. May 16, 2013. Retrieved May 25, 2013.

228. "Challenging 'Blackface' Is Not Quebec-Bashing" (http://www.huffingtonpost.ca/charmaine-nelson/blackface-in-quebec_b_3348561.html). *HuffPost*. May 28, 2013. Retrieved May 28, 2013.

229. "You Can't Point out Racism in Quebec" (http://www.huffingtonpost.ca/nydia-dauphin/quebec-racism-reaction_b_3331530.html). *HuffPost*. May 25, 2013. Retrieved May 25, 2013.

230. "Les Québécois, tous des racistes (https://archive.today/20170305042140/http://journalmetro.com/opinions/prochaine-station/315644/les-quebecois-tous-des-racistes/#selection-1241.0-1454.0)[usurped]", *Métro*, May 27, 2013; "Une fois c'est un noir dans un gala (http://www.lapresse.ca/debats/chroniques/patrick-lagace/201305/27/01-4654718-une-fois-cest-un-noir-dans-un-gala.php)", *La Presse*, May 27, 2013. Retrieved June 7, 2018.

231. "Je n'aime pas la fraternité raciale! (https://www.lapresse.ca/debats/nos-collaborateurs/boucar-diouf/201305/2
3/01-4653789-je-naime-pas-la-fraternite-raciale.php)", *La Presse*, May 25, 2013. Retrieved December 20,
2018.

232. "Le choc de la transpiration – *Bye Bye 2013* (https://www.youtube.com/watch?v=bOc9t-XKvRE)", *YouTube*,
January 6, 2014. Retrieved July 7, 2018.

233. "Un visage peint en noir crée la controverse" (http://www.lapresse.ca/arts/spectacles-et-theatre/theatre/20141
2/17/01-4828973-un-visage-peint-en-noir-cree-la-controverse.php). *La Presse*. December 17, 2014.
Retrieved December 21, 2014.

234. "P.K. Subban Blackface in Théâtre du Rideau Vert Play Deemed Offensive by Some" (http://www.cbc.ca/new
s/canada/montreal/p-k-subban-blackface-in-théâtre-du-rideau-vert-play-deemed-offensive-by-some-1.288072
0). *CBC News*. December 21, 2014. Retrieved December 21, 2014.

235. "Mariana Mazza remporte l'Olivier de l'année" (http://plus.lapresse.ca/screens/b38ce151-7cf5-4d7d-946b-0aff
7d133bbd__7C___0.html). *La Presse*. December 11, 2017. Retrieved December 20, 2018.

236. "Je suis moi, mais nous sommes (https://ghostarchive.org/iarchive/facebook/334519746647863/9899606511
03766)", *Facebook*, March 8, 2017. Retrieved on November 20, 2023.

237. "Une photo de Mariana Mazza fait polémique" (https://www.tvanouvelles.ca/2017/03/10/une-photo-de-marian
a-mazza-fait-polemique). *TVA Nouvelles*. March 10, 2017. Retrieved December 20, 2018.

238. "Aux gens concernés et offusqués de ma photo (https://ghostarchive.org/iarchive/facebook/33451974664786
3/993436274089537)", *Facebook*, March 10, 2017. Retrieved November 20, 2023.

239. "Moses Sumney Quits Montreal Jazz Fest Over Show on Slavery (https://www.billboard.com/articles/news/84
63985/moses-sumney-quits-montreal-jazz-fest-over-show-on-slavery)", *Billboard*, July 4, 2018. Retrieved July
7, 2018.

240. "SLĀV Misses the Mark, and Precious Opportunity (https://montrealgazette.com/entertainment/music/jazz-fes
t-review-slav-misses-the-mark-and-precious-opportunity)", *Montreal Gazette*, July 4, 2018. Retrieved July 8,
2018.

241. "Controversial Slave Play to Continue Run across Quebec in 2019 (https://globalnews.ca/news/4324408/cont
roversial-slave-play-to-continue-run-across-quebec-in-2019/)", *Global News*. July 10, 2018. Retrieved
October 17, 2018.

242. "Indigenous Artists Call out 'SLAV' Director Robert Lepage for New Show, 'Kanata' (https://web.archive.org/w
eb/20210414012907/https://www.huffingtonpost.ca/2018/07/14/robert-lepage-kanata-indigenous-appropriatio
n_a_23482189/)[usurped]", *HuffPost*. July 14, 2018. Retrieved October 17, 2018.

243. "Controversial Lepage Show 'Kanata' to Get Debut in Paris (https://montreal.ctvnews.ca/controversial-lepage-
show-kanata-to-get-debut-in-paris-1.4080967)", *CTV News*, September 5, 2018. Retrieved October 17, 2018.

244. "Le retrait d'un épisode des 'Filles de Caleb' continue de faire réagir (https://www.ledevoir.com/culture/ecrans/
763965/le-retrait-d-un-episode-des-filles-de-caleb-continue-de-faire-reagir)", *Le Devoir*, October 13, 2022.
Retrieved November 20, 2023.

245. Purna Kambhampaty, Anna; Madeleine Carlisle; Melissa Chan (September 18, 2019). "Justin Trudeau Wore
Brownface at 2001 'Arabian Nights' Party While He Taught at a Private School" (https://time.com/5680759/jus
tin-trudeau-brownface-photo/). *Time*. Retrieved September 19, 2019.

246. Stephenson, Mercedes; Armstrong, James (September 19, 2019). "EXCLUSIVE: Video shows Trudeau in
blackface in 3rd instance of racist makeup" (https://globalnews.ca/news/5922861/justin-trudeau-brownface-vi
deo/). *Global News*. Retrieved September 19, 2019.

247. Warmington, Joe (February 24, 2023). "WARMINGTON: Conservative MP Leslyn Lewis won't be called racist
by blackface PM" (https://torontosun.com/news/national/warmington-conservative-mp-leslyn-lewis-wont-be-ca
lled-racist-by-blackface-pm). Retrieved November 9, 2023.

248. Cecco, Leyland (September 20, 2019). "Trudeau says he can't recall how many times he wore blackface
makeup" (https://www.theguardian.com/world/2019/sep/19/justin-trudeau-wearing-blackface-details-emerge-t
hird-incident). *The Guardian*. Retrieved November 10, 2023.

249. "Black man is washed whiter in China's racist detergent advert" (https://www.theguardian.com/world/2016/ma
y/28/china-racist-detergent-advert-outrage). *The Guardian*. May 28, 2016. Archived (https://web.archive.org/w
eb/20230521065258/https://www.theguardian.com/world/2016/may/28/china-racist-detergent-advert-outrage)
from the original on May 21, 2023.

250. Zhao, Christina (February 16, 2018). "'Racist' Blackface Chinese New Year TV Sketch Sparks Worldwide
Outrage" (http://www.newsweek.com/racist-blackface-chinese-new-year-tv-gala-sketch-sparks-worldwide-outr
age-808864). Newsweek. Retrieved February 16, 2018.

251. Chutel, Lynsey (February 16, 2018). "China's state TV ran a racist skit with blackface as Africans for its Lunar New Year show" (https://qz.com/1209148/black-panthers-africa-afrofuturism-and-wakanda-are-stunning-reim aging-of-a-cultural-aesthetic/). Quartz. Retrieved February 16, 2018.

252. Kang, Dake (February 16, 2018). "Blackface in Chinese Lunar New Year sketch draws criticism" (https://web. archive.org/web/20180929114640/https://www.yahoo.com/news/blackface-chinese-lunar-sketch-draws-criticis m-111110411.html). Associated Press. Archived from the original (https://www.yahoo.com/news/blackface-chi nese-lunar-sketch-draws-criticism-111110411.html) on September 29, 2018. Retrieved February 16, 2018.

253. Blanchard, Ben (February 22, 2018). "China denies Lunar New Year broadcast with actress in blackface and fake buttocks was racist" (http://www.businessinsider.com/china-denies-lunar-new-year-show-with-blackface-f ake-butt-was-racist-2018-2). Reuters. Retrieved February 22, 2018.

254. "China New Year gala show sparks new racism controversy with blackface performance" (https://www.reuter s.com/article/us-lunar-newyear-china-gala-idUSKBN2AC0BK). *Reuters*. February 12, 2021. Retrieved February 13, 2021.

255. "Translation – I'm not your Joke" (https://radioambulante.org/en/translation/translation-im-not-your-joke). April 24, 2018.

256. "Twenty-First Century Blackface : Code Switch" (https://www.npr.org/transcripts/619359049?t=164570525524 1). NPR. June 13, 2018. Retrieved February 28, 2022.

257. "Mama Negra, simbiosis de las culturas y expresiones populares – Ministerio de Turismo" (https://www.turism o.gob.ec/mama-negra-simbiosis-de-las-culturas-y-expresiones-populares/). *www.turismo.gob.ec*. Retrieved October 19, 2021.

258. "fulbrighterinfinland: 19 December 2006" (http://fulbrighterinfinland.blogspot.com/2006_12_19_archive.html).

259. Tarkas, Aarne (December 31, 1960). "Pekka ja Pätkä neekereinä" (https://elonet.finna.fi/Record/kavi.elonet_el okuva_117452). *elonet.finna.fi*.

260. "Pekka ja Pätkä neekereinä" (https://www.imdb.com/title/tt0054169/). March 11, 1960 – via IMDb.

261. "Pekka ja Pätkä neekereinä -elokuva nostatti valtavan someraivon – Yle vastaa rasismikohuun" (https://www.i s.fi/viihde/art-2000001260957.html). *Ilta-Sanomat*. September 14, 2016.

262. Jutila, Niko (April 18, 2019). "Yle jättää nyt Pekka ja Pätkä neekereinä -elokuvan esittämättä" (https://www.elo kuvauutiset.fi/site/uutiset2/8853-yle-jaettaeae-nyt-pekka-ja-paetkae-neekereinae-elokuvan-esittaemaettae). *www.elokuvauutiset.fi*.

263. Rastas 2007: Rastas, Anna: "Neutraalisti rasistinen? Erään sanan politiikkaa", Rasismi lasten ja nuorten arjessa: Transnationaalit juuret ja monikulttuuristuva Suomi. Tampere: Tampere University Press, 2007. ISBN 978-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-6

264. "Unschuld [Innocence]" (http://www.jenkenordalm.de/index.php?id=10). *Jenke Nordalm* (in German). Retrieved October 25, 2012. Webpage of the director of the production at the Theater Freiburg with pictures

265. "Colorblind?" (https://web.archive.org/web/20121021212250/http://www.etberlin.de/program-mainmenu-32/37 2-colorblind). *etberlin.de*. Archived from the original (http://etberlin.de/program-mainmenu-32/372-colorblind) on October 21, 2012. Retrieved October 25, 2012.

266. "Aktuell: Das Deutsche Theater sieht weiß und/oder Schwarz? | Theaterensemble 'Label Noir' | Metropolis, Samstag ab 16.45 Uhr | Kultur entdecken" (https://web.archive.org/web/20140202195810/http://www.arte.tv/d e/6593686%2CCmC%3D6588478.html). *arte.tv*. 2012. Archived from the original (http://www.arte.tv/de/65936 86,CmC=6588478.html) on February 2, 2014. Retrieved October 25, 2012.

267. "Germany's Schlosspark Theatre defends 'blackface' actor" (https://www.bbc.co.uk/news/world-europe-16492 222). *bbc.co.uk*. January 10, 2012. Retrieved October 25, 2012.

268. Cadet, Danielle (January 10, 2012). "German Play, 'I'm Not Rappaport', Angers Critics With Blackface Actor" (https://huffingtonpost.com/2012/01/10/german-play-im-not-a-rapp_n_1197160.html). *huffingtonpost.com*. Retrieved October 25, 2012.

269. Lauer, Stefan (March 22, 2012). "Blackface Is the New Black" (https://www.vice.com/read/blackface-is-the-ne w-black). *vice.com*. Retrieved October 25, 2012.

270. Milagro, Lara-Sophie (March 28, 2012). "Die Blackfacing-Debatte III – Man muss kein Neonazi sein, um rassistisch zu handeln" (https://web.archive.org/web/20121103072524/http://www.nachtkritik.de/index.php?op tion=com_content&view=article&id=6740%3Adie-blackfacing-debatte-iii-man-muss-kein-neonazi-sein-um-ras sistisch-zu-handeln&catid=101%3Adebatte&Itemid=84). *nachtkritik.de*. Archived from the original (http://www. nachtkritik.de/index.php?option=com_content&view=article&id=6740:die-blackfacing-debatte-iii-man-muss-ke in-neonazi-sein-um-rassistisch-zu-handeln&catid=101:debatte&Itemid=84) on November 3, 2012. Retrieved October 25, 2012.

271. Uludag, Özgür (May 2011). "Kommentar – Migranten spielen auf den Sprechbühnen keine Rolle" (https://web.archive.org/web/20121103080415/http://nachtkritik.de/index.php?option=com_content&view=article&id=5600%3Akommentar--migranten-spielen-auf-den-sprechbuehnen-keine-rolle&catid=101%3Adebatte&Itemid=84). *nachtkritik.de*. Archived from the original (http://nachtkritik.de/index.php?option=com_content&view=article&id=5600:kommentar--migranten-spielen-auf-den-sprechbuehnen-keine-rolle&catid=101:debatte&Itemid=84) on November 3, 2012. Retrieved October 25, 2012.

272. Georgakis, Nikolaos (2012). "Rassismusdebatte um Schwarze auf Schauspielbühnen" (https://web.archive.org/web/20141028023817/http://www.derwesten.de/nrz/staedte/essen/kultur/rassismusdebatte-um-schwarze-auf-schauspielbuehnen-id6361236.html). *derwesten.de*. Archived from the original (https://www.derwesten.de/nrz/staedte/essen/kultur/rassismusdebatte-um-schwarze-auf-schauspielbuehnen-id6361236.html) on October 28, 2014. Retrieved September 12, 2012.

273. Haberl, Tobias (2012). "Interview mit René Pollesch über Liebe und Rücksicht. – Aus dem Magazin" (http://sz-magazin.sueddeutsche.de/texte/anzeigen/37453/%20SZ-Magazin.de). *sz-magazin.sueddeutsche.de*. Retrieved September 12, 2012.

274. " 'Clybourne Park' at Staatstheater Mainz" (http://www.staatstheater-mainz.com/index.php?id=1471). *staatstheater-mainz.com*. 2012. Retrieved September 12, 2012.

275. Lakhani, Nina (October 21, 2015). "Guatemalans face choice of former blackface comedian or ex-first lady" (https://www.theguardian.com/world/2015/oct/21/guatemalans-presidential-election-former-blackface-comedian-or-ex-first-lady). *The Guardian*.

276. "Noruz | TraditionsCustoms.com" (https://web.archive.org/web/20201015102055/http://traditionscustoms.com/festivals/noruz). *traditionscustoms.com*. Archived from the original (http://traditionscustoms.com/festivals/noruz) on October 15, 2020. Retrieved September 2, 2018.

277. Fathali Beigi, Davood (January 16, 2013). " "Siah-Bazi A Forbidden Play" Released" (https://web.archive.org/web/20140714164839/http://www.ibna.ir/vdcawon6u49nmy1.tgk4.html). *Iranian Book News Agency (IBNA)*. Archived from the original (http://www.ibna.ir/vdcawon6u49nmy1.tgk4.html) on July 14, 2014. Retrieved April 12, 2021.

278. Armbrust, Walter (2000). *Mass Mediations: New Approaches to Popular Culture in the Middle East and Beyond* (https://books.google.com/books?id=0TcLEgR9GkMC). California: University of California Press. pp. 63–64. ISBN 0520219260.

279. "JAPAN: Dakkochan Delirium" (https://web.archive.org/web/20091015071338/http://www.time.com/time/magazine/article/0,9171,939182,00.html). *Time*. August 29, 1960. Archived from the original (http://www.time.com/time/magazine/article/0,9171,939182,00.html) on October 15, 2009. Retrieved April 26, 2010.

280. "What Black Anime Fans Can Teach Us About Race in America" (https://www.vice.com/en_us/article/avykp8/what-black-anime-fans-can-teach-us-about-race-in-america-805). August 5, 2015. Retrieved October 24, 2018.

281. "Black-Face Minstrelsy" (http://etext.virginia.edu/railton/huckfinn/minstrl.html). *virginia.edu*. Retrieved on November 26, 2015.

282. Wood, Joe (1997). "The Yellow Negro". *Transition* (73): 40–67. doi:10.2307/2935443 (https://doi.org/10.2307%2F2935443). JSTOR 2935443 (https://www.jstor.org/stable/2935443).

283. Ashcraft, Brian (June 28, 2006). "LocoRoco Racist?" (https://web.archive.org/web/20091003101647/http://kotaku.com/gaming/top/locoroco-racist-183885.php). *Kotaku*. Archived from the original (https://kotaku.com/) on October 3, 2009.

284. Neate, Patrick (2003). *Where You're At: Notes From the Frontline of a Hip Hop Planet*. Riverhead Trade. ISBN 9781594480126.

285. McNeil, Baye (February 18, 2015). "Time to shut down this modern-day minstrel show" (https://www.japantimes.co.jp/community/2015/02/18/our-lives/time-shut-modern-day-minstrel-show/). *The Japan Times*. Retrieved November 26, 2015.

286. Hamamoto, Ben (June 2006). "Is blackface in Japan racist?" (https://web.archive.org/web/20060907082013/http://www.mixedmediawatch.com/2006/06/05/is-blackface-in-japan-racist/). Archived from the original (http://www.mixedmediawatch.com/2006/06/05/is-blackface-in-japan-racist/) on September 7, 2006.

287. Hongo, Junn, "Japan TV Station Pulls Blackface Performance From Program" (https://blogs.wsj.com/japanrealtime/2015/03/10/japan-tv-station-pulls-blackface-performance-from-program/). *WSJ*. Retrieved November 26, 2015.

288. "Fuji TV removes blackface segment after outcry" (http://www.japantimes.co.jp/news/2015/03/09/national/fuji-tv-removes-blackface-segment-after-outcry/). *The Japan Times*. Retrieved on November 26, 2015.

289. "Hace EU el 'ridículo' al criticar a Memín Pinguín: Derbez" (https://web.archive.org/web/20121003150100/http://www.esmas.com/noticierostelevisa/mexico/457430.html) [It was ridiculous for the U.S. to criticize Memín Pinguín: Derbez]. *Noticieros Televisa* (in Spanish). Archived from the original (http://www.esmas.com/noticierostelevisa/mexico/457430.html) on October 3, 2012.

290. Elizabeth, Rhodes (January 1, 2004). "Black Indians, Zulus and Congos; Transformation and Transference of Community Traditions in New Orleans and Panama" (http://scholarworks.sfasu.edu/folklorico_textual/2/). *Textual Resources*.

291. Winn, Patrick (July 1, 2014). "Asia embraces blackface-style ads. Get ready to cringe" (https://theworld.org/stories/2014-07-01/asia-embraces-blackface-style-ads-get-ready-cringe). *The World*. Retrieved July 7, 2022.

292. "Y-speak: Racism in the Philippines: Does it exist?" (http://www.sunstar.com.ph/davao/weekend/2016/09/10/y-speak-racism-philippines-does-it-exist-496944). *SunStar*. September 10, 2016. Retrieved April 12, 2018.

293. A Tua Cara Não Me é estranha: Paulo Vintém interpreta Michael Jackson (https://www.youtube.com/watch?v=QGwtcMcdSaw), Youtube

294. Maria João Abreu (Michael Jackson) – A Tua Cara Não Me É Estranha (TVI) (https://www.youtube.com/watch?v=1yjJnoQZB6Q), YouTube

295. Daniela e Edmundo interpretam Michael Jackson e Siedah Garrett-A Tua cara não me é Estranha (TVI ) (https://www.youtube.com/watch?v=Ji9RQoeIAyw), YouTube

296. Merche Romero interpreta Tracy Chapman (https://www.youtube.com/watch?v=KNqpmyIikDU), YouTube

297. Mico da Câmara Pereira interpreta «What a Wonderful World» de Louis Armstrong (https://www.youtube.com/watch?v=clnl6K-5tRLk), YouTube

298. Nicolau Breyner interpreta_Nat King Cole_ A Tua Cara Não me é Estranha (https://www.youtube.com/watch?v=ePvfQqvubls), YouTube

299. Serena Williams no 5 | 5 Para a Meia-Noite | RTP (https://www.youtube.com/watch?v=ynqoru4WAC4), YouTube, September 27, 2018

300. Os Negros Nas Novelas (https://virtualia.blogs.sapo.pt/29596.html), blog *Virtualia*, May 23, 2009.

301. A Cor de Gabriela (http://lostinjapan.portalnippon.com/2012/06/cor-de-gabriela-lost-in-japan.html) Archived (https://web.archive.org/web/20130126103416/http://lostinjapan.portalnippon.com/2012/06/cor-de-gabriela-lost-in-japan.html) January 26, 2013, at the Wayback Machine, *Lost in Japan*, June 18, 2012.

302. Caixa refaz propaganda e mostra Machado de Assis mulato (http://f5.folha.uol.com.br/televisao/988689-caixa-refaz-propaganda-e-mostra-machado-de-assis-mulato.shtml) Archived (https://web.archive.org/web/20130129172831/http://f5.folha.uol.com.br/televisao/988689-caixa-refaz-propaganda-e-mostra-machado-de-assis-mulato.shtml) January 29, 2013, at the Wayback Machine, F5, *Folha de S.Paulo*, October 10, 2011.

303. "Racismo explícito no Zorra Total relembra humor segregacionista dos EUA" (http://www.pragmatismopolitico.com.br/2012/08/racismo-explicito-no-zorra-total-relembra-humor-segregacionista-dos-eua.html), *Pragmatismo Político*, August 15, 2012.

304. Wilson, Jennifer (August 31, 2017). "How red Russia broke new ground in the portrayal of black Americans" (https://www.pri.org/stories/2017-08-31/how-red-russia-broke-new-ground-portrayal-black-americans). *The World from PRX*. PRI.

305. Au, Susan. *Ballet and Modern Dance*, 2nd edn. London: Thames & Hudson, 2002. Print.

306. Kiaer, Christina (October 31, 2017). "Anti-racism in Early Soviet Visual Culture" (https://www.aaihs.org/anti-racism-in-early-soviet-visual-culture/). Black Perspectives.

307. "Obama Blackface Skit on Kremlin-Funded TV Sparks Outrage" (https://www.themoscowtimes.com/2020/11/30/obama-blackface-skit-on-kremlin-funded-tv-sparks-outrage-a72176). *The Moscow Times*. November 30, 2020. Retrieved August 6, 2022.

308. Haroun, Azmi (December 1, 2020). "Russian state TV broadcaster features racist segment of an actress in blackface doing a portrayal of Obama" (https://www.businessinsider.com/kremlin-tv-station-broadcasts-actress-in-blackface-impersonating-obama-2020-11?international=true&r=US&IR=T). *Business Insider*. Retrieved August 6, 2022.

309. "Madrid laat per ongeluk video's voor Driekoningen maken met blackface" (https://www.nu.nl/entertainment/6296887/madrid-laat-per-ongeluk-videos-voor-driekoningen-maken-met-blackface.html?referrer=https%3A%2F%2Fwww.google.com%2F) (in Dutch). NU.nl. January 5, 2024. Retrieved October 8, 2024.

310. "Populaire cultuur onder de loep: Europese mensenrechten als instrument voor culturele wijzigingen of voor cultuurbehoud?". *Recht in beweging* (https://books.google.com/books?id=9OwjEAAAQBAJ) (in Dutch). Antwerpen: Gompel & Svacina. 2021. pp. 89–92. ISBN 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-297-2.

311. "Coon Carnival Cape Town" (https://web.archive.org/web/20051027061922/http://www.africapetours.com/Coon%20Carnival.htm). October 27, 2005. Archived from the original (http://www.africapetours.com/Coon+Carnival.htm) on October 27, 2005. Retrieved July 11, 2011.

312. " "Offensive" Blackface South African Commercial Banned" (https://www.buzzfeed.com/copyranter/offensive-blackface-south-african-commercial-banned). *BuzzFeed*. September 5, 2013.

313. William Fitzhugh Brundage (2011). *Beyond Blackface: African Americans and the Creation of American Popular Culture, 1890–1930* (https://archive.org/details/beyondblackfacea00brun). University of North Carolina Press. p. 53 (https://archive.org/details/beyondblackfacea00brun/page/53). ISBN 978-0-8078-3462-6.

314. ewn.co.za. 2014. Tuks-blackface-students-face-disciplinary-action. [ONLINE] Available at: http://ewn.co.za/2014/08/06/Tuks-blackface-students-face-disciplinary-action. [Retrieved August 6, 2014].

315. "Backlash over Blackface use in South Korean Show" (http://www.ebony.com/entertainment-culture/blackface-backlash-korean-show). *ebony.com*. April 20, 2017. Retrieved October 24, 2018.

316. "A Korean TV Station Has Now Apologised For Using Blackface" (https://www.buzzfeed.com/ikrd/people-are-not-happy-with-this-korean-show-for-using). *BuzzFeed*. April 21, 2017. Retrieved October 24, 2018.

317. "Will they ever get it?" (https://www.koreatimes.co.kr/www/news/culture/2014/02/201_150883.html). February 3, 2014. Retrieved October 24, 2018.

318. Morrissey, Tracie Egan (March 2012). "WTF Is Up With K-Pop and Blackface?!" (https://jezebel.com/5889705/omg-wtf-is-up-with-k-pop--blackface). Retrieved October 24, 2018.

319. "SBS Comedy Show Addresses Blackface Controversy" (https://www.koreadispatch.com/2017/04/23/sbs-comedy-show-addresses-blackface-controversy/). April 23, 2017. Retrieved October 24, 2018.

320. "Blackface Is Still Racist and Wrong. Yes, Even In Korea" (http://seoulbeats.com/2017/07/blackface-is-still-racist-and-wrong-yes-even-in-korea/). July 13, 2017. Retrieved October 24, 2018.

321. "Controversial Korean Show Caught Trying to Do 'Blackface' Again" (https://nextshark.com/controversial-kbs-korean-show-caught-trying-to-do-blackface-again/). *nextshark.com*. August 23, 2017. Retrieved October 24, 2018.

Han, Gil-Soo (January 2, 2015). "K-Pop nationalism: Celebrities and acting blackface in the Korean media". *Continuum*. **29** (1): 2–16. doi:10.1080/10304312.2014.968522 (https://doi.org/10.1080%2F10304312.2014.968522). S2CID 145167118 (https://api.semanticscholar.org/CorpusID:145167118).

323. Carpenter, Nicole (November 8, 2018). "Blizzard accused of blackface on South Korean Overwatch stream" (https://dotesports.com/overwatch/news/blizzard-accused-of-blackface-on-south-korean-overwatch-stream). *Dot Esports*.

324. Kang, Tae-jun. "What a Blackface Photo Says About South Korea's Racism Problem" (https://thediplomat.com/2020/08/what-a-blackface-photo-says-about-south-koreas-racism-problem/). *thediplomat.com*.

325. "Taiwan's Wackyboys perform coffin dance in blackface" (https://www.taiwannews.com.tw/en/news/3943853). *Taiwan News*. June 2, 2020. Retrieved June 29, 2020.

326. Keyes, Charles F. (1995). *The golden peninsula : culture and adaptation in mainland Southeast Asia. Includes bibliographical references and index.* Honolulu: (SHAPS library of Asian studies) University of Hawai'i Press. p. 34. ISBN 978-0-8248-1696-4.

327. Biggs, Andrew (May 27, 2012). "Brand names still stuck in the dark age" (https://www.bangkokpost.com/print/295230/). *Bangkok Post*. Retrieved October 24, 2018.

328. "Is there really no anti-Black racism in Turkey?" (https://bianet.org/yazi/is-there-really-no-anti-black-racism-in-turkey-226799). *bianet.org*. Retrieved November 20, 2023.

329. Rogers, Pat (September 1974). "The Waltham Blacks and the Black Act". *The Historical Journal*. **17** (3): 465–486. doi:10.1017/S0018246X00005252 (https://doi.org/10.1017%2FS0018246X00005252). S2CID 159741413 (https://api.semanticscholar.org/CorpusID:159741413).

330. Newall, Venetia (1981). "The Turkish Knight in English Traditional Drama" (http://www.jstor.org/stable/1259473). *Folklore*. **92** (2): 196–202. doi:10.1080/0015587X.1981.9716206 (https://doi.org/10.1080%2F0015587X.1981.9716206). JSTOR 1259473 (https://www.jstor.org/stable/1259473). See, for example, p. 197: "[H]e is referred to in a variety of ways. For example: Turkey Champion, Turkish Champion, Grand Turk, Black King of Morocco, Black Morocco King, Saracen Knight, Turkey Snipe (a common corruption of Turkish Knight), Morocco Dog, Prince of Paradine or Black Prince of Paradine.... The play from Antrobus in Cheshire represents the Black Prince with blackened face."

331. Buckland, Theresa Jill (1990). "Black Faces, Garlands, and Coconuts: Exotic Dances on Street and Stage". *Dance Research Journal*. **22** (2): 1–12. doi:10.2307/1477779 (https://doi.org/10.2307%2F1477779). JSTOR 1477779 (https://www.jstor.org/stable/1477779). S2CID 193009637 (https://api.semanticscholar.org/CorpusID:193009637).

332. Beth Abbit (April 24, 2014), "Straw defends 'Nutters in Twitter picture row" (https://web.archive.org/web/20140427163545/http://www.rossendalefreepress.co.uk/incoming/straw-defends-nutters-twitter-picture-7026569), *Rossendale Free Press*, archived from the original (http://www.rossendalefreepress.co.uk/incoming/straw-defends-nutters-twitter-picture-7026569) on April 27, 2014

333. William Langley (April 27, 2014), "Meeting the dance troop who say 'blacking-up' is a badge of pride" (https://www.telegraph.co.uk/news/features/10789789/Meeting-the-dance-troop-who-say-blacking-up-is-a-badge-of-pride.html), *Sunday Telegraph*, archived (https://ghostarchive.org/archive/20220111/https://www.telegraph.co.uk/news/features/10789789/Meeting-the-dance-troop-who-say-blacking-up-is-a-badge-of-pride.html) from the original on January 11, 2022

334. "Guise Dancing |" (https://www.cornwallforever.co.uk/year/guise-dancing). *Cornwall For Ever!*. Retrieved August 27, 2022.

335. "Video boxing day" (https://web.archive.org/web/20220319062703/http://www.winterbourndownbordermorris.co.uk/videoboxday.html). *www.winterbourndownbordermorris.co.uk*. Archived from the original (http://www.winterbourndownbordermorris.co.uk/videoboxday.html) on March 19, 2022. Retrieved October 15, 2022.

336. "BBC Radio 4 – The Untold – Harmless Tradition?" (https://www.bbc.co.uk/programmes/articles/2rLzDFR653mHgzFzXKpfpDB/harmless-tradition). *BBC*. Retrieved May 18, 2022.

337. "Charlie Brush- wedding chimney sweep – YouTube" (https://ghostarchive.org/varchive/youtube/20211030/Jf0GWgPIPeU). *www.youtube.com*. September 27, 2011. Archived from the original (https://www.youtube.com/watch?v=Jf0GWgPIPeU) on October 30, 2021.

338. "History of the Sweeps Festival" (http://www.medway.gov.uk/leisurecultureandsport/events/sweepsfestival2017/historyofthesweepsfestival.aspx). *Medway Council*. Retrieved June 17, 2017.

339. Booth, Robert (November 5, 2017). "Lewes bonfire society ends tradition of blacking-up" (https://www.theguardian.com/lifeandstyle/2017/nov/05/lewes-bonfire-society-ends-tradition-criticised-for-being-racist). *The Guardian*.

340. "Calling time on full-face black makeup" (https://web.archive.org/web/20200704162413/https://www.morrisfed.org.uk/2020/07/03/calling-time-on-full-face-black-makeup/). *The Morris Federation*. July 3, 2020. Archived from the original (https://www.morrisfed.org.uk/2020/07/03/calling-time-on-full-face-black-makeup/) on July 4, 2020. Retrieved July 4, 2020.

341. Gary Giddings, *Bing Crosby: A Pocketful of Dreams, The Early Years 1903–1940* (2001), Back Bay Books, p. 78. ISBN 0316886459.

342. Nolan Porterfield, *Jimmie Rodgers: The Life and Times of America's Blue Yodeler* (1979), University of Illinois Press, p. 262, ISBN 0252007506.

343. Charles Townsend, *San Antonio Rose: The Life and Music of Bob Wills* (1986), University of Illinois Press, ISBN 025201362X, p. 45.

344. Nick Tosches, *Where Dead Voices Gather* (2002), Back Bay, p. 66, ISBN 0316895377.

345. Lott 1993, p. 5.

346. Toll 1974, p. 51.

347. Barlow, William. "Black Music on Radio During the Jazz Age", *African American Review*, Summer 1995.

348. Kofsky, Frank (1998). *Black Music, White Business: Illuminating the History and Political Economy of Jazz* (https://archive.org/details/blackmusicwhiteb00kofs). Pathfinder Press. ISBN 9780873488594.

349. Reich, Howard; Gaines, William (December 12, 1999). "The Great Jazz Swindle" (https://www.chicagotribune.com/news/ct-xpm-1999-12-12-9912120442-story.html). *Chicago Tribune*. Archived (https://web.archive.org/web/20190530225915/https://www.chicagotribune.com/news/ct-xpm-1999-12-12-9912120442-story.html) from the original on May 30, 2019.

350. "Whites, Blacks and the Blues" (https://www.pbs.org/theblues/classroom/intwhitesblacks.html), "The Blues" Teacher's Guide, PBS. Retrieved December 18, 2008.

351. Kolawole, Helen."He Wasn't My King. (https://www.theguardian.com/music/2002/aug/15/elvis25yearson.elvispresley)" *The Guardian Unlimited*, August 15, 2002. Retrieved November 29, 2007.

352. Strausbaugh 2007, p. 61: not about "sexiness", but makes an explicit analogy between T. D. Rice with "Jump Jim Crow" and Elvis Presley with "Hound Dog".

353. Strausbaugh 2007, p. 218 explicitly analogizes Al Jolson's style of blackface to Jagger and Eminem: "not mockery, but the sincere mimicry of a non-Black artist who loves Black culture (or what he thinks is Black culture) so dearly he can't resist imitating it, even to the ridiculous point of blacking up".

354. Cunningham, Daniel Mudie. "Larry Clark: Trashing the White American Dream (http://www.thefilmjournal.com/issue8/larryclark.html)". Archived (https://web.archive.org/web/20160403153615/http://www.thefilmjournal.com/issue8/larryclark.html) April 3, 2016, at the Wayback Machine *The Film Journal*. Retrieved on August 25, 2006

355. Roediger, David (1997). "The First Word in Whiteness: Early Twentieth-Century European Immigration", *Critical White Studies: Looking Behind the Mirror*. Temple University Press, p. 355.

356. Strausbaugh 2007, p. 40: "To this day, Whites admire, envy and seek to emulate such supposed innate qualities of Blackness as inherent musicality, natural athleticism, the composure known at 'cool' and superior sexual endowment." Conversely, up to and including the Civil Rights era, "aspirational" black performers imitated white style: Strausbaugh 2007, p. 140.

357. Southgate, Nick (December 2003). "Coolhunting, account planning and the ancient cool of Aristotle". *Marketing Intelligence & Planning*. **21** (7): 453–461. doi:10.1108/02634500310504304 (https://doi.org/10.1108%2F02634500310504304).

358. Thompson, Robert Farris (1973). "An Aesthetic of the Cool". *African Arts*. **7** (1): 40–43, 64–67, 89–91. doi:10.2307/3334749 (https://doi.org/10.2307%2F3334749). JSTOR 3334749 (https://www.jstor.org/stable/3334749). Citation for African (more specifically, Yoruba) origin of "cool".

359. MacBroom, Patricia. "Rap Locally, Rhyme Globally: Hip-Hop Culture Becomes a World-Wide Language for Youth Resistance, According to Course" (http://www.berkeley.edu/news/berkeleyan/2000/04/12/hiphop.html). News, *Berkeleyan*. May 2, 2000. Retrieved September 27, 2006.

# Further reading

- Abbott, Lynn, & Seroff, Doug (2008). *Ragged but Right: Black Traveling Shows, "Coon Songs", and the Dark Pathway to Blues and Jazz. (https://web.archive.org/web/20090514005656/http://www.upress.state.ms.us/books/842)*[usurped] Jackson: University Press of Mississippi.

- Armstron-De Vreeze, Pamela (December 1997). "Surviving Zwarte Piet – a Black mother in the Netherlands copes with a racist institution in Dutch culture" (https://web.archive.org/web/20050516045544/http://www.findarticles.com/p/articles/mi_m1264/is_n8_v28/ai_20039487). *Essence*. Archived from the original (http://www.findarticles.com/p/articles/mi_m1264/is_n8_v28/ai_20039487) on May 16, 2005. Retrieved November 15, 2005.

- Bas, Marcel (2013). *Zwarte Piet: discriminerend of fascinerend?*. Aspekt Uitgeverij. ISBN 978-9461534095.

- Chude-Sokei, Louis (2005). *The Last Darky: Bert Williams, Black-on-Black Minstrelsy and the African Diaspora*. Duke University Press. ISBN 978-0-8223-3643-3.

- Cockrell, Dale (1997). *Demons of Disorder: Early Blackface Minstrels and their World* (https://archive.org/details/demonsofdisorder00cock). Cambridge Studies in American Theatre and Drama. ISBN 978-0-521-56828-9.

- Levinthal, David (1999). *Blackface*. Arena. ISBN 978-1-892041-06-7.

- Lhamon, W.T. Jr. (1998). *Raising Cain: Blackface Performance from Jim Crow to Hip Hop* (https://archive.org/details/raisingcainblack0000lham). Harvard University Press. ISBN 978-0-674-74711-1.

- Hughes, Langston; Meltzer, Milton (1967). *Black Magic: A Pictorial History of Black Entertainers in America* (https://archive.org/details/blackmagicpictor00hugh). New York: Bonanza Books. ISBN 978-0-306-80406-9.

- Lott, Eric (1993). *Love and Theft: Blackface Minstrelsy and the American Working Class*. New York: Oxford University Press. ISBN 978-0-19-507832-9.

- Malik, Sarita. "The Black and White Minstrel Show" (https://web.archive.org/web/20130514104237/http://www.museum.tv/eotvsection.php?entrycode=blackandwhim). Museum of Broadcast Communications. Archived from the original (http://www.museum.tv/eotvsection.php?entrycode=blackandwhim) on May 14, 2013. Retrieved January 8, 2007.

- Rogin, Michael (1998). *Blackface, White Noise: Jewish Immigrants in the Hollywood Melting Pot*. University of California Press. ISBN 978-0-520-21380-7.

- Sacks, Howard L.; Sacks, Judith Rose (1993). *Way up North in Dixie: A Black Family's Claim to the Confederate Anthem* (https://archive.org/details/wayupnorthindixi00sack_0). Washington: Smithsonian Institution Press. ISBN 978-1-56098-258-6.

- Sammond, Nicholas (September 2015). *Birth of an Industry: Blackface Minstrelsy and the Rise of American Animation*. Durham, NC: Duke University Press. ISBN 978-0-8223-5852-7.
- Strausbaugh, John (2007). *Black Like You: Blackface, Whiteface, Insult & Imitation in American Popular Culture*. Penguin. ISBN 978-1-58542-593-8.
- Toll, Robert C. (1974). *Blacking Up: The Minstrel Show in Nineteenth-century America* (https://archive.org/details/blackingupminstr00toll). New York: Oxford University Press. ISBN 978-0-8195-6300-2.
- Twain, Mark (1924). "XIX, dictated 1906-11-30". *Mark Twain's Autobiography*. New York: Albert Bigelow Paine. LCCN 24025122 (https://lccn.loc.gov/24025122).
- Watkins, Mel (1999). *On the Real Side: A History of African American Comedy from Slavery to Chris Rock*. Chicago, Illinois: Lawrence Hill Books. ISBN 978-1-55652-351-9.

# External links

## General

- "Bambizzoozled – Blackface in Movies and Television" (https://web.archive.org/web/20150217052007/http://www.bambizzoozled.com/Film_Movies_TV_Including_Blackface/)[usurped]
- "The Blackface Stereotype" (http://www.blackculturalstudies.org/m_diawara/blackface.html), Manthia Diawara
- "Cape Minstrel Festival Kaapse Klopse" (http://www.capetownmagazine.com/Tweede-Nuwe-Jaar-2009-Celebrates-2nd-New-Year/2009-01-03/0_37_9482), *Cape Town Magazine.*
- Several blog posts from 2004 about blackface stories in the news, from the Colorblind Society (https://web.archive.org/web/20061126045840/http://colorblind.typepad.com/the_colorblind_society/blackface/)[usurped]
- "Zulu Blackface: The Real Story!" (https://web.archive.org/web/20060227143627/http://www.mardigrasdigest.com/News/Feature_Zulu_Blackface.htm)[usurped]
- Louis Chude-Sokei, "The New Era of Blackface" (https://web.archive.org/web/20091222081039/http://thefanzine.com/articles/features/391/the_new_era_of_blackface)[usurped], December 17, 2009
- "The History of Racist Blackface Stereotypes (http://black-face.com/)
- Scott, Mack (October 2014). "From Blackface to Beulah : Subtle Subversion in Early Black Sitcoms". *Journal of Contemporary History*. **49** (4): 743–769. doi:10.1177/0022009414538473 (https://doi.org/10.1177%2F0022009414538473). JSTOR 43697336 (https://www.jstor.org/stable/43697336). S2CID 159531616 (https://api.semanticscholar.org/CorpusID:159531616).
- Video: Blackface: History of a Controversy; Blackface in modern society, especially related to school. (https://www.youtube.com/watch?v=Ey8WQEJyGi0)

## Zwarte Piet

- Zwarte Piet? – Boom Chicago rap video satire of (https://web.archive.org/web/20060212153450/http://www.boomchicago.nl/Section/Videos/ZwartePiet?page=2)[usurped] Run-DMC's "Christmas in Hollis"
- Who's that with Santa? An introduction to Black Peter (https://web.archive.org/web/20191220040105/https://www.expatica.com/nl/about/culture-history/whos-that-with-santa-an-introduction-to-black-peter-100295/) [usurped]
- "Who is Black Peter?" (https://web.archive.org/web/20050429074435/http://www.ferris.edu/news/jimcrow/question/jan05/)[usurped] from Ferris State University
- Zwarte Piet film by Adwa Foundation, Rotterdam, and the Global Afrikan Congress (https://web.archive.org/web/20210305155851/http://www.baobabconections.org/artikel.php?id=549)[usurped]
- Zwarte Piet (http://www.zwartepieten.com/) (in Dutch)

## Balthazar in Spain

- WanafriKa's vídeo (https://www.youtube.com/watch?v=7DrrWm46Z90)

- Press article "Real Madrid star upholds Spain's commitment to racism" (http://www.thespoiler.co.uk/2009/01/0 8/real-madrid-star-upholds-spains-commitment-to-racism/), January 8, 2009.

---

Retrieved from "https://en.wikipedia.org/w/index.php?title=Blackface&oldid=1278091860"

**Movies**

🕐 This article is more than **9 years old**

# Deride the lightning: assessing The Birth of a Nation 100 years on

**DW Griffith's landmark film was one of the most influential in early cinema, but as well as sophisticated cinematic techniques it was also drenched in racism. In the week of its centenary screening, Ashley Clark reassesses its standing**



📷 The Birth of a Nation: 'cinema's toxic tide-pool, its corrupted semen'. Photograph: Hulton Archive/Getty Images

**Ashley Clark**

Thu 5 Mar 2015 11.36 EST

DW Griffith's The Birth of a Nation – which premiered in New York 100 years ago this week – has a just reputation as one of cinema's greatest problem pictures. Based on Thomas Dixon's novel The Clansman, it chronicles the relationship of two families in Civil War- and Reconstruction-era America over several years. It is undeniably a

technically astounding achievement: critics have long praised its editing techniques, shot composition and epic sense of scale, while its pioneering aesthetic qualities are taught in schools and universities worldwide.

But – and it is a *big* but – The Birth of a Nation also happens to be an egregiously racist piece of work. It is the key film that helped to calcify a set of enduring negative stereotypes of black people on screen: from the feckless, incompetent gadabout to the sexually ravenous buck obsessed with debasing pristine white womanhood. It gleefully recasts the Reconstruction period as a time of terror, with blacked-up white actors playing a barbaric militia (supported by the conquering white northerners) preying on terrified southern whites.

In one of its most infamous scenes, black men are depicted eating fried chicken and swigging booze on the floor of the South Carolina state house. The Ku Klux Klan, conversely, are portrayed as glorious heroes. In its galling conclusion, the protagonists don hoods and lynch the blackface character Gus after he has attempted to rape a white woman. The film's technical slickness and pulsating energy work in tandem with its repulsive ideology to create a uniquely unsettling viewing experience.

As a telling signifier of cinema's cultural impact, even in its earliest days, The Birth of a Nation prompted a huge upsurge in Ku Klux Klan membership; it was used as an effective recruitment tool up until the 1970s, when then-leader David Duke would screen it in meetings, and add his own narration. It also boasts the dubious distinction of being the first-ever film to be screened at the White House. President Woodrow Wilson – who had a famously poor record on race – enthusiastically endorsed it. He is quoted as saying of the film: "It is like writing history with lightning, and my only regret is that it is all so terribly true."

As well as having a negative impact on American race relations, The Birth of a Nation also had a harmful effect on attempts to foster progressive images of black people in cinema. Ron Magliozzi, co-curator of the revelatory current MoMA exhibition 100 Years in Post-Production: Resurrecting a Lost Landmark of Black Film History, argues that it was instrumental in keeping the film at the heart of his exhibition – a sweet-natured, all-black-cast romantic comedy from 1913 starring vaudevillian Bert Williams – from ever being released.

"I believe Birth changed everything. The film [in our exhibition] was trying to compete in the market of what comedy films looked like in the period, and

to highlight how good the performances were," he said. Instead, only the films which featured Williams in stereotyped "coon" roles saw the light of day. "The film they didn't release wasn't racist enough; the films they did release [Fish and Natural Born Gambler, both in 1916] were," he lamented.



📷 The Ku Klux Klan used the movie as a recruitment tool up until the 1970s. Photograph: Hulton Archive/Getty Images

African Americans, however, were unprepared to take this assault on their dignity lying down. The National Association for the Advancement of Colored People, founded in 1909, attempted to mount a boycott of Griffith's film, albeit with limited success (they made little headway with white exhibitors). Appeals to white conscience were soon replaced by demands for censorship, although these too largely ran aground, save for a few minor cuts made to prints screened in a handful of states. In a passionate letter dated 17 April 1915, the NAACP national secretary, Mary Childs Nerney, described the organisation's frustrated efforts to get local censors to remove particularly objectionable scenes: "I am utterly disgusted with the situation in regard to The Birth of a Nation ... The harm it is doing the colored people cannot be estimated."

The most notable early protests came in Boston, and were largely down to the efforts of one man: William Monroe Trotter, editor of the Boston Guardian, and an activist once considered nearly as influential as Booker T Washington and WEB Du Bois. Monroe had form: he once successfully blocked a stage version of Dixon's book from being performed, and he boldly

led a charge against Birth in the form of editorials, speeches and rallies at city hall.

According to Dick Lehr's 2014 book The Birth of a Nation, Trotter arrived one night at Boston's Tremont Theatre with intentions to disrupt the screenings – his presence prompted crowds outside to swell to 2,000 people. Monroe was subsequently arrested. Unfortunately – and as is perennially the case when outrage is attached to a cultural product – the noise effectively promoted the work. "It is undoubtedly true that the agitation carried on by our organization and individuals have helped to advertise Dixon's wretched film play," read a June 1915 editorial in the African American newspaper Crisis.

Despite limited gains, the scale of the response ultimately extended beyond America. "The protests spread to Canada, the Canal Zone, and would even reach places like France," says Cara Caddoo, author of Envisioning Freedom: Cinema and the Building of Modern Black Life. "[The protests] were not just a response of black Americans and black people from the diaspora to this film, they also represented a movement toward reclaiming something that they had been shut out of in the first place." Here, Caddoo refers to the little-known fact that long before the rise of Hollywood, black creatives including the likes of Harry A Royston and William G Hynes had been producing their own films independently.

These film-makers' influence can be traced in the work of the most prominent black director of the period: Illinois-born Oscar Micheaux, who founded the Micheaux Film and Book Company of Sioux City, in Chicago. His first project was a production of his own novel, The Homesteader, as a feature in 1919. His follow-up, Within Our Gates (1920), was an impassioned riposte to Griffith's twisted vision. Within a slim running time of 79 minutes, the film manages to sensitively tackle the hardships of blacks in Jim Crow-era America; the promises and disappointments of black freedom; and the emergence of the "New Negro" (a term coined by Harlem poet Alain Locke to connote more confident, politically active black Americans).

Within Our Gates also portrays racially motivated white violence with an appropriate level of horror. Yet, despite its nuanced view of black family life and insightful take on race relations, Micheaux's film – unlike Griffith's – has failed to establish itself as a core text on national syllabi, suggesting that cinema pedagogy has prioritised aesthetic appreciation over tackling tricky sociological issues. Availability may also be a factor: Within Our Gates was considered a "lost" film until a copy was discovered in the Spanish Film Archive in Madrid in 1990.



📷 Spike Lee wrote and directed a 20-minute film called The Answer, about a rewrite of The Birth of a Nation by a black screenwriter, while at NYU. Photograph: Lou Rocco/Getty Images

Hollywood's depiction of African Americans in the decades following The Birth of a Nation, despite some developments, can be fairly concisely boiled down to the title of the classic book by historian Donald Bogle: Toms, Coons, Mulattoes, Mammies and Bucks. Griffith's film gnawed at a new generation of film-makers, among them Spike Lee. For one of his first-year projects in 1980, Lee wrote and directed a 20-minute film called The Answer, about an out-of-work black screenwriter who agrees to write a remake of The Birth of a Nation.

The Answer incensed some NYU faculty members, who recommended Lee's expulsion from the programme. Lee was ultimately allowed to remain, but the response of even the more supportive staff betrayed a level of discomfort – a sense of irritation at a young artist contradicting the canon.

Eleanor Hamerow, former head of the department, told the Guardian in 2009: "He was trying to solve a problem overnight – the social problem with the blacks and the whites. He undertook to fix the great film-maker who made that movie, DW Griffith." Lee returned to The Birth of a Nation in his minstrel satire Bamboozled (2000), including the courthouse clip in a devastating closing montage.

Other film-makers have engaged critically with The Birth of a Nation. In 2004, Paul D Miller, also known as DJ Spooky, audio-visually remixed the film as Rebirth of a Nation. Miller loops and splices its most offensive

moments to create an hypnotic alternate version which challenges notions of revisionist history and relates Griffith's film to contemporary America. In Justin Simien's recent satire Dear White People, one of the central characters, Sam (Tessa Thompson), takes a page from Spike Lee's book and screens her short film The Rebirth of a Nation. It features white people in whiteface berating Barack Obama, and it frightens her classmates into silence.

If The Birth of a Nation is as Xan Brooks described it – "cinema's toxic tide-pool, its corrupted semen" – then recent developments such as the release of Selma (incidentally the most recent film to screen at the White House) are helping to wipe up the mess. Yet stereotypes forged in the crucible of Griffith's film remain in play, and the Hollywood playing field is far from level regarding diversity. Until such inequalities are erased, The Birth of a Nation will remain a spiky, forbidding and disconcertingly compelling obelisk planted squarely in the centre of the cultural landscape.

**Most viewed**

EoR - 1537 of 2347

EoR - 1539 of 2347

EoR - 1540 of 2347



Home / Topics / World War II / How the Nazis Were Inspired by Jim Crow

# How the Nazis Were Inspired by Jim Crow

To craft legal discrimination, the Third Reich studied the United States.

**BY: BECKY LITTLE**
**UPDATED: AUGUST 4, 2023** | ORIGINAL: AUGUST 16, 2017

In 1935, Nazi Germany passed two radically discriminatory pieces of legislation inspired by American laws: the Reich Citizenship Law and the Law for the Protection of German Blood and German Honor. Together, these were known as the Nuremberg Laws, and they laid the legal groundwork for the persecution of Jewish people during the Holocaust and World War II.

When the Nazis set out to legally disenfranchise and discriminate against Jewish citizens, they weren't just coming up with ideas out of thin air. They closely studied the laws of another country. According to James Q. Whitman, author of *Hitler's American Model*, that country was the United States.

"America in the early 20th century was the leading racist jurisdiction in the world," says Whitman, who is a professor at Yale Law School. "Nazi lawyers, as a result, were interested in, looked very closely at, [and] were ultimately influenced by American race law."

In particular, Nazis admired the Jim Crow-era laws that discriminated against Black Americans and segregated them from white Americans, and they debated whether to introduce similar segregation in Germany.

Yet they ultimately decided that it wouldn't go far enough.

"One of the most striking Nazi views was that Jim Crow was a suitable racist program in the United States because American Blacks were already oppressed and poor," he says. "But then in Germany, by contrast, where the Jews (as the Nazis imagined it) were rich and powerful, it was necessary to take more severe measures."

Because of this, Nazis were more interested in how the U.S. had designated Native Americans, Filipinos and other groups as non-citizens even though they lived in the U.S. or its territories. These models influenced the citizenship portion of the Nuremberg Laws, which stripped Jewish Germans of their citizenship and classified them as "nationals."

But a component of the Jim Crow era that Nazis *did* think they could translate into Germany were anti-miscegenation laws, which prohibited interracial marriages in 30 of 48 states.

"America had, by a wide margin, the harshest law of this kind," Whitman says. "In particular, some of the state laws threatened severe criminal punishment for interracial marriage. That was something radical Nazis were very eager to do in Germany as well."

The idea of banning Jewish and Aryan marriages presented the Nazis with a dilemma: How would they tell who was Jewish and who was not? After all, race and ethnic categories are socially constructed, and interracial relationships produce offspring who don't fall neatly into one box.

Again, the Nazis looked to America.

"Connected with these anti-miscegenation laws was a great deal of American jurisprudence on how to classify who belonged to which race," he says.

Controversial "one-drop" rules stipulated that anyone with any Black ancestry was legally Black and could not marry a white person. Laws also defined what made a person Asian or Native American, in order to prevent these groups from marrying whites (notably, Virginia had a "Pocahontas Exception" for prominent white families who claimed to be descended from Pocahontas).

The Nuremberg Laws, too, came up with a system of determining who belonged to what group, allowing the Nazis to criminalize marriage and sex between Jewish and

Aryan people. Rather than adopting a "one-drop rule," the Nazis decreed that a Jewish person was anyone who had three or more Jewish grandparents.

Which means, as Whitman notes, "that American racial classification law was much harsher than anything the Nazis themselves were willing to introduce in Germany."

It should come as no surprise then, that the Nazis weren't uniformly condemned in the U.S. before the country entered the war. In the early 1930s, American eugenicists welcomed Nazi ideas about racial purity and republished their propaganda. American aviator Charles Lindbergh accepted a swastika medal from the Nazi Party in 1938.

Once the United States entered the war, it took a decidedly anti-Nazi stance. But Black American troops noticed the similarities between the two countries, and confronted them head-on with a "Double V Campaign." Its goal? Victory abroad against the Axis powers—and victory at home against Jim Crow.

BY: **BECKY LITTLE**

Becky Little is a journalist based in Washington, D.C. Follow her at @MsBeckyLittle.

## Citation Information

**Article Title**  How the Nazis Were Inspired by Jim Crow

**Author**  Becky Little

**Website Name**  HISTORY

**URL**  https://www.history.com/news/how-the-nazis-were-inspired-by-jim-crow

**Date Accessed**  March 1, 2025

**Publisher**  A&E Television Networks

**Last Updated**  August 4, 2023

**Original Published Date**  August 16, 2017

## Fact Check

We strive for accuracy and fairness. But if you see something that doesn't look right, click here to contact us! HISTORY reviews and updates its content regularly to ensure it is complete and accurate.