Case No. **24-6943**

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

GEORGE JARVIS AUSTIN,

Plaintiff/Appellant (*Admitted Student*)

v.

GEORGETOWN UNIVERSITY, et. al. Defendants.

(*Federal Tax Identification Number:* ***53-0196603***)

---

On Appeal from the United States District Court for the Northern District of California: Case No. **4:24-cv-00260-CRB (DMR)** Charles R. Bryer, Judge,(Donna M. Ryu, recused Magistrate Judge)

---

**MR. AUSTIN'S (APPELLANT'S) EXCERPTS OF RECORD INDEX VOLUME**

---

Mr. George Jarvis Austin,
Plaintiff-Appellant (Self-represented)
2107 Montauban Ct., Stockton, CA
209.915.6304,
gaustin07@berkeley.edu

# INDEX

**ER - Pg.**

## VOLUME 1 of 9

**2025** - ***US Agency Official Record(s) - US Dep. of Ed.***

Finding of Fact, Action(s), & Determination result--ing in Actions valued at over 100K(+). Notably the US Department of ED., Explicitly states to Mr. Austin :

"The Department has determined that you are entitled to settlement relief for loans taken out on or after *1/1/2013* associated with your enrollment at Georgetown University ................ based on your allegations regarding the school's misconduct .... Department of Education will do the following:

- discharge your Relevant Federal Student Loans
- provide a refund for any payments made to the Department of Education on your Relevant Federal Student Loans including Relevant Federal Student Loan debt that you previously paid off;...."

*Because the US Department of Education took these actions not in a vacuum, but with access to tremendous amounts of Georgetown data-information, as well as Mr. Austin's information-data, in context of the pleadings, reports, etc. these US Government findings, action, offer, & settlement agreement, the Department of Education acts not only as an independent, informed, expert affirming the substance, seriousness, & illegality of Georgetown's conduct but also showing they understand the value of the violations (over $100,000+ just with regard to value per the laws directly in their wheelhouse)*

**Docket No. 92, 95-7 (filed 2/6/25; 3/3/25).......................................... 1**

***Order*** *re: Mr. Austin's Amended R.59 Motion to Reconsider*,

**Docket No. 94 (filed 2/6/25) ............................................................ 2**

***Order-Judgment*** *re: Mr. Austin's R.59 Motion to Reconsider,*

**Docket No. 84 (filed 11/13/24) ......................................................... 3**

***Order-Judgment*** *re: Defendant Sanctions Motion,*

**Docket No. 70 (filed 10/16/24) ......................................................... 6**

***Recusal Order*** *Donna M. Ryu, magistrate judge,*

(of note when recusal or reassignment is was what Mr.

Austin requested so this case's claims [*which have never been heard, nor litigated*] could be fairly prosecuted, Ryu repeatedly refused, while leaving a door open for mean-spirited discriminatory motion that should not have even been considered under the facts, law,& circumstances).

**Docket No. 68 (filed 8/1/24) ............................................................ 9**

***Order re - R.41 Voluntary Withdrawal***

after Mr. Austin's declination to proceed with Magistrate, based on previous due process violating documented experiences, Signed by Donna M. Ryu, magistrate judge, before Ryu's recusal

**Docket No. 61 (filed 4/10/24) ......................................................... 10**

***Decl.-Notice: Mr. Austin (R.41)*** *Withdraws-Voluntary Dismissal*

**Docket No. 52 (filed 4/5/24) ............................................................ 12**

***Order re*** *Motion for Ryu, previous judge, to Reassign, Recuse,etc.*,**:**

**Docket No. 58 (filed 4/09/24) .......................................................... 42**

***Order re:*** *Plaintiff's Non-Consent to Magistrate Jurisdiction.*

Signed by Donna M. Ryu, mag. judge, before Ryu's recusal after Mr. Austin made voluntary withdrawal- dismissal via FRCP R.41.

**Docket No. 25 (filed 3/22/2024) ....................................... (dckt.#25)**

***Mr. Austin's filed <u>declination</u> of Magistrate jurisdiction***

*form* with Explanation, and context that he intended to grant ADR permission <u>only</u> (*as he previously had productive, and positive communication with Magistrate judge Ryu in an IRS Refund case*). Based on Defendant YGR'sDue process violating conduct he declined consent to Magistrate so this case could be heard, and 5 new claims prosecuted, in a fair proceeding.

**Docket No. 22 (filed 03/21/2024) ..................................................... 46**

**Mr. Austin's *Civil Cover Sheet* for this Case**

with 1. Federal Question Jurisdiction as the basis (The Order

doesn't even attempt to address the Federal Question claims a. 1981 or b. Equal Protection per Title VI Civil Rights Act of 1964) & 2. Clearly marked as not related to other cases: despite these clear writings the orders deceptively ignore.

**Docket No. 1 (filed 1/16/2024)........................................................ 50**

**VOLUME 2 of 9**

***US Department of Education Entered into Settlement***

*valued at over 100K(+).* Notably the US Department of ED., Explicitly states to Mr. Austin :

"The Department has determined that you are entitled to settlement relief for loans taken out on or after *1/1/2013* associated with your enrollment at Georgetown University ................. based on your allegations regarding the school's misconduct .... Department of Education will do the following:

- discharge your Relevant Federal Student Loans
- provide a refund for any payments made to the Department of Education on your Relevant Federal Student Loans including Relevant Federal Student Loan debt that you previously paid off;...."

Actions based upon its expert opinion, Georgetown data, & data on Mr. Austin , (Declaration of Mr. George Jarvis Austin (admitted student and victim of Georgetown's conduct). US Department of Education Notification verifies Substance, & seriousness of Georgetown's violations against Mr. Austin

**Docket No. 92, 95-7 (filed 2/6/25; 3/3/25)........................................... 51**

***DECLARATION UNDER PENALTY OF PERJURY:***

*Mr. Austin learned to perceive discriminatory animus through experience and embodies "Equal opportunity .....This oft-stated creed of President John F. Kennedy .." for Which Georgetown violates, Fundamentally* (under 1981, Title XI & Equal Protection )

**Docket No. 95-3 (filed 02/06/25) ........................................................ 57**

***SENATE GOVERNANCE & FINANCE COMMITTEE ANALYSIS***

*Senator Lois Wolk, Chair BILL NO: AB 408 AUTHOR: CA Attorney Gen. Bonta Consultant* - Mr. George Jarvis *('Austin')*

**Docket No. 95-3 (filed 02/06/25) ........................................................ 72**

***Vault Guide to Law Firm Pro Bono Programs*, 2013 Edition**

Morrison & Foerster LLP; *Stiles Hall Intern Program* created

by Mr. Austin, and his team for *other students* to get an early start in corporate law (*if interested*).

**Docket No. 95-3 (filed 02/06/25) .......................................................... 75**

***DECLARATION UNDER PENALTY OF PERJURY:***

*Per the Supreme Court, and Georgetown itself, these are fundamental and valuable rights which are being violated against Mr. Austin's interest, and rights*.;

**Docket No. 95-3 (filed 02/06/25) .......................................................... 86**

***DECLARATION UNDER PENALTY OF PERJURY:***

*Georgetown violates Mr. Austin's equal Protection per Supreme Court's 1. Brown v. Board of Education, 347 U.S. 483, 494 (1954), 2. Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., No. 20-1199, 7 (U.S. Jun. 29, 2023) 3. Gebser v. Lago Vista Independent School District 4. Lawrence v. Texas 539 U.S. 558 (2003)*

**Docket No. 95-3 (filed 02/06/25) ........................................................ 138**

***DECLARATION UNDER PENALTY OF PERJURY:***

*Direct Evidence Georgetown Stole Economic Rights to Contract (& IP Property Rights) that they were not entitled to.*

**Docket No. 95-3 (filed 02/06/25) ........................................................ 159**

***DECLARATION UNDER PENALTY OF PERJURY:***

*Enslaver, Jim Crow origins of Georgetown's use of derogatory racist stereotypes*;

**Docket No. 95-3 (filed 02/06/25) ........................................................ 165**

***DECLARATION UNDER PENALTY OF PERJURY:***

*Direct Evidence Mr. Austin is High Achieving, Highly Recruited, Accomplished, High Potential Admitted George- -town Student.*

**Docket No. 95-3 (filed 02/06/25) ........................................................ 190**

***DECLARATION UNDER PENALTY OF PERJURY:***
*cites to world renowned Thelton E. Henderson, for the 1981 legal standard* as he has a particularly unique insight to its operation, and personal understanding of how anti-Black racial animus operates regardless of status or position in Society Judge Breyer's And Magistrate Judge Ryu's (who recused herself) colleague Judge Haywood Gilliam , clerked for the Legendary Judge Thelton Henderson;
**Docket No. 95-3 (filed 02/06/25) .................................................... 206**

***Motion for Judicial Notice of Settlement*: Department of**
Education Independently Confirms & Verifies the Substance & Seriousness of Georgetown's violations as of 2025.
**Docket No. 95-3 (filed 02/06/25) ....................................................... 236**

**VOLUMES 3 & 4 of 9**

***Judicial Notice per RULE 59 Motion on Judge CRB's Order***

Good Faith Complaint, Substantive Issues, Facts, evidence per 2023 Supreme Court, facially discriminatory ongoing conduct from 7.15.21 to present (Which have not had opportunity to be heard) is not vexatious per Supreme Court's *Cootergel* or any other controlling law (*it is the right thing to do*).
**Docket No. 20(in 24-6943) (filed 2/06/25) ...................................... 942**

**VOLUME 5 of 9**

**9th Circuit - *Disclosure Statement (CR 26.1-1)* as of Feb. 2025**

**Docket No. 27(in 24-6943) (filed 2/25/25) .................................... 1004**

***African-American Troops Fought to Fight in World War I _***

U.S. Department of Defense _ Defense Department News

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1111**

***Fighting Germans and Jim Crow; Role of black troops on D-Day***

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1116**

***The Original Black Panthers Fought in the 761st Tank Battalion During WWII*** _ HISTORY

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1120**

***Sonia Weitz, 81; Holocaust survivor kept history alive***

- The Boston Globe

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1125**

***'Are We Not American Soldiers?'***

*When the U.S. MilitaryTreated German POWs Better Than Black Troops - In WWII, the U.S. Treated Nazi POWs Better Than Black Troops* _ TIME

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1131**

***In 'Half American,' Matthew Delmont explores mistreatment of Black servicemen*** **_ NPR**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1139**

***Absent From the Front*** **-** Joint Force Quarterly 111

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1160**

***'Half American' explores how Black WWII servicemen were treated better abroad*** **_ KOSU_NPR**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1170**

***Black Americans Who Served in WWII Faced Segregation Abroad and at Home*** **_ HISTORY**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1183**

***African American Service and Racial Integration in the U.S. Military*** **_ Article** _ The United States Army

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1188**

***Black US Military Veterans Face Enemies at Home and at War*** **-** The War Horse

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1195**

***How a Hostile America Undermined Its Black WW II Veterans;*** *Servicemembers were attacked, discredited, short changed on GI benefits—with lasting implications* – Mother Jones;

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1211**

***African Americans in Nazi Germany*** **_ Holocaust Encyclopedia**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1227**

***Double V for Victory: Effort to Integrate U.S. Military*** **- Yale**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1238**

**VOLUME 6 of 9**

***Propaganda*** **_ Definition, History, Techniques, Examples, & Facts _ Britannica**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1249**

***Lynching in America_ Confronting the Legacy of Racial Terror***

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1258**

***The Brute Caricature*** **- Jim Crow Museum**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1408**

***The Power of Self-Love*** **_ Psychology Today**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1422**

***The Birth of a Nation _ 1915*** **Film, Cast, Plot, Summary, & Facts _ Britannica**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1434**

***Jews And Blackface_ A Complicated History*** **- New York**

**Jewish Week**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1441**

***As American as the Blues_ Lynching in Film and TV* - Independent Lens**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1449**

***How the History of Blackface Is Rooted in Racism* _ HISTORY**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1461**

***Blackface_ The Birth of An American Stereotype*** _ National Museum of African American History and Culture

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1466**

***Why blackface is offensive_* History and origins _ CNN**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1476**

***Blackface* - Wikipedia**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1482**

***Deride the lightning_ assessing The Birth of a Nation 100 years on* _ Movies _ The Guardian**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1528**

***How the Nazis Were Inspired by Jim Crow* _ HISTORY**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1541**

**VOLUME 7 of 9**

***What Is Dehumanization, Anyway_* _ Psychology Today**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1545**

***White supremacy's inferiority complex* _ Racism _ Al Jazeera**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1562**

***Loving Yourself and Others The Impact of Compassion on Mental Health and Wellness*** **_ VCU Health**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1567**

***Lynching of African-American veterans after World War I*** **- Wikipedia**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1574**

***Where's the outrage over the FBI's report on the rise in anti-Black hate in America?*** **; The level of anti-Black animus in America is high**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1584**

***Anti-Black Violence Has Long Been the Most Common American Hate Crime—And We Still Don't Know the Full Extent*** **-TIME**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1587**

**FBI_** ***Blacks most often targeted in hate crimes*** **_ PBS News Weekend**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1602**

***Take One Guess Who's The Most Targeted Group For Hate Crimes*** **- The Root**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1605**

**2020 FBI** ***Hate Crimes Statistics***

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1612**

**Hate Crimes _ United States Department of Justice _** ***Hate Crimes _ Case Examples***

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1616**

**FBI *Hate Crimes Statistics* - 2017**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1635**

**Report_ *African Americans Remain Top Target of Hate Crimes***

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1636**

**TONI MORRISON_ *The Pain Of Being Black* _ TIME**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1642**

***Ku Klux Klan - Revival, Racism, Terrorism* _ Britannica**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1654**

***How American Racism Influenced Hitler* _ The New Yorker**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1660**

***What America Taught the Nazis in the 1930s* - The Atlantic**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1683**

***The Impact Of Racist Ideologies_ Jim Crow And The Nuremberg Laws* - Holocaust Museum Houston**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1688**

***The Biggest Lie in the White Supremacist Propaganda Play-*book_ Unraveling the Truth About 'Black-on-White Crime'**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1691**

**Check out Vault's 2013 Pro Bono Guide! _ Career Advice - Vault**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1724**

**Morrison Foerster Recognized by Vault Law 100 2025 _ Morrison Foerster**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................. 1731**

**Judge Thelton E. Henderson - California Museum**

**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1732**

**Judge Gilliam (HSG) Senate Confirmation Responses 9-17-14**
**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1736**

***N*gg*r*** **: Merriam-Webster, Dictionary**
**Docket No. 86;90 (filed 11/13/24; 11/15/24) ......................... 1748; 1909**

***What is the Black Holocaust*** **- Black Holocaust Museum**
**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1755**

***AMENDED (FAC) COMPLAINT*** **(Admitted Student ), In Honor of the Civil Rights Act of 1964,Title VI**
**Docket No. 86;90 (filed 11/13/24; 11/15/24) .................................... 1784**

**VOLUME 8 of 9**

**22-148** ***Jack Daniel's Properties, Inc. v. VIP Products LLC*****(6.8.23)**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1854**

***Using Images in Publications*** **_ Georgetown University Library**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1881**

***The rights of publicity and privacy*** **... when should you be concerned_ from Georgetown**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1891**

***Photo_Video Mandatory Contract Release Form*** **_ Office of Communications and Marketing _ GW example**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1895**

***Vanity, .. Devil's Favorite Sin, Leadership's Worst Enemy*** **Forbes**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1899**

***Policy for Filming at Georgetown University* _ The Office of Public Affairs _ Georgetown University**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1905**

***Georgetown Reflects on Slavery, Memory, and Reconciliation***

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1909**

***FAQs on Photos & Videos under FERPA* Protecting Student Privacy**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1934**

***Georgetown Slavery Archive***

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1938**

***Medical Records Request*, Student Health Services, Georgetown University**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1940**

***1004_ Policy Statement on Harassment* _ Human Resources Policy Manual _ Georgetown University**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1941**

***2015 Media_contract form example* from Georgetown**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1941**

***Policy for Filming at Georgetown University* _ The Office of Public Affairs _ Georgetown University**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1945**

***Privacy Policy* - Georgetown University**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1953**

***A. Institutional Diversity, Equity, and Affirmative Action_ Grievance Procedures to Investigate Allegations of Discrimination and Harassment _ Faculty Handbook _*** **Georgetown University**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1958**

***IDEAA Grievance Procedures*** **- Georgetown Board Approved February 3, 2022**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 1980**

***How to File a Discrimination Complaint with IDEAA _*** **Institutional Diversity, Equity & Affirmative Action _ Georgetown University**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2007**

***Education and Title VI*** **_ U.S. Department of Education**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2010**

***consideration*** **Wex _ US Law _ LII _ Legal Information Institute**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2019**

***What is the Black Holocaust*** **America's Black Holocaust Museum**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2022**

***George Washington Carver*** **_ Biography, Education, Early Life, Inventions, & Facts, Britannica**
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2029**

***Civil Rights' 'Bloody Sunday' - National Geographic***
**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2037**

***Thirteenth Amendment*** **_ Browse _ Constitution Annotated _ Congress.gov _ Library of Congress**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2041**

***14th Amendment* _ U.S. Constitution _ US Law _ LII _ Legal Information Institute**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2046**

***Equal Protection* _Wex US Law LII, Legal Information Institute**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2050**

***Georgetown University's Whistleblower Protection Policy* - Office of Compliance and Ethics**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2054**

***Education and Title VI* _ U.S. Department of Education**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2061**

**<u>VOLUME 9 of 9</u>**

***20–1199 Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, (06_29_2023)**

**Docket No. 86;90;95 (filed 11/13/24; 11/15/24; 2/06/25)................ 2070**

***Notice of Ninth Circuit Appeal: per Judge Breyer's Order***
*on RULE 59 Order (dckt. 85-86); Due to at least 3 glaring, stunning errors*, Good Faith Complaint, Substantive Issues, Facts, evidence per 2023 Supreme Court, facially discriminatory ongoing conduct from 7.15.21 to present (*Which has not had opportunity to be heard*) is not vexatious per Supreme Court's *Cootergel* or any other controlling law (it is the right thing to do)

**Docket No. 88 (filed 11/13/24)........................................................ 2307**

***Docket Sheet*, United States Northern District Court** of California: Case No. *[4:24-cv-00260-CRB (DMR)]()* Charles R. Bryer, Judge,(Donna M. Ryu, recused Magistrate Judge)**....... 2332**



"What law school in the country is better positioned to deal with the way the profession is going than Georgetown? We have connections to the corporate bar and criminal justice, and we have extensive clinics. We have been oriented to government and politics for decades. Wherever the legal market is going, what law school has more beachheads there than we do? This is a good place to be."

**Daniel R. Ernst,** Professor of Law

# Unique

GEORGETOWN LAW

Combining a world-renowned faculty, a dedication to intellectual stimulation and community, and a location in the heart of the nation's capital, Georgetown is a unique place to study law.

**Legal Education in Its Fullest Sense**

Georgetown Law seeks not only to impart the tools of the lawyer's trade, but also to foster reflection and inquiry into the nature of law and the role and responsibility of lawyers in a global society. The goal is education in its fullest sense — not only mastery of "black letter law," but a sense of the philosophical, political, social and ethical dimensions of law, the awakening of an abiding curiosity about its nature and purposes, and the instilling of a sense of responsibility for its development and direction.

**A Dynamic Intellectual Community**

Georgetown nurtures the very highest standards of scholarly inquiry, intellectual rigor and ethical behavior in a way that respects each student's individuality and fosters his or her particular interests and career goals. The result is a dynamic intellectual community, in which students have an unprecedented range of academic opportunities both inside and outside the classroom.

**An unparalleled Vantage Point**

Located in Washington, D.C., within blocks of the U.S. Congress that enacts laws, the Supreme Court that interprets them, and the administrative agencies that enforce them, Georgetown provides an unparalleled vantage point from which its faculty and students explore the dynamic legal processes of our nation and world.



1789

GEORGETOWN UNIVERSITY LAW CENTER

*Office of the Dean of Students*

February 28, 2019

George Austin [redacted] CA, [redacted]

Dear George,

Per your request, please find enclosed copies of the two Georgetown Law admissions brochures of which we are aware that include an image of you.

Sincerely,

Mitch Bailin
Associate Vice President and Dean of Students

*600 New Jersey Avenue NW Washington DC 20001-2075*
*(202) 662-4066*





Welcome to the
California State
Senate Chamber
2013
Senate Fellows

RULES COMMITTEE

RESOLUTION
By
President pro Tempore of the Senate Darrell Steinberg
RELATIVE TO COMMENDING

George Austin

**WHEREAS**, George Austin was selected from a highly competitive group of outstanding college and university graduates from California and throughout the nation, and was appointed a 2012-2013 California Senate Fellow; and

**WHEREAS**, George Austin, from Stockton, graduated from the University of California, Berkeley, with a Bachelor of Arts degree in Sociology; and

**WHEREAS**, Through his service in the Senate Committee on Governance and Finance, George Austin had the unique opportunity of acquiring a deeper understanding of the legislative process and public policy formation, while also providing assistance to Senate Members, legislative committees, and their constituencies; and

**WHEREAS**, The California Senate Fellows program, established in 1973 and sponsored jointly by the Senate and California State University, Sacramento, enables 18 individuals to become full-time Senate staff members in the State Capitol for 11 months and receive six units of university graduate credit; and

**WHEREAS**, As a result of his outstanding service as a Senate Fellow, George Austin is better equipped to provide valuable leadership and contributions to educational institutions; local, regional, state, and federal governments; and professional, business, and community endeavors in the State of California and the nation; now, therefore, be it

**RESOLVED BY THE SENATE RULES COMMITTEE**, That George Austin, a 2013-2013 California Senate Fellow, be commended for his exemplary service on behalf of the Members of the Senate, and extended best wishes for every success in his future endeavors.

Senate Rules Committee Resolution No. 24 adopted this 12th day of August, 2013

CHAIR

Senatoris Est Civitatis Libertatem Tueri

**18 ; Index Excerpts of Record - 24-6943 - Austin v. Georgetown, et. al. as of March 2025.**

"Founded in 1789, Georgetown is the Nation's oldest Catholic and Jesuit University.…..**Georgetown complains** that … requiring it to report …. **forces the University to violate the Federal Educational Rights and Privacy Act (*i.e. reasonable expectation of privacy*)** of 1974 (FERPA), 20 U.S.C. § 1232g, by mandating the release of allegedly protected information regarding students who live off campus. ….FERPA protects students ' privacy interests by withholding federal financial assistance to educational institutions that …release .. educational records" …..

Georgetown first raised its FERPA-based objections to the reporting obligations"

- **GEORGETOWN COLLEGE v. D.C. BRD., ZONING ADJ, 837 A.2d 58, 79 n.21 (D.C. 2003)**

"As with any other "education record," a photo or video of a student is an education record, subject to specific exclusions, when the photo or video is: (1) directly related to a student; and (2) maintained by an educational agency or institution or by a party acting for the agency or institution **(*i.e. explaining commonly understood reasonable expectation of privacy*)**. …. If a school maintains a close-up photo of two or three students playing basketball with a general view of student spectators in the background, the photo is directly related to the basketball players because they are the focus of the photo"

- studentprivacy.ed.gov/faq/faqs-photos-and-videos-under-ferpa

"**NOT "permitting** the release of education records . . . of students without the[ir] written consent **(*i.e. reasonable expectation of privacy*)**"

- **Crockett v. Dist. of Columbia, Civil Action No. 16-1357 (RDM), at *8** (D.D.C. Apr. 10, 2020)

https://publicaffairs.georgetown.edu/communications/policies/policy-for-filming-at-georgetown-university/ ("You may not film a person in an identifiable manner unless you first have obtained that person's *express consent*. *If the person is a Georgetown student, you must use a written consent form* that has been approved in advance by the Office of the General Counsel.")

https://library.georgetown.edu/copyright/images-publications ("If you have a photograph with people in it, there may be privacy or publicity rights (https://www.publicdomainsherpa.com/rights-of-publicity-and-privacy.html) that need to be addressed…. '**The right to privacy**; The gist of the privacy right is that you get to control information about you. At its heart is what Louis Brandeis (with coauthor Samuel Warren) summed up, way back in 1890 before he was a Supreme Court Justice, as "the right to be left alone." (I'm paraphrasing there.) The right to privacy is invaded by:

- unreasonable intrusion upon the seclusion of another (for example, photographing someone through the window of their house, unbeknownst to them); or
- appropriation of another's name or likeness; or
- unreasonable publicity given to another's private life; or
- publicity that unreasonably places another in a false light before the public.

**The right of publicity;** A person's right of publicity is the right to protect his or her name or likeness from being commercially exploited without consent and, potentially, compensation. In one sense the right is treated like a property right (the right to profit from the use of one's own image or identity). In another sense it's treated like a privacy right (protection from unjustified intrusion and exploitation).
To avoid violating someone's right of publicity you must be careful about using their:

- image (photos, videos, film);
- likeness (drawings, paintings, prints, etc.);
- name (this includes nicknames and former names);
- voice; or
- signature.

***Make sure you have permission before using a person's image or likeness*****….."**

- **Georgetown University Library**

## 42 U.S.C. § 1981

("(a) Statement of equal rights - All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by [W]hite citizens"…."make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship…..(c) Protection against impairment….The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law…)

facultyhandbook.georgetown.edu/ section4/a/ ; ideaa@george town.edu