Case No. **24-6943**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_____

GEORGE JARVIS AUSTIN,

Plaintiff/Appellant (*Admitted Student*)

v.

GEORGETOWN UNIVERSITY, et. al. Defendants.

(*Federal Tax Identification Number: 53-0196603*)

_____

On Appeal from the United States District Court for the

Northern District of California: Case No. **4:24-cv-00260-CRB (DMR)**
Charles R. Bryer, Judge,(Donna M. Ryu, recused Magistrate Judge)

_____

## EMERGENCY MOTION-  REMAND -BREYER IS INCOMPETENT PER 28 U.S.C. § 455, US SUPREME COURT, CA SUPREME COURT, NINTH CIRCUIT, CONTROLLING PRECEDENT

_____

Mr. George Jarvis Austin,

Plaintiff-Appellant (Self-represented)

2107 Montauban Ct., Stockton, CA

209.915.6304,

gaustin07@berkeley.edu

## EMERGENCY MOTION- REMAND (CHARLES BREYER IS INCOMPETENT PER 28 U.S.C. § 455, US & CA SUPREME COURT, NINTH CIRCUIT, CONTROLLING PRECEDENT)

**A+.** Mr. Austin re-files, and re-moves (per a filing clerk's violation of

ACMS instructions see attached), for an Emergency Motion for

Remand, in 5034 words, while alerting the Ninth Circuit of Charles

Breyer's demonstrated incompetence per 28 U.S.C. § 455, US Supreme

Court, CA Supreme Court, Ninth Circuit, controlling precedent. Breyer,

presiding judge, Recused himself twice, in two other of Mr. Austin's

cases, on 7.26.24, and 7.25.24, prior to this case, stating:

**TO ALL PARTIES AND COUNSEL OF RECORD:**

I, the undersigned judge of the court, finding myself disqualified in the above-entitled
action, hereby recuse myself from this case and request that the case be reassigned
pursuant to the provisions of paragraph E.2 of the Assignment Plan.
- **Charles R. Breyer**

Breyer's recusal based on his own admission of *"finding myself (Breyer)*

*disqualified in the above-entitled action"* should equally apply to this

action of Austin v. Georgetown, et. al. (as nothing changed in the

interim) Charles R. Breyer did not state why he was disqualified, but it

is clear from the conduct of the other judges thereafter that they have

decided to act illegally, in concert with one another (each acting

Incompetent-racist-baised).

**A1.**    Breyer, once realizing (and twice admitting in writing) he was either temporarily or permanently incompetent to properly adjudicate this matter per plead facts, in accord with controlling law, without acting as a defense attorney, corruptly for Georgetown, was required to immediately recuse himself (as he did in the other two actions), but instead (highlighting a deep corruption-racist-incompetent pattern), continued forth with one of the most incompetent judicial orders-rulings I have ever read (and I've read thousands upon thousands and hundreds of extremely bad opinions).  This was one of the absolute worst of all time.  Breyer **1.** failed to follow the law of the Supreme Court or Ninth Circuit **2.** Failed to protect against his own bias-prejudice, and did not hide his own racism **3.** Failed to even pretend an even handed approach **4.** Failed to read, even at a cursory level **5.** Failed to comprehend, or apply controlling law to plead facts & direct evidence **6.** Failed to recognize he just twice, in two separate actions, admitted that  *"finding myself (Breyer) disqualified in the above-entitled action"* should have equally applied to this case, among other very serious moral, ethical, non-judicial acts, and legal failures.

**A2.**    To pair with this motion as a supplement Mr. Austin will go line by line, in dissecting exactly each of the most obvious, and overt, Breyer's failures of his duties, and demonstrated incompetence per *28*

*U.S.C. § 455*, US Supreme Court, CA Supreme Court, Ninth Circuit, controlling precedent.  The supplement will a. Take Breyer's words b. Compare with the actual pleadings-facts c. Compare with what controlling precedents says-directly contradicting Breyer's incompetence d. Overtly explain why each point is demonstrated incompetence requiring removal, or recusal of Breyer (once time for Remand, even if that Remand happens for TRO Preliminary Injunction, or Mediation prior to Briefing, Oral Argument (if needed) and later proceedings).

<u>Georgetown's Irreparable Harm is more than dollars & cents</u>

**A3.**    Mr. Austin previously moved for a Limited Remand to order Preliminary Injunction, or TRO (*as an alternative to **DE41** in case the Ninth Circuit is uncomfortable with direct issuance*) to **a.** immediately stop Georgetown from continuing this racist, per se illegal, "***<u>relic of slavery</u>***" anti-Black male segregationist, Klu Klux Klanner, policy-practice per *1964 US Supreme Court's <u>Bell v. Maryland</u>* that is actively hindering Mr. Austin's from receiving owed Equal Protection, Title VI, 1981 IDEAA complaint services-resolution for what they admitted stealing, & discriminating, **b.** correct Georgetown's racist outlier conduct per non-discriminatory status quo. See BELL v. MARYLAND, 378 U.S. 226 (1964):

"The Thirteenth, Fourteenth, …Fifteenth Amendments had "one pervading purpose . . . the freedom of the slave race, the security and firm establishment of that freedom, and the protection of the newly-made freeman and citizen from the oppressions of those who had formerly exercised unlimited dominion over him." *Slaughter-House*….

Prior to those Amendments, [i.e. during anti-Black enslavement]

Negroes [Blacks-Coloreds-Afro-Americans-African-Americans-etc.] were segregated ….disallowed…use of public accommodations except-unless the owners chose to serve them….

…We deal here with public accommodations…..to use facilities whose only claim to existence is serving the public…… the constitutional right of all Americans,

…regardless of race or color, to be treated equally…."

Per 2023 US Supreme Court's *303 Creative LLC v. Elenis*, No. 21-476 (U.S. Jun. 30, 2023), because *"Discrimination is not simply dollars and cents, hamburgers and movies; it is…humiliation, frustration, …embarrassment that a person must surely feel when he is told that he is unacceptable as a member of the public because of his [Race],"* Mr. Austin suffers irreparable harm from GU's admitted-use of derogatory, slurs-stereotypes-attacks on his person, race, identity-culture, his character, professional reputation, education & economics.

**A4.** Previously, Mr. Austin also moved for Judge-Ordered-mediation to Northern-District ADR 1. providing proactive resolution-settlement opportunity for Georgetown's (7.15.21-1.16.24) *ongoing* per-se illegal conduct admittedly based on GU's use of derogatory "Brute"-"N*gg*r" anti-Black-stereotypes-slurs 2. demonstrating *Mr. Austin operates in good-faith effectively utilizing judicial-party-resources*. Mr. Austin motion for a limited remand for ADR as an alternative to (**DE44; DE47)** in the abundance of caution in case the Ninth Circuit prefers

mediation-ADR options through a remand (to provide GU a proactive, non-litigious opportunity for resolution).

1.      Mr. Austin *repeatedly* demonstrated openness to non-litigious resolution, but defendant co-conspirators, GU, YGR, DMR (recused), & ultimately Breyer, presiding, were collectively so corrupt-racist-imcompetent, it made ADR resolution-options impossible (*even when Mr. Austin a. Documented on DMR's docket his express interest in ADR - after already attempting directly with GU over 100+ instances in front of 300+ witnesses*), and b. voluntarily provided-offered at least a year "cooling off" period for GU (*& another ADR opportunity*) as GU became "testy" , impatient, emotional-unreasonable-foolhardy.

2.      Georgetown's targeted, *ongoing,* "***relic of slavery***" anti-Black segregationist policy against Mr. Austin, because he is a Black male admitted student, is obvious-straightforward and directly addressed by the 2023 US Supreme Court. See *Students for Fair Admissions, Inc. v. President & Fellows of Harvard* Coll., No. 20-1199, 202 (U.S. Jun. 29, 2023)  In *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.,*  it was alleged that student applicants of different races were treated *derogatorily-differently*, because of race in the application process.  Similarly, Mr. Austin, after earning admission, was then unknowingly exploited in violation of Georgetown school policy,

Constitutional and Federal law, & treated derogatorily differently by

GU.  Mr. Austin was mis-treated based on *derogatory racial stereotypes*

1. in the mandatory written contract making process for commercial, or

business use, and then 2. to exclude from the very IDEAA campus

mechanism, & organization, designed to correct, and remedy these

types of violations without need for litigation, or outside legal action.

Georgetown's conduct in essence enforced either racial oppression per

42 USC 1981, and 13th, 14th Amendment, or forced an admitted

student to sue the institution they are supposed to be learning from (*an*

*even more extreme exploitation of power, and impermissible use of race*).

**3.**    In Georgetown's recent filings they go further: admitting outright

usage of derogatory anti-Black male "Brute" racist stereotypes for its

per se illegal conduct.  Mr. Austin's background is pristine. Vol. 1-9-ER

*(in entirety)* and has no history of anger, nor abuse whereas

Platt's-Georgetown's vague, intentionally racist-derogatory reference to

this type of anti-Black male "Brute" archetype is itself per se illegal,

damaging, and the type of conduct the 2023 US Supreme Court

expressly prohibits in *Students for Fair Admissions, Inc. v. President &*

*Fellows of Harvard* Coll., No. 20-1199, 202 (U.S. Jun. 29, 2023) whereas

Georgetown *"fail[s] to comply with the Equal Protection Clause's*

*[co-existent with 42 USC 1981's) twin commands that race may never be*

*used as a "negative" and that it may not operate as a [derogatory] stereotype…."* See Opening Brief **DE30:**

  Georgetown is calling Mr. Austin a "N\*gg\*r" repeatedly-continuously.

**5.** Georgetown's *per se* illegal, extremely harmful, ongoing, targeted anti-Black segregationist, Klu Klux Klanner, policy-conduct toward Mr. Austin is *akin* to calling Mr. Austin a "n\*gg\*r," or 'n-word' each time they utilize derogatory, anti-Black male stereotypes to deny, Mr. Austin's 1981-contract, Equal Protection, Title VI rights.

Platt's-Georgetown's *ongoing* conduct from (7.15.21-1.16.24), and Response Brief, filing is purposefully 'conjuring' a well-tread Jim Crow, (How the Nazis Were Inspired by Jim Crow | HISTORY)  Klu Klux Klanner, Anti-Black Segregationist, derogatory, archetype, stereotype used that inspired Nazi Germany's propaganda racial Third Reich Regime Vol. 1-9-ER (*in entirety*).  See N\*GG\*R Definition; See

N\*gg\*r- Caricature- Anti-Black-Imagery-Jim…Crow Museum

> "….There is a direct and strong link between the word *n\*gg\*r* and anti-Black caricatures. …it is usually directed against Black people ….. The Coon caricature, for example, portrays Black men as lazy, ignorant, and obsessively self-indulgent; these are also traits historically represented by the word *nigger*….
>
> …The Brute caricature depicts Black men as angry, physically strong, animalistic, and prone to wanton violence [and criminality]….
>
> … *N\*gg\*r* may be viewed as an umbrella term - a way of saying that Black people have the negative characteristics of the Coon, Buck, Tom, Mammy, Sambo, Picaninny, and other anti-Black caricatures. ***N\*gg\*r, like the caricatures it encompasses and implies, belittles Black people, and [attempts to] rationaliz[e] their mistreatment.*** …. shaped by a racial hierarchy which spanned three centuries. Anti-Black attitudes, values, and behavior were normative….

> ….Historically, *nigger* more than any word captured the personal antipathy and institutionalized racism directed toward Black people. It still does….."

; *Monteiro v. the Tempe Union High School Dist*, 158 F.3d 1022-34 (9th Cir. 1998):

> "….alleged that her … daughter and other similarly situated African-American students attended a school where they were called "n\*gg\*rs" by [W]hite children, …. It does not take an educational psychologist to conclude that being referred to by one's peers by the most noxious racial epithet in the contemporary American lexicon, being shamed and humiliated on the basis of one's race, and having the school authorities ignore or reject one's complaints would adversely affect a Black child's ability to obtain the same benefit …. as … white counterparts…."

; *McGinest v. GTE Serv. Corp.*, 360 F.3d 1103-16 (9th Cir. 2004):

> ""….Title VII tolerates no racial discrimination, subtle or otherwise." <u>McDonnell Douglas</u> ….. By considering both the existence and the severity of discrimination <u>from the perspective of a reasonable person of the plaintiff's race</u>, we recognize forms of discrimination that are real and hurtful….

==(See **DE41** for full excerpt: attached)==

**6.**    As Ninth Circuit's 1. <u>*Monteiro*</u>  2. <u>*McGinest*</u> and separately 3. <u>*The Jim Crow museum*</u>, describes that derogatory racial caricature, slur, or stereotype "Black Inferior" is particularly offensive to a <u>*reasonable</u> <u>Black man*</u>.  Georgetown's derogatory conduct is so offensive it sounds in libel per se as highlighted by the Ninth Circuit's <u>*Knievel v. ESPN*</u> majority, and dissent, whereas GU <u>literally</u> is (per its filings) "… *accusing .. of … criminal activity*" <u>plus repeated adverse-actions based</u> <u>on "Brute"-derogatory stereotype</u> (*unlike* what the majority labeled as *"loose, figurative, slang language"* in *Knievel)* (attached)  As if not bad enough to discriminate violating Mr. Austin's 1981, Title VI, Equal Protection Georgetown's <u>defamatory</u> (<u>per-se</u>) type of harm reverberates

in all life's areas: economic, emotional, etc. whereas "*with considerable less lilt than Iago, but ... same desire to poison the mind not of a Moor — but of millions — defendant*" smears sh\*t (or poop) on Mr. Austin's name.  See Knievel v. ESPN, 393 F.3d 1068-79 (9th Cir. 2005) ("*Shakespeare's Iago said it best: Good name in man ... Is the immediate jewel of their souls…. he that filches from me my good name Robs me… And makes me poor indeed… Shakespeare, Othello… (1604)*")

**7.**    The 1. demeaning labeling, & 2. extreme discriminatory-
-exclusionary conduct (<u>outright media-contract refusal, after stealing IP-rights, then excluding from non-litigious conflict resolution, while attempting to block ability to sue</u>) creates instant *stigma* for the victim "*Because "discrimination itself . . . can cause serious non-economic injuries to those persons who are denied equal treatment solely because of their membership in a disfavored group."* See <u>White v. Square</u> (*quoting 1984  Supreme Court's* <u>*Heckler v. Mathews*</u>, *paying homage to* <u>*Brown v. Board-of-Education*</u>).  The "n-word" in its heyday ultimately meant "Black slave" or "inferior" whose rights Whites did not have to respect.  Georgetown's targeted uses of "Black Inferiority" or "Brute" for the express purpose violating Mr. Austin's 1981, Title VI, Equal

Protection, rights as an admitted Black-male-studen shows Georgetown means the same thing: *"n-word" "Inferior," "Black Slave," whose rights Whites like GU don't respect.*

**8.**  <u>Georgetown's behavior is so horrendous, that all of Mr. Austin's loans, and anything owed, were completely discharged-refunded</u> (over $100+K in value), because *"The US Dept. of ED Independently Confirms-Verifies, the Substance & Seriousness of Georgetown's pre-2022 reported violations of Mr. Austin's rights as of 3.7.25 via its offered, & entered, settlement with Mr. Austin" …. "based on your allegations regarding the school's misconduct."* (1-ER-1)  As is typical for racial abusers they make the victim of abuse the problem. (1-ER-1):

> <u>"Entered 2025 Settlement for Georgetown's reported illegal conduct</u>
>
> It is undisputed that as of 2025 Mr. Austin entered into a settlement with the US Dept. of ED valued at over 100K(+). 1-ER-1  The US Dept. of ED Independently Confirms-Verifies, the Substance & Seriousness of Georgetown's pre-2022 reported violations of Mr. Austin's rights as of 3.7.25 via its offered, & entered, settlement with Mr. Austin based on Georgetown's reported wrongdoing. 1-ER-1; 2-ER -51 Notably the US Dept. of ED. explicitly states to Mr. Austin (1-ER-1):
>
>> "The Department has determined that you are entitled to settlement relief for loans taken out on or after 1/1/2013 associated with your enrollment at Georgetown University ................ based on your allegations regarding the school's misconduct …. Department of Education will do the following:
>> - discharge your Relevant Federal Student Loans
>> - provide a refund for any payments made to the Department of Education on your Relevant Federal Student Loans including Relevant Federal Student Loan debt that you previously paid off;…."
>
> The Dept. of Ed. acts as an independent, informed, expert affirming the *substance, seriousness, & illegality of Georgetown's egregious conduct.*  The Dept. of Ed. also shows they understand the value of the violations (*over $100,000+ just with regard to value per laws directly in their wheelhouse*), because the US Department of Education took these actions not in a vacuum, but with access to tremendous amounts of Georgetown data-information, as well as Mr. Austin's information-data, in context of the pleadings, reports, etc. 1-ER-1; 2-ER-51 …."



January ▇ 2025

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Dear George J Austin:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

The Department has determined that you are entitled to settlement relief for the loans taken out on or after 1/1/2013 associated with your enrollment at Georgetown University ("Relevant Federal Student Loan(s)") based on your allegations regarding the school's misconduct. ▇▇▇▇▇▇▇▇▇▇ Department of Education will do the following:

- discharge your Relevant Federal Student Loan(s);
- provide a refund for any payments made to the Department of Education on your Relevant Federal Student Loans including Relevant Federal Student Loan debt that you previously paid off; and

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Sincerely,

U.S. Department of Education
Federal Student Aid

**Federal Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First Street, NE, Washington, D.C. 20002
StudentAid.gov/borrower-defense



**Checkr**

Report completed on Oct 14, 2021 11:15 PM UTC

Consumer Report for
**George Jarvis Austin**
gaustin07@berkeley.edu

Requestor Company
**ABC Legal Services**

Status
Clear

**California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

**Report Summary**

| | | |
|---|---|---|
| SSN Trace | Oct 12, 2021 | Complete |
| Sex Offender Search | Oct 12, 2021 | Clear |
| Global Watchlist Search | Oct 12, 2021 | Clear |
| National Search | Oct 12, 2021 | Complete |
| Federal Search | Oct 12, 2021 | Complete |
| County Searches | Oct 14, 2021 | Clear |



### Report information
**Clear**

| | | | |
|---|---|---|---|
| First name<br>George | Middle name<br>Jarvis | Last name<br>Austin | Date of birth<br>XXXX |
| Phone number<br>(209) 915-6304 | Zipcode<br>95210 | Email<br>gaustin07@berkeley.<br>edu | Social Security<br>Number<br>XXX-XX- |
| Driver license<br>- | Previous driver<br>licenses<br>- | | |
| Created at<br>Oct 12, 2021 9:40 AM<br>UTC | Completed at<br>Oct 14, 2021 11:15 PM<br>UTC | | |

### SSN Trace
**Complete**

### Sex Offender Search
**Clear**

### Global Watchlist Search
**Clear**

### National Search
**Complete**

### Federal Search
**Complete**

### County Searches
**Clear**

**San Joaquin, CA**  **Clear**

**District Of Columbia, DC**  **Clear**

### Checkr
One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com - (844) 824-3257



"What law school in the country is better positioned to deal with the way the profession is going than Georgetown? We have connections to the corporate bar and criminal justice, and we have extensive clinics. We have been oriented to government and politics for decades. Wherever the legal market is going, what law school has more beachheads there than we do? That is a good place to be."

Daniel R. Ernst, Professor of Law

# Unique

## GEORGETOWN LAW

Combining a world-renowned faculty, a dedication to intellectual stimulation and community, and a location in the heart of the nation's capital, Georgetown is a unique place to study law.

### Legal Education in its Fullest Sense

Georgetown Law seeks not only to impart the tools of the lawyer's trade, but also to foster reflection and inquiry into the nature of law and the role and responsibility of lawyers in a global society. The goal is education in its fullest sense — not only mastery of "black letter law," but a sense of the philosophical, political, social and ethical dimensions of law, the awakening of an abiding curiosity about its nature and purposes, and the instilling of a sense of responsibility for its development and direction.

### A Dynamic Intellectual Community

Georgetown nurtures the very highest standards of scholarly inquiry, intellectual rigor and ethical behavior in a way that respects each student's individuality and fosters his or her particular interests and career goals. The result is a dynamic intellectual community, in which students have an unprecedented range of academic opportunities both inside and outside the classroom.

### An unparalleled Vantage Point

Located in Washington, D.C., within blocks of the U.S. Congress that enacts laws, the Supreme Court that interprets them, and the administrative agencies that enforce them, Georgetown provides an unparalleled vantage point from which its faculty and students explore the dynamic legal processes of our nation and world.



GEORGETOWN UNIVERSITY LAW CENTER

*Office of the Dean of Students*

February 28, 2019

George Austin
███████████
CA ███

Dear George,

Per your request, please find enclosed copies of the two Georgetown Law admissions brochures of which we are aware that include an image of you.

Sincerely,

Mitch Bailin
Associate Vice President and Dean of Students

600 New Jersey Avenue NW    Washington DC 20001-2075
(202) 662-4066



## RULES COMMITTEE

 

### RESOLUTION
By
President pro Tempore of the Senate Darrell Steinberg
RELATIVE TO COMMENDING

# George Austin

**WHEREAS**, George Austin was selected from a highly competitive group of outstanding college and university graduates from California and throughout the nation, and was appointed a 2012-2013 California Senate Fellow; and

**WHEREAS**, George Austin, from Stockton, graduated from the University of California, Berkeley, with a Bachelor of Arts degree in Sociology; and

**WHEREAS**, Through his service in the Senate Committee on Governance and Finance, George Austin had the unique opportunity of acquiring a deeper understanding of the legislative process and public policy formation, while also providing assistance to Senate Members, legislative committees, and their constituencies; and

**WHEREAS**, The California Senate Fellows program, established in 1973 and sponsored jointly by the Senate and California State University, Sacramento, enables 18 individuals to become full-time Senate staff members in the State Capitol for 11 months and receive six units of university graduate credit; and

**WHEREAS**, As a result of his outstanding service as a Senate Fellow, George Austin is better equipped to provide valuable leadership and contributions to educational institutions; local, regional, state, and federal governments; and professional, business, and community endeavors in the State of California and the nation; now, therefore, be it

**RESOLVED BY THE SENATE RULES COMMITTEE**, That George Austin, a 2013-2013 California Senate Fellow, be commended for his exemplary service on behalf of the Members of the Senate, and extended best wishes for every success in his future endeavors.

Senate Rules Committee Resolution No. 24 adopted this 12th day of August, 2013



CHAIR
Senatoris Est Civitatis



Libertatem Tueri •






..ıll AT&T  LTE          10:00 AM            54% ■ ›

🔒 mail-attachment.googleusercontent.com

### 2012-13
## CALIFORNIA SENATE FELLOWS



**About you**
**Name:** George Austin

**Hometown:** Stockton

**Hobbies/Interests:**  Basketball, Golf, Boxing, Cooking, Kayaking, Travel

**Favorite book(s)/movie(s)/TV show(s)/music:**  Finding Forester, Goodwill Hunting, Godfather Trilogy, Coming to America, The Golden Child, Batman Begins, Dark Knight, Dark Knight Rises, Hoop Dreams, Above the Rim, Wedding Crashers, Lord of the Rings 1 & 2, Matrix 1 & 2, Ray, Hangover

The West Wing, Doug, Bloomberg Enterprise, Charlie Rose, The Mentor, Bloomberg Game Changers, Cosby Show, The Wire, Martin

Gospel, R & B, Hip-Hop, Country

The Alchemist, Purpose Driven Life, Autobiography of Malcolm X, Developing the Leader Within – John C. Maxwell, How to Win Friends and Influence People Dale Carnegie, Think and Grow Rich Napoleon Hill, 7 Habits of Highly Effective People

**Birthday:** April 12

**3 strange/unique but interesting facts about you:**
1. Up until I was sixteen my shoes size was always 1 or 2 sizes larger than my age (i.e at twelve years old I wore a size fourteen)
2. In one day I met Oprah Winfrey, Prince, Usher, Anthony Hamilton and Barack Obama
3. I've lived in four states

### Education
**College/University:** University of California, Berkeley

**Degree**: BA

**Major:** Sociology

**Advanced degrees:**  Georgetown Law School- JD (deferred, begin 2013)

---

### 2012-13
## CALIFORNIA SENATE FELLOWS

#### Goals & Work/Relevant Experience
**Activities or Work Experience after College:**
- Riordan MBA Fellows Anderson School of Business (UCLA)
- Chartered Financial Analyst Level 1 Candidate December 2012
- Chartered Financial Analyst Society Scholarship Recipient
- HAAS School of Business, Arts, Science & Engineering Program (Berkeley)

**Occupational Goals/Interests:**  Business/ Law/Entrepreneurship/Finance/Education

**Policy Interests:**  Economy, Finance, Appropriations, Energy, Transportation, Economic Development, Trade (International and Domestic), Tax, Banking, Insurance



**Congratulations on Scholarship**

canadag@uchastings.edu
To GAUSTIN07@YAHOO.COM
Apr 11, 2012 at 3:09 PM

Dear George,

Congratulations once again on your admission to the University of California Hastings College of the Law Class of 2015. **It gives me great pleasure to offer you a $15,000 Chancellor's Renewable Scholarship Award.** Based on your outstanding academic record and impressive accomplishments, I believe you are truly deserving of this award, which will amount to **$45,000** during your three years at Hastings.

The Chancellor's Scholarship Award was established to help students of exceptional promise afford their legal education, and is Hastings' largest individual scholarship. While a demonstration of financial need is required for this scholarship, this award is renewable for up to six semesters as long as you continue to demonstrate need.

Please also keep in mind that this scholarship is given in addition to our general need based grants, which will become available beginning mid-March provided you promptly complete your FAFSA and Financial Aid Supplement. We anticipate awarding grants that will range between $7,500 and $11,500 this year.



become available beginning mid-March provided you promptly complete your FAFSA and Financial Aid Supplement. We anticipate awarding grants that will range between $7,500 and $11,500 this year.

I look forward to welcoming you to the Hastings community this fall, and hope this scholarship award will make your years as a student and alum even more rewarding. If you have any questions, please contact me directly canadag@uchastings.edu.

Sincerely,

Greg Canada
Assistant Dean of Admissions



# Austin wants to be sheriff

Look out Tom Tramel, there may be a future sheriff in town.

Five-year-old George Jarvis Austin attends the Kindergarten Center and he wants to be a police officer or a sheriff when he grows up.

Son of Charlotte Hall-Austin, George has begun his school career with a positive attitude. "George is an enthusiastic learner and he is a well-liked and caring person," says one of his teachers.

His interests include T-ball and books, especially the Berenstein Bears series.

According to Principal Earl Watts, "George is a very smart child. He is totally involved in all classroom activities and loves school. With George's ability, I think he can accomplish his goals in life."





## University of California

ON THE NOMINATION OF THE FACULTY OF THE
COLLEGE OF LETTERS AND SCIENCE
HAVE CONFERRED UPON

GEORGE JARVIS AUSTIN

THE DEGREE OF BACHELOR OF ARTS
WITH A MAJOR IN SOCIOLOGY
WITH ALL THE RIGHTS AND PRIVILEGES THERETO PERTAINING

GIVEN AT BERKELEY
THIS NINETEENTH DAY OF DECEMBER IN THE YEAR
TWO THOUSAND AND NINE

GOVERNOR OF CALIFORNIA AND
PRESIDENT OF THE REGENTS

CHANCELLOR AT BERKELEY

PRESIDENT OF THE UNIVERSITY

ACTING EXECUTIVE DEAN OF THE COLLEGE

<u>GU's derogatory conduct creates stigma, violates 1981-Equal Protection.</u>

**9.**    Georgetown's *illogical* racist conduct is like smearing feces on a clean person just to say they stink, as TSLA did to Owen *Diaz,* but even worse toward an admitted student (after already violating his rights, trying to destroy his future).  See (attached <u>*Diaz trial documents*</u>); Diaz v. Tesla, Inc., 3:17-cv-06748, at *1 (N.D. Cal. Apr. 13, 2022)

> "Tesla" discriminated against [Owen Diaz] in violation of …§ 1981….[which]… prohibits discrimination in the making and enforcement of contracts-…. under California state law, the jury awarded Diaz $6.9 million in compensatory … $130 million in punitive damages. The evidence was disturbing. The jury heard … Tesla factory was saturated with racism…. faced frequent racial abuse, … N-word and other slurs. Other employees harassed him. His supervisors, …. Tesla's broader management structure, did little or nothing to respond…."

Georgetown's *illogical* racist conduct is like calling someone a '<u>n-word</u>' or its <u>offshoots</u> in professional settings knowing HR-leadership doesn't correct, reprimand, or take action on racial abusers just to show they can get away using slurs-derogatory-stereotypes to make other persons be seen as, feel like, "inferiors" or provide false 'superiority' complexes for racial abusers. See e.g. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, v. TESLA, INC., Case No. 23-cv-04984-JSC (*3.29.24 - ORDER* ).

> "….Perhaps no single act can more quickly alter the conditions of employment and create an abusive working environment than …  [the N word]……" <u>*McGinest*</u>….; ….The Commission alleges exactly this act. …. Since May 2015, non-Black managers, non-managerial employees, and temporary workers have <u>*regularly addressed Black current and former Tesla employees stationed at Tesla's Fremont Factory individually and collectively by the N-word*</u>, ….. frequently used … racial slurs, epithets,… insults openly in high-traffic work areas …. graffitied swastikas, nooses, the N-word, death threats …. other abusive language and imagery directed at Black people across desks, elevators, bathrooms, and equipment…… <u>*Swinton v. Potomac Corp*</u>…."



**10**.    Per the Ninth Circuit's 1981 Jury-Instructions the above framework-analysis is applicable in broader contract making (and Equal Protection) contexts because *"The definition of "because of" in this instruction is the same as … in … Title VII—Disparate Treatment …"…..* *"1981… states in relevant part as follows: "All persons ….shall have the same right in every State … to make contracts. . . as is enjoyed by [W]hite citizens…"* The displayed racial hatred in *Johnson v. San Francisco Unified School Dist.*, 339 F. Supp. 1315 (N.D. Cal. 1971) where Judge Weigel opined: *"Opposition to desegregation …. fosters false concepts of racial [White] superiority and of racial [Black] inferiority … [reflecting] Racial hatred"* is like GU's opposition to desegregation in **2025**, (*violating Mr. Austin's 1981, Title VI, Equal Protection, via a targeted "relic of slavery" segregationist policy*).

**11.**    GU knows this conduct is *illegal-racist*.  Per the 2023 US Supreme Court's *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, No. 20-1199, 38 (U.S. Jun. 29,2023) use of derogatory stereotypes is <u>per se illegal</u> in a. workplaces-businesses, b. entire contractual-relationships, c. education & d. other areas of society, because it *"furthers "stereotypes that treat individuals as…[products] of their race, evaluating their thoughts… efforts…their very worth as Citizens- according to a criterion barred to the Government by history and the Constitution."...Such stereotyping can only "cause.. continued hurt & injury," …. contrary as it is to the "core purpose" of the Equal Protection Clause <u>[co-extensive with 1981]</u>."* …

<u>Signed 9th Circuit Declaration under penalty of perjury</u>

**12.**    See attached.

<u>FACTS:</u>

**13.**    <mark>(See **DE41** & **Opening Brief** for FACTS: attached)</mark>

**Mr. Austin is likely to succeed on the Merits**

**14.**    Mr. Austin is likely to succeed: Per undisputed facts Georgetown admits each element of two related-relevant, claims 1. ***1981*** ; 2. ***Equal-Protection-TitleVI***.

Success on the Merits: GU violates 1981

**15.**   Per Ninth Circuit 1981 Jury Instructions, *Discrimination in*
*[Making-Enforcing] Contracts … § 1981),*  Georgetown discriminates in
contract rights with Mr. Austin because: 1. GU prevents "making" a
mandatory-contract, after they already stole-violated-law-policy
(*completely excludes him from the typical contract making process for*
*similarly situated Whites*) between 7.15.21-1.16.24 because he is Black
2. Mr. Austin is a party to *prospective-existing* admitted student
contracts with all rights per admitted student contract 3. Mr. Austin
attempted to make written-media-contracts within the timeframe and
was deprived "because of" racial derogatory stereotypes whereas GU
applies a *"relic of slavery"* segregationist anti-Black policy that excludes
Mr. Austin.  Mr. Austin a. can prove each element by a preponderance of
the evidence, b. is entitled to victory-verdict in his favor *per GU's self*
*authenticated* undisputed facts-direct evidence.

**16.**   Because Georgetown blocks the opportunity for ANY "offers," or
contracts, proactive communication, at all, with Mr. Austin because he
is Black, GU makes  *"blatant deprivation[s] of [Mr. Austin's] civil rights"*
per *Comcast Corp. v. Nat'l Ass'n of African Am.-Owned Media, 140 S.*
*Ct. 1009, 1016 (2020),* 2. *Runyon v. McCrary* 3. *General Building*

*Contractors Assn., Inc. v. Pennsylvania.* The US Supreme Court's *Lombard v. Louisiana 373 U.S. 267 (1963)* highlights that targeted segregationist practices are <u>outlawed even when there is no sign denoting the explicit use of race</u> (i.e. "No Blacks"), when conduct reveals policies refusing Blacks service-contracts.

**17.** As Legendary Judge <u>Henderson</u> explains in *Walker v. Contra Costa County, No. C03-3723 TEH, 4 (N.D. Cal. Sep. 6, 2005) a "refusal to enter into the new contract is actionable under § 1981…..."* As applied to these facts: GU's <u>outright refusals</u> on multiple occasions *"to enter into [a] new contract"* with Mr. Austin (after already stealing valuable IP-rights, and discriminating, per GU's own standards, policies, explanation of the law) as an admitted Black-male-student (especially when making written-media-contract is mandatory per law & GU's own advertised policies) is *"is actionable under …1981."* Further down in *Walker v. Contra Costa County's* sections *"E. Disparate Treatment Claims,"* "....1. <u>*Racial Animus,"*</u> ..... "2. <u>*Pretext*</u> ....," Judge <u>Henderson</u>'s analysis confirms why Mr. Austin's pleadings survive Summary Judgment (let alone 12b motion), and also *Succeeds on the Merits with a prima facie case and multitudes of direct evidence.* Simply, the clear application of one policy for Blacks, and another for

Whites by Georgetown is a "*promising…straight- forward[1981] claim of racial discrimination.*" per the Supreme Court's *Cbocs West, Inc. v. Humphries*, 553 U.S. 442-61 n.2 (2008)

## Success on the Merits: GU violates Equal Protection-TitleVI

**18.**    In *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.,* it was alleged that student applicants of different races were treated differently, *derogatorily differently*, because of race in the application process.  Similarly, Mr. Austin, after earning admission, was then unknowingly exploited in violation of Georgetown school policy, Constitutional and Federal law, & treated derogatorily differently by GU.  Mr. Austin was mis-treated based on derogatory racial stereotypes 1. in the mandatory written contract making process for commercial, or business use, and then 2. to exclude from the very IDEAA campus mechanism, & organization, designed to correct, and remedy these types of violations without need for litigation, or outside legal action. Georgetown's conduct in essence enforced either racial oppression per 42 USC 1981, and 13th, 14th Amendment, or forced an admitted student to sue the institution they are supposed to be learning from (*an even more extreme exploitation of power, and impermissible use of race*).

**19.**    GU purposefully failed to follow *any of* its at least 1-16 steps

mandatory IDEAA policies after receipt of Mr. Austin's complaint. In doing so, Georgetown violates Mr. Austin's Equal Protection: Per the Supreme Court's 1. *Brown v. Board of Education, 347 U.S. 483, 494 (1954)*, 2. *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., No. 20-1199, 7 (U.S. Jun. 29, 2023)* 3. *Gebser v. Lago Vista Independent School District* 4. *Lawrence v. Texas 539 U.S. 558 (2003)* Georgetown impermissibly used Mr. Austin's race, or derogatory anti-Black racist stereotypes (i.e. 'Brute'-"N*gg*r"). Georgetown simultaneously violated Mr. Austin's 1981 rights to contract, in existing contract, and Mr. Austin's Title VI Equal Protection rights (and created 'Stigma") when it completely excluded Mr. Austin.

**20.**    Per *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., No. 20-1199, 7 (U.S. Jun. 29, 2023)* Georgetown's conduct is doubly offensive to the Constitution of the United States because Georgetown admits, explicitly, to both a. treating Black men as 'inferior' or 'less worthy' (*presuming derogatory stereotype to deprive making a contract*), or b. Treating Whites as 'superior' or more worthy (*ensuring Whites had opportunity to review, decline, counteroffer, or accept proposed Georgetown contract offer, let alone not presuming derogatory stereotypes to deprive Whites their Rights to contract & Equal Protection*):

21.    Per the Supreme Court's *Gebser v. Lago Vista Independent School District  and* Ninth Circuit's *Brown v. Arizona* GU's receipt of Mr. Austin's complaints, and failure to remedy (especially after GU's admission of illegal conduct harming Mr. Austin), itself shows deliberate indifference, and racial animus (along with Equal Protection violations).  Georgetown displays deliberate indifference with its 100+ failures to correct.  Per *Gebser v. Lago Vista Independent School District 524 U.S. 274, 290 (1998)* Georgetown's conduct provides for Equal Protection "damages remedy": *"[ when] an official who at a minimum has authority to address the alleged discrimination and to institute corrective measures on the recipient's behalf has actual knowledge of discrimination in the recipient's programs and fails adequately to respond"* (as Georgetown leadership did here over 100+ instances *after* admitting they violated their policy, the law (1981 failure to make mandatory contract), & Mr. Austin's rights).

22.    Per the Ninth Circuit's *Brown v. Arizona, No. 20-15568 (9th Cir. Sep. 25, 2023)* when a student is experiencing a violation of school policy and reports that conduct to the appropriate University body, especially when the violation was by someone or something under University control (*as is Georgetown's IDEAA campus resource*), then it's a violation of Equal Protection to deny that student investigatory, or

enforcement, services as a victim, or survivor, of the violation (*as is Mr. Austin in this case*). Mr. Austin had no complaints against him, he simply inquired, and complained as to why Georgetown 1. Violated school policy 2. Violated his Constitutional rights to contract and 3. Why he was illegally excluded from essential campus procedures for *"Any applicant for employment or admission, current or former employee or student, or third party"* that GU provides for similarly situated Whites: Georgetown impermissibly used Mr. Austin's race (and perhaps gender, too) to his repeated detriment, as an admitted student, and Black man to treat 1. derogatorily differently, 2. "deny, restrict, separate, segregate (in application of policy)," and 3. exclude Mr. Austin. See 34 CFR Part 100- Title VI

### Mr. Austin is suffering irreparable harm.

**23.**    As described in paragraphs 1-11 above, Mr. Austin is suffering irreparably from Georgetown's racist, derogatory, attacks on his person, educational development, race, identity, culture, character, economics, and professional reputation.

### Balance of Equities completely favors Mr. Austin

**24.**    Mr. Austin is still suffering from Georgetown's per se illegal,

segregationist, anti-Black policies (7.15.21-now).  Platt, and Georgetown

continue to violate Mr. Austin's rights, after stealing from him, racially

abusing him, and seeking to continue to harm him without explanation,

nor apology.  Georgetown is obligated by their own policies, Federal,

Equal Protection, Title VI, 1981 and California law to make-media-

written contract (especially after already stealing-discriminating), and

access to, not exclusion from IDEAA conflict resolution as an admitted

student as are similarly situated Whites from 7.15.21-1.16.24.  GU is so

discriminatory, extremely late, it is embarrassingly illegal.  GU loses

nothing by removing per se illegal, anti-Black, demeaning, derogatory,

segregationist targeted policies against Mr. Austin, it simply is doing its

duty, and following the law. *Non-discrimination is the status quo* with

GU *as the* *racist outlier* violating public policy & imbalancing the

equites.


### Public Policy 100% favors Mr. Austin

**25.**    Georgetown's conduct is per se illegal, racist, unConstitutional,

and anti-American, *plus* it completely violates Georgetown's public

policy purpose as a *school*.  See e.g. *Brown v. Board of Education, 347*

*U.S. 483, 494 (1954)*. ("....*The words of the amendment,. [which]..*

*contain …the right to exemption … from legal discriminations, implying*

*inferiority in civil society" …. in regard to the [C]olored race, for whose*

*protection the amendment was primarily designed, [so] that no*

*discrimination shall be made against them"* Georgetown is not only

obligated to meticulously follow Equal Protection, Title VI, 1981, its

own policies, but is also obligated by:

1.  Mr. Austin's dignity interest (whereas the 2023 US Supreme

    Court's 303 Creative LLC, v. Elenis et. al., highlights to

    *"vindicate… deprivation of personal dignity that surely*

    *accompanies denials of equal access.,"* and,

2.  BELL v. MARYLAND's clear public policy instruction(s):

    The Thirteenth, Fourteenth, and Fifteenth Amendments had "one pervading purpose . . . we mean the freedom of the slave race, the security and firm establishment of that freedom, and the protection of the newly-made freeman and citizen from the oppressions of those who had formerly exercised unlimited dominion over him." Slaughter-House Cases, 16 Wall. 36, 71.

    Prior to those Amendments, Negroes were segregated and disallowed the use of public accommodations except and unless the owners chose to serve them. To affirm these judgments would remit those Negroes to their old status and allow the States to keep them there by the force of their police and their judiciary.

    We deal here with public accommodations - with the right of people to eat and travel as they like and to use facilities whose only claim to existence is serving the public. What the President said in his State of the Union Message on January 8, 1964, states the constitutional right of all Americans, regardless of race or color, to be treated equally…

    The Black Codes were a substitute for slavery;

    Segregation was a substitute for the Black Codes;…

    …The discrimination in these sit-in cases is ***a relic of slavery."***

## Emergency Motion Remand Breyer Incompetence: Granted

26.  For the above reasons Mr. Austin's motion should be granted. Mr.

Austin shall separately file a detailed supplement that will go line by

line, in dissecting Breyer's precise failures of duties-demonstrated incompetence per *28 U.S.C. § 455*, US Supreme Court, CA Supreme Court, Ninth Circuit, controlling precedent.  The supplement will a. Take Breyer's words b. Compare with the actual pleadings-facts c. Compare with controlling precedents say-directly contradicting Breyer's incompetence d. Overtly explain why each point is demonstrated-incompetence requiring Breyer's removal-recusal. Mr. Austin makes Emergency Motion for Remand while alerting the Ninth Circuit of Charles R. Breyer's demonstrated incompetence per 28 U.S.C. § 455, and need for either removal or reassignment (or ordered recusal). Mr. Austin's motion should be granted.

### Signed, Under Penalty of Perjury.

*"I, Mr. George Jarvis Austin, declare, certify, verify, or state, under penalty of perjury under the laws of the United States of America, and California, that the foregoing specific, numbered , declarations of precise facts, cross referenced with filings-documents on the record, are true and correct (and as I Mr. Austin personally experienced)."*

**-   s/ George Jarvis Austin          4.14.25**